CO-386-online
10/03

# United States District Court
# For the District of Columbia

Richard Allen, et al.                )
                                     )
                                     )
                                     )
                 Plaintiff           )    Civil Action No._____
        vs                           )
                                     )
Russian Federation, et al.           )
                                     )
                                     )
                 Defendant           )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __FCT America Limited__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FCT America Limited__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

218527
BAR IDENTIFICATION NO.

O. Thomas Johnson, Jr.
Print Name

Covington & Burling, 1201 Pennsylvania Avenue, NW
Address

Washington, DC  20004
City          State          Zip Code

(202) 662-6000
Phone Number