AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBER   1:05CV02077

JUDGE: Colleen Kollar-Kotelly

CASE NL           DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Viktor B. Khristenko
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 24 2005

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | October 24, 2005 at 7:24 pm |

| NAME OF SERVER *(PRINT)* David S. Felter | TITLE Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

● Served personally upon the defendant. Place where served: Willard Hotel, 1401 Pennsylvania Avenue, NW Washington, DC 20004

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10-26-05___
Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.