UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD ALLEN, *et al.* | ) ) ) | Civil Action No.: 05-cv-02077 (CKK) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| RUSSIAN FEDERATION, *et al.* | ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR
VIKTOR KHRISTENKO TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiffs Richard Allen, *et al.* and defendant Viktor Khristenko, the Minister of Industry and Energy of the Russian Federation, by and through the undersigned counsel, respectfully submit this agreed motion for an order establishing that Minister Khristenko has through and including December 23, 2005, to present his response.  In making this motion, Minister Khristenko expressly preserves all, and does not waive any, defenses including but not limited to his defenses based on foreign sovereign immunity, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, and improper venue.  The extension of time will provide Minister Khristenko with sixty (60) days to respond.

For the foregoing reasons, the plaintiffs and Minister Viktor Khristenko jointly move for an order establishing December 23, 2005, as the date by which he may present his response in this case.

| | |
|---|---|
| November 14, 2005 | Respectfully submitted, |

| | |
|---|---|
| O. Thomas Johnson, Jr.<br>Mark E. Feldman<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington D.C.  20004<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 662-6291 | Michael S. Goldberg<br>R. Stan Mortenson<br>Jay L. Alexander<br>Ryan Bull<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington D.C.  20004<br>Telephone: (202) 639-7700<br>Facsimile:  (202) 585-4064 |
| *Counsel to Plaintiffs Richard Allen, et al.* | *Counsel to Viktor V. Khristenko, Minister for Industry and Energy of the Russian Federation* |