UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD ALLEN, *et al.* | ) ) ) | Civil Action No.: 05-cv-02077 (CKK) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| RUSSIAN FEDERATION, *et al.* | ) ) |  |
| Defendants. | ) |  |

**CONSENT MOTION TO EXTEND AND
ESTABLISH DEADLINES FOR RESPONDING TO THE COMPLAINT**

Plaintiffs Richard Allen, *et al.*, by and through undersigned counsel for the plaintiffs, and defendant Viktor Khristenko, by and through undersigned counsel, respectfully submit this Consent Motion To Extend And Establish Deadlines For Responding To The Complaint in this matter. Plaintiffs and defendant Khristenko submit this Consent Motion in an effort to establish deadlines that will lead to the more efficient consideration of this case. In joining this motion, defendant Khristenko expressly preserves all, and does not waive any, defenses including but not limited to his defenses based on foreign sovereign immunity, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, and improper venue.

In support of this Consent Motion, plaintiffs and defendant Khristenko state as follows:

1. Plaintiffs filed the above-captioned matter on October 23, 2005.

2. Plaintiffs and defendant Khristenko filed a Joint Motion for Extension of Time for Viktor Khristenko To Respond, which was granted on November 18, 2005. As a

result of the Court's order granting said motion, the deadline for filing a response in this matter for defendant Khristenko is December 23, 2005.

3. According to the Court's docket, the deadline for filing a response in the matter for Defendant OAO Gazprom also is December 23, 2005.

4. Plaintiffs are continuing to seek service on defendants. On November 17, 2005, plaintiffs, pursuant to 28 U.S.C. § 1608, requested the Clerk of the Court to send by registered mail, return receipt, service of summons and complaint and notice of suit to Defendants Russian Federation, OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz. Those summonses provide for a response to the complaint to be filed within 60 days of service.

5. Plaintiffs expect to serve additional defendants during the coming months. Multiple dates of service will create multiple deadlines for responses to the Complaint, which could lead to multiple motions, including dispositive motions, being filed over the course of several months. In the interest of efficiency, plaintiffs and defendant Khristenko have agreed to a procedure that will facilitate the briefing of dispositive motions on a single schedule.

6. Based upon the foregoing, plaintiffs and defendant Khristenko respectfully request that the Court enter an order revising the deadlines for responding to the Complaint as follows:

a. The date for defendant Khristenko to respond to the Complaint shall be 60 days after the date of service on the first of the defendants served pursuant to the procedures of 28 U.S.C. § 1608.

b. Without purporting to affect or impair whatever rights that Gazprom, the plaintiffs and defendant Khristenko may have regarding service and all other defenses, the date

- 3 -

reflected on the docket for defendant Gazprom to respond to the Complaint shall be changed to state that defendant Gazprom's response to the Complaint is due on the same date as defendant Khristenko's response is due, *i.e.*, 60 days after the date of service on the first of the defendants served pursuant to the procedures of 28 U.S.C. § 1608.

   c. Plaintiffs shall respond to such pleadings or motions as are filed by any of the defendants pursuant to the schedule set forth in paragraphs 6(a) and 6(b), above, within 60 days of such filing, and the defendants shall then have 20 days to file their replies.

   7. As further defendants are served, plaintiffs intend to seek similar agreements to eliminate the *seriatim* filing and consideration of motions to dismiss.

   8. The deadlines requested by the parties in this Consent Motion will not delay the litigation because many of the defendants have not yet been served, and the revised response date will simply allow for a common date for responding to the Complaint.  The proposed schedule will promote the organized and efficient resolution by the Court of motions to dismiss.

- 4 -

For the foregoing reasons, the plaintiffs and defendant Viktor Khristenko jointly move for an order implementing the agreed filing deadlines set forth in paragraph 6, above.

December 20, 2005                                         Respectfully submitted,


\s\ Marney L. Cheek                                       \s\ Jay L. Alexander
O. Thomas Johnson, Jr.                                    R. Stan Mortenson
James A. Goold                                            Jay L. Alexander
Marney L. Cheek                                           Ryan E. Bull
Covington & Burling                                       Baker Botts L.L.P.
1201 Pennsylvania Avenue, N.W.                            1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004                                    Washington, D.C. 20004
Telephone: (202) 662-6000                                 Telephone: (202) 639-7700
Facsimile: (202) 662-6291                                 Facsimile: (202) 585-1057

*Counsel to Plaintiffs Richard Allen, et al.*             *Counsel to Defendant Viktor Khristenko*