UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Allen, et al.
_____
Plaintiff(s)

v.                                    Civil Action No. 05-2077 (CKK)

Russian Federation, et al.
_____
Defendant(s)

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 6th day of December, 2005, I mailed:

[ ] Copy of the summons and complaint by registered mail, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

[ ] Copy of the summons and complaint, together with a translation of each into the official language of the foreign state to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(b)(3)(B).

[X] Copy of the summons and complaint and a notice of suit together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 USC 1608(a)(3).

[ ] Two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the Bureau os Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, D.C. 20522, Attn: Edward Betancourt, pursuant to the provisions of 28 USC 1608(a)(4).

[ ] Copy of plaintiff's Notice of Attachment Before Judgment by first class mail.

NANCY MAYER-WHITTINGTON, CLERK

By: _Tawana Davis_
Deputy Clerk

| Registered No. RB343315445US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $7.50 | Special Delivery $ | 2005 |
| Handling Charge $ $0.00 | Return Receipt $ $1.75 | 16 |
| Postage $10.85 | Restricted Delivery $ $0.00 | 12/06/2005 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |

FROM: OAO U.S. District Court
333 Constitution Ave, NW
Wash, DC 20001

TO: OAO Rosneft Oil Company
26/1, Sofiyskaya Embarkment, 1, GSP8
115998, Moscow, Russian Federation

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

05-2077 (CKK)

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RB84 3315 445U S**
Status: **Acceptance**

Your item was accepted at 4:16 pm on December 06, 2005 in WASHINGTON, DC 20004. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do      12/13/2005

Registered No. R884331542US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $ | | Special Delivery $ | |
| Handling Charge $ $0.00 | | Return Receipt $ $1.75 | |
| Postage $ $10.85 | | Restricted Delivery $ $0.00 | |
| Received by | | | |

12/06/2005

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

FROM: U.S. District Court
333 Constitution Av, NW
Wash, DC 20001

TO: OAO Gazprom
16 Nametkina Street, GSP-17 117997
Moscow, Russian Federation

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RB84 3315 423U S**
Status: **Acceptance**

Your item was accepted at 4:27 pm on December 06, 2005 in WASHINGTON, DC 20004. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| Registered No. RB84331545405 | | Date Stamp |
|---|---|---|
| Reg. Fee $ | Special Delivery $ | 0205 |
| Handling Charge $ $0.00 | Return Receipt $ $1.75 | 16 |
| Postage $ $10.85 | Restricted Delivery $ $0.00 | 12/06/2005 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance<br>☐ Without Postal Insurance | |

FROM: U.S. District Court
333 Constitution Ave. NW
Wash. DC 20001

TO: OAO Rosneftegaz, c/o OAO Rosneft
Oil Co. 26/1, Sofiyskaya Embarkment, 1
GSP-8, 115998, Moscow, Russian Federation

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)
05-2077 (CKK)

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **RB84 3315 454U S**
Status: **Acceptance**

Your item was accepted at 4:26 pm on December 06, 2005 in WASHINGTON, DC 20004. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                     12/13/2005

| Registered No. RB843315437US | | Date Stamp |
|---|---|---|
| Reg. Fee $ | Special Delivery $ | 05-2077 (CKK) |
| Handling Charge $ $0.00 | Return Receipt $ $1.75 | 16 |
| Postage $ $14.05 | Restricted Delivery $ $0.00 | 12/06/2005 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |

FROM: U.S. District Court
333 Constitution Ave NW
Wash DC 20001

TO: Foreign Minister Sergey Lavrov, Russian Ministry of Foreign Affairs
pr. Mira 49A
Moscow 120110, Russian Federation

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RB84 3315 437U S**
Status: **Acceptance**

Your item was accepted at 4:25 pm on December 06, 2005 in WASHINGTON, DC 20004. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy