# COVINGTON & BURLING

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

MARNEY L. CHEEK
TEL 202.662.5267
FAX 202.778.5267
MCHEEK@COV.COM



January 11, 2006

VIA HAND DELIVERY

Office of the Clerk
Attn: Ms. Davis
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    Request for Service of Process on Defendant Russian Federation in *Allen et al. v. Russian Federation et al.*, Civil Action No. 1:05-02077 (CKK)

Dear Ms. Davis:

    In connection with the above-caption case, we are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on Defendant Russian Federation. We previously wrote to you on November 16, 2005, requesting that service be effected through your office pursuant to 28 U.S.C. § 1608(a)(3). In our prior correspondence, we noted that service could not be made pursuant to 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2).[1] Therefore, pursuant to 28 U.S.C. § 1608(a)(3), you dispatched a copy of the summons and complaint and a notice of the suit, together with a translation of each into Russian (the official language of the Russian Federation), to Defendant Russian Federation on December 6, 2005.

    To date, no response has been received from Defendant Russian Federation. Because service was not effected within 30 days under 28 U.S.C. § 1608(a)(3), I now request that the

---

[1] *See* Docket No. 7, Correspondence from Plaintiffs at 1, Allen et al. v. Russian Federation et al., No. 1:05-02077 (CKK) (Nov. 16, 2005) (noting that no special arrangement for service exists between Plaintiffs and Defendant Russian Federation under 28 U.S.C. § 1608(a)(1), and that service cannot be made pursuant to the applicable international convention on service of judicial documents under 28 U.S.C. § 1608(a)(2) because the Russian Federation currently is not applying the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in relation to the United States).

DC: 2009169-1

COVINGTON & BURLING

Office of the Clerk
January 11, 2006
Page 2

Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 28 U.S.C. § 1608(a)(3).

In such circumstances, pursuant to 28 U.S.C. § 1608(a)(4), the Clerk of Court shall send two copies of the summons and complaint and a notice of suit, together with a translation of each (in this case a Russian translation), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services [.]" The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), I have enclosed: (1) two copies of the Complaint; (2) two copies of the summons; (3) two copies of the Notice of Suit (attached to each of which is a copy of the Foreign Sovereign Immunities Act); and (4) two copies of each document translated into Russian, the official language of the Russian Federation.

Please take the necessary steps to dispatch these materials to effect service on Defendant Russian Federation pursuant to 28 U.S.C. § 1608(a)(4). I spoke with Mr. William Fritzlen in the Department of State's Overseas Citizens Services office, who recommends using the following address when dispatching the above documents to the Director of Special Consular Services:

> U.S. Department of State
> Overseas Citizens Services
> Director of Special Consular Services
> Attention: Mr. William Fritzlen
> SA-29, 4th Floor
> 2100 Pennsylvania Avenue, N.W.
> Washington, DC 20037

Due to delays with regular mail delivery at the Department of State as a result of anthrax screening, we would request that the documents be mailed by Federal Express to the above address. If you would prefer to prepare the appropriate materials and return them to us to handle the actual mailing to the Department of State and payment of mailing expenses, please contact me at (202) 662-5267 when the materials are ready and I will arrange to have them picked up. Thank you for your assistance in this matter.

Sincerely,

Marney Cheek

Marney L. Cheek

Enclosures