# COVINGTON & BURLING

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

MARNEY L. CHEEK
TEL 202.662.5267
FAX 202.778.5267
MCHEEK@COV.COM

February 9, 2006

**BY HAND DELIVERY**

Office of the Clerk
Attn: Ms. Tawana Davis
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re: **Request for Service of Process on Defendant BaikalFinansGroup under 28 U.S.C. § 1608(b)(3) in *Allen et al. v. Russian Federation et al.*, Civil Action No. 1:05-02077 (CKK)**

Dear Ms. Davis:

    In connection with the above-captioned case, and because service cannot be made in this matter under 28 U.S.C. §§ 1608(b)(1), or 1608(b)(2), I am writing to request that all necessary steps be taken to effect service in this matter on Defendant BaikalFinansGroup pursuant to 28 U.S.C. § 1608(b)(3). BaikalFinansGroup is "an agency or instrumentality of a foreign state" under 28 U.S.C. § 1608(b).

    Under 28 U.S.C. § 1608(b)(1), no special arrangement for service exists between the Plaintiffs and Defendant BaikalFinansGroup.

    Under 28 U.S.C. § 1608(b)(2), service cannot be made pursuant to the applicable international convention on service of judicial documents, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, because the Russian Federation currently is not applying the Convention in relation to the United States. Also under 28 U.S.C. § 1608(b)(2), Defendant BaikalFinansGroup has not authorized an agent to receive service of process in the United States.

    Because service cannot be made under 28 U.S.C. §§ 1608(b)(1) and 1608(b)(2), Congress has authorized, pursuant to 28 U.S.C. § 1608(b)(3)(B), that the clerk of court send to an agency or instrumentality of a foreign state, "by any form of mail requiring a signed receipt," a copy of the summons and complaint addressed "to the agency or instrumentality to be served."

DC: 2030356-1

COVINGTON & BURLING

Office of the Clerk
February 9, 2006
Page 2

   Pursuant to 28 U.S.C. § 1608(b)(3)(B), I have enclosed for service on Defendant BaikalFinansGroup: (1) one copy of the Complaint; (2) one summons; and (3) one copy of each document translated into Russian, the official language of the Russian Federation.

   Service should be attempted at the following address:

> BaikalFinansGroup
> Bld. 1, Bolotnaya St
> Moscow 115035
> Russian Federation

   Please take the necessary steps to effect service in this matter using the U.S. postal service's Global Express mail (forms enclosed). If you would prefer to prepare the appropriate materials and return them to us to handle the actual mailing, please contact me at (202) 662-5267 when the materials are ready and I will arrange to have them picked up.

   Thank you for your assistance.

         Sincerely,

         *Marney Cheek*

         Marney L. Cheek

Enclosures