SFP 2006 - 1100

## CERTIFICATE - ATTESTATION

undersigned authority has the honour to certify, in conformity with article 6 of the Convention
utorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

that the document has been served the (date):
que le demande a ete executee le (date):
**Tuesday 14 February 2006**

-at (place, street, number):
-a (localite, rue, numero):
**1 Great George Street, Westminster, London, SW1P 3AA, England**

- in one of the following methods authorised by article 5:
- dans une des formes suivantes prevues a l'article 5:

a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
   ~~selon les formes legales (article 5, alinea premier, lettre a)~~

b) in accordance with the following particular method:
   selon la forme particuliere suivante:
   **Personally served upon Mr Sergey Bogdanchikov at the direction of the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Supreme Court of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory**

c) ~~by delivery to the addressee, who accepted it voluntarily~~
   ~~par remise simple~~

the documents referred to in the request have been delivered to:
les documents mentionnes dans la demande ont ete remis a:

- (identity and description of person):
- (identite et qualite de la personne):
   **Mr Sergey Bogdanchikov**

- relationship to the addressee (family, business or other):
- liens de parente de subordinaion ou autres avec le desinataire de l'acts:

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint~~

nnexes
ocuments returned
ces renvoyees
appropriate cases, documents establishing the service
cheant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): **15 FEB 2006**
le:



Signature and/or stamp:
Signature et/ou cachet:

26.1.185

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD ALLEN, et al.,

                Plaintiffs,

                                            CASE NO. 1:05CV02077

-vs-

RUSSIAN FEDERATION, et al.

                Defendants.

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, JOHN FREDERICK TALBOT, Process Server, of Talbot House, Sulhamstead Hill, Sulhamstead, RG7 4DG, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Supreme Court of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Tuesday the 14th day of February 2006 before 1700 hours I personally served Mr Sergey Bogdanchikov with the Summons in a Civil Case and Complaint, together with the Hague Convention Summary of the Document to be Served with Attachment A and the Hague Convention Notice, by handing them to and leaving them with Mr Sergey Bogdanchikov, at 1 Great George Street, Westminster, London, SW1P 3AA.

3. Exhibited hereto marked 'A' is a bundle containing a copy of each of the documents so served by me.

4. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

Dated:        14 February 2006

Signed:       _[signature]_

                **JOHN FREDERICK TALBOT**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD ALLEN, et al.,

                    Plaintiffs,

                                                CASE NO. 1:05CV02077

-vs-

RUSSIAN FEDERATION, et al.

                    Defendants.

---

### Exhibit A to the Witness Statement of John Frederick Talbot

---

This is the exhibit marked "A" to my witness statement dated today.

Dated:        14 February 2006

Signed:       _[signature]_

                **JOHN FREDERICK TALBOT**

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'âranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinâ 4)*

| | |
|---|---|
| Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.<br>Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :* RICHARD ALLEN, DAVID SHWAYDER, FCT AMERICA LIMITED, et al., *Plaintiffs*
RUSSIAN FEDERATION, et al., *Defendants*
(Service upon the defendant: Sergey BOGDANCHIKOV)

## JUDICIAL DOCUMENT**
### ACTE JUDICIAIRE

Nature and purpose of the document:
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against him, and to summon him to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :* See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :* Defendant is summoned and required to serve upon Plaintiff's Attorney (Covington & Burling) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. Any Answer the Defendant serves on the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court, District of Columbia located at: E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, District of Columbia 20001, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision :* N/A

Date of judgment**:
*Date de la décision :* N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :* Defendant is summoned and required to serve upon Plaintiff's Attorney (Covington & Burling) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so, judgment by default will be taken against him for the relief demanded in the Complaint. Any Answer the Defendant serves on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

## EXTRAJUDICIAL DOCUMENT**
### ACTE EXTRAJUDICIAIRE

Nature and purpose of the document:
*Nature et objet de l'acte :* N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :* N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
*Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiffs, shareholders in Yukos Oil Company, allege that there has been a coordinated attack against Yukos Oil Company by Defendant Russian Federation and other defendant co-conspirators (collectively, "Defendants"). Plaintiffs claim that the purpose and effect of this attack has been the de facto re-nationalization of Yukos without payment of any compensation to its owners. Plaintiffs further claim that their investment in Yukos, a company once valued in the billions of US dollars, is now all but worthless. Plaintiffs now seek redress through this action, brought under the Racketeering Influenced and Corrupt Organizations Act ("RICO") (18 U.S.C. §§ 1961 *et seq.*), the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a *et seq.*), and common law, seeking, *inter alia,* damages for the losses Plaintiffs have suffered as a result of the confiscation and conversion of their property by Defendants.

Plaintiffs allege conspiracy and common law conversion, violations of RICO, prima facie tort, common law fraud and deceit, and securities fraud.

Plaintiffs request that this Court award a judgment on all claims, and award it such damages and compensation, including punitive damages, interest, attorneys fees, costs and other relief as it may find just.

# NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

Sergey BOGDANCHIKOV, *an individual*
One Great George Street
Westminster
London SW1P 3AA,
UNITED KINGDOM

- or -

Wherever he may be found in London, England

---

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBI

CASE NUMBER 1:05CV02077

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Sergey Bogdanchikov
c/o OAO Rosneft Oil Company
26/1, Sofiyskaya Embankment, 1
GSP-8 115998
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 2 4 2005

CLERK                                      DATE

_/s/ Maurice Higgins_
(By) DEPUTY CLERK