IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------- x
                                                               )
RICHARD ALLEN, et al.,                                         )
                                                               )
            Plaintiff,                                         )
                                                               )   Civil Action No.: 1:05-cv-02077
       v.                                                      )   Hon. Colleen Kollar-Kotelly
                                                               )
RUSSIAN FEDERATION, et al.                                     )
                                                               )
            Defendants                                         )
                                                               )
                                                               )
-------------------------------------------------------------- x
```

**THIRD CONSENT MOTION TO EXTEND
AND ESTABLISH DEADLINES FOR RESPONDING TO THE COMPLAINT**

Plaintiffs Richard Allen, *et al.*, by and through undersigned counsel, and defendant Sergey Bogdanchikov, by and through undersigned counsel, respectfully submit this Third Consent Motion to Extend and Establish Deadlines for Responding to the Complaint in this matter. Plaintiffs and Mr. Bogdanchikov submit this consent motion in an effort to establish a schedule that will lead to the more efficient consideration in this case. In joining this motion, Mr. Bogdanchikov expressly preserves all, and does not waive any, defenses including but not limited to defenses based on the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, and failure to state a claim.

In support of this Motion, plaintiffs and defendant Bogdanchikov state as follows:

1. Plaintiffs filed the above-captioned matter on October 24, 2005.

2. Pursuant to a series of motions and orders entered by this Court the time to respond to plaintiffs' complaint was extended for defendants Khristenko, Gazprom, and Kudrin.

3.	Under the Second Consent Motion to Extend and Establish Deadlines for Responding to the Complaint, which was granted on February 8, 2006, defendants Gazprom, Rosneft and Rosneftegaz agreed, without affecting or impairing all rights that any party may have regarding insufficiency of service and all other defenses, to treat the attempted service upon them pursuant to 28 U.S.C. § 1608(b)(3) as if it were received on the same date of transmittal indicated in the diplomatic note that transmits the summons and complaint to the Russian Federation pursuant to 28 U.S.C. § 1608(a)(4). The Order also set forth deadlines for responding to the Complaint as follows:

a.	The time for the defendants Khristenko, Kudrin, Gazprom, Rosneft and Rosneftegaz to respond to the Complaint shall be 60 days after the date of service on the Russian Federation pursuant to 28 U.S.C. § 1608(a)(4).

b.	Plaintiffs shall respond to such pleadings or motions as are filed by any of the defendants pursuant to the schedule set forth in paragraph 3(a), above, within 60 days of such filing, and the defendants who have filed such pleadings or motions shall then have 20 days to file their replies.

4.	On February 23, 2006, the plaintiffs filed an affidavit of service regarding defendant Sergey Bogdanchikov. According to the Court's docket, the deadline for filing a response in the matter for defendant Bogdanchikov is March 6, 2006.

5.	Undersigned counsel request that, without affecting or impairing all rights that defendant Bogdanchikov may have regarding insufficiency of service and all other defenses, defendant Bogdanchikov be placed on the same schedule as the other defendants as set forth in paragraph 3, above.

      6.      Plaintiffs agree that they will not seek to postpone their time to respond to any motions filed by defendant Bogdanchikov on the ground that additional defendants have been served or need to be served.

      7.      The deadlines requested in this Consent Motion will not delay the litigation because plaintiffs' current service efforts are not yet completed, and including Mr. Bogdanchikov on the same schedule as other defendants will simply allow for a common date for responding to the Complaint. The proposed schedule will promote the organized and efficient resolution by the Court of motions to dismiss.

For the foregoing reasons, the plaintiffs and the defendant Bogdanchikov jointly move for an order modifying the filing deadlines as set forth in paragraph 3, above, to include defendant Bogdanchikov.

Respectfully submitted,
March 6, 2006

\s\ Marney L. Cheek
O. Thomas Johnson, Jr.
James A. Goold
Marney L. Cheek (DC Bar No. 470596)
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291

*Counsel to Plaintiffs, Richard Allen, et al*

\s\ Adam P. Strochak
Adam P. Strochak (DC Bar No. 439308)
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, DC  20005
Telephone:  (202) 682-7000

Of Counsel:

Richard W. Slack
Weil, Gotshal & Manges LLP
767 5th Avenue
New York, NY 10153
Telephone:  (212) 310-8000

Greg S. Coleman
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
Telephone:  (512) 349-1930

*Counsel to Defendant Sergey Bogdanchikov*