

**LEGAL LANGUAGE SERVICES**

| | |
|---|---|
| *International Litigation Support* | Telephone (913) 341-3167 |
| 8014 State Line Road | Toll Free (800) 755-5775 |
| Suite 110 | Telefax (913) 341-3168 |
| Leawood, KS 66208-3712 | www.legallanguage.com |

March 14, 2006

**BY FEDEX DELIVERY**

Office of the Clerk
Attn: Ms. Tawana Davis
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

> Re: **Request for Service of Process on Defendants OAO Gazprom, OAO Rosneft Oil Company, OAO Rosneftegaz in *Allen et al. v. Russian Federation et al.*, Civil Action No. 1:05-02077 (CKK)**

Dear Ms. Davis:

    I am a licensed process server with Legal Language Services, a firm specializing in international litigation support. I have been hired by plaintiff's counsel, Covington & Burling, in connection with the above-captioned case to assist with perfecting international service of process upon three Russian defendants.

    Because service cannot be made in this matter under 28 U.S.C. §§ 1608(b)(1), or 1608(b)(2), I am writing to request that all necessary steps be taken to effect service in this matter on Defendants OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz pursuant to 28 U.S.C. § 1608(b)(3).

    As you are aware, the clerk of court sent copies of these documents to Defendants OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz on December 6, 2005. As of Tuesday, March 14, 2006, the U.S. postal service's "Track and Confirm" system does not indicate that these documents were ever signed for or received. (See attached) We therefore request that the clerk of the court dispatch copies of these documents using the U.S. postal service's Global Express mail, which requires a signed receipt.

    Under 28 U.S.C. § 1608(b)(1), no special arrangement for service exists between the Plaintiffs and Defendants OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz.

Office of the Clerk
March 14, 2006
Page 2

Under 28 U.S.C. § 1608(b)(2), service cannot be made pursuant to the applicable international convention on service of judicial documents, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, because the Russian Federation currently is not applying the Convention in relation to the United States. Also under 28 U.S.C. § 1608(b)(2), Defendants OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz have not authorized an agent to receive service of process in the United States.

Because service cannot be made under 28 U.S.C. §§ 1608(b)(1) and 1608(b)(2), Congress has authorized, pursuant to 28 U.S.C. § 1608(b)(3)(B), that the clerk of court send to instrumentalities of a foreign state, "by any form of mail requiring a signed receipt," a copy of the summons and complaint addressed "to the agency or instrumentality to be served."

Please take the necessary steps to effect service in this matter using the U.S. postal service's Global Express Guaranteed mail.

Pursuant to 28 U.S.C. § 1608(b)(3)(B), I have enclosed for service on Defendants OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz: (1) one copy of the Complaint for each Defendant; (2) one summons for each Defendant; and (3) one copy of each document translated into Russian, the official language of the Russian Federation.

I have also separately enclosed the appropriate Global Express Guaranteed mail forms pre-completed for each defendant (and bearing our own return address) along with Global Express Guaranteed mail packaging envelopes. In the event that you prefer to fill out these mail forms yourself, we have included several additional blank forms for you to use. Please note that at the time the US Post Office furnished us with these materials they informed us that only Post Office personnel were permitted to affix the mail form to the package at the time it was sent overseas; we have therefore not attached the mail forms to the packages themselves.

Service should be attempted at the following addresses:

> OAO Gazprom
> Ulitsa Nametkina 16
> 125167 Moscow
> Russian Federation
>
> OAO Rosneft Oil Company
> Sofiyskaya Naberezhnaya 26/1
> 115035 Moscow
> Russian Federation
>
> OAO Rosneftegaz
> Zhitnaya Str. Blg. 14
> 119049 Moscow
> Russian Federation

Office of the Clerk
March 14, 2006
Page 3

    Should you prefer to return the packages to us for submission to the US Post Office, please contact me at (800) 755-5775 and/or return the packages to me using the enclosed prepaid FedEx envelope.

    Once the US Post Office notifies us that delivery has been accomplished, we will assemble the appropriate proof of delivery for each defendant and submit the same to your office.

    Please do not hesitate to contact me at the above toll-free number if you have questions or concerns. I can also be reached by email at claforge@legallanguage.com.

    Thank you for your assistance.

Sincerely yours,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Cara LaForge
Manager,
International Litigation Support
Enclosures

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **RB84 3315 423U S**
Status: **Acceptance**

Your item was accepted at 4:27 pm on December 06, 2005 in WASHINGTON, DC 20004. No further information is available for this item.

Information on this item has been restored from offline files and will be available online for 30 days from 03/14/2006.

**Track & Confirm** 
Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



OAO Gazprom



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RB84 3315 454U S**
Status: **Acceptance**

Your item was accepted at 4:26 pm on December 06, 2005 in WASHINGTON, DC 20004. No further information is available for this item.

Information on this item has been restored from offline files and will be available online for 30 days from 03/14/2006.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

OAO Rosneftegaz



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RB84 3315 445U S**
Status: **Acceptance**

Your item was accepted at 4:16 pm on December 06, 2005 in WASHINGTON, DC 20004. No further information is available for this item.

Information on this item has been restored from offline files and will be available online for 30 days from 03/14/2006.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy 

OAO Rosneft Oil Company