

**United States Department of State**

*Washington, D.C. 20520*

March 21, 2006

Ms. Nancy Mayer-Whittingham
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

        Re: Richard Allen, et al., v. Russian
     Federation, et al., Case No. 1:05CV02077(CKK)

Dear Ms. Mayer-Whittingham:

  I am writing regarding the Court's request for service of a summons, complaint and notice of suit pursuant to 28 U.S.C. 1608(a)(4) upon the Russian Federation as a defendant in the above mentioned lawsuit. The documents were delivered to the Russian Ministry of Foreign Affairs under cover of diplomatic note CON no. 2006-013 dated March 13, 2006 and delivered March 14, 2006.

  In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, enclosed are copies of the summons, complaint and notice of suit along with a certified copy of the diplomatic note used to transmit them. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

            Sincerely,

            William P. Fritzlen
            Attorney Adviser
      Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Marney Cheek
   Covington & Burling
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004

RECEIVED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Embassy Certification**
Under the Foreign Sovereign Immunities Act

Russian Federation..............................)
Moscow Oblast...................................)
City of Moscow..................................)     ss:
Embassy of the United States of America......)
Consular Section................................)

I, Robert F. Hannan, Jr., a Consul at the Embassy of the U.S., Moscow, certify that this is a true copy of diplomatic note CON no. 2006-013 dated March 13, 2006, which was transmitted to the Ministry of Foreign Affairs of the Russian Federation on March 14, 2006.

_____
Robert F. Hannan, Jr.
Consul

(Impression Seal)

March 14, 2006

**EMBASSY OF THE
UNITED STATES OF AMERICA**

No. CON 2006 – 013

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs and refers the Ministry of Foreign Affairs of the Russian Federation to the lawsuit entitled Richard Allen, et al. v. Russian Federation, et al., case number 1:05CV02077(CKK) which is pending in the U.S. District Court for the District of Columbia and in which the Russian Federation is a defendant. The Embassy transmits herewith a notice of suit with summons and complaint. This note constitutes transmittal of these documents to the Government of the Russian Federation as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days from the date of service of the complaint or face the possibility of having judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Embassy requests that the enclosed summons, complaint and notice of suit be forwarded to the appropriate authority of the Russian Federation with a view towards taking whatever steps are necessary to avoid a default judgment.

Under the laws of the United States, any jurisdictional or other defense, including the assertion of sovereign immunity, must be addressed to the court before which the matter is pending. For that reason, it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

In addition to the summons and complaint, the Embassy is enclosing a notice of suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States.

Attachments:

1. Summons, Complaint and Notice of Suit
2. Translations

The point of contact for this issue, Robert F. Hannan, Jr., Consul, can be reached at 728-5577.

The Embassy of the United States of America avails itself of the opportunity to extend to the Ministry of Foreign Affairs of the Russian Federation renewed assurance of its highest consideration.

        EMBASSY OF THE UNITED STATES OF AMERICA,
                March 13, 2006