IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, on behalf of himself and all plaintiffs similarly situated,

    Plaintiff,

v.

RUSSIAN FEDERATION, et al.

    Defendants

Case No: 1:05-cv-02077-CKK
Hon. Colleen Kollar-Kotelly

---

## MOTION FOR ADMISSION PRO HAC VICE

I, Adam P. Strochak, on behalf of Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov, move for the admission *pro hac vice* of Richard W. Slack to represent in this matter and declare as follows:

    1.    I, Adam P. Strochak, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am a partner at the law firm of Weil, Gotshal & Manges, LLP and am acquainted with Mr. Slack. I will remain as counsel throughout the course of the above-referenced proceeding.

    2.    Mr. Slack is a practicing attorney and is a member in good standing of the bars of the United States District Court for the Southern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States Tax Court, and the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Ninth Circuit. He

is a partner at the law firm of Weil, Gotshal & Manges, LLP. Mr. Slack is not currently nor has he been previously suspended, disbarred or otherwise disciplined by any court.

    3.    Mr. Slack has not been previously admitted *pro hac vice* before this Court.

Wherefore, I, Adam P. Strochak, move for the admission of Richard W. Slack *pro hac vice* as counsel for Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov in this case and request that the Court enter the attached order.

DATED: April 7, 2006

                                                      Respectfully submitted,

/s/ _____
Adam P. Strochak, Esq.
D.C. Bar # 439308
Weil, Gotshal & Manges LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 2005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Attorney for OAO Rosneftegaz,
OAO Rosneft Oil Company, and
Sergey Bogdanchikov

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2006, Adam P. Strochak's Motion for Admission Pro Hac Vice of Richard W. Slack and the corresponding Affidavit and Order were filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

_____
Leslie Burdette