IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, on behalf of himself and all plaintiffs similarly situated,

    Plaintiff,

v.

RUSSIAN FEDERATION, et al.

    Defendants

---

Case No.: 1:05-cv-02077-CKK
Hon. Colleen Kollar-Kotelly

## AFFIDAVIT OF RICHARD W. SLACK

Richard W. Slack, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am an attorney at law duly admitted to practice before all courts of the State of New York. I am a partner at the law firm of Weil, Gotshal & Manges, LLP. My office is located at 767 Fifth Avenue, New York, New York 10153, telephone number (212) 310-8000. I make this Affidavit in support of the attached motion for admission *pro hac vice*.

2. I am a 1986 graduate of Washington University School of Law.

3. I was admitted to practice in New York on January 12, 1987 and since that time I have been a member in good standing of the bar of that state.

4. I am also admitted to practice before the following courts: the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of New York, the United States

District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Tax Court.

       5.     I am a member in good standing in each of the courts identified above. I have never been suspended, disbarred or otherwise disciplined by any court and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

       6.     I have not previously been admitted *pro hac vice* before this Court.

       7.     Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

                                                        Richard W. Slack

Sworn to me this
___ day of April, 2006

_____
Notary Public

MARTHA MELTON
Notary Public, State of New York
No. 4651097
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Jan. 31, 2010