IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, on behalf of himself and all plaintiffs similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSSIAN FEDERATION, et al.<br><br>    Defendants | Case No.: 1:05-cv-02077-CKK<br>Hon. Colleen Kollar-Kotelly |

## ORDER GRANTING PRO HAC VICE MOTION

Upon the motion of Adam P. Strochak, on behalf of Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov, for an order admitting Richard W. Slack *pro hac vice* in this action for all purposes; and upon the affidavit of Richard W. Slack in support of the motion, and for good cause appearing,

**IT IS HEREBY ORDERED** that Richard W. Slack is admitted *pro hac vice* in this action for all purposes in the above-referenced proceeding.

DATED:    Washington, D.C.
          April ____, 2006

_____
Honorable Colleen Kollar-Kotelly
United States District Judge