IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                 )
RICHARD ALLEN, on behalf of himself and all                      )
plaintiffs similarly situated,                                   )
                                                                 )
                    Plaintiff,                                   )
                                                                 )  Case No: 1:05-cv-02077-CKK
            v.                                                   )  Hon. Colleen Kollar-Kotelly
                                                                 )
RUSSIAN FEDERATION, et al.                                       )
                                                                 )
                    Defendants                                   )
                                                                 )
---------------------------------------------------------------- x

## MOTION FOR ADMISSION PRO HAC VICE

I, Adam P. Strochak, move for the admission *pro hac vice* of Gregory S. Coleman to represent Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov in this matter and declare as follows:

    1.    I, Adam P. Strochak, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am a partner at the law firm of Weil, Gotshal & Manges, LLP and am acquainted with Mr. Coleman. I will remain as counsel throughout the course of the above-referenced proceeding.

    2.    Mr. Coleman is a practicing attorney and is a member in good standing of the bars of the United States District Court for the Southern District of Texas, the United States Court for the Western District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for Eastern District of Texas, the United States District Court for the Second Federal Circuit; the United States District Court for the Third Federal Circuit, the United States District Court for the Fourth Federal Circuit, the United States District

Court for the Fifth Federal Circuit, the United States District Court for the Seventh Federal Circuit, the United States District Court for the Eighth Federal Circuit, the United States District Court for the Ninth Federal Circuit, the United States District Court for the Tenth Federal Circuit, the United States District Court for the Eleventh Federal Circuit, and the Federal Circuit. He is a partner at the law firm of Weil, Gotshal & Manges, LLP.  Mr. Coleman is not currently nor has he been previously suspended, disbarred or otherwise disciplined by any court.

       3.      Mr. Coleman has not been previously admitted *pro hac vice* before this Court.

Wherefore, Adam P. Strochak moves for the admission of Gregory S. Coleman *pro hac vice* as counsel for Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov in this case and requests that the Court enter the attached order.

DATED:  April 7, 2006

 

Respectfully submitted,

/s/_____
Adam P. Strochak, Esq.,
D.C. Bar # 439308
Weil, Gotshal & Manges LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 2005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940

**ATTORNEY FOR OAO ROSNEFTEGAZ, OAO ROSNEFT OIL COMPANY, AND SERGEY BOGDANCHIKOV**

3

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2006, Adam P. Strochak's Motion for Admission Pro Hac Vice of Gregory S. Coleman and the corresponding Affidavit and Order were filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Leslie Burdette*
Leslie Burdette