IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
                                                              )
RICHARD ALLEN, on behalf of himself and all                   )
plaintiffs similarly situated,                                )
                                                              )
            Plaintiff,                                        )
                                                              )   Case No.: 1:05-cv-02077-CKK
     v.                                                       )   Hon. Colleen Kollar-Kotelly
                                                              )
RUSSIAN FEDERATION, et al.                                    )
                                                              )
            Defendants                                        )
                                                              )
------------------------------------------------------------- x

## AFFIDAVIT OF GREGORY S. COLEMAN

Gregory S. Coleman, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am an attorney at law duly admitted to practice before all courts of the State of Texas. I am a partner at the law firm of Weil, Gotshal & Manges, LLP. I maintain an office at 8911 Capital of Texas Highway, Suite 1350, Austin, Texas 78759, telephone number (512) 349-1930 and reside at 2318 Aldworth Drive, Cedar Park, Texas 78613. I make this Affidavit in support of the attached motion for admission *pro hac vice*.

2. I am a 1992 graduate of University of Texas School of Law.

3. I was admitted to practice in Texas on November 6, 1992 and since that time I have been a member in good standing of the bar of that state.

4. I have been admitted to practice before the courts in the following jurisdictions on the dates set forth below:

   a. State of Texas; November 1992

      b.      Second Federal Circuit; December 2002

      c.      Third Federal Circuit; May 2002

      d.      Fourth Federal Circuit; February 1997

      e.      Fifth Federal Circuit; June 1993

      f.      Seventh Federal Circuit; May 2002

      g.      Eighth Federal Circuit; May 2002

      h.      Ninth Federal Circuit; June 2002

      i.      Tenth Federal Circuit; October 2001

      j.      Eleventh Federal Circuit; February 2003

      k.      Federal Circuit; January 1997

      l.      Southern District of Texas; January 1994

      m.      Western District of Texas; October 1994

      n.      Northern District of Texas; July 1999

      o.      Eastern District of Texas; November 1997

    5.    I am a member in good standing in each of the courts identified above. I have never been suspended, disbarred or otherwise disciplined by any court and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

    6.    I have never previously been admitted *pro hac vice* before this Court.

7. Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

_____
Gregory S. Coleman

Sworn to me this
6th day of April, 2006

_____
Notary Public

SONJA HANNA
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 21, 2008