IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------- x
)
RICHARD ALLEN, on behalf of himself and all )
plaintiffs similarly situated, )
)
)
Plaintiff, )
) Case No.: 1:05-cv-02077-CKK
v. ) Hon. Colleen Kollar-Kotelly
)
RUSSIAN FEDERATION, et al. )
)
Defendants )
)
----------------------------------------------------------- x

## ORDER GRANTING PRO HAC VICE MOTION

Upon the motion of Adam P. Strochak for an order admitting Gregory S. Coleman *pro hac vice* in this action for all purposes; and upon the affidavit of Gregory S. Coleman in support of the motion, and for good cause appearing,

**IT IS HEREBY ORDERED** that Gregory S. Coleman is admitted *pro hac vice* in this action for all purposes in the above-referenced proceeding.

DATED:    Washington, D.C.
April ____, 2006

```
                                    _____
                                    Honorable Colleen Kollar-Kotelly
                                    United States District Judge
```