IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, *et al.*,

                  Plaintiffs,

v.

RUSSIAN FEDERATION, *et al.*

                  Defendants

Case No: 1:05-cv-02077-CKK
Hon. Colleen Kollar-Kotelly

---

### MOTION TO EXCEED PAGE LIMITATION
### FOR JOINT MOTION TO DISMISS BY DEFENDANTS OAO ROSNEFTEGAZ, OAO ROSNEFT OIL COMPANY, AND SERGEY BOGDANCHIKOV

Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov, by and through their counsel, Weil, Gotshal & Manges LLP, respectfully file this motion under D.C. LOCAL CIV. R. 7(e), seeking approval to file a joint motion to dismiss that exceeds the 45-page limitation for motions and accompanying points and authorities. Although each of these defendants could separately file a 45-page motion to dismiss with accompanying authorities under the Court's rules, to expedite consideration of the issues and save judicial resources, defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov seek approval to file a joint motion to dismiss and accompanying authorities with an 80-page limit—more than 50 pages fewer than could be submitted in separate briefs. An extension of the page limitation is both necessary and appropriate because these three defendants, represented by the same counsel, intend to file a joint motion to dismiss plaintiffs' 250-paragraph complaint

1

that will address each of seven separate counts filed against them by plaintiffs in this case, including claims under federal securities laws, the Racketeering Influenced and Corrupt Organizations Act, and various common-law claims. The motion will also raise other case-dispositive defenses, including defenses under the Foreign Sovereign Immunities Act, jurisdictional defenses, the act-of-state doctrine, and *forum non conveniens*, among others.

An extension of the page limitation will not prejudice any party, and will expedite, rather than delay, the Court's consideration of this case.

Dated:  April 26, 2006                                    Respectfully submitted,


/s/
Richard W. Slack
(*pro hac vice* pending)
Gregory S. Coleman
(*pro hac vice* pending)
Meredith B. Parenti
Deborah A. Maher
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8004

Adam P. Strochak, Esq.
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

**ATTORNEYS FOR OAO ROSNEFTEGAZ, OAO ROSNEFT, AND BOGDANCHIKOV**

## CERTIFICATE OF CONFERENCE

I certify that on April 20, 2006, I spoke by telephone with O. Thomas Johnson, Jr., counsel for plaintiffs, and he opposed this motion.

/s/_____
Richard W. Slack

## CERTIFICATE OF SERVICE

I certify that on April 26, 2006, this motion was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/_____
Adam P. Strochak