IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| RICHARD ALLEN, on behalf of himself and all plaintiffs similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>RUSSIAN FEDERATION, et al. )<br><br>Defendants ) | Case No: 1:05-cv-02077-CKK<br>Hon. Colleen Kollar-Kotelly |

---

### ORDER GRANTING MOTION TO EXTEND PAGE LIMITATION FOR JOINT MOTION TO DISMISS BY DEFENDANTS OAO ROSNEFTEGAZ, OAO ROSNEFT OIL COMPANY, AND SERGEY BOGDANCHIKOV

After considering the motion filed by Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov seeking an 80-page limitation for their joint motion to dismiss and accompanying authorities, the Court GRANTS the motion and ORDERS that the Clerk of the Court accept for filing a motion to dismiss with accompanying authorities filed by these defendants not exceeding 80 pages.

SIGNED on _____, 200_, in Washington, D.C.

_____
Honorable Colleen Kollar-Kotelly
United States District Judge

4