IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------------   x
                                                                     )
RICHARD ALLEN, on behalf of himself and all                          )
plaintiffs similarly situated,                                       )
                                                                     )
              Plaintiff,                                             )
                                                                     )   Case No: 1:05-cv-02077-CKK
       v.                                                            )   Hon. Colleen Kollar-Kotelly
                                                                     )
RUSSIAN FEDERATION, et al.                                           )
                                                                     )
              Defendants                                             )
                                                                     )
------------------------------------------------------------------   x
```

## NOTICE OF AFFIDAVITS

PLEASE TAKE NOTICE THAT on April 27, 2006, I, Adam P. Strochak, on behalf of Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov, and pursuant to this Court's April 10, 2006 Order, submit the affidavits of Richard W. Slack and Greg S. Coleman that certify their familiarity with the Local Rules of this Court.

DATED: April 27, 2006

                                                               Respectfully submitted,

                                                               /s/_____
                                                               Adam P. Strochak, Esq.
                                                               D.C. Bar # 439308
                                                                Weil, Gotshal & Manges LLP
                                                                1300 Eye Street, NW – Suite 900
                                                                Washington, D.C. 2005
                                                                Telephone: (202) 682-7000
                                                                Facsimile: (202) 857-0940

                                                                Attorney for OAO Rosneftegaz,
                                                                OAO Rosneft Oil Company, and
                                                                Sergey Bogdanchikov

2

**CERTIFICATE OF SERVICE**

I certify that on April 27, 2006, Adam P. Strochak's Notice of Affidavits were filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                                    Leslie Burdette