IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
)
RICHARD ALLEN, on behalf of himself and all )
plaintiffs similarly situated, )
)
      Plaintiff, )
) Case No: 1:05-cv-02077-CKK
    v. ) Hon. Colleen Kollar-Kotelly
)
RUSSIAN FEDERATION, et al. )
)
      Defendants )
)
------------------------------------------------------------------ x

## AFFIDAVIT OF GREGORY S. COLEMAN

Gregory S. Coleman, of full age, being duly sworn according to law, upon his oath, deposes and says:

    1.    I certify that I have read and am familiar with the Local Rules of this Court.

Sworn to me this 24th day of April 2006

*/s/ Gregory S. Coleman*
Gregory S. Coleman

*/s/ Ginger R. Oliver*
Notary Public

GINGER R. OLIVER
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 20, 2007