IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
                                                                   )
RICHARD ALLEN, on behalf of himself and all                        )
plaintiffs similarly situated,                                     )
                                                                   )
        Plaintiff,                                                 )
                                                                   )     Case No: 1:05-cv-02077-CKK
    v.                                                             )     Hon. Colleen Kollar-Kotelly
                                                                   )
RUSSIAN FEDERATION, et al.                                         )
                                                                   )
        Defendants                                                 )
                                                                   )
------------------------------------------------------------------ x

## AFFIDAVIT OF RICHARD W. SLACK

Richard W. Slack, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am a member of Weil, Gotshal & Manges, LLP. I submit this affidavit in connection with my application to be admitted *pro hac vice* in the above action.

2. I certify that I have read and am familiar with the Local Rules of this Court.

Sworn to me this 25th day of April 2006

_____
Richard W. Slack

_____
Notary Public

ETHNA CLARKE SERKANIC
Notary Public, State of New York
No. 01SE4956123
Qualified in New York County
Commission Expires March 22 20_10_

NY1:\1387900\01\TQWS01!.DOC\66014.0004