811

Legal Documents

Immediately upon receipt, please telep
Name:
Tel. No. [redacted]

PLEASE PR

www.usps.com

UNITED STATES POSTAL SERVICE

0000

U.S. POSTAGE PAID
WASHINGTON, DC
20004
FEB 22 '06
AMOUNT
$0.00
00101075-26

POSTAGE AND FEES PAID

R PIC

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

11

www.usps.gov

LABEL 127B
Label 11-B

EQ 493072493 US

PRESS HARD. YOU ARE MAKING 3 COPIES.

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 20044
Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del Day — 3-5
Postage: $ 30.55
Date Accepted: Mo. 2 Day 22 Year 06
Scheduled Date of Delivery: Month Day
Return Receipt Fee: $
Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $
Time Accepted: 4:58 ☐ AM ☑ PM
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 30.55
Flat Rate ☐ or Weight: 1 lbs. 3.0 ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
X200594
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) ... valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE. NW
WASHINGTON, D.C. 20001

05cv2077 CKK

RECEIVED
MAR 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (PLEASE PRINT) PHONE ( ) 7-095-777-44-22

BaikalFinansGroup
Bld. 1, Bolotnaya St
Moscow 115035
Russian Federation

3

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING