AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.

CASE NUMBER:   1:05CV02077 (CKK)

TO: (Name and address of Defendant)

OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ 60 _____ *60* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV 1 5 2005

CLERK

*Jackie Franus*

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 30, 2006 |
| NAME OF SERVER (*PRINT*)  Cara LaForge | TITLE Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

G   Returned unexecuted:

G   Other (specify):    See attached declaration of  Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
            Date          Signature of Server

                                      Legal Language Services
                                      8014 State Line Road, Suite 110
                                      Leawood, KS  66208
                                      Tel. (800) 755-5775
                                        Fax (888) 754-8454

                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.

CASE NUMBER:    1:05CV02077 (CKK)

TO: (Name and address of Defendant)

OAO Rosneft Oil Company
26/1, Sofiyskaya Embankment, 1
GSP-8 115998
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 1 5 2005

CLERK                                                     DATE

_Jackie Francis_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | March 30, 2006 |
| NAME OF SERVER *(PRINT)*  Cara LaForge | TITLE | Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____ See attached declaration of Cara LaForge.

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
                    Date                      _____
                                             *Signature of Server*    Legal Language Services
                                                          8014 State Line Road, Suite 110
                                                          Leawood, KS  66208
                                                          Tel. (800) 755-5775
                                                          Fax (888) 754-8454
                                             _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.

CASE NUMBER:    1:05CV02077 (CKK)

TO: (Name and address of Defendant)

OAO Rosneftegaz
c/o OAO Rosneft Oil Company
26/1, Sofiyskaya Embankment, 1
GSP-8 115998
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ *60* ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 1 5 2005

CLERK                                       DATE

*Jackie Franns*

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 5, 2006 |
| NAME OF SERVER *(PRINT)*<br>Cara LaForge | TITLE<br>Manager, International Litigation Support,<br>Legal Language Services |

*Check one box below to indicate appropriate method of service*

☐ **Served personally upon the defendant.  Place where served:** _____

☐ **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**

    **Name of person with whom the summons and complaint were left:** _____

☐ **Returned unexecuted:** _____

☐ **Other (specify):** _____ See attached declaration of  Cara LaForge. _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       (See attached declaration of Cara LaForge)

               *Date*        *Signature of Server*   Legal Language Services
                                      8014 State Line Road, Suite 110
                                      Leawood, KS  66208
                                      Tel. (800) 755-5775
                                      Fax (888) 754-8454

                         *Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------X

RICHARD ALLEN, *et al.*

                          Plaintiffs,                    Case No. 1:05CV02077

     v.

RUSSIAN FEDERATION, *et al.*             **DECLARATION OF**
                                             **CARA LAFORGE**

                        Defendants.
-------------------------------------------------------X

      1.  I am a licensed process server with Legal Language Services (LLS), a firm specializing in international litigation support. LLS is one of the largest international process servers in the United States, and I personally have over a decade of experience in effecting service of process in foreign countries, including the Russian Federation.

      2.  On March 10, 2006, Plaintiffs' counsel O. Thomas Johnson, Jr. of the firm Covington & Burling retained the services of LLS to assist with service of process pursuant to 28 U.S.C. § 1608(b)(3) of the Foreign Sovereign Immunities Act upon OAO Gazprom, OAO Rosneft Oil Company and OAO Rosneftegaz, Russian defendants in the above-captioned matter.

      3.  Service in this matter could not be effected pursuant to 28 U.S.C. § 1608(b)(2) under the applicable international convention on service of judicial documents, the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, because the Russian Federation currently refuses to apply the Convention in relation to the United States.  Further, under 28 U.S.C. § 1608(b)(2), Defendants OAO Gazprom, OAO Rosneft

Oil Company, and OAO Rosneftegaz have not authorized an agent to receive service of process in the United States.

4.  28 U.S.C. § 1608(b)(3)(B) provides that the clerk of court may send to instrumentalities of a foreign state, "by any form of mail requiring a signed receipt," a copy of the summons and complaint addressed "to the agency or instrumentality to be served."

