UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD ALLEN, *et al.*,

    Plaintiffs,

    v.

RUSSIAN FEDERATION, *et al.*,

    Defendants.

Civil Action No. 05–2077 (CKK)

**ORDER**
(May 12, 2006)

On April 26, 2006, [20] Motion to Exceed Page Limitation for Joint Motion to Dismiss by Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov was filed, requesting that the Court allow the aforementioned Defendants to jointly file a motion to dismiss with an 80-page limit. Plaintiffs filed an [23] Opposition on May 2, 2006, requesting coordination among all Defendants in this case rather than solely among OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov. The three aforementioned Defendants filed a [24] Reply on May 5, 2006, stating that all Defendants in this case "are distinct legal entities, responding to different allegations." Reply at 2. At this juncture, the Court is unable to determine if Defendants' differing interests prevent greater coordination.

Accordingly, it is, this 11th day of May, 2006, hereby

**ORDERED** that [20] Motion to Exceed Page Limitation for Joint Motion to Dismiss by Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov is GRANTED-IN-PART, such that Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov may jointly file a motion to dismiss with a 65-page limit; with the caveat that if upon later assessment, the Court determines that filings are duplicative to a degree that entails a

waste of judicial resources, the Court may enter orders to remedy such duplication with respect to future proceedings.

                                                                                                     /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge