UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD ALLEN, *et al.*,

    Plaintiffs,

    v.

RUSSIAN FEDERATION, *et al.*,

    Defendants.

Civil Action No. 05–2077 (CKK)

**ORDER**
(May 12, 2006)

The Complaint in this case was filed on October 24, 2005, but there is no record that a copy of the Complaint has been served on the following Defendants: OOO Gazpromneft, BaikalFinansGroup, Dmitry A. Medvedev, Alexei B. Miller, Farit R. Gazizullin, Igor K. Yusufov, Igor Sechin, and Nilokai Borisenko. Plaintiffs' attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal as to the aforementioned Defendants, it is hereby

**ORDERED** that by June 8, 2006, Plaintiffs either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates why service has not been made as to said the following Defendants: OOO Gazpromneft, BaikalFinansGroup, Dmitry A. Medvedev, Alexei B. Miller, Farit R. Gazizullin, Igor K. Yusufov, Igor Sechin, and

Nilokai Borisenko; it further

**ORDERED** that failure to serve or provide an explanation why service as not been made by June 8, 2006 shall result in the Court dismissing this action without prejudice with respect to said Defendants.

**SO ORDERED**.

_/s/_____<br>
COLLEEN KOLLAR-KOTELLY<br>
United States District Judge