IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, *et al.*,

    Plaintiffs,

v.

RUSSIAN FEDERATION, *et al.*,

    Defendants.

---

Case No. 1:05-cv-02077-CKK
Hon. Colleen Kollar-Kotelly

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL GOLDBERG

I, Ryan E. Bull, move for the admission *pro hac vice* of Michael Goldberg to represent the Russian Federation, Minister Viktor Khristenko, and Minister Alexei Kudrin, all of whom are named as defendants in this action. In support of this motion, I declare as follow:

1. I, Ryan E. Bull, am a practicing attorney duly admitting to the Bar of the District of Columbia and am admitted to practice before the Court. I am associated with the law firm of Baker Botts L.L.P. and am acquainted with Mr. Goldberg. I will remain as counsel throughout the course of the above-referenced proceeding.

2. Mr. Goldberg is a practicing attorney and is a member in good standing of the bars of the United States District Court for the Southern District of Texas, the United States Court for the Western District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court. He is a partner at the law firm of Baker Botts L.L.P. Mr. Goldberg currently is not nor previously has he been suspended, disbarred or otherwise disciplined by any court.

3. Mr. Goldberg previously has not been admitted *pro hac vice* before this Court.

4. Mr. Goldberg has certified that he has reviewed and is familiar with the rules of this Court.

5. In accordance with Local Civil Rule 7(m), I have consulted with counsel for the Plaintiffs, O. Thomas Johnson, who has consented to Mr. Goldberg's pro hac vice admission.

Wherefore, Ryan E. Bull moves for the admission of Michael Goldberg *pro hac vice* as counsel for Defendants the Russian Federation, Minister Viktor Khristenko, and Minister Alexei Kudrin in this case and requests that the Court enter the attached order.

DATED: May 15, 2006

Respectfully submitted,

_____
Jay L. Alexander (DC Bar No. 412905)
Ryan E. Bull (D.C. Bar #481743)
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 639-7986
Fax: (202) 639-7890

ATTORNEY FOR THE RUSSIAN FEDERATION, MINISTER VIKTOR KHRISTENKO, AND MINISTER ALEXEI KUDRIN

**CERTIFICATE OF SERVICE**

I certify that on May 15, 2006, Motion for Admission *Pro Hac Vice* of Michael Goldberg and the corresponding Affidavit and Order were filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties of record as reflected on the electronic filing receipt.

_____
Ryan E. Bull