IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------- x
                                                        )
RICHARD ALLEN, et al.,                                  )
                                                        )
                Plaintiffs,                             )      Case No. 1:05-cv-02077-CKK
                                                        )      Hon. Colleen Kollar-Kotelly
        v.                                              )
                                                        )
RUSSIAN FEDERATION, et al.,                             )
                                                        )
                Defendants.                             )
------------------------------------------------------- x
```

### AFFIDAVIT OF MICHAEL GOLDBERG

Michael Goldberg, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am an attorney at law duly admitted to practice before all courts of the State of Texas. I am a partner at the law firm of Baker Botts L.L.P. I maintain an office at 910 Louisiana Street, Houston, Texas 77002, telephone number (713) 229-1401, and reside in Houston, Texas. I make this Affidavit in support of the motion for my admission *pro hac vice* to represent the Russian Federation, Minister Viktor Khristenko, and Minister Alexei Kudrin.

2. I am a 1982 graduate of the University of Texas School of Law.

3. I was admitted to practice in Texas in 1982, and since that time I have been a member in good standing of the bar of that state.

4. I have been admitted to practice before the courts in the following jurisdictions on the dates set forth below:

   (a) State of Texas -- 1982;

   (b) Fifth Federal Circuit -- 1983;

1

    (c)    Southern District of Texas -- 1983;

    (d)    Western District of Texas -- 1986;

    (e)    Eastern District of Texas -- 1983; and

    (f)    United States Supreme Court -- 1999.

5.    I am a member in good standing in each of the courts identified above. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6.    I previously have never been admitted *pro hac vice* before this Court.

7.    I certify that I have reviewed and am familiar with the local rules of the U.S. District Court for the District of Columbia.

8.    Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

_____
Michael Goldberg

Sworn to me this 15th day of May, 2006

_____
Notary Public



DAPHNA DENNIS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JULY 23, 2007