IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, *et al.*,

    Plaintiffs,

v.

RUSSIAN FEDERATION, *et al.*,

    Defendants.

---

Case No. 1:05-cv-02077-CKK
Hon. Colleen Kollar-Kotelly

## ORDER GRANTING *PRO HAC VICE* MOTION OF MICHAEL GOLDBERG

Upon the motion of Ryan E. Bull for an order admitting Michael Goldberg *pro hac vice* in this action for all purposes, and upon the affidavit of Michael Goldberg in support of the motion, and for good cause appearing,

**IT IS HEREBY ORDERED** that Michael Goldberg is admitted *pro hac vice* in this action for all purposes of the above-referenced proceeding.

DATED:    Washington, D.C.

          May ____, 2006

---

Honorable Colleen Kollar-Kotelly
United States District Judge