UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.* | )<br>)<br>) Civil Action No.: 05-cv-02077 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | |
| v. | |
| RUSSIAN FEDERATION, *et al.* | |
| Defendants. | |

### FINAL ORDER OF DISMISSAL

This matter came before the Court pursuant to the Motion By Ministers Alexei Kudrin and Viktor Khristenko to Dismiss Plaintiffs' Complaint (the "Motion"). The parties' having fully briefed the issues, and, upon consideration by the Court of the arguments by the parties, it is hereby **ORDERED** this ____ day of _____, 2006, that the Motion is **GRANTED** in its entirety.

It is further **ORDERED** that all claims against Minister Alexei Kudrin and Minister Viktor Khristenko arising out of the Plaintiffs' complaint are dismissed. The Court shall enter a corresponding final judgment.

**SO ORDERED.**

_____
HON. COLLEEN KOLLAR-KOTELLY