# EXHIBIT A

Case 1:05-cv-02077-CKK    Document 31-2    Filed 05/15/2006    Page 1 of 18

**APPEAL, CLOSED**

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Adversary Proceeding #: 04-03952

*Assigned to:* Letitia Z. Clark
*Related BK Case:* 04-47742
*Related BK Title:* Yukos Oil Company
*Demand:*
*Nature[s] of Suit:* 434 Injunctive Relief

*Date Filed:* 12/14/04
*Date Terminated:* 05/10/05

**Plaintiff**
-----------------------

**Yukos Oil Company**   represented by   **Johnathan Christiaan Bolton**
Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095
(713) 651-5113
Fax : (713) 651-5246
Email: jbolton@fulbright.com

**Mark Allan Worden**
Fulbright & Jaworski
1301 McKinney Ste 5100
Houston, TX 77010
Email: mworden@fulbright.com

**Robert Andrew Black**
Fulbright Jaworski LLP
1301 McKinney
Ste 5100
Houston, TX 77010
713-651-5364
Fax : 713-651-5246
Email: ablack@fulbright.com

**Zack A Clement**
Fulbright & Jaworski
1301 McKinney
Ste 4100
Houston, TX 77010-3095
713-651-5434
Fax : 713-651-5246
Email: zclement@fulbright.com

V.

**Defendant**
--------------------

**Russian Federation**

**OOO Gazpromneft**  represented by  **Christine Kirchner**
Chamberlain Hrdicka White
1200 Smith
Ste 1400
Houston, TX 77002-4310
713-654-9691
*TERMINATED: 02/08/2005*
*LEAD ATTORNEY*

**David W Wirt**
Winston & Strawn
35 W Wacker Dr
Chicago, IL 60601-9703
312-558-5600
*LEAD ATTORNEY*

**Jack L Kinzie**
Baker & Botts
2001 Ross Ave
Ste 800
Dallas, TX 75201-2980
214-953-6500
*LEAD ATTORNEY*

**Matthew J Botica**
Winston & Strawn
35 W Wacker Dr
Chicago, IL 60601
312-558-5600
*LEAD ATTORNEY*

**Michael S Goldberg**
Baker Botts LLP
910 Louisiana
Ste 3900
Houston, TX 77002-4995
713-229-1401
Fax : 713-229-2801
Email: michael.goldberg@bakerbotts.com
*LEAD ATTORNEY*

**Tony M Davis**
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995
713-229-1547
Email: tony.davis@bakerbotts.com
*LEAD ATTORNEY*

|  |  |
|---|---|
|  | **W Gordon Dobie**<br>Winston & Strawn LLP<br>35 West Wacker Dr<br>Chicago, IL 60601<br>312-558-5600<br>Fax : 312-558-5700 |
| **ZAO Intercom** |  |
| **OAO First Venture Company** |  |
| **ABN Amro** |  |
| **BNP Paribas** |  |
| **Calyon** | represented by **Catherine Anne Devore**<br>Haynes and Boone LLP<br>1000 Louisiana<br>Ste 4300<br>Houston, TX 77002<br>713-547-2082<br>Fax : 713-236-5653<br>Email: devorec@haynesboone.com |
|  | **Henry Flores**<br>Haynes & Boone<br>1221 McKinney<br>Ste 2100<br>Houston, TX 77010<br>713-547-2259<br>Fax : 713-547-2600<br>Email: floresh@haynesboone.com |
| **Deutsche Bank** | represented by **Timothy Alvin Davidson , II**<br>Andrews Kurth LLP<br>600 Travis<br>Ste 4200<br>Houston, TX 77450<br>713-220-3810<br>Fax : 713-238-7102<br>Email: tdavidson@akllp.com |
| **JP Morgan Chase** |  |
| **Dresder Kleinwort Wasserstein** |  |
| **Certain Banks** | represented by **Mark W Wege**<br>Bracewell & Giuliani LLP<br>711 Louisiana<br>Ste 2300<br>Houston, TX 77002<br>713-223-2300<br>Fax : 713-437-5306<br>Email: mark.wege@bracewellgiuliani.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/14/2004 | 1 | 434 (Injunctive Relief): Complaint *for Injunctive Relief* by Yukos Oil Company against Russian Federation, OOO Gazpromneft, ZAO Intercom, OAO First Venture Company, ABN Amro, BNP Paribas, Calyon, Deutsche Bank, JP Morgan Chase, Dresder Kleinwort Wasserstein. Receipt Number 0, Fee Amount $150 (Clement, Zack) (Entered: 12/14/2004) |
| 12/14/2004 | 2 | Motion for Temporary Restraining Order *and Preliminary Injunction*. Filed by Yukos Oil Company (Attachments: # 1 Proposed Order Setting Hearing) (Clement, Zack) (Entered: 12/14/2004) |
| 12/15/2004 |  | Receipt Number 128046, Fee Amount $150.00. (Related document(s):1 Complaint, ) (agou, ) (Entered: 12/15/2004) |
| 12/15/2004 | 3 | Notice *of Hearing at 9:30 a.m. on December 16, 2004*. (Related document(s):2 Motion for Temporary Restraining Order *and Preliminary Injunction*.) Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 12/15/2004) |
| 12/16/2004 | 4 | Certificate of Service Filed by Yukos Oil Company (related document(s):3 Notice) (Bolton, Johnathan) (Entered: 12/16/2004) |
| 12/16/2004 | 5 | Brief Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 12/16/2004) |
| 12/16/2004 | 6 | Brief Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 12/16/2004) |
| 12/16/2004 | 7 | Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction & Supporting Brief. Objections/Request for Hearing Due in 20 days. Filed by OOO Gazpromneft (Attachments: # 1 Proposed Order) (kden, ) Modified on 12/16/2004 (kden, ). (Entered: 12/16/2004) |
| 12/16/2004 |  | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Zack Clement, Mark Baker and Andrew Black for the plaintiff, William Helfand, Matthew Botica and David Wirt for Gazprom, Hugh Ray, Gregory St. Clair and Jeffrey Spiers for Deutschebank. TRO HEARING HELD - Motion to Appear Pro Hac Vice by Botica and Wirt presented and filed in Court. Motion GRANTED. Order signed. Plaintiff counsel addressed issue of Notices of hearing. Certificates of Service presented to the Court and admitted as plaintiff exhibits #1 and #2. Bruce Misamore and Piers Gardner sworn. Direct and cross examination conducted by counsel. Plaintiff exhibits #3,4,5,6,7,8,9 as a press release,13 and #14 are admitted. Closing arguments heard. |

