UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>RUSSIAN FEDERATION, *et al.*,<br><br>             Defendants. | 1:05-cv-02077-CKK<br><br>Hon. Colleen Kollar-Kotelly |

## **ORDER**

THIS MATTER HAVING COME BEFORE ME UPON MOTION OF Defendant OAO Gazprom to dismiss Plaintiffs' Complaint, and having reviewed the Motion,

IT IS THEREFORE ORDERED THIS _____day of _____, 2006, that the Plaintiffs' Complaint against OAO Gazprom is dismissed with prejudice.

_____
Hon. Colleen Kollar-Kotelly
U.S. DISTRICT JUDGE