UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

RICHARD ALLEN, *et al.*,

    Plaintiffs,

v.

RUSSIAN FEDERATION, *et al.*,

    Defendants.

1:05-cv-02077-CKK

Hon. Colleen Kollar-Kotelly

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for OAO Gazprom, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of OAO Gazprom which have any outstanding securities in the hands of the public: Sibneft (OAO Siberian Oil Company).

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 15, 2006

*Attorneys of Record for OAO Gazprom*

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr. (DC Bar No. 467269)
Karen Sugden Manley (DC Bar No. 495029)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

OF COUNSEL:
W. Gordon Dobie
Greg Vamos
Brooke B. Ward
Jennifer M. Erickson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700