IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
                                                                   )
RICHARD ALLEN, *et al.*,                                           )
                                                                   )
                                       Plaintiffs,                 )
                                                                   )
       v.                                                          )   Case No: 1:05-cv-02077-CKK
                                                                   )   Hon. Colleen Kollar-Kotelly
RUSSIAN FEDERATION, *et al.*                                       )
                                                                   )
                                       Defendants                  )
                                                                   )
                                                                   )
------------------------------------------------------------------ x

## JOINT MOTION TO DISMISS
## OF DEFENDANTS OAO ROSNEFTEGAZ,
## OAO ROSNEFT OIL COMPANY, AND SERGEY BOGDANCHIKOV

Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov respectfully move to dismiss the complaint filed by certain holders of American Depository Receipts ("ADRs") of Yukos Oil Company pursuant to, among others, the Foreign Security Immunities Act ("FSIA"), Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6), 9(b), the Private Securities Litigation Reform Act ("PSLRA"), the Racketeering Influenced and Corrupt Organization Act ("RICO"), and the doctrine of *forum non conveniens*.

As detailed in the accompanying Memorandum and Statement of Points and Authorities, plaintiffs claims must be dismissed first and foremost because (1) Rosneftegaz is immune from suit as a sovereign under the FSIA, (2) the Court has no personal jurisdiction over Rosneftegaz, Rosneft, or Bogdanchikov, and (3) because plaintiffs' claims would require the Court to scrutinize the acts of a foreign sovereign in violation of the act-of-state doctrine. The

1

complaint is also fundamentally flawed and must be dismissed because (1) plaintiff ADR holders lack standing to bring RICO, conversion, and *prima facie* tort claims because they were not directly injured; (2) under the doctrine of *forum non conveniens* this case should be heard in Russia because all of the defendants are Russian, all of the challenged acts were committed in Russia, and Russian law applies to the common-law claims asserted herein; (3) the Court has no jurisdiction to apply federal securities laws or RICO extraterritorially given that the conduct alleged by plaintiffs undisputedly occurred entirely outside the United States and was not directed at the United States; (4) the federal securities law claim against Rosneftegaz, Rosneft, and Bogdanchikov is fundamentally flawed because they are not alleged to have made any statement at all, and claims for secondary liability such as conspiracy and aiding and abetting are barred by the Supreme Court's decision in Central Bank of Denver v. First Interstate Bank of Denver, 511 U.S. 164 (1994); (5) the RICO claims are not properly pled and the PSLRA bars plaintiffs from making their RICO claims against Bogdanchikov; and (6) plaintiffs have failed to plead the common-law claims under applicable Russian and nor do they state a claim under the laws of the forum state.

      For all of these reasons, as well as those detailed in the accompanying memorandum, Rosneftegaz, Rosneft, and Bogdanchikov move to dismiss plaintiffs' complaint.

Dated:   May 15, 2006

Respectfully submitted,

/s/ Adam. P. Strochak
Richard W. Slack
(*pro hac vice*)
Gregory S. Coleman
(*pro hac vice*)
Meredith B. Parenti
Deborah A. Maher
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8004

Adam P. Strochak, Esq.
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

**ATTORNEYS FOR OAO ROSNEFTEGAZ, OAO ROSNEFT, AND BOGDANCHIKOV**

### CERTIFICATE OF SERVICE

I certify that on May 15, 2006, this motion was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/
Adam P. Strochak