IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
)
RICHARD ALLEN, *et al.*, )
)
)
Plaintiffs, )
)
v. )   Case No: 1:05-cv-02077-CKK
)   Hon. Colleen Kollar-Kotelly
RUSSIAN FEDERATION, *et al.* )
)
Defendants )
)
)
------------------------------------------------------------------ x

## FINAL JUDGMENT AND ORDER GRANTING MOTION TO DISMISS FILED BY OAO ROSNEFTEGAZ, OAO ROSNEFT, AND SERGEY BOGDANCHIKOV

After considering the joint motion to dismiss filed by defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov, any responses filed by plaintiffs Richard Allen, *et al.*, and any replies thereto, and after a hearing held on _____, 200_, to consider the arguments of counsel, the Court FINDS and hereby ORDERS that the complaint shall be DISMISSED with prejudice as to defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov.

The Court further ORDERS that plaintiffs shall bear the costs incurred by OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov pursuant to Federal Rule of Civil Procedure 54(d)(1).

Therefore, the Court ORDERS that this FINAL JUDGMENT be entered and this case DISMISSED with prejudice as to these defendants.

SIGNED on _____, 200\_, in Washington, D.C.

                                                                                  _____
                                                                                  Honorable Colleen Kollar-Kotelly
                                                                                   United States District Judge

Case 1:05-cv-02077-CKK    Document 33-2    Filed 05/15/2006    Page 2 of 2