# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------- x
                                                   )
RICHARD ALLEN, et al.,                             )
                                                   )
                          Plaintiffs,              )
                                                   )
              v.                                   )   Case No.: 1:05-cv-02077-CKK
                                                   )   Hon. Colleen Kollar-Kotelly
RUSSIAN FEDERATION, et al.                         )
                                                   )
                          Defendants               )
                                                   )
                                                   )
-------------------------------------------------- x
```

### DECLARATION OF RICHARD W. SLACK IN SUPPORT OF MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES BY DEFENDANTS OAO ROSNEFTEGAZ, OAO ROSNEFT, AND SERGEY BOGDANCHIKOV

RICHARD W. SLACK, hereby declares:

1. I am a member of the firm of Weil, Gotshal & Manges LLP, counsel to Defendants OAO Rosneftgaz, OAO Rosneft, and Sergey Bogdanchikov. I am resident in the firm's New York office. I submit this Declaration in support of the Motion to Dismiss and Memorandum of Points and Authorities submitted by defendants OAO Rosneftegaz, OAO Rosneft, and Sergey Bogdanchikov. I am over the age of 18 years and am in all ways competent to make this Declaration. Unless otherwise stated, the following is based on my personal knowledge.

      2.      Attached as Exhibit A is a true and correct copy of the press report of Russian Federation President Vladimir Putin's October 27, 2003 speech at a meeting with members of the Russian Federation's government.

      3.      Attached as Exhibit B are true and correct excerpts from Yukos's 2001 Annual Report.

      4.      Attached as Exhibit C are true and correct excerpts from Yukos's 2000 Annual Report.

      5.      Attached as Exhibit D are true and correct excerpts from Yukos's 2002 Annual Report.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 15, 2006

                                     /s/ Richard W. Slack
                                     Richard W. Slack

## CERTIFICATE OF SERVICE

I certify that on May 15, 2006, this declaration was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/_____
Adam P. Strochak