# Exhibit C



DEVELOPING OPPORTUNITIES
PRODUCING RESULTS



YUKOS 2000 Annual Report

**OAO NK YUKOS**
**Notes to Consolidated Financial Statements**
(In constant Russian Rubles (tabular amounts in millions) of 31 December 2000 purchasing power)

### Note 20: Commitments and Contingent Liabilities

**Operating environment.** The economy of the Russian Federation continues to display characteristics of an emerging market. These characteristics include, but are not limited to, the existence of a currency that is not freely convertible outside of the country, extensive currency controls, a low level of liquidity in the public and private debt and equity markets and high inflation.

The prospects for future economic stability in the Russian Federation are largely dependent upon the effectiveness of economic measures undertaken by the government, together with legal, regulatory, and political developments.

**Guarantees.** The Company has issued guarantees to and on behalf of various obligations such as governmental entities and strategic customers or suppliers. At 31 December 2000, these guarantees totalled RR 2,546 million.

**Taxation.** Russian tax legislation is subject to varying interpretations and constant changes, which may be retroactive. Further, the interpretation of tax legislation by tax authorities as applied to the transactions and activities of the Company may not coincide with that of management. As a result, transactions may be challenged by tax authorities and the Company may be assessed additional taxes, penalties and interest. Tax periods remain open to review by the tax authorities for three years.

**Environmental liabilities.** The Company and its predecessor entities have operated in the Russian Federation for many years and certain environmental problems have developed. Environmental regulations and their enforcement are continually being considered by governmental authorities and the Company periodically evaluates its obligations related thereto. As obligations are determined, they are provided for over the estimated remaining lives of the related oil and gas reserves, or recognized immediately, depending on their nature. The outcome of environmental liabilities under proposed or any future legislation, or as a result of stricter enforcement of existing legislation, cannot reasonably be estimated. Under existing legislation, management believes there are no probable liabilities that are in excess of amounts accrued under the units-of-production method in the consolidated financial statements which would have a materially adverse effect on the financial position or the operating results of the Company.

**Legal contingencies.** The Company is the named defendant in a number of lawsuits as well as a named party in numerous other proceedings arising in the ordinary course of business. While the outcomes of such contingencies, lawsuits or other proceedings cannot be determined at present, management believes that any resulting liabilities will not have a materially adverse effect on the financial position or the operating results of the Company.

**Insurance.** At 31 December 2000, the Company held limited insurance policies in relation to its assets and operations, or in respect of public liability or other insurable risks. Since the absence of insurance alone does not indicate that an asset has been impaired or a liability incurred, no provision has been made in the consolidated financial statements for unspecified losses.

### Note 21: Segment Information

The Company's business activities are conducted predominantly through two major business segments: exploration and production, and refining and marketing. These segments were determined based primarily upon the differing production processes of the segments. The accounting policies of the operating segments are the same as those described in Note 3. All inter-company transactions have been eliminated.

Exploration and production explores for, develops and extracts liquid hydrocarbons, which are then processed to produce crude oil and natural gas, primarily through the Company's subsidiaries OAO Yuganskneftegas and OAO Tomskneft VNK in Western Siberia, and OAO Samaraneftegas in the Samara region of the Russian Federation.

Refining and marketing refines, markets and distributes crude oil and refined oil products for export and domestic sales.

In addition to these two major business segments, the corporate and other segment consists primarily of the Company's corporate offices, which provide business services and infrastructure support to its operating business segments, and other subsidiaries, which provide procurement and logistics services to internal and third parties.

Domestic sales exclude distribution costs which, under the Russian crude oil distribution system, are charged to the purchasers of crude oil by Transneft, the state owned oil distribution company.

Due to the nature of its business, the Company may at times export over 10 percent of its annual crude oil or of its oil products revenues to individual customers. However the Company does not believe that it is reliant on any particular customer.

Sales information as of and for the years ended 31 December 2000, 1999 and 1998 is presented below.

| | | Year ended 31 December: | |
|---|---|---|---|
| | 2000 | 1999 | 1998 |
| **Net sales** | | | |
| Export sales - crude oil | 141,976 | 63,537 | 23,649 |
| Export sales - oil products | 44,092 | 18,986 | 10,324 |
| Domestic sales - crude oil | 4,444 | 4,026 | 3,796 |
| Domestic sales - oil products | 77,695 | 42,470 | 33,773 |
| Processing fees | - | 1,076 | 676 |
| Other | 8,710 | 4,990 | 5,724 |
| Less: distribution charges, excise taxes and export duties | (45,728) | (19,113) | (18,326) |
| **Net sales** | 231,189 | 115,972 | 59,616 |

| | | Year ended 31 December: | |
|---|---|---|---|
| | 2000 | 1999 | 1998 |
| Crude oil export sales (thousands of tons) | 24,364 | 17,860 | 13,300 |
| Crude oil domestic sales (thousands of tons) | 1,642 | 1,788 | 2,712 |
| Oil product export sales (thousands of tons) | 7,505 | 6,079 | 8,247 |
| Oil product domestic sales (thousands of tons) | 16,963 | 14,856 | 11,111 |
| **Total sales (thousands of tons)** | 50,474 | 40,583 | 35,370 |