# Exhibit D

(1)

# BY BEING A WORLD-CLASS COMPANY

PRACTICING STRONG CORPORATE GOVERNANCE
AND FINANCIAL TRANSPARENCY

MIXING RUSSIAN AND WESTERN CULTURES
AND KNOW-HOW FROM THE BOARDROOM TO
THE OIL FIELD

PARTNERING WITH SOME OF THE
LEADING NAMES IN THE PETROLEUM AND
RELATED INDUSTRIES

STRENGTHENING OUR POSITION TO BECOME THE
LEADING AND THE MOST PROFITABLE OIL
PRODUCER IN RUSSIA AND

REPORTING FINANCIAL PERFORMANCE
QUARTERLY IN ACCORDANCE WITH U.S. GAAP

> leadership

page 1.

YUKOS Oil Company
Annual Report 2002

All awards outstanding at December 31, 2002 are out-
lined below.

| | Shares under option | Weighted-average exercise price (USD) |
|---|---|---|
| Awards outstanding at December 31, 2000 | — | — |
| Granted | 13,060,376 | 1.73 |
| Awards outstanding at December 31, 2001 | 13,060,376 | 1.73 |
| Granted | 6,152,665 | 0.01 |
| Exercised | (3,108,404) | 3.25 |
| Canceled | (34,620) | 1.63 |
| Awards outstanding at December 31, 2002 | 16,070,017 | 0.77 |

| | Shares under option | Number exercisable at December 31, 2002 | Weighted-average exercise price (USD) | Weighted-average remaining contractual life in years |
|---|---|---|---|---|
| Conditional stock awards | 11,470,275 | — | — | — |
| Employee stock options | 1,545,896 | 160,369 | — | — |
| Third-party stock options | 3,053,846 | 3,053,846 | 3.25 | 1.8 |

**Note 19: Commitments and Contingent Liabilities**
**Operating environment.** While there have been improve-
ments in the economic situation in the Russian Federation
in recent years, it continues to display some characteris-
tics of an emerging market. These characteristics include,
but are not limited to, the existence of a currency that is
not freely convertible in most countries outside of the
Russian Federation, restrictive currency controls, and rela-
tively high inflation.

The prospects for future economic stability in the Russian
Federation are largely dependent upon the effectiveness of
economic measures undertaken by the government,
together with legal, regulatory, and political developments.

**Guarantees.** At December 31, 2002, the Company and its
subsidiaries provided guarantees, either directly or indi-
rectly, of USD 41 million for notes and other contractual
obligations of third parties and for performance obliga-
tions as discussed below. There are no amounts being car-
ried as liabilities for these guarantees as management does
not believe that it is probable that the Company will be
required to perform under these guaranties. The Company
has provided cash or other assets as collateral for certain of
the guarantees as described further below.

The Company has provided loan guarantees on behalf of
the administrations of local governments for improvement
of infrastructure in areas where the Company operates. The
guarantees expire in periods from three months to seven
years. The Company would be required to perform under
the guarantees in the event of default by the local adminis-
trations. The maximum amount of potential payments is
USD 41 million. The Company has deposited cash and
marketable securities as collateral against these guaran-
tees in the amount of USD 25 million.

The Company provides bid and performance-related bonds
in connection with work it is required to perform under cer-
tain contracts. The contracts typically have terms ranging
from 2 month to 3 years. Any potential payments that
would be required are related to performance under the
applicable contract. The Company has placed cash of
USD 21 million with banks to guarantee its performance.

**Taxation.** Russian tax legislation is subject to varying inter-
pretations and periodic changes, which may be retroactive.
Further, the interpretation of tax legislation by tax authori-
ties as applied to the transactions and activities of the
Company may not coincide with that of management. As a
result, certain transactions may be challenged by tax
authorities and the Company may be assessed additional
taxes, penalties and interest. Consolidated tax returns are
not required under existing Russian tax legislation and tax
audits are performed on an individual entity basis only.
Tax periods remain open to review by the tax authorities for
three years.

# YUKOS Oil Company **management's discussion and analysis**

*(Expressed in U.S. Dollars (tabular amounts in millions) except as indicated otherwise)*

References to "YUKOS," "Company," "Group," "we," "our" or "us" are references to YUKOS Oil Company and its consolidated subsidiaries and associates.

The discussion and analysis of YUKOS' financial condition and results of operations should be read in conjunction with YUKOS' consolidated financial statements.

