IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- x
)
RICHARD ALLEN, *et al.*,                                            )
                                                                    )
                                    Plaintiffs,                     )
                                                                    )
            v.                                                      )   Case No: 1:05-cv-02077-CKK
                                                                    )   Hon. Colleen Kollar-Kotelly
RUSSIAN FEDERATION, *et al.*                                        )
                                                                    )
                                    Defendants                      )
                                                                    )
                                                                    )
------------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANTS OAO ROSNEFTEGAZ AND OAO ROSNEFT OIL COMPANY

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, the undersigned, counsel of record for OAO Rosneftegaz and OAO Rosneft Oil Company, certify that to the best of our knowledge and belief, OAO Rosneftegaz and OAO Rosneft Oil Company have no parent companies, subsidiaries, or affiliates with any outstanding securities in the hands of the public at this time.

These representations are made in order that judges of this court may determine the need for recusal.

| | |
|---|---|
| Dated:   May 16, 2006 | Respectfully submitted, |

/s/ Adam. P. Strochak
Richard W. Slack
(*pro hac vice*)
Gregory S. Coleman
(*pro hac vice*)
Meredith B. Parenti
Deborah A. Maher
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8004

Adam P. Strochak, Esq.
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

**ATTORNEYS FOR OAO ROSNEFTEGAZ AND OAO ROSNEFT**

### CERTIFICATE OF SERVICE

I certify that on May 16, 2006, this statement was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/
Adam P. Strochak