

**LEGAL LANGUAGE SERVICES**

*International Litigation Support*
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone  (913) 341-3167
Toll Free  (800) 755-5775
Telefax   (913) 341-3168
www.legallanguage.com

May 16, 2006

**BY FEDEX DELIVERY**

Office of the Clerk
Attn: Ms. Tawana Davis
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

Re:    **Request for Service of Process on Defendants Alexei Miller,
Igor Sechin, Dimitry Medvedev, Igor Yusufov, Alexei Kudrin,
Nikolai Borisenko, Viktor Khristenko and Farit Gazizullin in
*Allen et al. v. Russian Federation et al.*, Civil Action No. 1:05-
02077 (CKK)**

Dear Ms. Davis:

    I am a licensed process server with Legal Language Services, a firm specializing in international litigation support. I have been hired by plaintiff's counsel, Covington & Burling, in connection with the above-captioned case to assist with perfecting international service of process upon eight Russian defendants.

    Because service cannot be made in this matter under FRCP 4(f)(1), I am writing to request that all necessary steps be taken to effect service in this matter under FRCP 4(f)(2)(C)(ii) upon Defendants Alexei Miller, Igor Sechin, Dimitry Medvedev, Igor Yusufov, Alexei Kudrin, Nikolai Borisenko, Viktor Khristenko and Farit Gazizullin.

    Pursuant to FRCP 4(f)(2)(C)(ii), we therefore request that the clerk of the court dispatch copies of these documents using the U.S. postal service's Global Express mail, which requires a signed receipt.

    Under FRCP 4(f)(1), service cannot be made pursuant to the applicable international convention on service of judicial documents, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, because the Russian Federation currently is not applying the Convention in relation to the United States.

Office of the Clerk
May 16, 2006
Page 2

     Pursuant to FRCP 4(f)(2)(C)(ii), I have enclosed for service on Defendants Alexei Miller, Igor Sechin, Dimitry Medvedev, Igor Yusufov, Alexei Kudrin, Nikolai Borisenko, Viktor Khristenko and Farit Gazizullin: (1) one copy of the Complaint for each Defendant; (2) one summons for each Defendant; and (3) one copy of each document translated into Russian, the official language of the Russian Federation.

     I have also separately enclosed the appropriate Global Express Guaranteed mail forms pre-completed for each defendant (and bearing our own return address) along with Global Express Guaranteed mail packaging envelopes.  Please note that at the time the US Post Office furnished us with these materials they informed us that only Post Office personnel were permitted to affix the mail form to the package at the time it was sent overseas;  we have therefore not attached the mail forms to the packages themselves.

     Service should be attempted at the following addresses:

<u>Alexi B. Miller</u>
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation

<u>Igor I. Sechin</u>
Administration of the President of the Russian Federation
4 Staraya Ploshad
Moscow 103132
Russian Federation

<u>Igor I. Sechin</u>
OAO ROSNEFT OIL CO.
Sofiyskaya Naberezhanaya 26/1
Moscow, 115035
Russian Federation

<u>Dmitry A. Medvedev</u>
Administration of the President of the Russian Federation
4 Staraya Ploshad
Moscow 103132
Russian Federation

<u>Dmitry A. Medvedev</u>
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation

Office of the Clerk
May 16, 2006
Page 3

Igor K. Yusufov
MINISTRY OF INDUSTRY AND ENERGY
7, Kitaigorodskiy Proyezd
Moscow, 109074
Russian Federation

Igor K. Yusufov
MINISTRY FOR FOREIGN AFFAIRS
32/34 Smolenskaya-Sennaya St.
Moscow 119200
Russian Federation

Igor K. Yusufov
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Moscow, Russian Federation

Alexei L. Kudrin
MINISTRY OF FINANCE
Ulitsa Ilyinka 9, Entrance 1
Moscow 109097

Alexei L. Kudrin
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation

Nikolai Borisenko
OAO ROSNEFT OIL CO.
Sofiyskaya Naberezhanaya 26/1
Moscow, 115035
Russian Federation

Viktor B. Khristenko
MINISTRY OF INDUSTRY AND ENERGY
7, Kitaigorodskiy Proyezd
Moscow, 109074
Russian Federation

Office of the Clerk
May 16, 2006
Page 4

     <u>Viktor B. Khristenko</u>
     OAO GAZPROM
     Ulitsa 16 Nametkina
     12567, Moscow
     Russian Federation

     <u>Farit R. Gazizullin</u>
     OAO GAZPROM
     Ulitsa 16 Nametkina
     12567, Moscow
     Russian Federation

Should you prefer to return the packages to us for submission to the US Post Office, please contact me at (800) 755-5775 and/or return the  packages to me using the enclosed prepaid FedEx envelope.

Once the US Post Office notifies us that delivery has been accomplished, we will assemble the appropriate proof of delivery for each defendant and submit the same to your office.

Please do not hesitate to contact me at the above toll-free number if you have questions or concerns.  I can also be reached by email at claforge@legallanguage.com.

Thank you for your assistance.

Sincerely yours,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Cara LaForge
Manager,
International Litigation Support

Enclosures