

**LEGAL LANGUAGE SERVICES**

International Litigation Support
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

May 26, 2006

**BY FEDEX DELIVERY**

Office of the Clerk
Attn: Ms. Tawana Davis
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:   **Request for Service of Process on the Defendant BaikalFinansGroup in *Allen et al. v. Russian Federation et al.*, Civil Action No. 1:05-02077 (CKK)**

Dear Ms. Davis:

I am a licensed process server with Legal Language Services, a firm specializing in international litigation support. I have been hired by plaintiff's counsel, Covington & Burling, in connection with the above-captioned case to assist with perfecting international service of process upon a Russian defendant.

Because service cannot be made in this matter under 28 U.S.C. §§ 1608(b)(1), or 1608(b)(2), I am writing to request that all necessary steps be taken to effect service in this matter on the Defendant BaikalFinansGroup pursuant to 28 U.S.C. § 1608(b)(3).

Under 28 U.S.C. § 1608(b)(1), no special arrangement for service exists between the Plaintiffs and Defendant BaikalFinansGroup.

Under 28 U.S.C. § 1608(b)(2), service cannot be made pursuant to the applicable international convention on service of judicial documents, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, because the Russian Federation currently is not applying the Convention in relation to the United States. Also under 28 U.S.C. § 1608(b)(2), Defendant BaikalFinansGroup has not authorized an agent to receive service of process in the United States.

Because service cannot be made under 28 U.S.C. §§ 1608(b)(1) and 1608(b)(2), Congress has authorized, pursuant to 28 U.S.C. § 1608(b)(3)(B), that the clerk of court send to instrumentalities of a foreign state, "by any form of mail requiring a signed receipt," a copy of the summons and complaint addressed "to the agency or instrumentality to be served."

Please take the necessary steps to effect service in this matter using the U.S. postal service's Global Express Guaranteed mail.

Pursuant to 28 U.S.C. § 1608(b)(3)(B), I have enclosed for service on Defendant BaikalFinansGroup: (1) the Complaint; (2) summons; and (3) one copy of each document

DC: 2010772-1

Office of the Clerk
May 26, 2006
Page 2

translated into Russian, the official language of the Russian Federation.

    I have also separately enclosed the appropriate Global Express Guaranteed mail forms pre-completed for each defendant (and bearing our own return address) along with Global Express Guaranteed mail packaging envelopes. In the event that you prefer to fill out these mail forms yourself, we have included several additional blank forms for you to use. Please note that at the time the US Post Office furnished us with these materials they informed us that only Post Office personnel were permitted to affix the mail form to the package at the time it was sent overseas; we have therefore not attached the mail forms to the packages themselves.

    Service should be attempted at the following addresses:

BaikalFinansGroup
c/o Rosneft Oil Company
Sofiyskaya Naberezhnaya 26/1
115035 Moscow
Russian Federation

    Should you prefer to return the packages to us for submission to the US Post Office, please contact me at (800) 755-5775 and/or return the package to me using the enclosed prepaid FedEx envelope.

    Once the US Post Office notifies us that delivery has been accomplished, we will assemble the appropriate proof of delivery for each defendant and submit the same to your office.

    Please do not hesitate to contact me at the above toll-free number if you have questions or concerns. I can also be reached by email at claforge@legallanguage.com.

    Thank you for your assistance.

Sincerely yours,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Cara LaForge
Manager,
International Litigation Support

Enclosures