

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

V.

RUSSIAN FEDERATION, et al.,

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:05CV02077

JUDGE: Colleen Kollar-Kotel

CASE NUMBER   DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Alexel B. Miller
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 24 2005
CLERK                                DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 28, 2006 |
| NAME OF SERVER *(PRINT)* George Richter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Left copies thereof at defendant's place of business with a person of suitable age and discretion. (See attached declaration of George Richter.)</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  
Date

*(See attached declaration of George Richter)*
*Signature of Server*
Priority Investigations Limited
P. O. Box 266
Belfast, Northern Ireland
<u>BT5 4AO</u>
*Address of Server*
UNITED KINGDOM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

V.

RUSSIAN FEDERATION, et al.,

SUMMONS IN A CIVIL CASE

CASE NU

CASE NUMBER  1:05CV02077

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Dmitry A. Medvedev
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

OCT 24 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 28, 2006 |
| NAME OF SERVER (PRINT) George Richter | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies thereof at defendant's place of business with a person of suitable age and discretion. (See attached declaration of George Richter.)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

(See attached declaration of George Richter)
Signature of Server
Priority Investigations Limited
P. O. Box 266
Belfast, Northern Ireland
BT5 4AQ
Address of Server
UNITED KINGDOM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

RICHARD ALLEN, et al.,

SUMMONS IN A CIVIL CASE

V.

RUSSIAN FEDERATION, et al.,

CASE NUME

CASE NUMBER   1:05CV02077

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Igor K. Yusufov
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             OCT 2 4 2005
CLERK                                   DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 28, 2006 |
| NAME OF SERVER (PRINT) George Richter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies thereof at defendant's place of business with a person of suitable age and discretion. (See attached declaration of George Richter.)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server: (See attached declaration of George Richter)
Priority Investigations Limited
P. O. Box 266
Belfast, Northern Ireland
BT5 4AO
*Address of Server*
UNITED KINGDOM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

V.

RUSSIAN FEDERATION, et al.,

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02077

JUDGE: Colleen Kollar-Kotelly

CASE N[

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Viktor B. Khristenko
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON               OCT 24 2005
CLERK                                     DATE

_/s/ Higgins_
DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 28, 2006 |
| NAME OF SERVER (PRINT) George Richter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies thereof at defendant's place of business with a person of suitable age and discretion. (See attached declaration of George Richter.)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

(See attached declaration of George Richter)
*Signature of Server*
Priority Investigations Limited
P. O. Box 266
Belfast, Northern Ireland
BT5 4AO
*Address of Server*
UNITED KINGDOM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBER:

CASE NUMBER 1:05CV02077
JUDGE: Colleen Kollar-Kotel
DECK TYPE: General Civil
DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Farit R. Gazizullin
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            OCT 2 4 2005
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 28, 2006 |
| NAME OF SERVER *(PRINT)* George Richter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Left copies thereof at defendant's place of business with a person of suitable age and discretion. (See attached declaration of George Richter.)</u>

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

<u>(See attached declaration of George Richter)</u>
*Signature of Server*
Priority Investigations Limited
P. O. Box 266
Belfast, Northern Ireland
BT5 4AO
*Address of Server*
UNITED KINGDOM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------X

RICHARD ALLEN, et al.

                Plaintiffs,          Case No. 1:05CV02077

v.

RUSHIAN FEDERATION, et al.          **AFFIDAVIT OF**

                                                                      **GEORGE RICHTER**

                Defendants.

----------------------------------------------------------X

    I, George Richter, a non-party to this action over the age of 18 years, being duly sworn, depose and state:

    1.    This affidavit is based on my personal knowledge.

    2.    I am an investigator and process server operating under the laws of the Republic of Ireland, and employed by Priority Investigations Limited, a UK firm specializing in international investigations. Priority Investigations' address is P.O. Box 266, Belfast, Northern Ireland, BT5 4AQ, in the United Kingdom.

    3.    On Friday, April 28, 2006, at 1:15 p.m., I delivered papers to Alexei Miller, Dmitry Medvedev, Igor Yusufov, Viktor Khristenko, and Farit Gazizullin at Gazprom headquarters, at 16 Nametkina Street, Moscow.

    4.    Upon arriving at Gazprom headquarters, my colleague Jeremiah Mahoney and I approached the first of two security offices. I asked to be admitted in order to make an important confidential delivery. I was told over a speaker system to use a bank of four

telephones adjoining the windows to call Gazprom personnel inside the compound for permission to enter.

5. I made the call through my Russian interpreter and spoke to an unidentified woman. I told the woman I needed to deliver my documents to defendants, their staff or, at the very least, to the Gazprom receptionist. When I revealed the names of the recipients, the woman on the telephone, who refused to give her name or title, said that I could not be admitted.

6. I suggested to the security guard that he should himself accept and sign for the documents. The guard refused. The guard then agreed I could deliver the documents to the security personnel behind the glass windows at the second security area.

7. Each of the windows at the second security area was equipped with a sliding teller slot. In the presence of my colleague Jeremiah Mahoney, on April 28, 2006, at 1:15 p.m., I put each set of court documents, one by one, through the slot. Each set of court documents was sealed in an envelope bearing the defendant's name in English and in Russian. Each set of court documents included a copy of the summons and complaint and Russian translations of the same.

8. The guards behind the window accepted sealed envelopes addressed to Alexei Miller, Dmitry Medvedev, Igor Yusufov, Viktor Khristenko, and Farit Gazizullin. The guards reviewed and checked the name on each as it was submitted, and agreed to deliver each to the addressee indicated.

9. I could see more clearly through the mirrored glass at this bank of security windows than at the previous bank of security windows, and can thus describe the two men who took the documents on the other side.

10. Both men were in their late forties. The first was about 6'1" and that the second was about 5'10". They were both broad-shouldered and well-built. They both had dark, slightly graying hair and wore light green company uniforms.

11. After the Gazprom personnel accepted the packages, Mahoney and I left the premises.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

_____
George Richter
Process Server

_____
Jeremiah P. Mahoney
Witness

Subscribed and sworn to before me in Dublin, Ireland
this _____ 200_


Name and signature of consular officer, U.S. Embassy Dublin

Seal of U.S. consular officer

CERTIFICATE OF ACKNOWLEDGMENT OF EXECUTION
OF SIGNATURE

REPUBLIC OF IRELAND)
COUNTY AND CITY OF DUBLIN)       ss:
EMBASSY OF THE)
UNITED STATES OF AMERICA)

I, Denise L. Knapp, Vice Consul of the United States of America at U.S. Embassy, Dublin, Ireland, duly commissioned and qualified, do hereby certify that on the 6th June, 2006 before me personally appeared George C. Richter, identified by Irish passport B318692 and Jeremiah P. Mahony identified by Irish passport B383127 who executed the attached document in my presence.

In witness whereof I have hereunto set

my hand and official seal the day

and year last above written

Denise L. Knapp
Vice Consul of the
United States of America