AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

SUMMONS IN A CIVIL CASE

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBER   1:05CV02077

JUDGE: Colleen Kollar-Kotelly

CASE NUMBER

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Alexei B. Miller
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

OCT 2 4 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | May 22, 2006 |
| NAME OF SERVER *(PRINT)*<br>Cara LaForge | TITLE | Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

☐ **G**   Served personally upon the defendant. Place where served:

☐ **G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ **G**   Returned unexecuted:

☐ **G**   Other (specify):    See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     (See attached declaration of Cara LaForge)
        Date       *Signature of Server*    Legal Language Services
                                         8014 State Line Road, Suite 110
                                         Leawood, KS 66208
                                         Tel. (800) 755-5775
                                         Fax (888) 754-8454

                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

                                                    SUMMONS IN A CIVIL CASE

V.

RUSSIAN FEDERATION, et al.,

                              CASE NUMBI        CASE NUMBER  1:05CV02077

                                                JUDGE: Colleen Kollar-Kotelly

                                                DECK TYPE: General Civil

                                                DATE STAMP: 10/24/2005

      TO: (Name and address of Defendant)

      Igor Sechin
      c/o OAO Rosneft Oil Company
      26/1, Sofiyskaya Embankment, 1
      GSP-8 115998
      Moscow
      Russian Federation

      **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      O. Thomas Johnson, Jr.
      Mark E. Feldman
      Covington & Burling
      1201 Pennsylvania Avenue, NW
      Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____**twenty (20)**_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 24 2005

CLERK                                     DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 23, 2006 |
| NAME OF SERVER *(PRINT)* <br> Cara LaForge | TITLE <br> Manager, International Litigation Support, <br> Legal Language Services |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):      See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
                    Date              Signature of Server    Legal Language Services
                                                             8014 State Line Road, Suite 110
                                                             Leawood, KS  66208
                                                             Tel. (800) 755-5775
                                                             Fax (888) 754-8454
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC – September 2003) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 24, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Cara LaForge | Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served:

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G   Returned unexecuted:

_____

G   Other (specify):     See attached declaration of  Cara LaForge.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            (See attached declaration of Cara LaForge)
                          Date                  *Signature of Server*    Legal Language Services
                                                                         8014 State Line Road, Suite 110
                                                                         Leawood, KS  66208
                                                                         Tel. (800) 755-5775
                                                                         Fax (888) 754-8454

                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NU

CASE NUMBER  1:05CV02077

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Dmitry A. Medvedev
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ **twenty (20)** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 24 2005

CLERK

DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | DATE | |
|---|---|---|---|
| Service of the Summons and complaint was made by me[1] | | May 22, 2006 | |
| NAME OF SERVER (PRINT) Cara LaForge | | TITLE Manager, International Litigation Support, Legal Language Services | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  _____  See attached declaration of Cara LaForge. _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
            *Date*              *Signature of Server*   Legal Language Services
                                                        8014 State Line Road, Suite 110
                                                        Leawood, KS  66208
                                                        Tel. (800) 755-5775
                                                        Fax (888) 754-8454
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  May 24, 2006 |
| NAME OF SERVER *(PRINT)*  Cara LaForge | TITLE  Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify):   See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
              Date                    Signature of Server

                              Legal Language Services
                              8014 State Line Road, Suite 110
                              Leawood, KS  66208
                              Tel. (800) 755-5775
                              Fax (888) 754-8454
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUME

CASE NUMBER  1:05CV02077

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Igor K. Yusufov
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___**twenty (20)**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 24 2005

CLERK                                          DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 22, 2006 |
| NAME OF SERVER *(PRINT)* Cara LaForge | TITLE Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____ See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
                *Date*          *Signature of Server*

                                 Legal Language Services
                                 8014 State Line Road, Suite 110
                                 Leawood, KS  66208
                                 Tel. (800) 755-5775
                                 Fax (888) 754-8454

                               *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 22, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Cara LaForge | Manager, International Litigation Support, Legal Language Services |

Check one box below to indicate appropriate method of service

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): _____ See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     (See attached declaration of Cara LaForge)
         Date

         Signature of Server     Legal Language Services
                             8014 State Line Road, Suite 110
                             Leawood, KS 66208
                             Tel. (800) 755-5775
                             Fax (888) 754-8454

         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.

