# EXHIBIT A

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®
International Air Waybill

International delivery by FedEx Express
**FedEx Express**

**1 From** Please print and press hard.
Date MM/DD/YY
Sender's Name: Maria Portuguez    Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York    State: NY
Country: USA    ZIP Code: 10038

**2 To**
Recipient's Name: Alexei B. Miller    Phone: 7.495.719.3001
Company: OAO GAZPROM    Fax:
Address: Ulitsa 16 Nametkina
Address:
City: Moscow    State/Province:
Country: Russian Federation    ZIP Code/Postal Code: 125167
Recipient's Tax ID number for Customs purposes (if applicable)
e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**    [X] Documents Correspondence and printed matter    [ ] Non-Documents
Description (and harmonized code if known) REQUIRED: 120 pages of documents
Country of Manufacture REQUIRED:
Value for Customs REQUIRED:
Total Value for Customs (US $): 0

**4 Required Signature**
Sender's Signature: [signature]

Postal Use Only:
Date In: 5-19-06    Time In: 236 PM
Delivery Guarantee: May 22    [X] 3-Day
PO ZIP (+4) Code: 66206
Dimensions in Inches: 12 11 8½    Weight: 1 lbs 3.9 oz
Postage: 93.75    Insurance Fee:    Total Postage & Fees: $93.75
Packaging: [X] USPS GXG Envelope or Pak    [ ] Customer Pkg.

8982 5139 6355

USPS Tracking Number: 8251396355

PART 158558
Rev. Date 5/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 L 5/2004

Sender's Copy

**Vicki Portuguez**

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Monday, May 22, 2006 6:00 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8251 3963 55 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8251 3963 55

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/22/06 11:50am |
| Transferred Through | RUSSIA | 05/22/06 8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06 8:06am |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06 1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 9:27pm |
| Transferred Through | GREAT BRITAIN | 05/20/06 7:22pm |
| Departing Origin | UNITED STATES | 05/20/06 5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:45am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06 9:33pm |
| Departing Origin | UNITED STATES | 05/19/06 9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06 9:09pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06 6:27pm |
| Acceptance | LEAWOOD KS 66206 | 05/19/06 2:37pm |

1

```
Reminder: Track & Confirm by email

Date of email request:  05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email
process again at the end of the 2 weeks, please do so at the USPS Track &
Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm
```



United States Home | Information Center | Customer Support | Site Map

Search [Go!]

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
### Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 898251396355 | **Reference** | 8251396355 |
| **Signed for by** | .FILLIPOV | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 22, 2006 11:50 AM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 22, 2006 | 11:50 AM | Delivered | MOSCOW RU | |
| | 9:08 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 9:27 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:45 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:09 PM | Picked up | KANSAS CITY, MO | |



Need to track a FedEx SmartPost shipment? Click here

[ Signature proof ]  [ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [          ]   **Your Email Address:** [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English ▼ | ☐ | ☐ |
| [          ] | English ▼ | ☐ | ☐ |
| [          ] | English ▼ | ☐ | ☐ |
| [          ] | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**

**FedEx**

I understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Employee Signature: Ulchenko
Print Name:
Sender's Account Number:
Package Tracking Number: 1503275
Employee Number:

**DELIVERY RECORD**

Recipient Address | Pos. | Serv. | Time | Status

# ATTN TO: KASEY

| | | | Tracking # | Recipient | | | | |
|---|---|---|---|---|---|---|---|---|
| | Paulino S | | 8982509966285 | Mauenk | // = | 1 | P BBBB | 02 |
| | | | 8982509968285 | | // = | 1 | P BBBB | 15 |
| | | | 8982509968289 | | // = | 1 | P BBBB | 16 |
| | | | 8982509968275 | | // = | 1 | P BBBB | 17 |
| | | | 8919969659086 | | // = | 1 | P BBBB | 18 |
| | | | 8982549968280 | | // = | 1 | P BBBB | 19 |
| | | | 8982528989566 | | // = | 1 | 4 BBBB | 20 |
| | | | 8982099988053 | | // = | 1 | P BBBB | 21 |
| | | | 8567018568887 | | // = | 1 | P BBBB | 22 |
| | | | 8530389108890 | | // = | 1 | 4 BBBB | 23 |
| | | | 8530815279861 | | // = | 1 | 4 BBBB | 24 |
| | | | 8537816285567 | | // = | 1 | 4 BBBB | 25 |

EXCEPTIONS Describe below all exceptions that require clarification. Be certain to indicate line number.   Zip / Postal Code Delivered In:

| RECEIVED IN GOOD ORDER EXCEPT AS NOTED | Delivered Pieces | Net Stops | Undelivered Pieces No. of Pieces that have not received POD | Late Pieces | MO | DAY | YEAR | Day of Week |
|---|---|---|---|---|---|---|---|---|
| | 25 | 12 | — | Late Stops | 05 | 02 | 06 | 88 |
| | | | | | Route Number | Station Number | Page | |
| | | | | | | BBBOD | 1 of 3 | |

FedEx M-0208A REV 9/88 138206 WOS   *Refer to other side for definitions.