# EXHIBIT B

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE®

International Air Waybill

International delivery by FedEx Express


FedEx Express

**1 From** Please print and press hard.
Date: MM/DD/YY
Sender's Name: Maria Portuguez    Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York    State: NY
Country: USA    ZIP Code: 10038

**2 To**
Recipient's Name: Igor I. Sechin    Phone: 7.495.206.6255
Company: Administration of the    Fax (if applicable):
Address: President of the Russian Federation
Address: 4 Staraya Ploshad
City: Moscow    State/Province:
Country: Russian Federation    ZIP Code/Postal Code: 103132

Recipient's Tax ID number for Customs purposes (if applicable)
e.g., GST/RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.



**3 Shipment Information**
☒ Documents (Correspondence and printed matter)  ☐ Non-Documents

Description: 120 pages of documents

**4 Required Signature**



Postal Use Only: Date In 2/9/06  Time In 2:49 PM
Delivery Guarantee: May 22  PO ZIP (+4) Code: 06206
Dimensions: 1/2 × 11 × 8 1/2    Weight: 1 lbs 3.9 oz
Postage: 93.75    Total Postage & Fees: $93.75
Packaging: ☒ USPS GXG Envelope or Pak    ☐ Customer Pkg.

8982 5278 8310

USPS Tracking Number: 8252788316

Sender's Copy

PART 158558
Rev. Date 5/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 L 5/2004



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 8252 7883 16
Detailed Results:

- Shipment Delivered, May 24, 2006, 3:00 pm, MOSCOW, RUSSIA
- Address Information Needed; Contact Shipping Partner
- Shipment Picked Up, May 23, 2006, 9:30 pm, MOSCOW, RUSSIA
- Shipment Picked Up, May 22, 2006, 8:55 pm, MOSCOW, RUSSIA
- Transferred Through, May 22, 2006, 8:07 am, MOSCOW, RUSSIA
- Customs Clearance Process Complete, May 22, 2006, 8:06 am, MOSCOW, RUSSIA
- Clearance Delay, May 21, 2006, 11:15 pm, MOSCOW, RUSSIA
- Shipment Picked Up, May 21, 2006, 11:15 pm, MOSCOW, RUSSIA
- Customs Clearance Process Complete, May 21, 2006, 2:44 am, POYLE, GREAT BRITAIN
- Departing Origin, May 21, 2006, 1:01 am, STANSTED, GREAT BRITAIN
- Departing Origin, May 21, 2006, 12:59 am, POYLE, GREAT BRITAIN
- Customs Clearance Process Complete, May 21, 2006, 12:58 am, POYLE, GREAT BRITAIN
- Shipment Picked Up, May 20, 2006, 10:21 pm, POYLE, GREAT BRITAIN
- Transferred Through, May 20, 2006, 7:22 pm, STANSTED, GREAT BRITAIN
- Departing Origin, May 20, 2006, 5:08 am, MEMPHIS, UNITED STATES
- Departing Origin, May 20, 2006, 12:47 am, MEMPHIS, UNITED STATES
- Transferred Through, May 19, 2006, 11:53 pm, MEMPHIS, UNITED STATES
- Departing Origin, May 19, 2006, 10:51 pm, KANSAS CITY, UNITED STATES
- Transferred Through, May 19, 2006, 9:33 pm, KANSAS CITY, UNITED STATES
- Departing Origin, May 19, 2006, 9:32 pm, KANSAS CITY, UNITED STATES
- Shipment Picked Up, May 19, 2006, 9:12 pm, KANSAS CITY, UNITED STATES
- Enroute, May 19, 2006, 6:27 pm, KANSAS CITY, MO 64121
- Acceptance, May 19, 2006, 2:50 pm, LEAWOOD, KS 66206

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )   ( Return to USPS.com Home > )

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

  POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts  
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

United States Home | Information Center | Customer Support | Site Map



| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
### Detailed Results

🖨 Printable Version   ❓ Quick Help

Select another track: 898252788310  Previous

| | | | |
|---|---|---|---|
| **Tracking number** | 898252788310 | **Reference** | 8252788316 |
| **Signed for by** | .KONSTANTINO | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Mailroom |
| **Delivery date** | May 24, 2006 3:00 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 24, 2006 | 3:00 PM | Delivered | MOSCOW RU | |
| | 3:00 PM | Delivery exception | MOSCOW RU | Incorrect address |
| | 8:05 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 23, 2006 | 9:30 PM | At local FedEx facility | MOSCOW RU | |
| May 22, 2006 | 8:55 PM | At local FedEx facility | MOSCOW RU | |
| | 9:52 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:21 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:12 PM | Picked up | KANSAS CITY, MO | |

Need to track a FedEx SmartPost shipment? Click here

[ Signature proof ] [ Email results ] [ Track more shipments ] [ << Track summary ]

Subscribe to tracking updates (optional)

Your Name: [         ]   Your Email Address: [         ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

http://www.fedex.com/Tracking/Detail?sum=y&ascend_header=1&totalPieceNum=&clienttype=dotcom...   5/25/2006

