# EXHIBIT C



**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®

**International Air Waybill**

International delivery by FedEx Express



**1  From** *Please print and press hard.*

Date: MM/DD/YY

Sender's Name: Maria Portuguez    Phone: 1.800.755.5775

Company: University Language Services

Address: 18 John Street

Address: #300

City: New York    State: NY

Country: USA    ZIP Code: 10038

**2  To**

Recipient's Name: Igor I. Sechin    Phone: 7.495.777.4402

Company (if applicable): OAO Rosneft Oil Co.

Address: Sofiyskaya Naberezhnaya  26/1

Address: Dept./Floor

City: Moscow    State/Province:

Country: Russian Federation    ZIP Code/Postal Code: 115035

Recipient's Tax ID number for Customs purposes (if applicable) e.g. GST/RFC/VAT/IN:

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3  Shipment Information**

128 pages of documents

**4  Required Signature**

Postal Use Only

Ship Date: 5·17·06    Time In: 2:47  AM/PM    Delivery Guarantee: May 22  PO ZIP (+4) Code: CO 0206    Employee:

Dimensions in Inches (Non-Document Shipments): 11  8½    Weight: 1  3.8 oz.    Postage: 93·75    Insurance Fee:    Total Postage & Fees: 93·75

Packaging: USPS GXG Envelope or Pak    Customer Pkg.

8982 5139 6333

USPS Tracking Number: 8251396333

PART 798558
Rev. Date 9/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 1.5/2004

**Sender's Copy**

## Vicki Portuguez

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Tuesday, May 23, 2006 6:00 PM
**To:** vportuguez@legallanguage.com
**Subject:** USPS Shipment Info for 8251 3963 33

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8251 3963 33

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/23/06 10:50am |
| Shipment Picked Up | RUSSIA | 05/22/06  8:55pm |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 10:21pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:47am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06  9:33pm |
| Departing Origin | UNITED STATES | 05/19/06  9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06  9:20pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06  6:27pm |

Additional events may be viewed on the USPS Track & Confirm web site at

http://www.usps.com/shipping/trackandconfirm.htm

Reminder: Track & Confirm by email

Date of email request:  05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email
process again at the end of the 2 weeks, please do so at the USPS Track &
Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm



Search [     ] Go!

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

🖶 Printable Version    ❓ Quick Help

Select another track: [ 898251396333 ▾]  Next

| Tracking number | 898251396333 |
| Signed for by | .SHURINA |
| Ship date | May 19, 2006 |
| Delivery date | May 23, 2006 10:50 AM |

| Reference | 8251396333 |
| Destination | MOSCOW RU |
| Delivered to | Mailroom |
| Service type | Priority Envelope |
| Weight | 1.3 lbs. |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

**Shipping Freight?**
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

**Status**    Delivered

| Date/Time | | Activity | Location | Details |
| --- | --- | --- | --- | --- |
| May 23, 2006 | 10:50 AM | Delivered | MOSCOW RU | |
| | 8:46 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 22, 2006 | 8:55 PM | At local FedEx facility | MOSCOW RU | |
| | 9:46 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:21 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:20 PM | Picked up | KANSAS CITY, MO | |

**Need to track a FedEx SmartPost shipment?**

Click here

| Signature proof | Email results | Track more shipments | << Track summary |

Subscribe to tracking updates (optional)

Your Name: [                    ]    Your Email Address: [                    ]

| Email address | Language | Exception updates | Delivery updates |
| --- | --- | --- | --- |
| [     ] | English ▾ | ▣ | ☐ |
| [     ] | English ▾ | ▣ | ☐ |
| [     ] | English ▾ | ▣ | ☐ |
| [     ] | English ▾ | ▣ | ☐ |