# EXHIBIT D

# GLOBAL EXPRESS GUARANTEED
UNITED STATES POSTAL SERVICE ®

**International Air Waybill**

International delivery by FedEx Express



**1 From** *Please print and press hard.*

- Date: MM/DD/YY
- Sender's Name: Maria Portuguez
- Phone: 1.800.755.5775
- Company: University Language Services
- Address: 18 John Street
- Address: #300
- City: New York
- State: NY
- Country: USA
- ZIP Code: 10038

**2 To**

- Recipient's Name: Dmitry A. Medvedev
- Phone: 7.495.206.6255
- Company: Administration of the
- Address: President of the Russian Federation
- Address: 4 Staraya Ploshad
- City: Moscow
- Country: Russian Federation
- Postal Code: 103132

For tracking visit the USPS Web site at www.usps.com/shipping/trackandconfirm.htm or call 1.800.222.1811.

**3 Shipment Information** — Documents

Description: 120 pages of documents



**4 Required Signature**

- Postal Use Only — Date In: 5-19-06
- Time In: 232 PM
- Delivery Guarantee: May 22, 3-Day
- PO ZIP (+4) Code: 06206
- Dimensions in inches: 1/2  11  8 1/2
- Weight: 1 lbs 3.8 oz
- Postage: $93.75
- Total Postage & Fees: $93.75
- Packaging: USPS GXG Envelope or Pak
- 8982 5278 8300



USPS Tracking Number: 8252788305

**Sender's Copy**

**Vicki Portuguez**

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Wednesday, May 24, 2006 6:00 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8252 7883 05 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8252 7883 05

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Picked Up | RUSSIA | 05/24/06  8:50pm |
| Shipment Delivered | RUSSIA | 05/24/06  3:00pm |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 10:21pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:47am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06  9:33pm |
| Departing Origin | UNITED STATES | 05/19/06  9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06  9:17pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06  6:27pm |

Additional events may be viewed on the USPS Track & Confirm web site at

1

United States Home | Information Center | Customer Support | Site Map



| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Search [Go!]

## Track Shipments
### Detailed Results

Printable Version | Quick Help

Select another track: 898252788300  Next

| | | | |
|---|---|---|---|
| **Tracking number** | 898252788300 | **Reference** | 8252788305 |
| **Signed for by** | .KONSTANTINO | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | May 24, 2006 3:00 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 24, 2006 | 3:00 PM | Delivered | MOSCOW RU | |
| | 8:05 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 22, 2006 | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:21 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:17 PM | Picked up | KANSAS CITY, MO | |

Need to track a FedEx SmartPost shipment? Click here

[Signature proof] [Email results] [Track more shipments] [<< Track summary]

Subscribe to tracking updates (optional)

Your Name: _____   Your Email Address: _____

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML ○ Text ○ Wireless
Add personal message: