# EXHIBIT F

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE®

**International Air Waybill**

International delivery by FedEx Express

**FedEx** Express

**1  From**  *Please print and press hard.*
Date (MM/DD/YY)

Sender's Name  Maria Portuguez      Phone 1.800.755.5775

Company  University Language Services

Address  18 John Street

Address  #300

City  New York      State  NY

Country  USA      ZIP Code™ 10038

**2  To**
Recipient's Name  Igor K. Yusufov      Phone 7.495.244.1606

Company  Ministry for Foreign Affairs

Address  32/34 Smolenskaya- Sennaya St.

Address

City  Moscow      State Province

Country  Russian Federation      ZIP Code™ Postal Code  119200

Recipient's Tax ID number for Customs purposes (if applicable)
e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3  Shipment Information**      ☒ Documents

120 pages of documents



**4  Required Signature**

Postal Use Only  Date In  D-19-06  Time In 253  ☐ AM ☐ PM      Delivery Guarantee  May12  ☐ 2-Day ☐ 3-Day ☐ Day      PO ZIP (+4) Code  66206  Employee

Dimensions in inches (Non-Document Shipments)  11  x 8½  Weight  1  38  oz.      Postage  93.75      Insurance Fee $      Total Postage & Fees  $93.75

Packaging  ☒ USPS GXG Envelope or Pak      ☐ Customer Pkg.

8982 5278 8343

USPS Tracking Number  8252788342

Sender's Copy

**Vicki Portuguez**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Monday, May 22, 2006 6:00 PM |
| **To:** | vportuguez@legallanguage.com |
| **Subject:** | USPS Shipment Info for 8252 7883 42 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8252 7883 42

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/22/06  4:10pm |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 10:20pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:47am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06  9:33pm |
| Departing Origin | UNITED STATES | 05/19/06  9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06  9:14pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06  6:27pm |
| Acceptance | LEAWOOD KS 66206 | 05/19/06  2:54pm |

Reminder: Track & Confirm by email

Date of email request:  05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email
process again at the end of the 2 weeks, please do so at the USPS Track &
Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

United States Home

Information Center | Customer Support | Site Map

**FedEx** ®

Search    Go!

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

🖶 Printable Version    ❓ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 898252788343 | **Reference** | 8252788342 |
| **Signed for by** | .KUDRE | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Mailroom |
| **Delivery date** | May 22, 2006 4:10 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **May 22, 2006** | 4:10 PM | Delivered | MOSCOW RU | |
| | 9:20 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| **May 21, 2006** | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| **May 20, 2006** | 10:20 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| **May 19, 2006** | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:14 PM | Picked up | KANSAS CITY, MO | |



Need to track a FedEx SmartPost shipment?

Click here

| Signature proof | Email results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** [        ]        **Your Email Address:** [        ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

| Signature | Print Name | Pck Tracking | 1 | Time | Status | Scan line : 05/22-0818-MOWA | Ref/Adsr # | Commitment : 88242808 |
|-----------|------------|--------------|---|------|--------|------------------------------|------------|------------------------|
|           |            | 898252788343 | Mde | 1610 | | Comment | P/L | CD: MINISTRY FOR FOREIGN AFFAIRS |
|           | A.R. Kyggne | 3 | | | | | | AD1: 13 34 SHALEN SHAYA SEHNAYA ST |
|           |            |              |   |      |        |                              |            | AD2:                   |