# EXHIBIT G



# GLOBAL EXPRESS GUARANTEED
UNITED STATES POSTAL SERVICE ®

**International Air Waybill**

International delivery by FedEx Express

**1 From** *Please print and press hard.*
Date: MM/DD/YY
Sender's Name: Maria Portuguez
Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York    State: NY
Country: USA    ZIP Code: 10038

**2 To**
Recipient's Name: Igor K. Yusufov
Phone: 7.495.719.3001
Company: OAO GAZPROM
Fax: (if applicable)
Address: Ulitsa 16 Nametkina
Address: Dept./Floor
City: Moscow    State/Province:
Country: Russian Federation    ZIP Code/Postal Code: 125167

Recipient's Tax ID number for Customs purposes (if applicable)
e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**
[X] Documents
[ ] Non-Documents

Description: 120 pages of documents

**4 Required Signature**
Sender's Signature: [signature]

Postal Use Only: 249.00   Time In: 2:15 PM   Delivery: May 22   P.O. ZIP (+4) Code: 06206
Dimensions in inches: 11 × 8½ × L   Weight: 1 lb 3.8 oz   Postage: 93.75   Insurance Fee:   Total Postage & Fees: 93.75

Packaging: [X] USPS GXG Envelope or Pak   [ ] Customer Pkg.

8982 5139 6322

USPS Tracking Number: 8251396322

Sender's Copy

**Vicki Portuguez**

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Monday, May 22, 2006 6:01 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8251 3963 22 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8251 3963 22

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/22/06 11:50am |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 10:21pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:47am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06  9:33pm |
| Departing Origin | UNITED STATES | 05/19/06  9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06  9:15pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06  6:27pm |
| Acceptance | LEAWOOD KS 66206 | 05/19/06  2:16pm |

1

Reminder: Track & Confirm by email

Date of email request:   05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

2

United States Home                    Information Center | Customer Support | Site Map



Search [        ] Go

| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
### Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 898251396322 | **Reference** | 8251396322 |
| **Signed for by** | .FILLIPOV | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 22, 2006 11:50 AM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 22, 2006 | 11:50 AM | Delivered | MOSCOW RU | |
| | 9:08 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:21 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:15 PM | Picked up | KANSAS CITY, MO | |

Need to track a FedEx SmartPost shipment? Click here

[ Signature proof ] [ Email results ] [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [        ]    **Your Email Address:** [        ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**

# ATTN TO: KASEY