# EXHIBIT H



**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®
International Air Waybill

International delivery by FedEx Express



**1 From** *Please print and press hard.*
Date: MM/DD/YY
Sender's Name: Maria Portuguez  Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York  State: NY
Country: USA  ZIP Code: 10038

**2 To**
Recipient's Name: Alexei L. Kudrin  Phone: 7.495.298.9140
Company: Ministry of Finance  Fax (if applicable):
Address: Ulitsa Ilyinka 9, Entrance 1
Address:
City: Moscow  State/Province:
Country: Russian Federation  ZIP Code/Postal Code: 109097
Recipient's Tax ID number for Customs purposes (if applicable)
e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information** ☒ Documents ☐ Non-Documents

Description: 120 pages of documents

**4 Required Signature**



Postal Use Only — Date In: 5-19-06  Time In: 7:34 PM  Delivery Guaranteed: May 22  PO ZIP (+4) Code: 06206
Dimensions: 1/2 x 11 x 8 1/2  Weight: 1 lb 3.8 oz  Postage: 93.75  Insurance Fee:  Total Postage & Fees: 93.75
Packaging: ☒ USPS GXG Envelope or Pak  ☐ Customer Pkg.

8982 5139 6377

USPS Tracking Number: 8251396370

Sender's Copy

**Vicki Portuguez**

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Wednesday, May 24, 2006 6:00 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8251 3963 70 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8251 3963 70

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/24/06  3:00pm |
| Shipment Picked Up | RUSSIA | 05/23/06  9:30pm |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06  9:44pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:47am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06  9:33pm |
| Departing Origin | UNITED STATES | 05/19/06  9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06  9:12pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06  6:27pm |

Additional events may be viewed on the USPS Track & Confirm web site at

1



United States Home | Information Center | Customer Support | Site Map

| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services |
| Ship | Track | Manage My Account | International Tools |

Search [     ] Go!

## Track Shipments
### Detailed Results

🖨 Printable Version   ❓ Quick Help

Select another track: 898251396377 ▾   Previous

| | | | |
|---|---|---|---|
| **Tracking number** | 898251396377 | **Reference** | 8251396370 |
| **Signed for by** | .STENCSHEVA | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | May 24, 2006 3:00 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 24, 2006 | 3:00 PM | Delivered | MOSCOW RU | |
| | 8:05 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 23, 2006 | 9:30 PM | At local FedEx facility | MOSCOW RU | |
| May 22, 2006 | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 9:44 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:12 PM | Picked up | KANSAS CITY, MO | |



Need to track a FedEx SmartPost shipment? Click here

[ Signature proof ] [ Email results ] [ Track more shipments ] [ << Track summary ]

Subscribe to tracking updates (optional)

Your Name: [          ]    Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English ▾ | ☒ | ☐ |
| [          ] | English ▾ | ☒ | ☐ |
| [          ] | English ▾ | ☒ | ☐ |
| [          ] | English ▾ | ☒ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**



| Signature | Print Name | Pck Tracking | Time | Status | Scan time : 03/24-0802-MOWA | Rcpt Adrs // Commented : 03242339 |
|---|---|---|---|---|---|---|
| [signature] | | 898251396377 Mde | 1 | | Comment | CO: MINISTRY OF FINANCE<br>ADtr ULITSA ILYINKA 9 ENTRANCE 1<br>AD2:<br>Gty: MOSCOW<br>PsC: 109097 |