# EXHIBIT J

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®
International Air Waybill

International delivery by FedEx Express
**FedEx Express**

**1 From** *Please print and press hard.*
Date MM/DD/YY
Sender's Name: Maria Portuguez   Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York   State: NY
Country: USA   ZIP Code: 10038

**2 To**
Recipient's Name: Nikolai Borisenko   Phone: 7.495.777.4402
Company: OAO Rosneft Oil Co.   Fax (if applicable):
Address: Sofiyskaya Naberezhanaya 26/1
Dept./Floor:
Address:
City: Moscow   State/Province:
Country: Russian Federation   ZIP Code/Postal Code: 115035
Recipient's Tax ID number for Customs purposes (if applicable)
e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.



120 pages of documents



Postal Use Only
Date In: 5-19-06   Time In: 226 PM
Delivery Guarantee: 3-Day   May 22
PO ZIP (+4) Code: 66206
Dimensions: 1/2 1 8 1/2   Weight: 1 lbs 3.8 oz
Postage: $93.75   Total Postage & Fees: 93.75

Packaging: USPS GXG Envelope or Pak

8982 5278 8295



USPS Tracking Number: 8252788294

PART 158558
Rev. Date 5/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 L 5/2004

**Sender's Copy**

## Vicki Portuguez

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Tuesday, May 23, 2006 6:00 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8252 7882 94 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8252 7882 94

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/23/06  10:50am |
| Shipment Picked Up | RUSSIA | 05/22/06   8:55pm |
| Transferred Through | RUSSIA | 05/22/06   8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06   8:06am |
| Shipment Picked Up | RUSSIA | 05/21/06  11:15pm |
| Clearance Delay | RUSSIA | 05/21/06  11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06   2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06   1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06  12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06  10:21pm |
| Transferred Through | GREAT BRITAIN | 05/20/06   7:22pm |
| Departing Origin | UNITED STATES | 05/20/06   5:08am |
| Departing Origin | UNITED STATES | 05/20/06  12:47am |
| Transferred Through | UNITED STATES | 05/19/06  11:53pm |
| Departing Origin | UNITED STATES | 05/19/06  10:51pm |
| Transferred Through | UNITED STATES | 05/19/06   9:33pm |
| Departing Origin | UNITED STATES | 05/19/06   9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06   9:20pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06   6:27pm |

Additional events may be viewed on the USPS Track & Confirm web site at

1

http://www.usps.com/shipping/trackandconfirm.htm

Reminder: Track & Confirm by email

Date of email request:   05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm



United States Home | Information Center | Customer Support | Site Map

Search [Go!]

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services
Ship | **Track** | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version | Quick Help

Select another track: 898252788295  Previous

| | | | |
|---|---|---|---|
| Tracking number | 898252788295 | Reference | 8252788294 |
| Signed for by | .SHURINA | Destination | MOSCOW RU |
| Ship date | May 19, 2006 | Delivered to | Mailroom |
| Delivery date | May 23, 2006 10:50 AM | Service type | Priority Envelope |
| | | Weight | 1.3 lbs. |
| Status | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 23, 2006 | 10:50 AM | Delivered | MOSCOW RU | |
| | 8:46 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 22, 2006 | 8:55 PM | At local FedEx facility | MOSCOW RU | |
| | 9:46 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:21 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:20 PM | Picked up | KANSAS CITY, MO | |



Need to track a FedEx SmartPost shipment? Click here

[Signature proof] [Email results] [Track more shipments] [<< Track summary]

Subscribe to tracking updates (optional)

Your Name: [          ]   Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

http://www.fedex.com/Tracking/Detail?sum=y&ascend_header=1&totalPieceNum=&clienttype=dotcom... 5/24/2006