# EXHIBIT K

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE®    International Air Waybill

International delivery by FedEx Express | **FedEx Express**

**1 From** *Please print and press hard.*
Date: MM/DD/YY
Sender's Name: Maria Portuguez   Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York   State: NY
Country: USA   ZIP Code: 10038

**2 To**
Recipient's Name: Viktor B. Khristenko   Phone: 7.495.710.5200
Company: Ministry of Industry + Energy
Address: 7, Kitaigorodskiy Proyezd
Address: 
City: Moscow   State/Province: 
Country: Russian Federation   ZIP Code/Postal Code: 109074

Recipient's Tax ID number for Customs purposes (if applicable) e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at www.usps.com/shipping/trackandconfirm.htm or call 1.800.222.1811.

**3 Shipment Information**   ☒ Documents   ☐ Non-Documents
120 pages of documents

**4 Required Signature**

Postal Use Only — Date In: 5/9-06   Time In: 2:55 PM   Delivery Guarantee: May 22   3-Day   PO ZIP (+4) Code: 06206
Dimensions: 1/2 x 11 x 8½   Weight: 1 lb 3.9 oz   Postage: 93.75   Total Postage & Fees: 93.75
Packaging: ☒ USPS GXG Envelope or Pak   ☐ Customer Pkg.
8982 5139 6366

USPS Tracking Number: 8251396366

Sender's Copy

PART 158558 Rev. Date 5/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 E5/2004

## Vicki Portuguez

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Monday, May 29, 2006 6:00 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8251 3963 66 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8251 3963 66

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/29/06  2:30pm |
| Shipment Picked Up | RUSSIA | 05/26/06  8:03pm |
| Delivery Attempted; Premises Closed | RUSSIA | 05/26/06  4:59pm |
| Shipment Picked Up | RUSSIA | 05/25/06  8:29pm |
| Address Information Needed; Contact Shipping Partner | | 05/25/06  9:00am |
| Shipment Picked Up | RUSSIA | 05/24/06  8:50pm |
| Address Information Needed; Contact Shipping Partner | | 05/24/06  3:00pm |
| Shipment Picked Up | RUSSIA | 05/23/06  9:30pm |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 10:21pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |

```
Departing Origin            UNITED STATES                    05/20/06 12:47am
```

Additional events may be viewed on the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

Reminder: Track & Confirm by email

Date of email request:   05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email
process again at the end of the 2 weeks, please do so at the USPS Track &
Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm



United States Home | Information Center | Customer Support | Site Map





## Track Shipments
### Detailed Results

Printable Version    Quick Help

Select another track: 898251396366    Previous

| | | | |
|---|---|---|---|
| **Tracking number** | 898251396366 | **Reference** | 8251396366 |
| **Signed for by** | .EZHYUG | **Destination** | MOSCOW RU |
| **Ship date** | May 19, 2006 | **Delivered to** | Mailroom |
| **Delivery date** | May 29, 2006 2:30 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.3 lbs. |
| **Status** | Delivered | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 29, 2006 | 2:30 PM | Delivered | MOSCOW RU | |
| | 8:07 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 26, 2006 | 8:03 PM | At local FedEx facility | MOSCOW RU | |
| | 4:59 PM | Delivery exception | MOSCOW RU | Customer not available or business closed |
| | 9:04 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 25, 2006 | 8:29 PM | At local FedEx facility | MOSCOW RU | |
| | 9:00 AM | Delivery exception | MOSCOW RU | Incorrect address |
| May 24, 2006 | 8:50 PM | At local FedEx facility | MOSCOW RU | |
| | 3:00 PM | Delivery exception | MOSCOW RU | Incorrect address |
| | 8:05 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| May 23, 2006 | 9:30 PM | At local FedEx facility | MOSCOW RU | |
| May 22, 2006 | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:21 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:16 PM | Picked up | KANSAS CITY, MO | |

Signature proof | Email results | Track more shipments | << Track summary

Subscribe to tracking updates (optional)

Your Name:         Your Email Address:

**Exception    Delivery**



| Signature | Print Name | Pck Tracking B982513963G6 | 1 Mde | Time | Status | Scan time: 05/29-0800-MOWA Comment |
|---|---|---|---|---|---|---|

O OKOHOR  3. H30.

PKG 337
Rcpt Adrs #   Commitment: 02/24/2006
CO: MINISTRY OF INDUSTRY & ENERGY
AD1: 7 KETAIOURAO BKIY PROYEZD
AD2:
City: MOSCOW
Pstl: 100074

COMMENTS:

Del pcs  31    Stops  31 .   UN-DEL pcs  3