# EXHIBIT L

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE®
International Air Waybill

International delivery by FedEx Express
**FedEx Express**

**1 From**
Date: MM/DD/YY
Sender's Name: Maria Portuguez  Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York   State: NY
Country: USA   ZIP Code: 10038

**2 To**
Recipient's Name: Viktor B. Khristenko   Phone: 7.495.719.3001
Company: OAO GAZPROM
Address: Ulitsa 16 Nametkina
City: Moscow
Country: Russian Federation   ZIP Code/Postal Code: 125067

For tracking visit the USPS Web site at www.usps.com/shipping/trackandconfirm.htm or call 1.800.222.1811.

**3 Shipment Information**  [X] Documents
Description: 120 pages of documents

**4 Required Signature**
Sender's Signature: [signature]

Postal Use Only — Date In: 5/19/06   Time In: 2:19 PM   Delivery: [X] 3-Day   PO ZIP: 66206   Employee Initials: [initials]
Dimensions: ½ 11 8½   Weight: 1 lb 3.8 oz   Postage: 93.75   Total Postage & Fees: 93.75
Packaging: [X] USPS GXG Envelope or Pak

8982 5139 6285



USPS Tracking Number: 8251396285

PART 158558
Rev. Date 5/04
PRINTED IN U.S.A.
Item 11FGG1 GXG USPS
Version 22 L 5/2004

**Sender's Copy**

**Vicki Portuguez**

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Monday, May 22, 2006 6:00 PM |
| To: | vportuguez@legallanguage.com |
| Subject: | USPS Shipment Info for 8251 3962 85 |

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8251 3962 85

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Shipment Delivered | RUSSIA | 05/22/06 11:50am |
| Transferred Through | RUSSIA | 05/22/06  8:07am |
| Customs Clearance Process Complete | RUSSIA | 05/22/06  8:06am |
| Clearance Delay | RUSSIA | 05/21/06 11:15pm |
| Shipment Picked Up | RUSSIA | 05/21/06 11:15pm |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06  2:44am |
| Departing Origin | GREAT BRITAIN | 05/21/06  1:01am |
| Departing Origin | GREAT BRITAIN | 05/21/06 12:59am |
| Customs Clearance Process Complete | GREAT BRITAIN | 05/21/06 12:58am |
| Shipment Picked Up | GREAT BRITAIN | 05/20/06 10:20pm |
| Transferred Through | GREAT BRITAIN | 05/20/06  7:22pm |
| Departing Origin | UNITED STATES | 05/20/06  5:08am |
| Departing Origin | UNITED STATES | 05/20/06 12:47am |
| Transferred Through | UNITED STATES | 05/19/06 11:53pm |
| Departing Origin | UNITED STATES | 05/19/06 10:51pm |
| Transferred Through | UNITED STATES | 05/19/06  9:33pm |
| Departing Origin | UNITED STATES | 05/19/06  9:32pm |
| Shipment Picked Up | UNITED STATES | 05/19/06  9:18pm |
| Enroute | KANSAS CITY MO 64121 | 05/19/06  6:27pm |
| Acceptance | LEAWOOD KS 66206 | 05/19/06  2:20pm |

1

Reminder: Track & Confirm by email

Date of email request:  05/22/06

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm



United States Home | Information Center | Customer Support | Site Map

| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services |
| Ship | Track | Manage My Account | International Tools |

Search [ ] Go!

## Track Shipments
### Detailed Results

Printable Version   Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 898251396285 | Reference | 8251396285 | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| Signed for by | .FILLIPOV | Destination | MOSCOW RU | |
| Ship date | May 19, 2006 | Delivered to | Receptionist/Front Desk | Shipping Freight? FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight. |
| Delivery date | May 22, 2006 11:50 AM | Service type | Priority Envelope | |
| | | Weight | 1.3 lbs. | |
| Status | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 22, 2006 | 11:50 AM | Delivered | MOSCOW RU | |
| | 9:08 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 8:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:06 AM | Int'l shipment release | MOSCOW RU | |
| May 21, 2006 | 11:15 PM | In transit | MOSCOW RU | Package available for clearance |
| | 11:15 PM | Clearance in progress | MOSCOW RU | |
| | 12:59 AM | At dest sort facility | POYLE GB | |
| May 20, 2006 | 10:20 PM | In transit | POYLE GB | Package available for clearance |
| | 5:08 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Departed FedEx location | MEMPHIS, TN | |
| May 19, 2006 | 11:53 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:32 PM | Left origin | KANSAS CITY, MO | |
| | 9:18 PM | Picked up | KANSAS CITY, MO | |



Need to track a FedEx SmartPost shipment? Click here

[ Signature proof ] [ Email results ] [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [            ]   Your Email Address: [            ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [       ] | English | ■ | □ |
| [       ] | English | ■ | □ |
| [       ] | English | ■ | □ |
| [       ] | English | ■ | □ |

Select format:  ● HTML  ○ Text  ○ Wireless

Add personal message:

http://www.fedex.com/Tracking?ascend_header=1&clienttype=dotcom&cntry_code=us&language=engli...   5/23/2006

# ATTN TO: KASEY