# EXHIBIT N



Via Facsimile 913-341-3168

June 5, 2006

Ms. Cara LaForge
University Language Services
18 John Street
Suite #300
New York, NY 10038

Dear Ms. LaForge:

This letter is in response to your request for delivery information for the following May 19, 2006 shipments to Russia:

<>1. Alexi B. Miller
<>OAO GAZPROM
<>Ulitsa 16 Nametkina
12567, Moscow
Russian Federation
Fedex Tracking Number: 898251396355
Status: Delivered May 22, 2006 at 11:50am, signed for by "Fillipov"

2. Igor I. Sechin
Administration of the President of the Russian Federation
4 Staraya Ploshad
Moscow 103132
Russian Federation
Fedex Tracking Number: 898252788310
Status: Delivered May 24, 2006 at 3:00pm, signed for by "Konstantino"

3. Igor I. Sechin
OAO ROSNEFT OIL CO.
Sofiyskaya Naberezhanaya 26/1
Moscow, 115035
Russian Federation
Fedex Tracking Number: 898251396333
Status: Delivered May 23, 2006 at 10:50am, signed for by "Shurina"

4. Dmitry A. Medvedev
Administration of the President of the Russian Federation
<>4 Staraya Ploshad
Moscow 103132
<>Russian Federation
Fedex Tracking Number: 898252788300
Status: Delivered May 24, 2006 at 3:00pm, signed for by "Konstantino"; however, later returned to sender via tracking number 857072192585.

5. Dmitry A. Medvedev
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation
Fedex Tracking Number: 898251396311
Status: Delivered May 22, 2006 at 11:50am, signed for by "Fillipov"

6. Igor K. Yusufov
MINISTRY OF INDUSTRY AND ENERGY
7, Kitaigorodskiy Proyezd
Moscow, 109074
Russian Federation
Fedex Tracking Number: 898252788321
Status: Contrary to electronic data updated on web, package was refused by consignee.

7. Igor K. Yusufov <>
MINISTRY FOR FOREIGN AFFAIRS
32/34 Smolenskaya-Sennaya St.   Moscow 119200
Russian Federation
Fedex Tracking Number: 898252788343
Status: Delivered on May 22, at 4:10pm, signed for by "Kudre"

8. Igor K. Yusufov
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation
Fedex Tracking Number: 898251396322
Status: Delivered May 22, 2006 at 11:50am, signed for by "Fillipov"

9. Alexei L. Kudrin
MINISTRY OF FINANCE
Ulitsa Ilyinka 9, Entrance 1
Moscow 109097
Russian Federation
Fedex Tracking Number: 898251396377
Status: Delivered May 24, 2006 at 3:00pm, signed for by "Stencsheva"

10. Alexei L. Kudrin
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation
Fedex Tracking Number: 898252788284
Status: Delivered May 22, 2006 at 11:50am, signed for by "Fillipov"

11. Nikolai Borisenko
OAO ROSNEFT OIL CO.
Sofiyskaya Naberezhanaya 26/1
Moscow, 115035
Russian Federation
Fedex Tracking Number: 898252788295
Status: Delivered May 23, 2006 at 10:50am, signed for by "Shurina"

12. Viktor B. Khristenko
MINISTRY OF INDUSTRY AND ENERGY
7, Kitaigorodskiy Proyezd
Moscow, 109074
Russian Federation
Fedex Tracking Number: 898251396366
Status: Delivered May 29, 2006 at 2:30pm, signed for by "Ezhyug"

13. Viktor B. Khristenko
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation
Fedex Tracking Number: 898251396285
Status: Delivered May 22, 2006 at 11:50am, signed for by "Fillipov"

14. Farit R. Gazizullin
OAO GAZPROM
Ulitsa 16 Nametkina
12567, Moscow
Russian Federation
Fedex Tracking Number: 898252788273
Status: Delivered May 22, 2006 at 11:50am, signed for by "Fillipov"

Ms. Cara, on behalf of FedEx, I thank you for choosing FedEx and look forward to our continued business association.

Sincerely,

Eric B. Payne
Customer Correspondent
Customer Relations Department

ebp/doc259126