IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD ALLEN *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>RUSSIAN FEDERATION, *et al.*,  )<br>  )<br>    Defendants  )<br>  )<br>  ) | Civ. Action No.: 05-cv-02077 (CKK) |

**FOURTH CONSENT MOTION TO EXTEND
AND ESTABLISH DEADLINES FOR RESPONDING TO THE COMPLAINT**

Plaintiffs Richard Allen, *et al.*, by and through undersigned counsel, and defendants the Russian Federation, Viktor Khristenko, Alexei Kudrin, OAO Gazprom, Rosneft Oil Company, Rosneftegaz, and Sergey Bogdanchikov (collectively, the "Defendants"), by and through respective undersigned counsels, respectfully submit this Fourth Consent Motion to Extend and Establish Deadlines for Responding to the Complaint in this matter. Plaintiffs and the Defendants submit this consent motion to establish a schedule that will lead to the more efficient consideration of this case. In joining this motion, the Defendants expressly preserve all, and do not waive any, defenses including but not limited to defenses based on sovereign immunity, the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, and failure to state a claim.

In support of this Motion, Plaintiffs and Defendants state as follows:

1.  Plaintiffs filed the above-captioned matter on October 24, 2005.

2.  Pursuant to a series of motions and orders entered by this Court, defendants the Russian Federation, Minister Khristenko, Minister Kudrin, Rosneftegaz, Rosneft Gazprom, and Sergey Bogdanchikov filed motions to dismiss the complaint on May 15, 2006.

3.  According to the schedule established in the orders granting the Second Consent Motion to Extend and Establish Deadlines for Responding to the Complaint, which was granted on February 8, 2006, and the Third Consent Motion to Extend and Establish Deadlines for Responding to the Complaint, which was granted *nunc pro tunc* on May 4, 2006, the plaintiffs have until July 14, 2006, to submit briefs in opposition to the Defendants' motions to dismiss. Defendants will then have until August 3, 2006 to submit reply briefs in support of their respective motions to dismiss.

4.  On June 8, 2006, Plaintiffs filed with the Court their Status Report in Response to the Court's Order of May 12, 2006 (the "Status Report"). Plaintiffs allege in the Status Report that service has been completed upon defendants Medvedev, Miller, Gazizullin, Yusufov, Sechin and Borisenko. According to the Court's docket, the response date for these defendants is June 12, 2006.

5.  Without waiver of any defense that may be available to any of them (including sovereign immunity, the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction and improper venue) undersigned counsel agree that defendants Medvedev, Miller, Gazizullin, Yusufov, Sechin and Borisenko should be granted until not later than June 23, 2006, to file motions to dismiss or other pleadings in response to the Complaint.

6.  To consolidate briefing on any motions filed on June 23, 2006, with briefing on the motions filed on May 15, 2006, undersigned counsel further agree that plaintiffs

will file oppositions to all motions to dismiss no later than July 31, 2006.  Defendants may then submit reply briefs in support of their respective motions no later than August 31, 2006.

       7.      Plaintiffs agree that they will not seek to postpone their time to respond to the motions filed by any defendant on the ground that defendants Baikalfinancegroup or OOO Gazpromneft have been served or need to be served.

       8.      The deadlines requested in this Consent Motion will not delay the litigation.  Moreover, the proposed schedule will promote the organized and efficient briefing of defendants' respective responsive pleadings, as well as the organized and efficient resolution of those pleadings by the Court.

       For the foregoing reasons, the plaintiffs and Defendants jointly move for an order establishing the filing deadlines set forth in paragraph 5 and 6 above.

June 12, 2006                                     Respectfully Submitted,

\s\ O. Thomas Johnson, Jr.                 \s\ Jay L. Alexander
O. Thomas Johnson, Jr.                       Jay L. Alexander
(DC Bar No. 218527)                         (DC Bar No. 412905)
James A. Goold                                 Ryan E. Bull
Marney L. Cheek                               Baker Botts L.L.P.
Covington & Burling                         1299 Pennsylvania Avenue, N.W.
1201 Pennsylvania Avenue, N.W.        Washington, D.C. 20004
Washington, D.C. 20004                  Telephone: (202) 639-7700
Telephone: (202) 662-6000               Facsimile: (202) 585-1057
Facsimile: (202) 662-6291

*Counsel to Plaintiffs*                         OF COUNSEL:
                                                                 Michael S. Goldberg
                                                                 One Shell Plaza
                                                                 910 Louisiana
                                                                 Houston, Texas 77002-4995
                                                                 Telephone: (713) 229-1234
                                                                 Facsimile: (713) 229-1522

                                                                *Counsel to Defendants Russian Federation,*
                                                                *Minister Viktor Khristenko, and Minister*
                                                                *Alexei Kudrin*

\s\ William M. Sullivan, Jr._____
William M. Sullivan, Jr.
(DC Bar No. 467269)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone:  (202) 282-5000

OF COUNSEL:
W. Gordon Dobie
Greg Vamos
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5600

*Counsel to Defendant OAO Gazprom*

\s\ Adam P. Strochak_____
Adam P. Strochak
(DC Bar No. 439308)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW,
Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000

OF COUNSEL:
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8000

Greg S. Coleman
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930

*Counsel to Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, and Sergey Bogdanchikov*

4