UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------X

RICHARD ALLEN, *et al.*

                          Plaintiffs,           Case No. 1:05CV02077

    v.

                                                           **SUPPLEMENTAL**
                                                            **AFFIDAVIT OF SERVICE**
RUSSIAN FEDERATION, *et al.*                  **OF CARA LAFORGE**

                          Defendants.
-------------------------------------------------------X

        I, Cara LaForge, a non-party to this action over the age of 18 years, being duly sworn, depose and state:

        1. I am a licensed process server employed by Legal Language Services (LLS), a firm specializing in international litigation support, located at 8014 State Line Road, Suite 110, Leawood, KS 66208. LLS is one of the largest international process servers in the United States, and I personally have over a decade of experience in effecting service of process in foreign countries, including the Russian Federation.

        2. This Supplemental Affidavit of Service supplements the Affidavit of Service that I executed on June 8, 2006 (hereinafter "June 8 Service Affidavit"). *See* Docket No. 38, Return of Service/Aff. of Summons and Compl. Executed (June 8, 2006). Specifically, this Supplemental Affidavit of Service provides a FedEx Delivery Record for two packages, one delivered to Mr. Igor I. Sechin and the other delivered to Mr. Nikolai Borisenko, both at Rosneft Oil Company.

3. As stated in my June 8 Service Affidavit, on May 16, 2006, I submitted to the Clerk of the US District Court for the District of Columbia a request that service of process, consisting of an English language summons and complaint and Russian translations thereof, be issued upon numerous defendants, including defendants Igor I. Sechin and Nikolai Borisenko, via the U.S. Postal Service's Global Express Guaranteed, a form of express mail requiring a signed receipt.

4. Also as stated in my June 8 Service Affidavit, the US Postal Service currently subcontracts shipping of its Global Express Guaranteed packages to the private courier service FedEx. As a result, once the US Postal Service submitted the packages to FedEx for handling, LLS was able to track the packages through both the US Postal Service on-line tracking system and the FedEx on-line tracking system.

5. As of June 8, 2006, LLS had not yet received from the FedEx Moscow station a copy of the delivery record bearing the recipient's signature and address for two packages:

a) The first package was addressed to Mr. Igor I. Sechin, OAO Rosneft Oil Co., Sofiyskaya Naberezhanaya 26/1, Moscow, 115035, Russian Federation (hereinafter "the Sechin Package") and was delivered on May 23, 2006 at 10:50 a.m. *See* June 8 Service Aff., para. 11 and Ex. C.

b) The second package was addressed to Mr. Nikolai Borisenko, OAO Rosneft Oil Co., Sofiyskaya Naberezhanaya 26/1, Moscow, 115035, Russian Federation (hereinafter "the Borisenko Package"), and was delivered on May 23, 2006 at 10:50 a.m. *See* June 8 Service Aff., para. 19 and Ex J.

6. On June 9, 2006, the FedEx Moscow station faxed to LLS copies of the delivery record for the Sechin Package and the Borisenko Package. *See* FedEx Delivery Record, a true and correct copy of which is attached hereto as Exhibit A. Both packages were signed for by "Shurina." The attached FedEx Delivery Record bears the recipient's actual signature and address for the Sechin Package and the Borisenko package.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Cara LaForge
Manager, International Litigation Support
LEGAL LANGUAGE SERVICES
A Division of ALS International, Inc.

Executed in Leawood, Kansas.

**Subscribed and sworn to before me this** 14 June **20** 06

**Notary Public** _____
**KARINA SHREEFER**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires November 15, 2009**

**EXHIBIT A**

23.05.2006                Норкин

Signature: Норкин      ID: 503235       Rte Nbr: 813
Date: 23 05 06                          Station Code: MOWA

Signature   Print Name   Pck Tracking      1      Time    Status    Scan time : 05/23-0836-MOWA    Rcpt Adrs //    Commitment : 05242006
                         898252788295     Mde                       Comment                       CO: OAO KOSNATT OIL CO
                                                                            P                     AD1: BOFIYSKAYA NABEREZHANAYA 26/1
            Шурина 3 1050                                                                         AD2:
                                                                                                  City: MOSCOW
                                                                                                  Pstl: 115035

Signature   Print Name   Pck Tracking      1      Time    Status    Scan time : 05/23-0836-MOWA    Rcpt Adrs //    Commitment : 05242006
                         898251396333     Mde                       Comment                       CO: OAO RESULT OIL CO
                                                                            P                     AD1: SALINGKAYA NOBERZHANGYA 26 1
            Шурина 3 1050                                                                         AD2: