AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD ALLEN, et al.

**SUMMONS IN A CIVIL CASE**

V.

RUSSIAN FEDERATION, et al.

CASE NUMBER:   1:05CV02077 (CKK)

TO: (Name and address of Defendant)

BaikalFinansGroup
1, Bolotnaya St.
Moscow, 115035
Russian Federation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O. Thomas Johnson, Jr.
James A. Goold
Marney L. Cheek
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___**sixty (60)**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                    FEB 3 2006

CLERK                                                          DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 8, 2006 |
| NAME OF SERVER *(PRINT)* Cara LaForge | TITLE Manager, International Litigation Support, Legal Language Services |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____ See attached declaration of Cara LaForge. _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server    (See attached declaration of Cara LaForge)
Legal Language Services
8014 State Line Road, Suite 110
Leawood, KS 66208
Tel. (800) 755-5775
Fax (888) 754-8454

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------X

RICHARD ALLEN, *et al.*

                            Plaintiffs,                    Case No. 1:05CV02077

v.

RUSSIAN FEDERATION, *et al.*                       **AFFIDAVIT OF**
                                                                                              **CARA LAFORGE**

                            Defendants.

---------------------------------------------------------X

1.      I am a licensed process server with Legal Language Services (LLS), a firm specializing in international litigation support. LLS is one of the largest international process servers in the United States and I personally have over a decade of experience in effecting service of process in foreign countries, including the Russian Federation.

2.      Therefore, on May 26, 2006, I submitted to the Clerk of the US District Court for the District of Columbia a request that service of process, consisting of an English language summons and complaint and Russian translations thereof, be issued upon Defendant BaikalFinans Group via the U.S. Postal Service's Global Express Guaranteed, a form of express mail requiring a signed receipt.

3.      On May 30, 2006, the Clerk of the Court approved the request and returned the mail package to LLS for transmission to the US post office.

4. On June 5, 2006, LLS staff submitted a package containing process for Defendant BaikalFinans Group to a US post office located near LLS' offices in Leawood, Kansas. On the return address label, and with the prior approval of the Clerk of the Court, LLS placed the name and address of one of LLS' corporate divisions, University Language Services.

5. The US Postal Service currently subcontracts shipping of its Global Express Guaranteed packages to the private courier service FedEx. As a result, once the US Postal Service submitted the package to FedEx for handling, LLS was able to track the package through both the US Postal Service on-line tracking system and the FedEx on-line tracking system.

6. The US Postal Service assigned tracking number 8252788353 to the package that was forwarded to BaikalFinans Group; FedEx, in turn, assigned tracking number 8982-5278-8354. LLS requested delivery of the package to the following name and address: BaikalFinans Group, c/o OAO Rosneft Oil Co., Sofiyskaya Naberezhanaya 26/1, Moscow, 115035, Russian Federation. Both tracking systems indicated that the package was delivered on June 8, 2006 at 3:15 pm. The FedEx system additionally indicated that the package was delivered to the Receptionist at the Front Desk and was signed for by "Kuznetsova." The FedEx Moscow station subsequently faxed to LLS copies of the delivery record bearing the recipient's actual signature and address. (See Global Express ship label, Global Express Track and Confirm Record, FedEx Track Shipment Record, FedEx Delivery Record, FedEx Delivery Confirmation Letter, true and correct copies of which are attached hereto as Exhibit A).

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Cara LaForge*
Cara LaForge
Manager, International Litigation Support
LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Executed in Leawood, Kansas.

Subscribed and sworn to before me this 15 June 20 06

Notary Public
KARINA SHREEFER
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires November 15, 200

# EXHIBIT A

**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE ®
**International Air Waybill**

International delivery by FedEx Express

**From** Please print and press hard.
Date MM/DD/YY
Sender's Name: Maria Portuguez  Phone: 1.800.755.5775
Company: University Language Services
Address: 18 John Street
Address: #300
City: New York   State: NY
Country: USA   ZIP Code: 10038

**To**
Recipient's Name: Baikal Finans Group   Phone: 7.495.777.4402
Company: c/o OAO Rosneft Oil Co
Address: Sofiyskaya Naberezhanaya 26/1
City: Moscow
Country: Russian Federation   ZIP Code/Postal Code: 115035
Recipient's Tax ID number for Customs purposes (if applicable)
e.g. GST/RFC/VAT/IN

For tracking visit the USPS Web site at www.usps.com/shipping/trackandconfirm.htm or call 1.800.222.1811.


