UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.*, | |
| Plaintiffs, | 1:05-cv-02077-CKK |
| v. | Hon. Colleen Kollar-Kotelly |
| RUSSIAN FEDERATION, *et al.*, | |
| Defendants. | |

**DEFENDANT ALEXEI B. MILLER'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Alexei B. Miller ("Miller"), by counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12, to dismiss plaintiffs' Complaint in its entirety, with prejudice.

As detailed in the accompanying Statement of Points and Authorities and the Statement of Points and Authorities in Support of OAO Gazprom's Motion to Dismiss Plaintiffs' Complaint (Docket Entry No. 31), this Motion to Dismiss should be granted because plaintiffs have failed to provide a basis for jurisdiction over Miller, plaintiffs' claims are barred by the act of state doctrine, the political question doctrine, the doctrine of international comity and the doctrine of forum non conveniens, and plaintiffs' federal and common law claims are fatally defective on their face. Although the Complaint purports to assert serious federal and common law claims against Miller "individually," plaintiffs have not alleged any facts subjecting Miller to the jurisdiction of this Court. Moreover, the Complaint is bereft of a single paragraph alleging a single wrongful act by Miller.

2

WHEREFORE, for these and such other reasons as may appear just to the Court, Defendant Alexei B. Miller respectfully requests that its Motion to Dismiss be granted.

Dated: June 20, 2006 	Respectfully submitted,

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr. (DC Bar No. 467269)
Jane E. Chang (DC Bar No. 476545)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

OF COUNSEL

W. Gordon Dobie
Greg Vamos
Brooke B. Ward
Jennifer M. Erickson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant Alexei B. Miller*