IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- x
                                                                    )
RICHARD ALLEN, *et al.*,                                            )
                                                                    )
                                                                    )
                                          Plaintiffs,               )
                                                                    )   Case No: 1:05-cv-02077-CKK
        v.                                                          )   Hon. Colleen Kollar-Kotelly
                                                                    )
RUSSIAN FEDERATION, *et al.*                                        )
                                                                    )
                                          Defendants                )
                                                                    )
                                                                    )
------------------------------------------------------------------- x

## MOTION TO DISMISS OF
## DEFENDANT NIKOLAI BORISENKO

Defendant Nikolai Borisenko respectfully moves to dismiss the complaint filed by certain holders of American Depository Receipts ("ADRs") of Yukos Oil Company. As detailed in the accompanying Memorandum and Statement of Points and Authorities (which incorporates by reference the Memorandum of Points and Authorities in Support of the Joint Motion to Dismiss by OAO Rosneftegaz, OAO Rosneft, and Sergey Bogdanchikov), plaintiffs claims must be dismissed on the following bases: (1) lack of personal jurisdiction; (2) the act-of-state doctrine; (3) lack of standing to bring Racketeering Influenced and Corrupt Organization Act ("RICO"), conversion, and *prima facie* tort claims; (4) the doctrine of *forum non conveniens*; (5) lack of subject matter jurisdiction insofar as the federal securities laws and RICO claims were not meant to be applied extraterritorially; (6) the federal securities law claim is not properly pled; (5) the RICO claims are barred by the Private Securities Litigation Reform Act ("PSLRA") and are not

properly pled; and (6) plaintiffs have failed to plead the common-law claims under applicable Russian law and they do not state a claim under the laws of the forum state.

For all of these reasons, as well as those detailed in the accompanying memorandum, Borisenko moves to dismiss plaintiff's complaint.

Dated:   June 20, 2006                                    Respectfully submitted,


/s/ Adam. P. Strochak
Richard W. Slack
(*pro hac vice*)
Gregory S. Coleman
(*pro hac vice*)
Meredith B. Parenti
Deborah A. Maher
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Adam P. Strochak, Esq.
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

**ATTORNEYS FOR NIKOLAI BORISENKO**

## CERTIFICATE OF SERVICE

I certify that on June 20, 2006, this motion was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/_____
Adam P. Strochak