IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSIAN FEDERATION, *et al*., <br><br> Defendants | Civ. Action No.: 05-cv-02077 (CKK) |

**FIRST CONSENT MOTION TO EXTEND
AND ESTABLISH DEADLINES FOR RESPONDING
TO THE AMENDED COMPLAINT**

Plaintiffs Richard Allen, *et al*., by and through undersigned counsel, and defendants the Russian Federation, OAO Gazprom, Rosneft Oil Company, Rosneftegaz, Sergey Bogdanchikov, Nikolai Borisenko, Viktor Khristenko, Alexei Kudrin, Dmitry Medvedev, Alexei Miller, Igor Sechin, and Igor Yusufov (collectively, the "Defendants"), by and through their respective undersigned counsels, respectfully submit this First Consent Motion to Extend and Establish Deadlines for Responding to the Amended Complaint in this matter. Plaintiffs and Defendants submit this consent motion to establish a schedule that will lead to the efficient consideration of this case. In joining this motion, the Defendants expressly preserve all, and do not waive any, defenses including but not limited to defenses based on sovereign immunity, the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, and failure to state a claim.

In support of this Motion, plaintiffs and Defendants state as follows:

1. Plaintiffs filed the above-captioned matter on October 24, 2005.

2. Pursuant to a series of motions and orders entered by this Court, defendants the Russian Federation, Minister Khristenko, Minister Kudrin, Rosneftegaz, Rosneft Gazprom, and Sergey Bogdanchikov timely filed motions to dismiss the complaint on May 15, 2006.

3. Pursuant to a series of motions and orders entered by this Court, defendants Medvedev, Miller, Yusufov, Sechin, and Borisenko timely filed motions to dismiss the complaint on June 20, 2006.

4. According to the schedule established in the Order granting the Fourth Consent Motion to Extend and Establish Deadlines for Responding to the Complaint, which was granted *nunc pro tunc* on June 20, 2006, the plaintiffs had until July 31, 2006, to submit briefs in opposition to all pending motions to dismiss. Defendants then had until August 31, 2006 to submit reply briefs in support of their respective motions to dismiss.

5. On July 13, 2006, plaintiffs served a 116-page Amended Complaint (the "Amended Complaint").

6. Without waiver of any defense that may be available to any defendant (including sovereign immunity, the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction and improper venue), undersigned counsel agree that all defendants for whom plaintiffs have filed a return of service should be granted until not later than September 1, 2006, to file motions to dismiss or other pleadings in response to the Amended Complaint.

7. Undersigned counsel further agree that Plaintiffs will file oppositions to all motions to dismiss not later than October 6, 2006. Defendants may then submit reply briefs in

support of their respective motions not later than November 3, 2006. These dates will supersede the parties' previous briefing schedule contained in the Court's June 20, 2006 Order.

       8.      Plaintiffs agree that they will not seek to postpone their time to respond to the motions filed by any defendant on the ground that additional defendants have been served or need to be served.

       9.      The deadlines requested in this Consent Motion will not delay the litigation. Moreover, the proposed schedule will promote the organized and efficient briefing of defendants' respective responsive pleadings, as well as the organized and efficient resolution of those pleadings by the Court.

For the foregoing reasons, the plaintiffs and Defendants jointly move for an order establishing the filing deadlines set forth in paragraph 6 and 7 above.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

July 25, 2006                                                   Respectfully Submitted,

\s\ O. Thomas Johnson, Jr.                                      \s\ Ryan E. Bull
O. Thomas Johnson, Jr.                                          Jay L. Alexander
(DC Bar No. 218527)                                             (DC Bar No. 412905)
James A. Goold                                                  Ryan E. Bull
Marney L. Cheek                                                 (DC Bar No. 481743)
Covington & Burling                                             Baker Botts L.L.P.
1201 Pennsylvania Avenue, N.W.                                  1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004                                          Washington, D.C. 20004
Telephone: (202) 662-6000                                       Telephone: (202) 639-7700
Facsimile: (202) 662-6291                                       Facsimile: (202) 585-1057

*Counsel to Plaintiffs*                                         OF COUNSEL:
                                                                Michael S. Goldberg
                                                                Baker Botts L.L.P.
                                                                One Shell Plaza
                                                                910 Louisiana
                                                                Houston, Texas 77002-4995

                                                                *Counsel to Defendants Russian Federation,*
                                                                *Viktor Khristenko, Alexei Kudrin, Dmitry*
                                                                *Medvedev, Igor Sechin, and Igor Yusufov*


                                                                \s\ William M. Sullivan, Jr.
                                                                William M. Sullivan, Jr.
                                                                (DC Bar No. 467269)
                                                                WINSTON & STRAWN LLP
                                                                1700 K Street, N.W.
                                                                Washington, D.C. 20006-3817
                                                                Telephone:  (202) 282-5000

                                                                OF COUNSEL:
                                                                W. Gordon Dobie
                                                                Greg Vamos
                                                                WINSTON & STRAWN LLP
                                                                35 W. Wacker Drive
                                                                Chicago, Illinois 60601

                                                                *Counsel to Defendant OAO Gazprom and*
                                                                *Alexei Miller*

4

\s\ Adam P. Strochak_____
Adam P. Strochak
(DC Bar No. 439308)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW,
Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000

OF COUNSEL:
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153

Gregory S. Coleman
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759

*Counsel to Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko*