**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD ALLEN *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. Action No.: 05-cv-02077 (CKK) |
| v. ) | |
| ) | |
| RUSSIAN FEDERATION, *et al*., ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

**UNOPPOSED JOINT MOTION
BY DEFENDANTS VIKTOR KHRISTENKO, ALEXEI KUDRIN, DMITRY MEDVEDEV, IGOR SECHIN, IGOR YUSUFOV, OAO GAZPROM, ALEXEI MILLER, OAO ROSNEFT OIL COMPANY, OAO ROSNEFTEGAZ, SERGEY BOGDANCHIKOV, AND NIKOLAI BORISENKO TO ESTABLISH PAGE LIMITS FOR THEIR RESPECTIVE <u>MOTIONS TO DISMISS THE AMENDED COMPLAINT</u>**

Defendants Viktor Khristenko, Alexei Kudrin, Dmitry Medvedev, Igor Sechin, and Igor Yusufov (the "Government Officials"), OAO Gazprom and Alexei Miller (the "Gazprom Defendants"), and OAO Rosneft Oil Company, OAO Rosneftegaz, Sergey Bogdanchikov, and Nikolai Borisenko (the "Rosneft Defendants") (collectively, the "Moving Defendants"), by and through their respective undersigned counsels, respectfully submit this Unopposed Joint Motion to Establish Page Limits for Their Respective Motions to Dismiss the Amended Complaint. In accordance with Local Civil Rule 7(m), undersigned counsel has conferred with counsel for the Plaintiffs. Counsel for the Plaintiffs does not oppose this motion.

In support of this Motion, the Moving Defendants state as follows:

1. Plaintiffs filed the above-captioned matter on October 24, 2005.

2. Pursuant to a series of motions and orders entered by this Court, defendants the Russian Federation, Minister Khristenko, Minister Kudrin, Rosneftegaz, Rosneft

Gazprom, and Sergey Bogdanchikov timely filed motions to dismiss the complaint on May 15, 2006. The Court granted defendants Rosneft, Rosneftegaz, and Bogdanchikov leave to file a 65-page consolidated motion to dismiss the complaint.

       3.      Pursuant to a series of motions and orders entered by this Court, defendants Medvedev, Miller, Yusufov, Sechin, and Borisenko timely filed motions to dismiss the complaint on June 20, 2006.

       4.      According to the schedule established in the Order granting the Fourth Consent Motion to Extend and Establish Deadlines for Responding to the Complaint, which was granted *nunc pro tunc* on June 20, 2006, the plaintiffs had until July 31, 2006, to submit briefs in opposition to all pending motions to dismiss.

       5.      On July 13, 2006, plaintiffs served an Amended Complaint (the "Amended Complaint").

       6.      On August 9, 2006, this Court entered an order establishing September 8, 2006, as the deadline for defendants to respond to the Amended Complaint. The Court also ordered that Plaintiffs shall file oppositions by October 13, 2006. Defendants shall file any reply briefs by November 9, 2006.

       7.      The Amended Complaint is substantially modified from the original complaint.

       a.      A total of 43 plaintiffs have brought claims in the Amended Complaint, whereas the original complaint reflected claims by 12 plaintiffs.

       b.      The Amended Complaint contains new factual allegations against the Moving Defendants, increasing the 250 paragraphs in the original complaint to 424 in the

amended complaint. While the initial complaint was 64 pages in length, the Amended Complaint is 121 pages (including appendix).

    c. The Amended Complaint alleges 15 causes of action, including claims under federal RICO and securities laws, customary international law, District of Columbia law and Russian law. The Government Officials were required to address seven counts in the original complaint, and now must address 14. The Gazprom Defendants were required to respond to four counts in the original complaint, and now must address 13. The Rosneft Defendants were required to address seven claims in the original complaint, and now must address 14.

    8. Undersigned counsel has conferred on a plan to structure the briefing of motions to dismiss the Amended Complaint as efficiently as possible, while accounting for the disparate interests of unrelated defendants. Under the plan proposed by the Moving Defendants, the Government Officials, the Gazprom Defendants, the Rosneft Defendants, and the Russian Federation will each file a motion to dismiss the Amended Complaint in accordance with the schedule established by the Court, thus reducing the potential number of briefs from 12 to four.

    9. Because of the scope of the claims alleged in the Amended Complaint, the Moving Defendants respectfully submit that the page limit applicable to the original motions to dismiss filed on May 15, 2006 should be increased for the consolidated briefs of the Government Officials, Gazprom Defendants, and Rosneft Defendants. Thus, the Moving Defendants request that the following page limitations be established for the motions proposed to be filed by the Moving Defendants:

    Government Officials:  60 pages

    Gazprom Defendants:  70 pages

    Rosneft Defendants:  75 pages

The Russian Federation has not requested additional pages for its response to the Amended Complaint.

    10.  The modest increases in the page limits are necessary to enable the consolidated briefs of the Government Officials, Gazprom Defendants, and Rosneft Defendants to address the breadth of the amended complaint, both in terms of its factual and legal allegations. In addition, the three consolidated briefs contemplated by this Motion must respond to the Amended Complaint on behalf of defendants who had not been served when motions to dismiss the original complaint were filed on May 15, 2006.

    11.  Counsel for Plaintiffs has been advised of the Moving Defendants' briefing plan, including their request for the establishment of page limits as stated in paragraph 9 above. Counsel for the Plaintiffs does not oppose this motion.

    12.  For the foregoing reasons, and without waiver of any defense that may be available to any defendant (including sovereign immunity, the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction and improper venue), undersigned counsel respectfully move for an order established the page limits stated in paragraph 9 above.

<div style="display: flex;">
<div>

August 21, 2006

\s\ Adam P. Strochak_____
Adam P. Strochak
(DC Bar No. 439308)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW,
Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000

OF COUNSEL:
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153

Gregory S. Coleman
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759

*Counsel to Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko*

</div>
<div>

Respectfully Submitted,

\s\ Ryan E. Bull_____
Jay L. Alexander
(DC Bar No. 412905)
Ryan E. Bull
(DC Bar No. 481743)
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 585-1057

OF COUNSEL:
Michael S. Goldberg
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

*Counsel to Defendants, Viktor Khristenko, Alexei Kudrin, Dmitry Medvedev, Igor Sechin, and Igor Yusufov*

\s\ William M. Sullivan, Jr._____
William M. Sullivan, Jr.
(DC Bar No. 467269)
WINSTON & STRAWN LLP
1700 K Street, N.W
Washington, D.C. 20006-3817
Telephone:  (202) 282-5000

OF COUNSEL:
W. Gordon Dobie
Greg Vamos
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

*Counsel to Defendant OAO Gazprom and Alexei Miller*

</div>
</div>

**Certificate of Service**

       I hereby certify that on August 21, 2006, the foregoing Unopposed Joint Motion by Defendants Viktor Khristenko, Alexei Kudrin, Dmitry Medvedev, Igor Sechin, Igor Yusufov, Oao Gazprom, Alexei Miller, Rosneft Oil Company, Rosneftegaz, Sergey Bogdanchikov, and Nikolai Borisenko to Establish Page Limits For Their Respective Motions to Dismiss the Amended Complaint was electronically filed with the Clerk of the Court, and that, in the same manner, an electronic copy was served on all counsel of record.

                                                                                               _/s/ Ryan E. Bull_____
                                                                                    Ryan E. Bull