UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

RICHARD ALLEN, *et al.*,

                Plaintiffs,

v.

RUSSIAN FEDERATION, *et al.*,

                Defendants.

1:05-cv-02077-CKK

Hon. Colleen Kollar-Kotelly

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, William M. Sullivan, Jr., of the law firm of Winston & Strawn LLP, respectfully moves for an order of this Court admitting *pro hac vice,* W. Gordon Dobie, as counsel to represent Defendants, OAO Gazprom and Alexei Miller, in the above-referenced matter.

      1.      William M. Sullivan, Jr. is a partner of the law firm of Winston & Strawn LLP, 1700 K Street, N.W., Washington, D.C. 20006, telephone (202) 282-5000, facsimile (202) 282-5100, is a member in good standing with the Bar of this Court, and represents OAO Gazprom and Alexei Miller in the above-referenced matter.

      2.      W. Gordon Dobie is a partner in the law firm of Winston & Strawn LLP, 35 W. Wacker Drive. Chicago, Illinois. 60601, telephone (312) 558-5600, facsimile (312) 558-5700, and has assisted in the representation of OAO Gazprom and Alexei Miller in this matter.

      3.      W. Gordon Dobie is admitted to the practice of law in Illinois, is a member in good standing of the Illinois Bar, and is admitted to practice before the United States District Court for the Northern District of Illinois, United District Court for the Southern District of

Illinois, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Eleventh Circuit. Mr. Dobie has not been the subject of any disciplinary action by the bars or courts of any jurisdiction in which he has been licensed; he has not been denied admission to the courts of any state or to any federal court; he has no disciplinary proceedings or criminal matters pending against him; he does not reside within the District of Columbia; he has not been admitted *pro hac vice* in this Court within the last two years; and he is familiar with the local rules of this District and will comply with them.

WHEREFORE, William M. Sullivan, Jr. respectfully requests that the Court grant this motion.

Dated: August __, 2006

Respectfully submitted,

ATTORNEY FOR DEFENDANTS,
OAO GAZPROM and
ALEXEI MILLER


/s/ Jane E. Chang *for*
William M. Sullivan, Jr.
DC State Bar No. 467269
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RUSSIAN FEDERATION, *et al.*,<br><br>　　　　　　　　Defendants. | 1:05-cv-02077-CKK<br><br>Hon. Colleen Kollar-Kotelly |

## AFFIDAVIT OF W. GORDON DOBIE

W. Gordon Dobie, of full age, being duly sworn according to law, upon his oath, deposes and states:

1.　I am an attorney at law duly admitted to practice law in Illinois. I am a partner at the law firm of Winston & Strawn LLP. My office is located at 35 W. Wacker Drive. Chicago, Illinois. 60601, telephone (312) 558-5600, facsimile (312) 558-5700.

2.　I was admitted to practice in Illinois in 1986 and since that time, have been a member in good standing of the Illinois Bar. I am also admitted to practice before the United States District Court for the Northern District of Illinois, United District Court for the Southern District of Illinois, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Eleventh Circuit.

3.　I am a member of good standing in each of the courts identified above. I have not been the subject of any disciplinary action by the bars or courts of any jurisdiction and do not have any disciplinary proceedings or criminal matters pending against me.

4.　I have not been admitted *pro hac vice* in this Court within the last two years.

5.  I certify that I have reviewed and am familiar with the local rules of the U.S. District Court for the District of Columbia.

6.  I respectfully request this Court to be admitted *pro hac vice*, as counsel to represent Defendants, OAO Gazprom and Alexei Miller, in the above-referenced matter.

_____<br>W. Gordon Dobie

Sworn to me this
21st day of August, 2006

_____
Notary Public

```
"OFFICIAL SEAL"
SHALONDA E. REDFIELD
Notary Public, State of Illinois
My Commission Expires 8/30/06
```

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSIAN FEDERATION, *et al.*, <br><br> Defendants. | 1:05-cv-02077-CKK <br><br> Hon. Colleen Kollar-Kotelly |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of W. Gordon Dobie to represent OAO Gazprom and Alexei Miller in the above-referenced matter; it is hereby

ORDERED, that Mr. W. Gordon Dobie be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for Defendants, OAO Gazprom and Alexei Miller, in the above-referenced matter.

ENTERED this _____ day of August, 2006.

_____
Colleen Kollar-Kotelly
United States District Court Judge

DC:480053.1