1 of 1 DOCUMENT

Copyright 2003 Deutsche Presse-Agentur
Deutsche Presse-Agentur

November 3, 2003, Monday
08:50 Central European Time

**SECTION:** Politics

**LENGTH:** 261 words

**HEADLINE:** First Kremlin criticism of Yukos stock seizure

**DATELINE:** Moscow

**BODY:**

The controversial seizure by Russian prosecutors of Yukos oil company stock has drawn its first criticism from the Kremlin, media in Moscow reported Monday.

The decision to freeze 42 per cent of Yukos shares last week was "not thought through", the Kremlin's influential new chief of staff, Dmitry Medvedev, told state television in an interview late Sunday.

Medvedev was appointed last Thursday after his predecessor Alexander Voloshin resigned in protest at the arrest of Yukos CEO Mikhail Khodorkovsky on fraud, embezzlement and tax evasion charges.

Prosecutors went on to seize billions of dollars' worth of shares held by two foreign-registered subsidiaries, sending further shock waves through Russia's jittery stock market.

"This stock belongs to off-shore companies who are demanding compensation. The juridical effectiveness of such a confiscation is not apparent," said Medvedev, a trained lawyer.

"We are proceeding on the assumption that these matters will be exhaustively examined and that a verdict on the guilt of the person in question will only be reached in accordance with Russian law," he added.

Khodorkovsky and other senior officials of Yukos, Russia's second largest oil company, are accused of swindling the state out of more than a billion U.S. dollars.

Critics say the tycoon is being targeted because of his decision to fund opposition parties in next month's parliamentary elections, thereby breaking a tacit agreement with the Kremlin that the business elite will not meddle in politics. dpa sv na bg cu

**LOAD-DATE:** November 3, 2003

FOCUS - 7 of 8 DOCUMENTS

Copyright 2003 British Broadcasting Corporation
BBC Monitoring Former Soviet Union - Political
Supplied by BBC Worldwide Monitoring

November 2, 2003, Sunday

**LENGTH:** 1172 words

**HEADLINE:** Putin's new chief of staff warns official bodies against excessive "zeal"

**SOURCE:** RTR Russia TV, Moscow, in Russian 1700 gmt 2 Nov 03

**BODY:**

The newly-appointed head of Putin's presidential administration, Dmitriy Medvedev, has issued a veiled warning against "administrative zeal" by official bodies. He told an interviewer on Russia TV that when investigations are being conducted into political officials, policemen or businessmen the law-enforcement bodies must be allowed to operate independently, without outside interference. Referring to the government's recent seizure of Yukos shares he said poorly thought-through actions could sow political or economic confusion. Medvedev was also asked about his background and previous career. The following is an excerpt from the interview on Russia TV's "Vesti Nedeli" programme on 2 November.

Presenter Sergey Brilev A reshuffle in Putin's administration was last week's most high-profile political event. Passage omitted Head of the presidential administration Aleksandr Voloshin departed and was replaced by Dmitriy Medvedev. Passage omitted The new head of the presidential administration, 38-year-old Dmitriy Medvedev, has always been keen on building a political career. He graduated from the Leningrad State University law department, like the president. But unlike Putin, Medvedev has never served in the security services. Medvedev met Putin when both worked in the St Petersburg mayor's office. Later Medvedev headed Putin's election headquarters and the for the last four years he worked in such an inconspicuous office as first deputy head of the presidential administration. It is well worth listening to a rare interview with such a low-profile figure.

Brilev Dmitriy Anatolyevich, when and how did you learn about your new appointment?

Medvedev I learnt about this possibility from the president, several days before the decree was signed.

Brilev You mean there was a preliminary talk before you were shown the decree.

Medvedev Yes, there was such a talk.

Brilev You are the youngest of the presidential administration's heads in the last years. I think there were eight of them. You are the eighth. Taking up such a position when you are so young is difficult, I would even ask you whether this burden weighs heavily on you.

Medvedev No, it doesn't. But the burden of responsibility is undoubtedly enormous. It is colossal. On the other hand, I hope to draw on certain experience which I've picked up in my job.

Brilev If one reads attentively everything that was said about you in the press - many papers are writing about you these days, actually this is all they are writing about at the moment - your biography, people's views about you - you come through as a liberal-minded person, a person who is an adherent of market values, a modern person, if you like. I realize that it is difficult for you to talk about yourself, but still. First of all, what has formed your views?

Medvedev Every person's views are formed by several factors: parents, education. I was educated at Leningrad State University, the law department, from which I graduated quite a long time ago. Maybe later years formed a certain set of values. Besides, I believe it is important for our generation that we can compare two epochs: one which is gone - we were brought up and educated in it - and the epoch that has arrived, with all its pros and cons. I think this is quite important in making sense of a situation and making balanced decisions.

Brilev For you personally, which of the epochs made your life easier?

Medvedev The previous one was more fun, this one is more interesting.

Brilev You've just mentioned St Petersburg. Have you got used to the Moscow dialect in your years of work in Moscow? I know for example that St Petersburgers have great difficulties in using the Moscow word for the road kerb. How are you coping?

Medvedev It was not difficult for me to switch. Both words are normal in such a big country as Russia. Dialects exist in every big country.

Brilev Let's talk about political dialects. The presidential administration in Russia is not just an administration, in the sense that it is not just some technical administrative body but a body which works out the country's political course. How do you assess this balance, how do you prepare yourself for this balance? On the other hand, you are already working in the president's administration, but still.

Medvedev The purpose of the presidential administration is to help the president carry out his constitutional duties and help implement the president's political course. Therefore, these two things probably determine the presidential administration's work.

Brilev Last week the papers wrote not only about your appointment and your biography, which we have just discussed, but also whether major Russian companies, major Russian businesses, are complying with laws. What would you say?

Medvedev From the very beginning of his term in office, the president defined the problem of strict compliance with the law by all people, regardless of their post or financial situation, as a top priority task for the development of our legal system. At the same time it is very important that the law, including laws about responsibilities, is applied not selectively but across the board to all Russian citizens.

We see nowadays that the law-enforcement bodies are actively engaged in investigating several cases which are connected with the activities of major federal officials, regional leaders and businessmen. At the same time, investigations are under way into the cases of policemen on suspicion of various crimes. We assume that all these cases will be thoroughly investigated. Whether these people are guilty or not will be decided only by the courts on the basis of our legislation.

I believe that the state must help the law-enforcement bodies and ensure their independence in everyday work, not allowing various forces to intervene in their activities. At the same time, administrative bodies, including the law-enforcement bodies, are a very serious tool. They provoke a powerful reaction in very different areas. At some point, they may show a certain administrative zeal. This is a dangerous thing. Consequences of half-thought-through actions will immediately affect the economy and cause confusion in political life. To take something which happened recently, the question might arise: how legally effective, for instance, was the arrest of Yukos shares? The shares belong to off-shore enterprises and they ensure that damages are paid. The legal effectiveness of such measures is dubious. Probably our colleagues must think through all the economic consequences of their decisions. But all this shows just one thing: we must work seriously so that our legal system becomes strong, consistent and effective.

Brilev Dmitriy Anatolyevich, we are meeting in the heat of a political season. Your appointment has become one of the peaks of this season. May I wish you to scale other peaks equally well.

Medvedev Thank you.

**LOAD-DATE:** November 3, 2003