## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>RUSSIAN FEDERATION, *et al.*,<br><br>          Defendants. | 1:05-cv-02077-CKK<br><br>Hon. Colleen Kollar-Kotelly |

### **ORDER**

THIS MATTER HAVING COME BEFORE ME UPON MOTION OF Defendants OAO Gazprom and Alexei B. Miller to dismiss Plaintiffs' Amended Complaint, and having reviewed the Motion,

IT IS THEREFORE ORDERED THIS _____ day of _____, 2006, that the Plaintiffs' Amended Complaint against OAO Gazprom and Alexei B. Miller is dismissed with prejudice.

_____
Hon. Colleen Kollar-Kotelly
U.S. District Judge