5.  Therefore, on March 14, 2006, I submitted to the Clerk of the U.S. District Court for the District of Columbia a request that service of process, consisting of an English language summons and complaint and certified Russian translations thereof, be issued upon Defendants OAO Gazprom, OAO Rosneft Oil Company, and OAO Rosneftegaz via the U.S. Postal Service ("USPS"), using the USPS's Global Express Guaranteed, a form of express mail requiring a signed receipt.

6.  On March 23, 2006, the Clerk of the Court approved the request and returned the mail packages to LLS for transmission to the U.S. post office.

7.  On March 27, 2006, LLS staff submitted the three packages, each containing process for one of the Defendants, to a U.S. postal office located near LLS' offices in Leawood, Kansas.  On the return address label, and with the prior approval of the Clerk of the Court, LLS placed its own address along with the name of its parent company, ALS International.

8.  Through the USPS's "track and confirm" online tracking system, LLS has confirmed that all three packages were delivered.  LLS also has confirmed that all three packages were signed for upon delivery.  Proof of delivery and signed receipts are attached hereto, as described below.

9. In the case of the package addressed to OAO Gazprom, LLS requested delivery of the package to the following address: OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167, Russian Federation. The USPS assigned tracking number 8251398864 to the Gazprom package. (Circled on Exhibit A1, Global Express Ship Label.) Since the USPS currently subcontracts shipping of its Global Express Guaranteed packages to FedEx, FedEx also assigned a tracking number to this package: 8982 5139 8862 (also circled on Exhibit A1). The USPS online tracking system indicates that the package was delivered on March 30, 2006, at 10:00 a.m. (See Exhibit A2, USPS Track and Confirm results.) The FedEx signed receipt, which bears the FedEx tracking number 8982 5139 8862, indicates (in Russian Cyrillic text) that the package was signed for by "Filipov." (See Exhibit A3, tracking number indicated.) The USPS Global Express Ship Label includes both the USPS tracking number (8251398864) and the FedEx tracking number (8982 5139 8862) for the Gazprom package. (See Exhibit A1.) The two tracking numbers also are indicated on the FedEx online tracking system, which confirms the delivery details. (See Exhibit A4, FedEx Track Shipments Detailed Results.)

10. In the case of the package addressed to OAO Rosneft Oil Company, LLS requested delivery of the package to the following address: OAO Rosneft Oil Co., Sofiyskaya Naberezhanaya 26/1, Moscow, 115035, Russian Federation. The USPS assigned tracking number 8251398853 to the Rosneft Oil Company package. (Circled on Exhibit B1, Global Express Ship Label.) Since the USPS currently subcontracts shipping of its Global Express Guaranteed packages to FedEx, FedEx also assigned a tracking number to this package: 8982 5139 8851 (also circled on Exhibit B1). The USPS online tracking system indicates that the package was delivered on March 30, 2006, at 11:13

a.m. (See Exhibit B2, USPS Track and Confirm results.) The FedEx signed receipt, which bears FedEx tracking number 8982 5139 8851, indicates (in Russian Cyrillic text) that the package was signed for by "Shurina." (See Exhibit B3.) The Global Express Ship Label includes both the USPS tracking number (8251398853) and the FedEx tracking number (8982 5139 8851) for the Rosneft Oil Company package. (See Exhibit B1.) The two tracking numbers also are indicated on the FedEx online tracking system, which confirms the delivery details. (See Exhibit B4, FedEx Track Shipments Detailed Results.)

   11. In the case of the package addressed to OAO Rosneftegaz, LLS requested delivery of the package to the following address: OAO Rosneftegaz, Zhitnaya Str. Blg. 14, Moscow, 119049, Russian Federation. The USPS assigned tracking number 8252788202 to the Rosneftegaz package. (Circled on Exhibit C1, Global Express Ship Label.) Since the USPS currently subcontracts shipping of its Global Express Guaranteed packages to FedEx, FedEx also assigned a tracking number to this package: 8982 5278 8207 (also circled on Exhibit C1). On March 31, 2006, FedEx contacted LLS for an address clarification and indicated that it could not find the address indicated on the shipping label. LLS directed the package to be delivered instead to the following address: Rosneftegaz, Sofiyskaya Nab. 26/1, Moscow 113816, Russian Federation. The USPS online tracking system indicates that the package was delivered on April 5, 2006, at 10:41 a.m. (See Exhibit C2, USPS Track and Confirm results.) The FedEx signed receipt, which bears FedEx tracking number 8982 5278 8207, indicates (in Russian Cyrillic text) that the package was signed for by "Postikova." (See Exhibit C3, Signed Receipt.) The Global Express Ship Label includes both the USPS tracking number