| | | |
|---|---|---|
| | | Motion to dismiss case has been filed. The Court did not address Motion at docket numbers 9, 11 and 12 in the main case. Those motions are to be reset for another hearing date and time by the case manager. Ruling on the TRO is to announced either this afternoon or tomorrow morning. (tcam, ) (Entered: 12/16/2004) |
| 12/16/2004 | 8 | Memorandum Opinion of Bankruptcy Judge Signed on 12/16/2004 (Related document(s):2 Motion for Temporary Restraining Order *and Preliminary Injunction*). The Court concludes that a temporary restraining order should issue, enjoining sale of YNG with respect to each of the named defendants except Russia. (kden, ) (Entered: 12/16/2004) |
| 12/16/2004 | 9 | Temporary Restraining Order Signed on 12/16/2004 @ 7:01 p.m. (kden, ) (Entered: 12/16/2004) |
| 12/16/2004 | 10 | Motion and Order (Adversary) for Admission Pro Hac Vice of Attorney David W Wirt as Counsel for Gazpromneft Signed on 12/16/2004. (kden, ) (Entered: 12/17/2004) |
| 12/16/2004 | 11 | Motion & Order (Adversary) for Admission Pro Have Vice of Attorney Matthew J Botica for Defendant Gazpromneft Signed on 12/16/2004. (kden, ) (Entered: 12/17/2004) |
| 12/17/2004 | | Summons Issued on ABN Amro Date Issued 12/17/2004; BNP Paribas Date Issued 12/17/2004; Calyon Date Issued 12/17/2004; Deutsche Bank Date Issued 12/17/2004; Dresder Kleinwort Wasserstein Date Issued 12/17/2004; JP Morgan Chase Date Issued 12/17/2004; OAO First Venture Company Date Issued 12/17/2004; OOO Gazpromneft Date Issued 12/17/2004; Russian Federation Date Issued 12/17/2004; ZAO Intercom Date Issued 12/17/2004. (hler, ) (Entered: 12/17/2004) |
| 12/17/2004 | 12 | Emergency Motion *to Shorten Time Within Which to Respond to Discovery* Filed by Yukos Oil Company (Attachments: # 1 Proposed Order) (Black, Robert) (Entered: 12/17/2004) |
| 12/18/2004 | 17 | Emergency Motion, Motion for Leave to Appeal (related document(s):1 Complaint, ). Filed by Defendant OOO Gazpromneft (Attachments: # 1 Proposed Order) (kden, ) (Entered: 12/20/2004) |
| 12/18/2004 | 18 | Notice of Appeal. (related document(s):8 Opinion,, 9 Temporary Restraining Order). Receipt Number o,Fee Amount $255. Filed by OOO Gazpromneft (kden, ) (Entered: 12/20/2004) |
| 12/19/2004 | 13 | BNC Certificate of Mailing. (Related document(s):9 Temporary Restraining Order) No. of Notices: 2. Service Date 12/19/2004. |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 12/20/2004) |
| 12/19/2004 | 14 | BNC Certificate of Mailing. (Related document(s):8 Opinion, ) No. of Notices: 2. Service Date 12/19/2004. (Admin.) (Entered: 12/20/2004) |
| 12/19/2004 | 15 | BNC Certificate of Mailing. (Related document(s):10 Generic Order (Adversary)) No. of Notices: 3. Service Date 12/19/2004. (Admin.) (Entered: 12/20/2004) |
| 12/19/2004 | 16 | BNC Certificate of Mailing. (Related document(s):11 Generic Order (Adversary)) No. of Notices: 4. Service Date 12/19/2004. (Admin.) (Entered: 12/20/2004) |
| 12/20/2004 | 19 | Objection (related document(s):12 Emergency Motion *to Shorten Time Within Which to Respond to Discovery*). Filed by Deutsche Bank (Attachments: # 1 Exhibit A# 2 Proposed Order) (Davidson, Timothy) (Entered: 12/20/2004) |
| 12/20/2004 | | Certificate of Telephone Notice setting hearing on Emergency Motion to Shorten Time Within Which to Respond to Discovery (#12). Contacted Robert Black at (713)651-5364 and left a voicemail message. Movant to notice all interested parties and file a certificate of service with the court. Hearing scheduled for 12/22/2004 at 11:00AM in Houston, Courtroom 401 (LZC). (mrod) (Entered: 12/20/2004) |
| 12/20/2004 | 20 | Notice *of Hearing at 11:00 a.m. on Wednesday, December 22, 2004.* (Related document(s):12 Emergency Motion *to Shorten Time Within Which to Respond to Discovery*) Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 12/20/2004) |
| 12/20/2004 | 21 | Response (related document(s):12 Emergency Motion *to Shorten Time Within Which to Respond to Discovery*). Filed by ABN Amro, BNP Paribas, Dresder Kleinwort Wasserstein, JP Morgan Chase (Wege, Mark) (Entered: 12/20/2004) |
| 12/20/2004 | 22 | Notice *Concerning the Automatic Stay*. Filed by Yukos Oil Company (Clement, Zack) (Entered: 12/20/2004) |
| 12/20/2004 | 23 | Notice *of Discovery to Defendant OOO Gazpromneft*. Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 12/20/2004) |
| 12/20/2004 | 24 | Notice *of Discovery to Defendants*. Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 12/20/2004) |
| 12/20/2004 | 25 | Certificate of Service Filed by Yukos Oil Company (related document(s): Summons Issued,, 20 Notice, 2 Motion for Temporary |