This report includes forward-looking statements. You can identify our forward-looking statements by the words "expects," "intends," "plans," "projects," "believes," "estimates" and similar expressions. We have based the forward-looking statements relating to our operations on our current expectations and on estimates and projections about YUKOS and the petroleum industry in general. We caution you that these statements are not guarantees of future performance and involve risks, uncertainties and assumptions that we cannot predict with certainty. Accordingly, our actual outcomes and results may differ materially from what we have expressed or forecasted in the forward-looking statements. Any differences could result from a variety of factors including, but not limited to, the following:

• fluctuations in crude oil and petroleum product prices;
• changes in tax and other laws applicable to our business;
• changes in regulations governing access to export infrastructure;
• changes in tariffs charged by monopolies;

• international monetary conditions and exchange controls;
• liability for remedial actions under environmental regulations;
• inherent uncertainties in predicting oil and gas reserves and oil and gas reservoir performance;
• unsuccessful exploratory drilling activities;
• unexpected cost increases or technical difficulties in constructing or modifying our company manufacturing and refining facilities;
• potential disruption or interruption of our production facilities due to accidents or political events;
• liability resulting from litigation;
• general domestic and international economic and political conditions.

Tabular amounts are rounded. However, percentage changes are calculated using actual amounts.

For financial reporting purposes, we convert metric tons of crude oil to barrels of crude oil using a conversion factor of 7.31. This factor represents a blend of varying conversion factors specific to each of our fields. Because the proportion of actual production by field varies from period to period, total production volumes for the Company in barrels converted from metric tons using the blended rate may differ from total production calculated on a field by field basis. Accordingly, the total production figures discussed in this Management's Discussion and Analysis differ insignificantly from those disclosed elsewhere.

Management's Discussion
and Analysis
(Expressed in U.S. Dollars (tabular amounts
in millions) except as indicated otherwise)

### Taxation

We are subject to numerous taxes that have had a signifi-
cant effect on our results of operations. Russian tax legisla-
tion is and has been subject to varying interpretations and
frequent changes.

Through December 31, 2000, we were subject to income tax
at a maximum statutory rate of 30 percent. In August 2000,
the Federal Law on Income Tax for Companies was amended,
establishing the maximum statutory income tax rate of
35 percent in most jurisdictions effective January 1, 2001.

In August 2001, the Russian Tax Code was amended. As a
result of this amendment, which became effective on
January 1, 2002, two new chapters of the Russian Tax Code
were introduced that affected our results of operations.
Under the first of these chapters, the maximum income tax
rate for income received from ordinary activities was
reduced from 35 percent to 24 percent, the tax rate for divi-
dends received from domestic companies was reduced

from 15 percent to 6 percent and the tax rate for dividends
received from foreign companies was reduced from 35 per-
cent to 15 percent. However, investment tax credits that
could be used to reduce income tax by up to 50 percent
have been abolished.

In addition to income taxes, we are also subject to:

• a unified natural resources production tax;
• export duties;
• excise taxes on petroleum products;
• road users taxes;
• property taxes;
• other local taxes and levies; and
• tax penalties and interest.

These taxes are reflected in taxes other than income tax in
our consolidated statements of income. In addition, we are
subject to payroll-based taxes, which are included as salary
costs within selling, general and administrative expenses
or operating expenses, as appropriate.

The table below sets forth the average tax rates that our Russian subsidiaries were subject to for the years ended
December 31, 2002 and 2001:

| Tax | Year ended December 31, 2002 | 2001 | Change | Taxable base |
|---|---|---|---|---|
| a. Crude oil export duty, average[1] | USD 18.6 | EUR 29.2 | (38.9)%[2] | Metric ton exported |
| b. Petroleum products export duty, average: | | | | |
| Light distilled products (gasoline products) | EUR 30.0 | EUR 38.7 | (22.5)% | Metric ton exported |
| Mid distilled products (diesel fuel) | EUR 30.0 | EUR 38.7 | (22.5)% | Metric ton exported |
| Fuel oil | EUR 15.1 | EUR 24.4 | (38.1)% | Metric ton exported |
| c. Crude oil excise tax[3] | — | RR 66 | (100.0)% | Metric ton produced and sold |
| d. Petroleum products excise tax: | | | | |
| High octane gasoline | RR 2,072 | RR 1,850 | 12.0% | Metric ton produced and sold domestically |
| Low octane gasoline | RR 1,512 | RR 1,350 | 12.0% | Metric ton produced and sold domestically |
| Diesel fuel | RR 616 | RR 550 | 12.0% | Metric ton produced and sold domestically |
| Motor oil | RR 1,680 | RR 1,500 | 12.0% | Metric ton produced and sold domestically |
| e. Mineral restoration tax[3] | — | 10% | (100.0)% | Sales revenues[4] |
| f. Royalty tax[3] | — | 6–16% | (100.0)% | Sales revenues[4] |
| g. Unified production tax[3] | RR 668 | — | 100.0% | Metric ton produced (crude oil) |
| h. VAT | 20% | 20% | — | Added value |
| i. Road users tax | 1% | 1% | — | Net revenues |
| j. Profit tax (corporate) – maximum rate | 24% | 35% | (31.4)% | Taxable income |