CASE NUMBER:    1:05CV02077 (CKK)

TO: (Name and address of Defendant)

Alexei L. Kudrin
c/o Ministry of Finance
Ulitsa Ilyinka 9, Entrance 1
Moscow 103097
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ___**twenty (20)**___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____          3/31/06
CLERK                                        DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 22, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Cara LaForge | Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  _____  See attached declaration of Cara LaForge.

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          (See attached declaration of Cara LaForge)
                    Date                    _____
                                            Signature of Server    Legal Language Services
                                                                    8014 State Line Road, Suite 110
                                                                    Leawood, KS  66208
                                                                    Tel. (800) 755-5775
                                                                    Fax (888) 754-8454
                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 24, 2006 |
| NAME OF SERVER *(PRINT)* Cara LaForge | TITLE Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served:

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:

G    Returned unexecuted:

G    Other (specify):      See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on                       (See attached declaration of Cara LaForge)
                     Date

                                Signature of Server     Legal Language Services
                                                    8014 State Line Road, Suite 110
                                                    Leawood, KS 66208
                                                    Tel. (800) 755-5775
                                                    Fax (888) 754-8454

                                              Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBER  1:05CV02077

CASE NU~

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Nikolai Borisenko
c/o OAO Rosneft Oil Company
26/1, Sofiyskaya Embankment, 1
GSP-8 115998
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ **twenty (20)** _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 2 4 2005

CLERK

DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 23, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Cara LaForge | Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):    See attached declaration of  Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        (See attached declaration of Cara LaForge)
                    *Date*                 *Signature of Server*    Legal Language Services
                                                                    8014 State Line Road, Suite 110
                                                                    Leawood, KS  66208
                                                                    Tel. (800) 755-5775
                                                                    Fax (888) 754-8454
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBER:    1:05CV02077 (CKK)

TO: (Name and address of Defendant)

Viktor B. Khristenko
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ___**twenty (20)**___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

3/31/06

CLERK                                   DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 22, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Cara LaForge | Manager, International Litigation Support, Legal Language Services |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant.  Place where served:

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):        See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        (See attached declaration of Cara LaForge)
             Date           Signature of Server
                                    Legal Language Services
                                    8014 State Line Road, Suite 110
                                    Leawood, KS  66208
                                    Tel. (800) 755-5775
                                    Fax (888) 754-8454
                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 29, 2006 |
|---|---|
| NAME OF SERVER (PRINT)  Cara LaForge | TITLE  Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant.  Place where served:

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
      discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

_____

G    Other (specify):    See attached declaration of Cara LaForge.

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        (See attached declaration of Cara LaForge)
                    Date                      Signature of Server

                                              Legal Language Services
                                              8014 State Line Road, Suite 110
                                              Leawood, KS  66208
                                              Tel. (800) 755-5775
                                              Fax (888) 754-8454
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.,

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.,

CASE NUMBER:

CASE NUMBER  1:05CV02077

JUDGE: Colleen Kollar-Kotell

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

Farit R. Gazizullin
c/o OAO Gazprom
16 Nametkina Street
GSP-7 117997
Moscow
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
Mark E. Feldman
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____ **twenty (20)** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 2 4 2005

CLERK

DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 22, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Cara LaForge | Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify): _____   See attached declaration of Cara LaForge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         (See attached declaration of Cara LaForge)
            *Date*            *Signature of Server*
                                    Legal Language Services
                                    8014 State Line Road, Suite 110
                                    Leawood, KS 66208
                                    Tel. (800) 755-5775
                                    Fax (888) 754-8454
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------X

RICHARD ALLEN, *et al.*

                           Plaintiffs,                  Case No. 1:05CV02077

     v.