3 Shipment Information
18 pages of documents


Postal Use Only: 6/2/06  2:37 PM   66206
Weight: 1 lb 5 oz   Postage: 93.75
USPS GXG Envelope or Pak
8782 5278


USPS Tracking Number: 8252788353



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 8252 7883 53
Detailed Results:

- Shipment Delivered, June 08, 2006, 3:15 pm, MOSCOW, RUSSIA
- Transferred Through, June 08, 2006, 9:07 am, MOSCOW, RUSSIA
- Customs Clearance Process Complete, June 08, 2006, 9:07 am, MOSCOW, RUSSIA
- Clearance Delay, June 08, 2006, 1:08 am, MOSCOW, RUSSIA
- Shipment Picked Up, June 08, 2006, 1:07 am, MOSCOW, RUSSIA
- Arrival at Shipping Partner Facility, June 07, 2006, 7:06 pm, FRANCE
- Departing Origin, June 07, 2006, 9:33 am, POYLE, GREAT BRITAIN
- Customs Clearance Process Complete, June 07, 2006, 9:33 am, POYLE, GREAT BRITAIN
- Transferred Through, June 07, 2006, 5:16 am, POYLE, GREAT BRITAIN
- Departing Origin, June 07, 2006, 3:11 am, POYLE, GREAT BRITAIN
- Customs Clearance Process Complete, June 07, 2006, 3:09 am, POYLE, GREAT BRITAIN
- Departing Origin, June 07, 2006, 12:15 am, STANSTED, GREAT BRITAIN
- Shipment Picked Up, June 06, 2006, 9:35 pm, POYLE, GREAT BRITAIN
- Transferred Through, June 06, 2006, 7:02 pm, STANSTED, GREAT BRITAIN
- Departing Origin, June 06, 2006, 4:13 am, MEMPHIS, UNITED STATES
- Departing Origin, June 06, 2006, 1:18 am, MEMPHIS, UNITED STATES
- Transferred Through, June 05, 2006, 11:35 pm, MEMPHIS, UNITED STATES
- Departing Origin, June 05, 2006, 10:21 pm, KANSAS CITY, UNITED STATES
- Departing Origin, June 05, 2006, 9:41 pm, KANSAS CITY, UNITED STATES
- Transferred Through, June 05, 2006, 9:41 pm, KANSAS CITY, UNITED STATES
- Shipment Picked Up, June 05, 2006, 9:24 pm, KANSAS CITY, UNITED STATES
- Enroute, June 03, 2006, 3:40 pm, KANSAS CITY, MO 64121
- Enroute, June 02, 2006, 5:26 pm, KANSAS CITY, MO 64121
- Acceptance, June 02, 2006, 2:32 pm, LEAWOOD, KS 66206

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

## Vicki Portuguez

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Thursday, June 08, 2006 6:16 PM
**To:** vportuguez@legallanguage.com
**Subject:** USPS Shipment Info for 8252 7883 53

This is a post-only message. Please do not respond.

Vicki Portuguez has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 8252 7883 53

Service Type: Global Express Guaranteed

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Shipment Delivered | RUSSIA | 06/08/06 3:15pm |
| Transferred Through | RUSSIA | 06/08/06 9:07am |
| Customs Clearance Process Complete | RUSSIA | 06/08/06 9:07am |
| Clearance Delay | RUSSIA | 06/08/06 1:08am |
| Shipment Picked Up | RUSSIA | 06/08/06 1:07am |
| Arrival at Shipping Partner Facility | FRANCE | 06/07/06 7:06pm |
| Departing Origin | GREAT BRITAIN | 06/07/06 9:33am |
| Customs Clearance Process Complete | GREAT BRITAIN | 06/07/06 9:33am |
| Transferred Through | GREAT BRITAIN | 06/07/06 5:16am |
| Departing Origin | GREAT BRITAIN | 06/07/06 3:11am |
| Customs Clearance Process Complete | GREAT BRITAIN | 06/07/06 3:09am |
| Departing Origin | GREAT BRITAIN | 06/07/06 12:15am |
| Shipment Picked Up | GREAT BRITAIN | 06/06/06 9:35pm |
| Transferred Through | GREAT BRITAIN | 06/06/06 7:02pm |
| Departing Origin | UNITED STATES | 06/06/06 4:13am |
| Departing Origin | UNITED STATES | 06/06/06 1:18am |
| Transferred Through | UNITED STATES | 06/05/06 11:35pm |
| Departing Origin | UNITED STATES | 06/05/06 10:21pm |
| Departing Origin | UNITED STATES | 06/05/06 9:41pm |
| Transferred Through | UNITED STATES | 06/05/06 9:41pm |