(8252788202) and the FedEx tracking number (8982 5278 8207) for the Rosneftegaz

package. (See Exhibit C1.)  The two tracking numbers also are indicated on the FedEx

online tracking system, which confirms the delivery details. (See Exhibit C4, FedEx

Track Shipments Detailed Results.)

       12. In a letter dated May 5, 2006, FedEx provided further confirmation of

delivery.  (See Exhibit D, FedEx Delivery Confirmation Letter.)

       13. I declare under penalty of perjury under the laws of the United States

that the foregoing is true and correct.


Cara LaForge
Manager, International Litigation Support
LEGAL LANGUAGE SERVICES
A Division of ALS International, Inc.


Executed in Leawood, Kansas.

Subscribed and sworn to before
me this ___May 8___ 2006

Notary Public
KARINA SHREEFER
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires November 15, 2009

# EXHIBIT A
# OAO GAZPROM

**GLOBAL EXPRESS GUARANTEED**

UNITED STATES POSTAL SERVICE ®

**International Air Waybill**

**FedEx** Express

**1 From** Please print and press hard.

Date 3/27/06

Sender's Name Cara LaForge    Phone ( 913.34/. 3167

Company ALS International

Address 8014 State Line Road

Address Suite 110

City Leawood    State KS

Country USA    ZIP Code™ 66208

**2 To**

Recipient's Name

Company OAO Gazprom

Address Ulitsa Nametkina 16

Address

City Moscow    State Province

Country Russian Federation    ZIP Code™ Postal Code 125167

Recipient's Tax ID Number (for Customs purposes (if applicable)
SA. BEDPROMOTIN

Phone 7.495.719.3001    Fax (if applicable)    Dept./Floor

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**International delivery
by FedEx Express**

**3 Shipment Information**

☑ Documents
Correspondence and
printed matter.

Description (list harmonized code if known)
REQUIRED

Documents
115 pds

☐ Non-Documents
All other items. Recipient may be required to pay import
duties and taxes. This shipment may be subject to inspection.

Country of
Manufacture

Value for Customs
REQUIRED

$1.00

$1.00

Total Value for Customs $1.00
(US $)

**4 Required Signature**

I/We agree that the USPS terms and conditions for the back of the Sender's copy of this Air Waybill and to the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS and FedEx Services and certain international... I/We understand that USPS and FedEx DO NOT TRANSPORT CASH. I/We certify that this package does not contain any hand cash or coined material and that the perishable at declared. I/We certify that this package does not require a Shipper's Export Declaration. Information may result in... [criminal] penalties (18 USC sec. 31 USC 3802).

Sender's Signature: Noo Cara

Postal Use
Only    Date 03-27-06    Time (I) 3(5)

Dimensions in Inches (Non-Document Shipments)    Weight

13    12    124    Ins.    1    4    ez.

☑ USPS G-XG Envelope or Pak

☐ Packaging

☐ USPS G-XG Envelope or Pak    ☐ Customer Pkg.

**Delivery Guarantee**
☐ 1Day  ☐ 2Day  ☐ 3Day  ☐ Day

Postage $ 4,735    Insurance Fee $

Total $ 4735

Empty
KG

PU ZIP (+4) Code

8982 5139 8662

PART 105508
Rec. Data 3CA
PRINTED IN U.S.A.
Item 1/97001 GXG USPS
Version 2E 1/2006

**Sender's Copy**

USPS
Tracking
Number

8251398864


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 8251 3988 64
Detailed Results:

→

- **Shipment Delivered, March 30, 2006, 10:00 am, MOSCOW, RUSSIA**
- **Transferred Through, March 30, 2006, 7:49 am, MOSCOW, RUSSIA**
- **Customs Clearance Process Complete, March 30, 2006, 7:48 am, MOSCOW, RUSSIA**
- **Clearance Delay, March 29, 2006, 9:44 pm, MOSCOW, RUSSIA**
- **Customs Clearance Process Complete, March 29, 2006, 9:42 pm, MOSCOW, RUSSIA**
- **Shipment Picked Up, March 29, 2006, 9:00 pm, MOSCOW, RUSSIA**
- **Departing Origin, March 29, 2006, 9:19 am, POYLE, GREAT BRITAIN**
- **Customs Clearance Process Complete, March 29, 2006, 9:18 am, POYLE, GREAT BRITAIN**
- **Transferred Through, March 28, 2006, 8:15 pm, STANSTED, GREAT BRITAIN**
- **Transferred Through, March 28, 2006, 8:01 pm, STANSTED, GREAT BRITAIN**
- **Departing Origin, , March 28, 2006, 4:24 amMEMPHIS**
- **Departing Origin, , March 28, 2006, 1:01 amMEMPHIS**
- **Transferred Through, , March 27, 2006, 11:49 pmMEMPHIS**
- **Departing Origin, , March 27, 2006, 10:27 pmKANSAS CITY**
- **Departing Origin, , March 27, 2006, 9:33 pmKANSAS CITY**
- **Transferred Through, , March 27, 2006, 9:33 pmKANSAS CITY**
- **Shipment Picked Up, , March 27, 2006, 9:14 pmKANSAS CITY**
- **Enroute, March 27, 2006, 5:00 pm, KANSAS CITY, MO 64121**
- **Acceptance, March 27, 2006, 1:51 pm, LEAWOOD, KS 66206**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

**FedEx**

I on this Delivery Record is accurate and correct, I also understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Шибченко А.А. / 503235

Employee Signature            Employee Number

# DELIVERY RECORD

| Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address | Pcs. | Serv. | Time | Status |
|---|---|---|---|---|---|---|---|---|

| PO Box | Филиппов | 1 | #898980202028 Наюмки | 16 | 1 | L | 0850 | |
| | → | | 898981898862 | 11 | | 1 | P | 0000 | |

| RECEIVED IN GOOD ORDER EXCEPT AS NOTED. | MIX PORE | Delivered Pieces* | MIX PORE | Net Slope* | Undelivered Pieces* No. of Pieces that have not received POD | Late Pieces* | MO | DAY | YEAR | Day of Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 23 | | 17 | 1 | Late Slope* | 03 | 80 | 06 | 00 |
| | | | | | | Route Number | Station Number | | Page | 1 of 1 |

FedEx M-0206A REV 6/03 138206 WCS          *Refer to other side for definitions.

**FedEx**
Express

Russia Home

Customer Service  |  Site Index

Search [        ] Go!

| Ship | Track | Rates | Transit Time | Locations | Pickup | Supplies | Customs Tools |

About FedEx  |  FedEx Services  |  Shipping Guide  |  Shipping Tools

Track Shipments
Detailed Results

🖨 Printable Version    ❓ Quick Help

You can also track:

- Track by Email

| | | | |
|---|---|---|---|
| **Tracking number** | 898251398862 | **Reference** | 8251398864 |
| **Signed for by** | .FILIPOV | **Destination** | RUSSIA RU |
| **Ship date** | Mar 27, 2006 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Mar 30, 2006 10:00 AM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |





| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 30, 2006 | 10:00 AM | Delivered | RUSSIA RU | |
| | 8:42 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 7:49 AM | At local FedEx facility | MOSCOW RU | |
| | 7:48 AM | Int'l shipment release | MOSCOW RU | |
| Mar 29, 2006 | 9:44 PM | Clearance in progress | MOSCOW RU | |
| | 9:42 PM | Int'l shipment release | MOSCOW RU | |
| | 9:00 PM | In transit | MOSCOW RU | Package available for clearance |
| | 9:19 AM | At dest sort facility | POYLE GB | |
| Mar 28, 2006 | 4:24 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:01 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 27, 2006 | 11:49 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:33 PM | Left origin | KANSAS CITY, MO | |
| | 9:14 PM | Picked up | KANSAS CITY, MO | |

[ Email results ]  [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: [                    ]    Your Email Address: [                    ]

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| [            ] | English ▼ | | ☐ | ☐ |

| | English ▼ | □ | □ |
| | English ▼ | □ | □ |
| | English ▼ | □ | □ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

□ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [ Submit ]

Global Home  |  fedex.com Terms of Use
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx.