| | | |
|---|---|---|
| | | Restraining Order *and Preliminary Injunction.*, 12 Emergency Motion *to Shorten Time Within Which to Respond to Discovery*, 1 Complaint,, 8 Opinion,, 9 Temporary Restraining Order) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Bolton, Johnathan) (Entered: 12/20/2004) |
| 12/21/2004 | 26 | Response (related document(s):12 Emergency Motion *to Shorten Time Within Which to Respond to Discovery*). Filed by Calyon (Attachments: # 1 Exhibit A) (Flores, Henry) (Entered: 12/21/2004) |
| 12/21/2004 | 27 | Objection (related document(s):12 Emergency Motion *to Shorten Time Within Which to Respond to Discovery*). Filed by OOO Gazpromneft (Davis, Tony) (Entered: 12/21/2004) |
| 12/21/2004 | 29 | Transcript RE: Hearings on: Temporary Restraining Order, Motion for Entry of an Order Authorizing Debtor to Operate Business, Application to Employ Attorney, Motion for Interim Order Authorizing Maintenance of Bank Account held on 12/21/04 before the Honorable Letitia Z. Clark . Transcript is available for viewing in the office of the clerk fileroom.. (phan, ) (Entered: 12/22/2004) |
| 12/22/2004 | 28 | Status Report Filed by Yukos Oil Company (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C-1# 4 Exhibit C-2# 5 Exhibit C-3# 6 Exhibit C-4# 7 Exhibit C-5# 8 Exhibit C-6# 9 Exhibit C-7# 10 Exhibit C-8# 11 Exhibit D# 12 Exhibit E# 13 Exhibit F# 14 Exhibit G) (Clement, Zack) (Entered: 12/22/2004) |
| 12/22/2004 | | Receipt Number 551459, Fee Amount $255. (Related document(s):18 Notice of Appeal) (klov, ) (Entered: 12/22/2004) |
| 12/23/2004 | 30 | Courtroom Minutes. Time Hearing Held: 11:00a.m. Appearances: Zack Clement and C Mark Baker for Debtor, Mark Wege for ABN AMRO Bank,BNP Pribus,JP Morgan Chase and Dresdner Kleinwort,Hugh Ray and Jeff Spier for DeutschBank,Thomas Forestier and Tony Flores for Calyon, Diane Livingstone for UST and Tony Davis and Stephen Tipp for Gazpromneft. (Related document (s):12 Emergency Motion to Shorten Time Within Which to Respond to Discovery. Debtor's Counsel announced withdrawal of Emergency Motion. (mrod) (Entered: 12/23/2004) |
| 12/23/2004 | 31 | ENTRY INADVERTENTLY FILED. SEE ENTRY ON MAIN CASE 04-47742. Courtroom Minutes. Time Hearing Held: 11:00a.m.. Appearances: Zack Clement and C Mark Baker for Debtor, Mark Wege for ABN AMRO Bank,BNP Pribus,JP Morgan Chase and Dresdner Kleinwort,Hugh Ray and Jeff Spier for DeutschBank,Thomas Forestier and Tony Flores for Calyon, Diane Livingstone for UST and Tony Davis and Stephen Tipp for Gazpromneft. Court set Thursdays at 10:00AM as Complex hearing |