(1) Beginning January 1, 2002, crude oil export duty rates began to be denominated in U.S. Dollars. Prior to January 1, 2002, crude oil export duty rates were denominated in Euros.

(2) Calculated using the Euro/U.S. Dollar exchange rate as of December 31, 2002.

(3) The crude oil excise tax, mineral restoration tax and royalty tax were replaced on January 1, 2002 by the unified production tax. 6 →16 percent represents the minimum and maximum
rates applicable.

YUKOS Oil Company
Annual Report 2002

The table below sets forth the average tax rates that our Russian subsidiaries were subject to for the years ended December 31, 2001 and 2000:

| Tax | Year ended December 31. 2001 | 2000 | Change | Taxable base |
|---|---|---|---|---|
| a.  Crude oil export duty, average | EUR 29.2 | EUR 22.7 | 28.6% | Metric ton exported |
| b.  Petroleum products export duty, average: | | | | |
|     Light distilled products (gasoline products) | EUR 38.7 | EUR 22.3 | 73.5% | Metric ton exported |
|     Mid distilled products (diesel fuel) | EUR 38.7 | EUR 17.4 | 122.4% | Metric ton exported |
|     Fuel oil | EUR 24.4 | EUR 16.2 | 50.6% | Metric ton exported |
| c.  Crude oil excise tax[1] | RR 66 | RR 55 | 20.0% | Metric ton produced and sold |
| d.  Petroleum products excise tax: | | | | |
|     High octane gasoline | RR 1,850 | RR 585 | 216.2% | Metric ton produced and sold domestically |
|     Low octane gasoline | RR 1,350 | RR 455 | 196.7% | Metric ton produced and sold domestically |
|     Diesel fuel | RR 550 | — | 100.0% | Metric ton produced and sold domestically |
|     Motor oil | RR 1,500 | — | 100.0% | Metric ton produced and sold domestically |
| e.  Mineral restoration tax[1] | 10% | 10% | — | Sales revenues[2] |
| f.  Royalty tax[1] | 6–16% | 6–16% | — | Sales revenues[2] |
| g.  VAT | 20% | 20% | — | Added value |
| h.  Fuel tax | — | 25% | (100.0)% | Net revenues of gasoline, diesel fuel and some other products |
| i.  Road users tax | 1% | 2.5% | (60.0)% | Net revenues |
| j.  Profit tax (corporate) – maximum rate | 35% | 30% | 16.7% | Taxable income |
| k.  Housing tax | — | 1.5% | (100.0)% | Net revenues |

(1) The crude oil excise tax, mineral restoration tax and royalty tax were replaced on January 1, 2002 by the unified production tax. 6–16 percent represents the minimum and maximum rates applicable.

(2) Sales revenues net of VAT and excise tax for domestic sales; sales revenues net of export duties, excise tax and transportation costs for export sales.

Prior to January 1, 2002, we were subject to mineral restoration and royalty taxes at average effective rates of approximately 6 percent and 8 percent, respectively, of oil and gas revenues recognized under Russian accounting regulations by our production subsidiaries and excise taxes on crude oil production of approximately USD 0.30 per barrel at the December 31, 2001 exchange rate. Under the second chapter of the Russian Tax Code, the mineral restoration tax, royalty tax and excise tax on crude oil production were abolished and replaced by the unified production tax. In the year ended December 31, 2002, our unified production tax expense was USD 1,478 million. Total mineral restoration tax, royalty tax and excise taxes on crude oil for the year ended December 31, 2001 were USD 537 million. Through December 31, 2004, the base rate for the unified production tax is set at 340 Rubles per metric ton of crude oil produced (USD 1.46 per barrel at the December 31, 2002 exchange rate) and is to be adjusted depending on the market price of Urals blend and the Ruble exchange rate. The tax becomes zero if the Urals blend price falls to or below USD 8.00 per barrel. For the year ended December 31, 2002, the average rate for the unified production tax, based on the Urals blend market price and Ruble exchange rates, was 668 Rubles per metric ton of crude oil produced. At December 31, 2002, the effective statutory rate for the unified production tax was 753 Rubles per metric ton. From January 1, 2005, the unified production tax rate is set by law at 16.5 percent of crude oil revenues recognized by the exploration and production companies in our Group based on Russian accounting regulations.