RUSSIAN FEDERATION, *et al.*              **AFFIDAVIT OF**
                                                **CARA LAFORGE**

                           Defendants.
-------------------------------------------------------X

       1.      I am a licensed process server with Legal Language Services (LLS), a firm specializing in international litigation support. LLS is one of the largest international process servers in the United States and I personally have over a decade of experience in effecting service of process in foreign countries, including the Russian Federation.

       2.      On May 15, 2006, Plaintiffs' counsel O. Thomas Johnson, Jr. of the firm Covington & Burling retained the services of LLS to assist with service of process pursuant to FRCP 4(f)(2)(C)(ii) upon Alexi B. Miller, Igor I. Sechin, Dmitry A. Medvedev, Igor K. Yusufov, Alexei L. Kudrin, Nikolai Borisenko, Viktor B. Khristenko, and Farit R. Gazizullin, all Russian defendants in the above-captioned matter.

       3.      Service in this matter could not be effected pursuant to the applicable international convention on service of judicial documents, the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, and as provided by FRCP 4(f)(1) because the Russian Federation currently refuses to apply the Convention in relation to the United States.

4.      However, FRCP 4(f)(2)(C)(ii) additionally provides that the clerk of court may address and dispatch to individuals located in a foreign state a copy of the summons and complaint "by any form of mail requiring a signed receipt."

5.      Therefore, on May 16, 2006, I submitted to the Clerk of the US District Court for the District of Columbia a request that service of process, consisting of an English language summons and complaint and Russian translations thereof, be issued upon Defendants Alexei B. Miller, Igor I. Sechin, Dmitry A. Medvedev, Igor K. Yusufov, Alexei L. Kudrin, Nikolai Borisenko, Viktor B. Khristenko, Farit R. Gazizullin via the U.S. Postal Service's Global Express Guaranteed, a form of express mail requiring a signed receipt.

6.      On May 18, 2006, the Clerk of the Court approved the request and returned the mail packages to LLS for transmission to the US post office.

7.      On May 19, 2006, LLS staff submitted fourteen packages, each containing process for one of the Defendants, to a US post office located near LLS' offices in Leawood, Kansas.   Packages for some of the defendants were submitted for delivery at multiple addresses.  On the return address label, and with the prior approval of the Clerk of the Court, LLS placed the name and address of one of LLS' corporate divisions, University Language Services.

8.      The US Postal Service currently subcontracts shipping of its Global Express Guaranteed packages to the private courier service FedEx.  As a result, once the US Postal Service submitted the packages to FedEx for handling, LLS was able to track the packages through both the US Postal Service on-line tracking system and the FedEx on-line tracking system.

9.    **Alexei B. Miller.**  A single package was forwarded to Alexei B. Miller. The US Postal Service assigned this package tracking number 8251396355; FedEx, in turn, assigned tracking number 8982-5139-6355.  LLS requested delivery of the package to the following name and address:  Alexei B. Miller, OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167, Russian Federation. Both tracking systems indicated that the package was delivered on May 22, 2006 at 11:50 am.  The FedEx system additionally indicated that the package was delivered to the Receptionist at the Front Desk and was signed for by "Fillipov."  The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address.  (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit A).

10.    **Igor I. Sechin.**  Two packages were forwarded to Igor I. Sechin.  In the case of the first package, the US Postal Service assigned tracking number 8252788316; FedEx, in turn, assigned tracking number 8982-5278-8310.  LLS requested delivery of that package to the following name and address:  Igor I. Sechin, Administration of the President of the Russian Federation, 4 Staraya Ploshad, Moscow, 103132, Russian Federation.  Both tracking systems indicated that the package was delivered on May 24, 2006 at 3:00 pm.   The FedEx system additionally indicated the package was delivered to the mailroom and was signed for by "Konstantino."  The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and

Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit B).