1

Additional events may be viewed on the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm


Reminder: Track & Confirm by email

Date of email request:  06/08/06

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email
process again at the end of the 2 weeks, please do so at the USPS Track &
Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

FedEx | Track

United States Home                                          Information Center | Custom

**FedEx.**

Search

| Package/Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

**Track Shipments**
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 898252788354 | Reference | 8252788353 | **Wrong Address?** Reduce future mistal |
| Signed for by | .KUZNETSOVA | Destination | RUSSION FEDERATION RU | FedEx Address Chec |
| Ship date | Jun 5, 2006 | | | |
| Delivery date | Jun 8, 2006 3:15 PM | Delivered to | Shipping/Receiving | **Shipping Freight?** FedEx has LTL, air fr |
| | | Service type | Priority Envelope | surface and air expe |
| | | Weight | 1.4 lbs. | multi piece package and ocean freight. |
| Status | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 8, 2006 | 3:15 PM | Delivered | RUSSION FEDERATION RU | |
| | 9:07 AM | Int'l shipment release | MOSCOW RU | |
| | 9:07 AM | At local FedEx facility | MOSCOW RU | |
| | 8:48 AM | On FedEx vehicle for delivery | MOSCOW RU | |
| | 1:08 AM | Clearance in progress | MOSCOW RU | |
| | 1:07 AM | In transit | MOSCOW RU | Package available for clearance |
| Jun 7, 2006 | 7:06 PM | In transit | PARIS FR | |
| | 3:11 AM | At dest sort facility | POYLE GB | |
| Jun 6, 2006 | 9:35 PM | In transit | POYLE GB | Package available for clearance |
| | 1:18 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 5, 2006 | 11:35 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:41 PM | Left origin | KANSAS CITY, MO | |
| | 9:24 PM | Picked up | KANSAS CITY, MO | |

Need to track a FedEx SmartPost shipment?

Click here

| Signature proof | Email results | Track more shipments |

**Subscribe to tracking updates (optional)**

Your Name: [          ]    Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ■ | ☐ |
| [          ] | English | ■ | ☐ |
| [          ] | English | ■ | ☐ |



I hereby certify that all information contained on this Delivery Record is accurate and correct. I also understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Employee Signature: Dobson    Employee Number: 508208

**DELIVERY RECORD**

| Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address | Pos. Serv. | Time |
|---|---|---|---|---|---|---|
| | Kelley G.b. | 2 | 898252788359 | 2 | 1146BB | |

| RECEIVED IN GOOD ORDER EXCEPT AS NOTED. | Delivered Pieces | Net Stops | Undelivered Pieces No. of Pieces that have not received POD | Late Pieces | MO | DAY | YEAR | Day of Week |
|---|---|---|---|---|---|---|---|---|
| | 10 | 6 | | Late Stops | 06 | 08 | 06 | HB |
| | | | | | Route Number | Station Number | Page |
| | | | | | 101 | 5388B | 2 of 2 |

FedEx M-0206A REV 6/03 158206 WC8    *Refer to other side for definitions.

3875 Airways Boulevard, 3rd Floor　　Telephone 901.348.9306
Memphis, TN 38116-4634　　Fax 901.332.8283



June 12, 2006

Ms. Cara LaForge
University Language Services
18 John Street
Suite #300
New York, NY 10038
Fax #913-341-3168

Dear Ms. LaForge:

This letter is in response to your request for delivery information for your June 5 shipment to Russia.

Baikal Finans Group
c/o OAO Rosneft Oil Co.
Sofiyskayn Naberezhanaya 23/1
Moscow, 115035
Russian Federation
Fedex Tracking Number: 898252788354
Status: Delivered June 8, 2006 at 3:15 p.m., signed for by "Kuznetsova"

Ms. LaForge, on behalf of FedEx, I thank you for choosing FedEx and look forward to our continued business association.

Sincerely,

*Beth Boyle*

Margaret E. Boyle
Customer Relations Department

meb/259847