# EXHIBIT B
# OAO ROSNEFT OIL COMPANY

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®

**International Air Waybill**

**1 From** *Please print and press hard*

Date: 3/27/06

Sender's Name: Cara LaFage    Phone: 1.913.341.3167

Company: ALS International

Address: 8014 State Line Road

Address: Suite 110

City: Leawood    State: KS

Country: USA    ZIP Code: 66208

**2 To**

Recipient's Name: OAO Rosneft Oil Co.    Phone: 7.095.777.4422    Fax (if applicable):

Address: Sofiyskaya Naberezhnaya 26/1

Address:    Dept./Floor:

City: Moscow    State/Province:

Country: Russian Federation    ZIP Code/Postal Code: 115035

Recipient's Tax ID number for Customs purposes (if applicable)

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**FedEx Express**

International delivery by FedEx Express

**3 Shipment Information**

☒ Documents    Correspondence and printed matter.

☐ Non-Documents    All other items. Recipient may be required to pay Import duties and taxes. This shipment may be subject to inspection.

Description (and numerical code if known) REQUIRED:
Documents
115 pgs

Country of Manufacture:

Value for Customs REQUIRED: $1.00

Total Value for Customs (US$): $1.00

**4 Required Signature**

We agree that the USPS terms and Conditions (on the back of the Sender's copy of this Air Waybill and in the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS...

Sender's Signature: [signature]

**Postal Use Only**

Date In: 03-27-06    Time In: 1:35    ☐ AM/PM Zone:

Dimensions in inches (for Non-Document Shipments): 1-4 oz Weight

☐ USPS GXG Envelope or Pak    ☐ Customer Pkg.

**Delivery Guarantee** ☐ Next Day ☐ 2-Day ☐ 3-Day

PO ZIP (+4) Code: 66206 1998

Day:

Postage Fee: $93.75    Clearance Fee:

Total Postage & Fees: $93.75

Employee: [initials]

USPS Tracking Number: 8251398653

6982 5139 8651

**Sender's Copy**



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 8251 3988 53
Detailed Results:

- **Shipment Delivered, March 30, 2006, 11:13 am, MOSCOW, RUSSIA**
- **Transferred Through, March 30, 2006, 7:49 am, MOSCOW, RUSSIA**
- **Customs Clearance Process Complete, March 30, 2006, 7:48 am, MOSCOW, RUSSIA**
- **Clearance Delay, March 29, 2006, 9:44 pm, MOSCOW, RUSSIA**
- **Customs Clearance Process Complete, March 29, 2006, 9:42 pm, MOSCOW, RUSSIA**
- **Shipment Picked Up, March 29, 2006, 9:00 pm, MOSCOW, RUSSIA**
- **Customs Clearance Process Complete, March 29, 2006, 2:49 am, POYLE, GREAT BRITAIN**
- **Customs Clearance Process Complete, March 29, 2006, 1:09 am, POYLE, GREAT BRITAIN**
- **Departing Origin, March 29, 2006, 1:09 am, POYLE, GREAT BRITAIN**
- **Shipment Picked Up, March 29, 2006, 12:30 am, POYLE, GREAT BRITAIN**
- **Departing Origin, March 28, 2006, 11:30 pm, STANSTED, GREAT BRITAIN**
- **Transferred Through, March 28, 2006, 8:15 pm, STANSTED, GREAT BRITAIN**
- **Departing Origin, , March 28, 2006, 4:24 amMEMPHIS**
- **Departing Origin, , March 28, 2006, 1:01 amMEMPHIS**
- **Transferred Through, , March 27, 2006, 11:49 pmMEMPHIS**
- **Departing Origin, , March 27, 2006, 10:27 pmKANSAS CITY**
- **Transferred Through, , March 27, 2006, 9:33 pmKANSAS CITY**
- **Departing Origin, , March 27, 2006, 9:33 pmKANSAS CITY**
- **Shipment Picked Up, , March 27, 2006, 9:13 pmKANSAS CITY**
- **Enroute, March 27, 2006, 5:00 pm, KANSAS CITY, MO 64121**
- **Acceptance, March 27, 2006, 1:33 pm, LEAWOOD, KS 66206**