| | | |
|---|---|---|
| | | day. Motions #9,11 & 12 were continued to 1/6/2005 at 10:00AM in Houston, Courtroom 401 (LZC). An Interim Order was signed on Motion (#12). Motions #8,10 and 14 were also set for 1/6/05 at 10:00AM in Houston, Courtroom 401. (mrod) Modified on 12/23/2004 (mrios, ). (Entered: 12/23/2004) |
| 12/23/2004 | | Notice of Appearance and Request for Notice Filed by Diane G Livingstone Filed by on behalf of US Trustee 7 (Livingstone, Diane) (Entered: 12/23/2004) |
| 12/23/2004 | 32 | Certificate of Service Filed by Yukos Oil Company (related document(s):1 Complaint, ) (Botros, Paul) (Entered: 12/23/2004) |
| 12/23/2004 | 33 | Certificate of Service Filed by Yukos Oil Company (related document(s):20 Notice) (Botros, Paul) (Entered: 12/23/2004) |
| 12/29/2004 | 34 | Transcript RE: 04-3952-H3-ADV Emergency Motion to Shorten Time to Respond to Discovery; Status Conference; 04-47742-H3-11 Application to Employ Attorney; Motion for Interim Order Authorizing Maintenance of Bank Accounts; Motion for Entry of Order Authorizing Debtor / Operate Business; Status Conference hearing held on 12/22/04 before the Honorable Letitia Z. Clark. Transcript is available for viewing in the office of the clerk fileroom. (svau, ) (Entered: 12/29/2004) |
| 12/29/2004 | 35 | Brief Filed by OOO Gazpromneft (Davis, Tony) (Entered: 12/29/2004) |
| 12/30/2004 | 36 | Certificate of Service Filed by Yukos Oil Company (related document(s): Summons Issued,, 1 Complaint, ) (Botros, Paul) (Entered: 12/30/2004) |
| 12/30/2004 | 37 | Amended Certificate of Service Filed by Yukos Oil Company (related document(s):32 Certificate of Service) (Botros, Paul) (Entered: 12/30/2004) |
| 12/30/2004 | 38 | Amended Certificate of Service Filed by Yukos Oil Company (related document(s):25 Certificate of Service, ) (Botros, Paul) (Entered: 12/30/2004) |
| 12/30/2004 | 39 | Amended Certificate of Service Filed by Yukos Oil Company (related document(s):4 Certificate of Service) (Botros, Paul) (Entered: 12/30/2004) |
| 01/04/2005 | 40 | Certificate of Service Filed by Yukos Oil Company (related document(s):9 Temporary Restraining Order) (Botros, Paul) (Entered: 01/04/2005) |

| | | |
|---|---|---|
| 01/05/2005 | 41 | Response (related document(s):7 Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days.). Filed by Yukos Oil Company (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Bolton, Johnathan) (Entered: 01/05/2005) |
| 01/06/2005 | 42 | Certificate of Service Filed by Yukos Oil Company (related document(s):41 Response) (Bolton, Johnathan) (Entered: 01/06/2005) |
| 01/07/2005 | 43 | Motion *for Order Establishing Deadlines for Answers to Interrogatories and Requests for Production* Filed by Yukos Oil Company (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Bolton, Johnathan) (Entered: 01/07/2005) |
| 01/07/2005 | 44 | Proposed Order RE: Filed by Yukos Oil Company (related document(s):43 Motion *for Order Establishing Deadlines for Answers to Interrogatories and Requests for Production*) (Bolton, Johnathan) (Entered: 01/07/2005) |
| 01/11/2005 | 45 | Notice *of Discovery*. Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/11/2005) |
| 01/11/2005 | 46 | Notice *of Discovery*. Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/11/2005) |
| 01/11/2005 | 47 | Notice *of Discovery*. Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/11/2005) |
| 01/11/2005 | 48 | Notice *of Discovery*. Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/11/2005) |
| 01/12/2005 | 49 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Receipt Number o, Fee Amount: $ 150 Filed by Certain Banks (Wege, Mark) (Entered: 01/12/2005) |
| 01/12/2005 | 50 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by Certain Banks (Attachments: # 1 Service List) (Wege, Mark) (Entered: 01/12/2005) |
| 01/12/2005 | 51 | Response (related document(s):43 Motion *for Order Establishing Deadlines for Answers to Interrogatories and Requests for Production*). Filed by Certain Banks (Attachments: # 1 Service List) (Wege, Mark) (Entered: 01/12/2005) |
| 01/12/2005 | 52 | Supplemental Certificate of Service Filed by Certain Banks (related document(s):49 Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Receipt Number o, Fee Amount: $ 150) (Attachments: # 1 Exhibit Service List) (Wege, |