Maximum rates of export duties for crude oil were established by Russian Federal Law #126-FZ dated August 8, 2001 and have been effective since February 1, 2002. The maximum rates depend on lagged average Urals blend prices. The rates start at zero when the lagged Urals blend

82.

page

2002

Management's Discussion
and Analysis
*(Expressed in U.S. Dollars (tabular amounts
in millions) except as indicated otherwise)*

price is at or below USD 15.00 per barrel. They then increase by USD 0.35 per barrel for each USD 1.00 increase in the lagged Urals blend price when the lagged Urals blend price is between USD 15.00 and USD 25.00 per barrel, and by USD 0.40 per barrel for each USD 1.00 increase in the lagged Urals blend price when the lagged Urals blend price is above USD 25.00 per barrel.

Recent amendments to the Russian export legislation provide that, effective from January 1, 2003, export duties on petroleum products are limited to 90 percent of the export duties on crude oil.

Prior to January 1, 2001, we were subject to fuel tax equal to 25 percent of net revenues from gasoline and diesel fuel sales. Beginning January 1, 2001, the excise tax on gasoline was increased and we were subject to excise tax on diesel fuel, motor oil and lubricants. Commencing on January 1, 2002, the effective excise tax rates were 1,512 Rubles per metric ton for gasoline with octane ratings of 80 or lower, 2,072 Rubles per metric ton for gasoline with octane ratings above 80, 616 Rubles per metric ton for diesel fuel and 1,680 Rubles per metric ton for motor oil. Commencing on January 1, 2003, the effective excise tax rates are 2,190 Rubles per metric ton for gasoline with octane ratings of 80 or lower, 3,000 Rubles per metric ton for gasoline with octane ratings above 80, 890 Rubles per metric ton for diesel fuel and 2,440 Rubles per metric ton for motor oil.

We also are subject to value added tax, or VAT, of 20 percent on most of our purchases. These taxes are recoverable against VAT received on domestic sales. Export sales, other than to some CIS countries, are subject to 0 percent VAT. Input VAT related to export sales is recoverable from the Russian government. Our results of operations exclude the impact of VAT.

We provide for taxes on unremitted earnings of our foreign subsidiaries that are payable upon distribution to the parent company through our existing legal structure if the retained earnings of our foreign subsidiaries are not considered permanently invested. We continuously assess

possible methods of transferring the earnings to YUKOS Oil Company and adjust this provision accordingly. Such taxes are recognized at enacted rates corresponding to the method we intend to utilize to distribute or transfer the unremitted earnings to YUKOS Oil Company. In the fourth quarter of 2002, we recorded a USD 368 million reduction in deferred tax liabilities that resulted from our revised estimate of the applicable tax rates associated with the expected remittances of earnings from certain subsidiaries. In conjunction with with our ongoing review of tax strategy we believe that we can reduce the Company's effective tax rate on such remittances by 5 percent.

The maximum enacted statutory profits or income tax rates in Russia during the years ended December 31, 2002, 2001 and 2000 were 24 percent, 35 percent and 30 percent, respectively. Our effective tax rate is affected significantly by enacted rates in the several tax jurisdictions both within Russia and internationally where we have operations. Many of the companies in our consolidated Group are resident in tax jurisdictions in Russia and internationally where statutory tax rates are lower than the statutory maximum in Russia or where we benefit from regional tax incentives. As a result of these lower tax rates and incentives, our income taxes were reduced by USD 745 million, USD 828 million and USD 854 million for the years ended December 31, 2002, 2001 and 2000, respectively, compared to the statutory maximum in Russia. In addition, several other factors have had a significant impact in reducing our effective tax rate during these years, including the investment tax credit. Factors that have increased our effective tax rate for the years ended December 31, 2002, 2001 and 2000 included deferred taxes provided for unremitted earnings of consolidated subsidiaries and expenses that were not deductible for Russian tax purposes.