11.     In the case of the second package forwarded to Igor I. Sechin, the US Postal Service assigned tracking number 8251396333; FedEx, in turn, assigned tracking number 8982-5139-6333.  LLS requested delivery of the package to the following name and address: Igor I. Sechin, OAO Rosneft Oil Co., Sofiyskaya Naberezhanaya 26/1, Moscow, 115035, Russian Federation.  Both tracking systems indicated that the package was delivered on May 23, 2006 at 10:50 am.   The FedEx system additionally indicated the package was delivered to the mailroom and was signed for by "Shurina." LLS has requested a copy of the delivery record bearing the recipient's actual signature and address from the Moscow FedEx station; to date this has not yet been received.  (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, true and correct copies of which are attached hereto as Exhibit C).

12.     **Dmitry A. Medvedev.**  Two packages were forwarded to Dmitry A. Medvedev.  In the case of the first package, the US Postal Service assigned tracking number 8252788305;  FedEx, in turn, assigned tracking number 8982-5278-8300.  LLS requested delivery of the package to the following name and address:  Dmitry A. Medvedev, Administration of the President of the Russian Federation, 4 Staraya Ploshad, Moscow, 103132, Russian Federation.  Both tracking systems indicated that the package was delivered on May 24, 2006 at 3:00 pm.   The FedEx system additionally indicated that the package was delivered to Shipping/Receiving and was signed for by "Konstantino."  LLS has requested a copy of the delivery record bearing the recipient's actual signature and address from the Moscow FedEx station;  to date this has not yet

been received. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, true and correct copies of which are attached hereto as Exhibit D).

13.     In the case of the second package forwarded to Dmitry A. Medvedev, the US Postal Service assigned tracking number 8251396311; FedEx, in turn, assigned tracking number 8982-5139-6311. LLS requested delivery of the package to the following name and address:  Dmitry A. Medvedev, OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167, Russian Federation.  Both tracking systems indicated that the package was delivered on May 22, 2006 at 11:50 am.   The FedEx system additionally indicated the package was delivered to the Receptionist at the Front Desk and was signed for by "Fillipov." The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit E).

14.     **Igor K. Yusufov.**  Three packages were forwarded to Igor K. Yusufov. In the case of the first package, the US Postal Service assigned tracking number 8252788320; FedEx, in turn, assigned tracking number 8982-5278-8321.  LLS requested delivery of the package to the following name and address:  Igor K. Yusufov, Ministry of Industry and Energy,  7, Kitaigorodskiy Proyezd,  Moscow, 109074, Russian Federation. This package was not delivered.

15.     In the case of the second package forwarded to Igor K. Yusufov, the US Postal Service assigned tracking number 8252788342;  FedEx, in turn, assigned tracking

number 8982-5278-8343.  LLS requested delivery of the package to the following name

and address:  Igor K. Yusufov, Ministry for Foreign Affairs, 32/34 Smolenskaya-Sennaya

St., Moscow, 119200, Russian Federation.  Both tracking systems indicated that the

package was delivered on May 22, 2006 at 4:10 pm.   The FedEx system additionally

indicated the package was delivered to the mailroom and was signed for by "Kudre."

The FedEx Moscow station subsequently faxed to LLS copies of the delivery record

bearing the recipient's actual signature and address.  (See Global Express ship label,

Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx

Delivery Record, true and correct copies of which are attached hereto as Exhibit F).

16.     In the case of the third package forwarded to Igor K. Yusufov, the US

Postal Service assigned tracking number 8251396322;  FedEx, in turn, assigned tracking

number 8982-5139-6322.  LLS requested delivery of the package to the following name

and address:  Igor K. Yusufov, OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167,

Russian Federation.  Both tracking systems indicated that the package was delivered on

May 22, 2006 at 11:50 am.   The FedEx system additionally indicated the package was

delivered to the Receptionist at the Front Desk and was signed for by "Fillipov." The

FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing

the recipient's actual signature and address.  (See Global Express ship label, Global

Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery

Record, true and correct copies of which are attached hereto as Exhibit G).

17.     **Alexei L. Kudrin.**  Two packages were forwarded to Alexei L. Kudrin.