( < Back )      ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

05/03/2006 8:55:37 AM   CUSTSRVFAX1   PAGE 3   OF 4

**FedEx.**

I understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Employee Signature   _Vozjenn_   1 5 0 3 2 3 5   Employee Number

**DELIVERY RECORD**

| | | | | |
|---|---|---|---|---|
| | | | | 11 |
| _Vlypuva_ | 3 | 898251398851 | Copuusca 1 | 0 8883 | 12 |

EXCEPTIONS: Describe below all exceptions that require clarification. Be certain to indicate line number.   Zip / Postal Code Delivered in:

| RECEIVED IN GOOD ORDER EXCEPT AS NOTED. | PIECE | Delivered Pieces* | PIECE | Net Stops* | Undelivered Pieces* No. of Pieces that have not received POD | Late Pieces* | MO | DAY | YEAR | Day of Week |
|---|---|---|---|---|---|---|---|---|---|---|
| | MIX | 23 | MIX | 21 | 2 | Late Stops* | 03 | 30 | 06 | |
| | | | | | | | Route Number 813 | Station Number PBBBB | Page 1 of 2 | |

*Refer to other side for definitions.

FedEx M-0206A REV 8/98 155206 WCB



Russia Home                                    Customer Service  |  Site Index

Search _____ Go!

Ship  **Track**  Rates  Transit Time  Locations  Pickup  Supplies  Customs Tools

About FedEx  |  FedEx Services  |  Shipping Guide  |  Shipping Tools

Track Shipments                    🖶 Printable Version    ❓ Quick Help
Detailed Results

                                                                You can also track:

| Tracking number | 898251398851 | Reference | 8251398853 |
| Signed for by | .SHURINA | Delivered to | Mailroom |
| Ship date | Mar 27, 2006 | Service type | Priority Envelope |
| Delivery date | Mar 30, 2006 11:13 AM | Weight | 1.3 lbs. |

• Track by Email

**Status**          Delivered

With FedEx Ship Manager® at fedex.com  Learn More ►

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 30, 2006 | 11:13 AM | **Delivered** | | |
| | 8:10 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 7:49 AM | At local FedEx facility | MOSCOW RU | |
| | 7:48 AM | Int'l shipment release | MOSCOW RU | |
| Mar 29, 2006 | 9:44 PM | Clearance in progress | MOSCOW RU | |
| | 9:42 PM | Int'l shipment release | MOSCOW RU | |
| | 9:00 PM | In transit | MOSCOW RU | Package available for clearance |
| | 1:09 AM | At dest sort facility | POYLE GB | |
| | 12:30 AM | In transit | POYLE GB | Package available for clearance |
| Mar 28, 2006 | 4:24 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:01 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 27, 2006 | 11:49 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:33 PM | Left origin | KANSAS CITY, MO | |
| | 9:13 PM | Picked up | KANSAS CITY, MO | |

FedEx & the BMW WilliamsF1 Team  Click here

Email results    Track more shipments

**Subscribe to tracking updates (optional)**

Your Name: [_____]    Your Email Address: [_____]

FedEx | Track

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |

**Select format:** ⦿ HTML   ○ Text   ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Global Home  |  fedex.com Terms of Use

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx.

# EXHIBIT C
# OAO ROSNEFTEGAZ



**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®

**International Air Waybill**

**FedEx**
Express

International delivery by FedEx Express

**1 From** *Please print and press hard.*

Date 3/27/06

Sender's Name Cara LaForge    Phone 1.913.341.3167

Company ALS International

Address 8014 State Line Road

Address Suite 110

City Leawood    State KS

Country USA    ZIP Code 66208

**2 To**

Recipient's Name OAO Rosnetegaz    Phone    Fax (if applicable)

Company

Address Zhitnaya Str. Blg. 14

Address    State Province

City Moscow

Country Russian Federation    ZIP Code Postal Code 119049

Recipient's Tax ID number for Customs purposes (if applicable)

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**

Description (field term and code if known)

Documents
115083

Value for Customs $1.00

Total Value for Customs $1.00

**4 Required Signature**

Sender's Signature    Cara LaForge

Postal Use Only    Date 03-27-06    Time in 14-5    PM

Dimensions (Non-Document Shipment)    Weight 1/4 oz.    Delivery Guarantee  2-Day  3-Day

15" x 12 1/2"    Postage $43 75

Packaging    USPS GXG Envelope or Pak    Customer Pkg.