BK CM/ECF LIVE - US Bankruptcy Court-Texas Southern - Docket Report  Page 10 of 17
Case 1:05-cv-02077-CKK   Document 31-2   Filed 05/15/2006   Page 11 of 18

| | | |
|---|---|---|
| | | Mark) (Entered: 01/12/2005) |
| 01/12/2005 | 53 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by Calyon (Attachments: # 1 Proposed Order Granting Defendant Calyon's Motion to Dismiss for Lack of Subject Matter Jurisdiction# 2 Proposed Order Granting Defendant Calyon's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted) (Devore, Catherine) (Entered: 01/12/2005) |
| 01/12/2005 | 54 | Motion *for Protection, to Quash Notice of Deposition of Calyon and to Stay All Discovery Directed at Calyon Pending Resolution of Motions to Dismiss* Filed by Calyon (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order) (Devore, Catherine) (Entered: 01/12/2005) |
| 01/12/2005 | 55 | Response (related document(s):43 Motion *for Order Establishing Deadlines for Answers to Interrogatories and Requests for Production*). Filed by Calyon (Attachments: # 1 Proposed Order) (Devore, Catherine) (Entered: 01/12/2005) |
| 01/12/2005 | 56 | Motion To Substitute Attorney. Filed by OOO Gazpromneft (Attachments: # 1 Proposed Order) (Davis, Tony) (Entered: 01/12/2005) |
| 01/12/2005 | 57 | Amended Certificate of Service Filed by Calyon (related document(s):54 Motion *for Protection, to Quash Notice of Deposition of Calyon and to Stay All Discovery Directed at Calyon Pending Resolution of Motions to Dismiss*, 55 Response, 53 Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days.) (Devore, Catherine) (Entered: 01/12/2005) |
| 01/13/2005 | 58 | Motion : *Emergency Motion for Order Establishing Deadline for Answers to Interrogatories and Requests for Production and Compelling Oral Deposition Testimony from Defendant Gazpromneft* Filed by Yukos Oil Company (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Proposed Order) (Bolton, Johnathan) (Entered: 01/13/2005) |
| 01/13/2005 | 59 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Receipt Number O, Fee Amount: $ 150 Filed by Calyon (Attachments: # 1 Proposed Order) (Devore, Catherine) (Entered: 01/13/2005) |
| 01/13/2005 | 60 | Agreed Scheduling Order Signed on 1/13/2005 (Related document(s):7 Motion to Dismiss Adversary Proceeding . Hearing on #7 Motion set for 2/22/2005 at 10:00 AM at Houston, Courtroom 401 (LZC). (mkad). (Entered: 01/14/2005) |
| | | |

| 01/13/2005 | 61 | Agreed Order Relating to Discovery against ABN Amro Bank NV, BNP Paribas, Dresdner Kleinworth Wasserstein Inc., JP Morgan Chase & Company & Calyon Signed on 1/13/2005 (Related document(s):59 Motion for Withdrawal of Reference. 54 Motion *for Protection, to Quash Notice of Deposition of Calyon and to Stay All Discovery Directed at Calyon Pending Resolution of Motions to Dismiss*, 49 Motion for Withdrawal of Reference. 50 Motion to Dismiss Adversary Proceeding. 53 Motion to Dismiss Adversary Proceeding. Status conference to be held on 2/22/2005 at 10:00 AM at 515 Rusk Street, Houston, Courtroom 401, 4th floor (LZC). (kden, ) (Entered: 01/14/2005) |
| --- | --- | --- |
| 01/13/2005 | | Other Deadlines Updated From (Related document(s):60 Scheduling Order). Pre-Trial Order due by 2/15/2005. (mkad, ) (Entered: 01/14/2005) |
| 01/13/2005 | | Deadlines Updated From (Related document(s):60 Scheduling Order) Amended Complaint due by 2/11/2005. (mkad, ) (Entered: 01/14/2005) |
| 01/13/2005 | | Courtroom Minutes. Time Hearing Held: 10:00. Appearances: Zack Clement and Jonathan Bolton for the plaintiff, Mark Wege and Henry Kaim for ABN Amro, BNP Paribas, JP Morgan and Dresdner, Hugh Ray Jr and Jeffrey Spiers for DeutscheBank, Michael Goldberg and Tony Davis for Gazpromneft, Charles Beckham for Calyon. (#43) Agreed Scheduling presented and signed. (#54) Matter not addressed at the hearing. (tcam, ) (Entered: 01/14/2005) |
| 01/14/2005 | | Receipt Number 129669, Fee Amount $150. (Related document(s):49 Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Receipt Number o, Fee Amount: $ 150) (klov, ) (Entered: 01/14/2005) |
| 01/14/2005 | 62 | Emergency Motion *to Reschedule Hearing* Filed by OOO Gazpromneft (Attachments: # 1 Proposed Order) (Davis, Tony) (Entered: 01/14/2005) |
| 01/16/2005 | 63 | BNC Certificate of Mailing. (Related document(s):60 Scheduling Order) No. of Notices: 15. Service Date 01/16/2005. (Admin.) (Entered: 01/17/2005) |
| 01/16/2005 | 64 | BNC Certificate of Mailing. (Related document(s):61 Order Setting Hearing, , ) No. of Notices: 15. Service Date 01/16/2005. (Admin.) (Entered: 01/17/2005) |
| 01/18/2005 | 65 | Certificate of Service Filed by Yukos Oil Company (related document(s):43 Motion *for Order Establishing Deadlines for Answers to Interrogatories and Requests for Production*) (Bolton, |