The availability in Russia of the lower statutory tax rates and regional tax incentives varies by jurisdiction. For example, regional and local profit tax concessions granted to some of the companies in our consolidated Group will be phased out by mid-2006. We are unable to estimate the likelihood of extension of these benefits. In addition, effective January 1, 2002, the investment tax credit has been

YUKOS Oil Company
Annual Report 2002

abolished. If we do not find other ways of reducing our effective income tax rate, our effective income tax rate on our domestic earnings will approach the statutory maximum in the future, although the tax rate has now been reduced to 24 percent. In addition, any changes in tax laws in foreign countries where we have subsidiaries will affect our tax efficiency.

In the context of the significant regulatory changes related to Russia's transition from a centrally planned to a market economy over the past 10 years and the general instability of the new market institutions introduced in connection with this transition, taxes, tax rates and implementation of taxation in Russia have experienced numerous changes. Although there are signs of improved political stability in Russia, further changes to the tax system may be introduced which may adversely affect the financial performance of our Company. In addition, uncertainty related to Russian tax laws exposes us to enforcement measures and the risk of significant fines and could result in a greater than expected tax burden.

**Results of Operations**
The following table shows certain consolidated statement of income data for the periods indicated, and also in each case as a percentage of our sales and other operating revenues.

Certain reclassifications have been made to amounts previously reported in our condensed consolidated interim financial statements. There was no impact on net income as a result of these reclassifications.

*(In millions of U.S. Dollars, except for percentage data)*

| Year ended December 31. | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|
| | USD | % | USD | % | USD | % |
| **Consolidated Statement of Income** | | | | | | |
| Sales and other operating revenues | 11,373 | 100.0 | 9,461 | 100.0 | 9,032 | 100.0 |
| **Operating costs and other deductions** | | | | | | |
| Crude oil and petroleum products purchased | 340 | 3.0 | 481 | 5.1 | 662 | 7.3 |
| Operating expenses | 1,479 | 13.0 | 1,182 | 12.5 | 872 | 9.7 |
| Distribution expenses | 1,514 | 13.3 | 1,048 | 11.1 | 697 | 7.7 |
| Selling, general and administrative expenses | 835 | 7.3 | 671 | 7.1 | 562 | 6.2 |
| Depreciation, depletion and amortization | 459 | 4.0 | 270 | 2.9 | 218 | 2.4 |
| Taxes other than income tax | 3,087 | 27.1 | 2,075 | 21.9 | 1,246 | 13.8 |
| Write-offs of property and investments | 39 | 0.3 | 48 | 0.5 | 52 | 0.6 |
| Goodwill impairment | 50 | 0.4 | — | — | — | — |
| Exploration expenses | 87 | 0.8 | 52 | 0.5 | 35 | 0.4 |
| **Total operating costs and other deductions** | **7,890** | **69.4** | **5,827** | **61.6** | **4,344** | **48.1** |
| **Other income (expenses)** | | | | | | |
| Realized gains on marketable securities, net | 46 | 0.4 | 128 | 1.4 | 165 | 1.8 |
| Income from equity affiliates | 29 | 0.3 | 7 | 0.1 | 15 | 0.2 |
| Other income, net | 101 | 0.9 | 3 | 0.0 | 67 | 0.7 |
| Interest income | 333 | 2.9 | 309 | 3.3 | 132 | 1.5 |
| Interest expense | (64) | (0.6) | (45) | (0.5) | (160) | (1.8) |
| Exchange gains (losses), net | (118) | (1.0) | (170) | (1.8) | 43 | 0.5 |
| **Total other income, net** | **327** | **2.9** | **232** | **2.5** | **262** | **2.9** |
| **Income before income tax and minority interest** | **3,810** | **33.5** | **3,866** | **40.9** | **4,950** | **54.8** |
| **Income tax** | | | | | | |
| Current income tax expense | 490 | 4.3 | 598 | 6.3 | 612 | 6.8 |
| Deferred income tax expense | 256 | 2.3 | 104 | 1.1 | 595 | 6.6 |
| **Total income tax expense** | **746** | **6.6** | **702** | **7.4** | **1,207** | **13.4** |
| Income before minority interest | 3,064 | 26.9 | 3,164 | 33.5 | 3,743 | 41.4 |
| Minority interest | (6) | (0.0) | (8) | (0.1) | (19) | (0.2) |
| **Net income** | **3,058** | **26.9** | **3,156** | **33.4** | **3,724** | **41.2** |

84.

page

2002