In the case of the first package, the US Postal Service assigned tracking number

8251396370; FedEx, in turn, assigned tracking number 8982-5139-6377.  LLS requested

delivery of the package to the following name and address: Alexei L. Kudrin, Ministry of Finance, Ulitsa Ilyinka 9, Entrance 1, Moscow, 109097, Russian Federation. Both tracking systems indicated that the package was delivered on May 24, 2006, at 3:00 pm. The FedEx system additionally indicated that the package was delivered to Shipping/Receiving and was signed for by "Stencsheva." The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit H).

18.    In the case of the second package forwarded to Alexei L. Kudrin, the US Postal Service assigned tracking number 8252788283; FedEx, in turn, assigned tracking number 8982-5278-8284. LLS requested delivery of the package to the following name and address: Alexei L. Kudrin, OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167, Russian Federation. Both tracking systems indicated that the package was delivered on May 22, 2006, at 11:50 am. The FedEx system additionally indicated the package was delivered to the Receptionist at the Front Desk and was signed for by "Fillipov." The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit I).

19.    **Nikolai Borisenko.** A single package was forwarded to Nikolai Borisenko. The US Postal Service assigned the package tracking number 8252788294; FedEx, in turn, assigned tracking number 8982-5278-8295. LLS requested delivery of

the package to the following name and address: Nikolai Borisenko, OAO Rosneft Oil Co., Sofiyskaya Naberezhanaya 26/1, Moscow, 115035, Russian Federation. Both tracking systems indicated that the package was delivered on May 23, 2006 at 10:50 am. The FedEx system additionally indicated the package was delivered to the mailroom and was signed for by "Shurina." LLS has requested a copy of the delivery record bearing the recipient's actual signature and address from the Moscow FedEx station; to date this has not yet been received. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, true and correct copies of which are attached hereto as Exhibit J).

20.    **Viktor B. Khristenko.**  Two packages were forwarded to Viktor B. Khristenko.  In the case of the first package, the US Postal Service assigned tracking number 8251396366; FedEx, in turn, assigned tracking number 8982-5139-6366.  LLS requested delivery of the package to the following name and address:  Viktor B. Khristenko, Ministry of Industry and Energy, 7, Kitaigorodskiy Proyezd,  Moscow, 109074, Russian Federation.  Both tracking systems indicated that the package was delivered on May 29, 2006 at 2:30 pm.  The FedEx system additionally indicated that the package was delivered to the Mailroom and was signed for by "Ezhyug."  The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address.  (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit K).

21.    In the case of the second package forwarded to Viktor B. Khristenko, the US Postal Service assigned tracking number 8251396285; FedEx, in turn, assigned

tracking number 8982-5139-6285. LLS requested delivery of the package to the following name and address: Viktor B. Khristenko, OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167, Russian Federation. Both tracking systems indicated that the package was delivered on May 22, 2006 at 11:50 am. The FedEx system additionally indicated the package was delivered to the Receptionist at the Front Desk and was signed for by "Fillipov." The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit L).

22.    **Farit R. Gazizullin.** A single package was forwarded to Farit R. Gazizullin. The US Postal Service assigned tracking number 8252788272; FedEx, in turn, assigned tracking number 8982-5278-8273. LLS requested delivery of the package to the following name and address: Farit R. Gazizullin, OAO Gazprom, Ulitsa Nametkina 16, Moscow, 125167, Russian Federation. Both tracking systems indicated that the package was delivered on May 22, 2006 at 11:50 am. The FedEx system additionally indicated the package was delivered to the Receptionist at the Front Desk and was signed for by "Fillipov." The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, true and correct copies of which are attached hereto as Exhibit M).

23.    In a letter dated June 5, 2006, FedEx provided further confirmation of delivery.  (See Exhibit N, FedEx Delivery Confirmation Letter.)

24.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Cara LaForge
Manager, International Litigation Support
LEGAL LANGUAGE SERVICES
A Division of ALS International, Inc.

Executed in Leawood, Kansas.

Subscribed and sworn to before
me this _____ 20 _____

Notary Public _____
KARINA SHREEFER
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires November 15, 2009