PO ZIP +4 Code 66208 1118    Day

Insurance Fee $

Total Postage & Fees $ 03 25

8982 5278 8207

**Sender's Copy**

PART 150838
Rev. Date 6/04
PRINTED IN U.S.A.
Item 1 150831 EXG USPS
Version 22.1, 2004

USPS Tracking Number    8252788202

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 8252 7882 02
Detailed Results:

⟶
- Shipment Delivered, April 05, 2006, 10:41 am, MOSCOW, RUSSIA
- Shipment Picked Up, April 04, 2006, 8:59 pm, MOSCOW, RUSSIA
- Address Information Needed; Contact Shipping Partner
- Shipment Picked Up, April 03, 2006, 8:18 pm, MOSCOW, RUSSIA
- Address Information Needed; Contact Shipping Partner
- Shipment Picked Up, March 31, 2006, 8:53 pm, MOSCOW, RUSSIA
- Address Information Needed; Contact Shipping Partner
- Transferred Through, March 30, 2006, 7:49 am, MOSCOW, RUSSIA
- Customs Clearance Process Complete, March 30, 2006, 7:48 am, MOSCOW, RUSSIA
- Clearance Delay, March 29, 2006, 9:44 pm, MOSCOW, RUSSIA
- Customs Clearance Process Complete, March 29, 2006, 9:42 pm, MOSCOW, RUSSIA
- Shipment Picked Up, March 29, 2006, 9:00 pm, MOSCOW, RUSSIA
- Departing Origin, March 29, 2006, 9:19 am, POYLE, GREAT BRITAIN
- Customs Clearance Process Complete, March 29, 2006, 9:18 am, POYLE, GREAT BRITAIN
- Transferred Through, March 28, 2006, 8:15 pm, STANSTED, GREAT BRITAIN
- Transferred Through, March 28, 2006, 7:45 pm, STANSTED, GREAT BRITAIN
- Departing Origin, , March 28, 2006, 4:24 amMEMPHIS
- Departing Origin, , March 28, 2006, 1:01 amMEMPHIS
- Transferred Through, , March 27, 2006, 11:49 pmMEMPHIS
- Departing Origin, , March 27, 2006, 10:27 pmKANSAS CITY
- Departing Origin, , March 27, 2006, 9:33 pmKANSAS CITY
- Transferred Through, , March 27, 2006, 9:33 pmKANSAS CITY
- Shipment Picked Up, , March 27, 2006, 9:12 pmKANSAS CITY
- Enroute, March 27, 2006, 5:00 pm, KANSAS CITY, MO 64121
- Acceptance, March 27, 2006, 1:44 pm, LEAWOOD, KS 66206

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

05/03/2006 4:07AM

**FedEx.**

I hereby certify that all information contained on this Delivery Record is accurate and correct. I also Understand the applicable policies and procedures for completion of these Company documents, Falsification is a serious offense and grounds for immediate termination.

Employee Signature    *Noynuun*    *1 503235*    Employee Number

**DELIVERY RECORD**

| Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address | Pcs. | Serv. | Time | Status |
|-----------|------------|------------------------|------------------------|-------------------|------|-------|------|--------|
| *Ɱ* | *Uocruux, 6o* | 3 | *898252788074* | *20th producer* | 1 | D | *7009* | 13 |

EXCEPTIONS Describe below all exceptions that require clarification. Be certain to indicate line number.    Zip / Postal Code Delivered in:

| RECEIVED IN GOOD ORDER EXCEPT AS NOTED. | PURE MIX | Delivered Pieces* | PURE MIX | Net Stops* | Undelivered Pieces* No. of Pieces that have not received POD | Late Pieces* | MO | DAY | YEAR | Day of Week |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 23 | | 20 | 2 | Late Stops* | 04 | 05 | 05 | BY |

Route Number Station Number    813    88888    Page 2 of 2

FedEx M-0208A REV 8/03  138206 WC8    *Refer to other side for definitions.