| | | |
|---|---|---|
| | | Johnathan) (Entered: 01/18/2005) |
| 01/18/2005 | 66 | Order Granting Emergency Motion to Reschedule Hearing (Related Doc # 62) Signed on 1/18/2005. (kden, ) (Entered: 01/18/2005) |
| 01/18/2005 | | Hearing Set On (Related document(s):58 Emergency Motion for Order Establishing Deadline for Answers to Interrogatories and Requests for Production and Compelling Oral Deposition Testimony from Defendant Gazpromneft). Hearing rescheduled for 1/20/2005 at 02:30 PM at 515 Rusk Street, Houston, Courtroom 401, 4th floor (LZC). (kden, ) (Entered: 01/18/2005) |
| 01/18/2005 | 67 | Response (related document(s):58 Motion : *Emergency Motion for Order Establishing Deadline for Answers to Interrogatories and Requests for Production and Compelling Oral Deposition Testimony from Defendant Gazpromneft*). Filed by OOO Gazpromneft (Attachments: # 1 Proposed Order) (Davis, Tony) (Entered: 01/18/2005) |
| 01/18/2005 | 68 | Notice *of Agenda for January 20, 2005 @ 2:30 P.M.*. (Related document(s):58 Motion : *Emergency Motion for Order Establishing Deadline for Answers to Interrogatories and Requests for Production and Compelling Oral Deposition Testimony from Defendant Gazpromneft*) Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/18/2005) |
| 01/19/2005 | 69 | Motion to Appear pro hac vice *W. Gordon Dobie*. Filed by OOO Gazpromneft (Davis, Tony) (Entered: 01/19/2005) |
| 01/19/2005 | 70 | Reply (related document(s):58 Motion : *Emergency Motion for Order Establishing Deadline for Answers to Interrogatories and Requests for Production and Compelling Oral Deposition Testimony from Defendant Gazpromneft*). Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/19/2005) |
| 01/20/2005 | 71 | Courtroom Minutes. Time Hearing Held: 2:30. Appearances: Zack Clement and Johnathan Bolton for the debtor, Michael Goldberg for Gazpromneft, Jeff Spiers for Deutsche Bank, Mark Wege for ABN Amro Bank, et al. (#58) Arguments heard on conducting the hearing on the Motion to Dismiss filed in the main case before proceeding with discovery issues in this Adversary. Gazpromneft Cross Motion (#67) is GRANTED. Discovery in the Adversary case is stayed until the conclusion and determination of the Motion to Dismiss filed in the Main case. (tcam, ) (Entered: 01/20/2005) |
| 01/20/2005 | 72 | Order Denying Emergency Motion of Yukos Oil Company for Order Establishing Deadline for Answers to Interrogatories & Requests for Production & Compelling Oral Deposition Testimony from |

| | | |
|---|---|---|
| | | Defendant Gazpromneft (Related Doc # 58) Signed on 1/20/2005. Gazpromneft's Cross-Motion is granted and the 2/22/05 hearing on Gazpromneft's motion to dismiss is continued and converted to a status conference. (kden, ) (Entered: 01/20/2005) |
| 01/20/2005 | 73 | Transcript RE: Motion For Order Establishing Deadlines For Answers; Motion For Protection And To Quash Notice Of Deposition; Scheduling Conference; Motion To Dismiss Case Any Other Motions To Dismiss hearing held on 1/13/2005, before the Honorable Letitia Z. Clark. Transcript is available for viewing in the office of the clerk fileroom. (Related document(s): Courtroom Minutes (Text) (Entered: 01/20/2005) |
| 01/20/2005 | 74 | BNC Certificate of Mailing. (Related document(s):66 Order on Emergency Motion (Adversary)) No. of Notices: 15. Service Date 01/20/2005. (Admin.) (Entered: 01/21/2005) |
| 01/22/2005 | 75 | BNC Certificate of Mailing. (Related document(s):72 Generic Order Second Part, ) No. of Notices: 15. Service Date 01/22/2005. (Admin.) (Entered: 01/23/2005) |
| 01/24/2005 | 76 | Embassy Certification Filed by Robert F Hannan, Jr, a Consul at the Embassy of the US, Moscow (Attachments: # 1 Exhibit) (mkad, ) (Entered: 01/24/2005) |
| 01/25/2005 | 77 | Motion for Protective Order Filed by Certain Banks (Attachments: # 1 Service List# 2 Proposed Order) (Wege, Mark) (Entered: 01/25/2005) |
| 01/26/2005 | 78 | Certificate of Service Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 01/26/2005) |
| 01/27/2005 | | Courtroom Minutes. Time Hearing Held: 11:00. Appearances: Mark Wege for ABN Amro, et al., Jeff Spiers for Deutsche Bank, Zack Clement for Yukos, and Tony Davis for Gazpromneft. (#77) Motion for Protective Order to be filed in the Main Case. Agreed Orders presented to the Court. Orders to be considered after filing of motion in the main case. (tcam, ) (Entered: 01/27/2005) |
| 01/27/2005 | 79 | Transcript RE: Hearing on Emergency Motion held on 01/20/05 before the Honorable Letitia Z. Clark. Transcript is available for viewing in the office of the clerk fileroom. (phan, ) (Entered: 01/27/2005) |
| 01/27/2005 | 80 | Agreed Order Granting Certain Banks' Motion For Protective Order (Related Doc # 77) Signed on 1/27/2005. (pwil, ) (Entered: 01/27/2005) |