FedEx | Track



Russia Home

Customer Service    |    Site Index

Search    Go!

| Ship | Track | Rates | Transit Time | Locations | Pickup | Supplies | Customs Tools |

About FedEx  |  FedEx Services  |  Shipping Guide  |  Shipping Tools

Track Shipments
Detailed Results

Printable Version    ⑦ Quick Help

**You can also track:**

- Track by Email

| Tracking number | 898252788207 | Reference | 8252788202 |
|---|---|---|---|
| Signed for by | .POSTIKOVA | Destination | RUSSIA RU |
| Ship date | Mar 27, 2006 | Delivered to | Mailroom |
| Delivery date | Apr 5, 2006 10:41 AM | Service type | Priority Envelope |
| | | Weight | 1.3 lbs. |
| **Status** | Delivered | | |



| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Apr 5, 2006** | 10:41 AM | **Delivered** | RUSSIA RU | |
| | 8:24 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| **Apr 4, 2006** | 8:59 PM | At local FedEx facility | MOSCOW RU | |
| | 8:27 AM | Delivery exception | MOSCOW RU | Incorrect address |
| **Apr 3, 2006** | 8:18 PM | At local FedEx facility | MOSCOW RU | |
| | 8:24 AM | Delivery exception | MOSCOW RU | Incorrect address |
| **Mar 31, 2006** | 8:53 PM | At local FedEx facility | MOSCOW RU | |
| | 8:12 AM | Delivery exception | MOSCOW RU | Incorrect address |
| **Mar 30, 2006** | 7:48 PM | At local FedEx facility | MOSCOW RU | |
| | 8:09 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 7:49 AM | At local FedEx facility | MOSCOW RU | |
| | 7:48 AM | Int'l shipment release | MOSCOW RU | |
| **Mar 29, 2006** | 9:44 PM | Clearance in progress | MOSCOW RU | |
| | 9:42 PM | Int'l shipment release | MOSCOW RU | |
| | 9:00 PM | In transit | MOSCOW RU | Package available for clearance |
| | 9:19 AM | At dest sort facility | POYLE GB | |
| **Mar 28, 2006** | 4:24 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:01 AM | Departed FedEx location | MEMPHIS, TN | |
| **Mar 27, 2006** | 11:49 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:33 PM | Left origin | KANSAS CITY, MO | |

9:12 PM   Picked up           KANSAS CITY,
                              MO

[ Email results ]  [ Track more shipments ]

**Subscribe to tracking updates (optional)**

**Your Name:** |_____          **Your Email**      |_____
                                          **Address:**

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

**Not available for Wireless or non-English characters.**

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Global Home  |  fedex.com Terms of Use
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx.

# EXHIBIT D
# FED EX DELIVERY CONFIRMATION LETTER

Customer Relations                    Telephone 901.349.9306
3875 Airways Boulevard, 3rd Floor     Fax 901.922.1530
Memphis , TN 30116-4634


Express

May 5, 2006

Ms. Cara Laforge
ALS International
8014 State Line Road, Suite 110
Leawood, KS 66208
Fax #888-754-8454

Dear Ms. Laforge:

This is in response to your inquiry regarding your March 27 shipments sent under air waybill numbers 898252788207, 898251398851 and 898251398862

Our records indicate that these shipments were tendered to FedEx on March 27, with the expectation that delivery would be completed by 6:00 p.m. on March 30, pending no delays in Customs clearance processing. According to our records, delivery of air waybill number 898252788207 was completed to Sofiiskay Naberezhnaya D.26/1 at 10:41 a.m. on April 5. Air waybill number 898251398851 was completed to Sofiiskay Naberezhnaya D.26/1 at 11:13 a.m. on March 30, and air waybill number 898251398862 was completed to Nametkina, 16 at 10:00 a.m. on March 30.

I hope this information is helpful.

Sincerely,

*Beth Boyle*

Margaret E. Boyle
Customer Relations Department

meb/256941