| 01/29/2005 | 81 | BNC Certificate of Mailing. (Related document(s):80 Order on Motion for Protective Order) No. of Notices: 15. Service Date 01/29/2005. (Admin.) (Entered: 01/30/2005) |
|---|---|---|
| 01/31/2005 | | Receipt Number 130491, Fee Amount $150. (Related document(s):59 Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Receipt Number O, Fee Amount: $ 150) (klov, ) (Entered: 01/31/2005) |
| 02/02/2005 | 82 | Certificate of Service Filed by Yukos Oil Company (related document(s):70 Reply, ) (Bolton, Johnathan) (Entered: 02/02/2005) |
| 02/03/2005 | | Certificate of Telephone Notice setting hearing on Motion to Appear pro hac vice/W. Gordon Dobie (#69). Contacted Tony Davis at (713) 229-1985 and left message with Susan. Movant to notice all interested parties and file a certificate of service with the court. Hearing scheduled for 2/10/2005 at 10:00AM in Houston, Courtroom 401 (LZC). (mrod) (Entered: 02/03/2005) |
| 02/03/2005 | 83 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Receipt Number 0, Fee Amount: $ 150 Filed by Defendant OOO Gazpromneft (Attachments: # 1 Proposed Order) (Davis, Tony) (Entered: 02/03/2005) |
| 02/03/2005 | 84 | Notice *of Hearing on February 10, 2005 at 10:00 a.m.*. (Related document(s):69 Motion to Appear pro hac vice *W. Gordon Dobie*.) Filed by OOO Gazpromneft (Davis, Tony) (Entered: 02/03/2005) |
| 02/04/2005 | | Receipt Number 130825, Fee Amount $150. (Related document(s):1 Complaint, ) (klov, ) (Entered: 02/04/2005) |
| 02/07/2005 | 85 | Notice *of Dismissal of Certain Defendants Without Prejudice*. Filed by Yukos Oil Company (Black, Robert) (Entered: 02/07/2005) |
| 02/07/2005 | 86 | Motion to Amend (related document(s):56 Motion To Substitute Attorney.). Filed by OOO Gazpromneft (Attachments: # 1 Proposed Order) (Davis, Tony) (Entered: 02/07/2005) |
| 02/07/2005 | 87 | THIS ENTRY IS A DUPLICATE OF ENTRY NUMBER 85 (AS VERIFIED BY ATTORNEY) AND HAS BEEN TERMINATED. Notice of Voluntary Dismissal *ABN AMRO Bank N.V., BNP Paribas, Calyon, JP Morgan Chase Bank, N.A., and Dresdner Kleinwort Wasserstein* Filed by Yukos Oil Company (Worden, Mark) Modified on 2/7/2005 (mrios, ). (Entered: 02/07/2005) |
| 02/07/2005 | 88 | Motion *or Request To Be Deleted From The Court's Electronic Service List* Filed by OOO Gazpromneft (Davis, Tony) (Entered: |

| | | |
|---|---|---|
| | | 02/07/2005) |
| 02/08/2005 | 92 | Order Granting Motion & Amended Motion to Substitute Attorney, terminating Christine Kirchner. (Related Documents # 56) & # 86) Signed on 2/8/2005. (kden, ) (Entered: 02/10/2005) |
| 02/09/2005 | 89 | Notice *of Proposed Amended Agenda for February 10, 2005 Hearing at 10:00 a.m.*. Filed by Yukos Oil Company (Black, Robert) (Entered: 02/09/2005) |
| 02/10/2005 | 90 | Courtroom Minutes. Time Hearing Held: 10:00am. Appearances: R Andrew Black, Jack Partain and Jason Luong for Yukos Oil Co, Jeffrey Spiers and Hugh Ray for Deutsch Bank and Tony Davis for Gazpromneft. (Related document(s):69 Motion to Appear pro hac vice/W. Gordon Dobie). Order signed. (mrod) (Entered: 02/10/2005) |
| 02/10/2005 | 91 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by OOO Gazpromneft (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Complaint E# 7 Exhibit F# 8 Exhibit G# 9 Complaint H# 10 Exhibit I# 11 Exhibit J Part One# 12 Exhibit J Part Two# 13 Exhibit J Part Three# 14 Exhibit J Part Four# 15 Exhibit K# 16 Exhibit L# 17 Exhibit M# 18 Exhibit N# 19 Exhibit O# 20 Exhibit P# 21 Exhibit Q# 22 Exhibit List) (Davis, Tony) (Entered: 02/10/2005) |
| 02/10/2005 | 99 | Order Granting Motion To Appear pro hac vice (Related Doc # 69) Signed on 2/10/2005. (mkad, ) (Entered: 02/15/2005) |
| 02/11/2005 | 93 | Corrected Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by OOO Gazpromneft (Attachments: # 1 Exhibit Corrected Index of Exhibits) (Davis, Tony) (Entered: 02/11/2005) |
| 02/11/2005 | 94 | Amended Certificate of Service Filed by OOO Gazpromneft (related document(s):93 Corrected Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days.) (Davis, Tony) (Entered: 02/11/2005) |
| 02/11/2005 | 95 | Notice *of Dismissal of Certain Additional Defendants Without Prejudice*. (Related document(s):1 Complaint, ) Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 02/11/2005) |
| 02/11/2005 | 96 | Notice *of Filing of Plaintiff's First Amended Complaint under Seal Pursuant to Protective Order dated January 27, 2005*. (Related document(s):1 Complaint, ) Filed by Yukos Oil Company (Bolton, Johnathan) (Entered: 02/11/2005) |
| | | |

Case 1:05-cv-02957-GKK  Document 31-2  Filed 05/15/2006  Page 17 of 18

| 02/11/2005 | 98 | SEALED DOCUMENT Filed by Yukos Oil Company . (mkad, ) Vault Location Reference # of 4:05C10616 Added on 2/14/2005 (mkad, ). (Entered: 02/14/2005) |
| --- | --- | --- |
| 02/13/2005 | 97 | BNC Certificate of Mailing. (Related document(s):92 Order on Motion To Substitute Attorney, Order on Motion to Amend) No. of Notices: 15. Service Date 02/13/2005. (Admin.) (Entered: 02/14/2005) |
| 02/17/2005 | 100 | BNC Certificate of Mailing. (Related document(s):99 Order on Motion to Appear pro hac vice) No. of Notices: 17. Service Date 02/17/2005. (Admin.) (Entered: 02/18/2005) |
| 02/17/2005 | 101 | Order Setting Hearing Signed on 2/17/2005 (Related document(s):7 Motion to Dismiss Adversary Proceeding). 91 Motion to Dismiss Adversary Proceeding) 93 Corrected Motion to Dismiss Adversary Proceeding). Hearing continued to 3/31/2005 at 10:00 AM at 515 Rusk Street, Houston, Courtroom 401, 4th floor (LZC). (kden, ) (Entered: 02/18/2005) |
| 02/20/2005 | 102 | BNC Certificate of Mailing. (Related document(s):101 Order Setting Hearing, ) No. of Notices: 17. Service Date 02/20/2005. (Admin.) (Entered: 02/21/2005) |
| 03/09/2005 | 103 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by Deutsche Bank (Attachments: # 1 Proposed Order) (Davidson, Timothy) (Entered: 03/09/2005) |
| 03/09/2005 | 104 | Response (related document(s):2 Motion for Temporary Restraining Order *and Preliminary Injunction*.). Filed by Deutsche Bank (Attachments: # 1 Proposed Order) (Davidson, Timothy) (Entered: 03/09/2005) |
| 03/09/2005 | 105 | Motion to Set Hearing (related document(s):103 Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days.). Filed by Deutsche Bank (Attachments: # 1 Proposed Order) (Davidson, Timothy) (Entered: 03/09/2005) |
| 03/11/2005 | 106 | Transcript RE: Motion to Appear Pro Hac Vice; Application to Employ Special Conflicts Counsel; Motion to Appear Pro Hac Vice; and Application to Employ Restructuring Advisor hearing held on 02/10/2005 before the Honorable Letitia Clark. Transcript is available for viewing in the office of the clerk fileroom. (blas, ) (Entered: 03/11/2005) |
| 03/23/2005 | 107 | Notice *of Dismissal of Certain Defendants*. Filed by Yukos Oil Company (Black, Robert) (Entered: 03/23/2005) |

| 03/24/2005 | 108 | Request for Hearing Filed by Yukos Oil Company (related document (s):101 Order Setting Hearing, ) (Black, Robert) (Entered: 03/24/2005) |
|---|---|---|
| 03/24/2005 | 109 | Status Report Filed by OOO Gazpromneft (related document(s):[98] Document) (Attachments: # 1 Proposed Order # 2 Exhibit A) (Davis, Tony) (Entered: 03/24/2005) |
| 03/28/2005 | 110 | Notice of Voluntary Dismissal *of Adversary Proceeding without prejudice* Filed by Yukos Oil Company (Black, Robert) (Entered: 03/28/2005) |
| 05/10/2005 |  | Adversary Case 4-04-ap-03952 Closed. (kden, ) (Entered: 05/10/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2006 10:56:07 | | | |
| PACER Login: | wi0003 | Client Code: | 81959.2 |
| Description: | Docket Report | Search Criteria: | 04-03952 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 9 | Cost: | 0.72 |