UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.* ) | |
| ) | Civil Action No.: 05-cv-02077 (CKK) |
| Plaintiffs, ) | |
| v. ) | |
| RUSSIAN FEDERATION, *et al.* ) | |
| Defendants. ) | |

# EXHIBIT C

## TO

STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION BY VIKTOR KHRISTENKO, ALEXEI KUDRIN,
DMITRY MEDVEDEV, IGOR SECHIN AND IGOR YUSUFOV TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT

# Коммерсантъ

The Commersant newspaper no. 201/P (no. 2804) of November 3, 2003 (Monday)

## "Voloshin's Resignation Coincided with the End of Yeltsin's Era"
### Alexei Kudrin on the future of the Government



Photo: DMITRI DUKHANIN

**Forecast**

*Alexei Kudrin, the RF Government deputy prime minister, believes that the events of the last week – from the Yukos stock distrainment to the resignation of the head of President's Administration – were predetermined and are no tragedy for the Russian economy. He tried to show this in his interview to the Commersant correspondent PIOTR NIETREBA.*

**– You predicted that the Yukos case would have no negative impact on the stock market. Has your assessment of the market situation changed after the General Prosecutor's Office had ordered distrainment of Yukos stock? Are the claims true that the redistribution of property has begun, and other large companies owned by oligarchs will be affected after Yukos?**

– One must have been a layman to interpret my medium-term prediction that the markets remain stable after the recent events around some Yukos managers as a short-term one. Stock exchange gamblers will still have some fun, of course, but after the final court decision the market will recover and rise. A single litigation case cannot override all positive shifts in the economy and society, everything that has been and is going to be done to develop the market system in our country. The tax reform will be completed, as well as the liberalization of currency exchange arrangements, and elections will provide for the political stability.

The judiciary does its job to enforce law, and the executive branch keeps handling the economy – there is no discrepancy here. Any final decision of the courts which have the exclusive right to interpret laws will drop the curtain, and then credibility will return to the markets, which are going to grow in the medium-term outlook. I emphasize: *any* court decision, whatever the parties in dispute say.

As for the stock distrainment, this is, too, a decision of a court that, thank goodness, was guided by law, rather than economic reasons. In addition, the ruling can be appealed. The supremacy of courts and compliance with law form the basis of a non-gangster economy. Low taxes are also desirable, but this implies that they must be correctly paid by everyone. And people who are not willing to accept this, should live aboard a ship on the high seas, as the famous speculator Kenneth Dart does, who is known to be "wanted" by the most developed and free country in the world.

As an official I am not entitled to take a view on the Yukos story before a court decision. This is also what all members of the government were asked to do by the President. But I have heard him saying myself that this was no redistribution of property and no anti-oligarch campaign, whatever those who base their defense thereupon bawl. And once the economic policy continues, it will be even less reasonable to talk about any correction of the macroeconomic forecast.

But as the Minister of Finance, who has to provide for budget revenues, and a deputy prime minister, who has to minimize taxes, I just cannot grasp the following situation. Assume, for instance, that there's a region A and a company Z. The company dodged taxes to the tune of 53 billion rubles under an investment agreement with the region, and promised to invest just 1.3 billion, and even this in the company's own property. The region's budget amounts to 8 billion rubles, and federal subsidies are 2 billion. These are real figures provided in the report of the National Audit Office. And recently the region's head visits me to ask for a 130 million ruble loan to pay salaries to public employees. He was short of money!

The government passed an enactment abrogating the "investment-based" tax avoidance model, but they still were able to find a legal loophole. We will certainly close this loophole as well, pay the salaries and reduce taxes. But

I just can't help being surprised by how a company that is far from being distressed is searching for such loopholes with the determination of a maniac.

**– One of the recent meetings of the government that addressed administrative reform decided to abolish some functions of the Ministry of Finance. Are you going to demand an appeal of the decision?**

– I support this decision. My only regret is that the information we provided did not give rise to a profound analysis of functions of ministries, and no important changes occur. One can suggest, therefore, that the administrative reform did not start yet. As for the said meeting, it addressed two functions of the Ministry of Finance: we are to take into account the opinion of the professional community. The professional community will send us its drafts and resolutions. Draft standards, draft legislation and draft enactments. And we are to make the most of these, that's all. There is also a number of audit-related issues with regard to setting up a sole regulator and to its participation in drawing up documents and in the personnel certification. Nothing was revised dramatically. I believe we will keep working and make more challenging decisions later.

**– But is it worth carping over the monitoring of government functions at all, or would drafting a new structure of the government and its tasks list "from scratch" be a better option?**

– No, such analysis is a must. All countries went through this. I just think that there is a number of areas where we could move faster and more courageously. But to do this we probably should first be more certain on a concept level about what kind of the administration of economy we finally want. As long as we fail to reconsider the principles the liberalization of our administration should be based on, then starting with particular functions and being unable to see the overall picture, we cannot make courageous decisions. Possibly, we really have to move down from the top of a pyramid at the same time we move upward from its bottom. I believe this will to some extent be the case, when a new government will be appointed after the presidential elections. I think more courageous decisions are being prepared in the expectation of this event. So one can say we anticipated the administrative reform coming much earlier, but it was postponed to March 2004. However, the monitoring of functions, this drudgery, still must be carried out.

**– Who is to assess the performance of the bureaucracy?**

– I wouldn't like to discuss the system right now, because it is just being drawn up currently, but this system has been proven in several countries. I have no doubts that everyone's performance can be assessed.

**– Wasn't Alexander Voloshin's resignation from the office of the head of the President's administration the start of a real administrative reform? What will change in the Government's relationship to the Kremlin after this resignation?**

– With all due respect to Alexander Voloshin, please note that his resignation coincided with the end of Yeltsin's era. It's over, Byzantium is over! Will it be for the better or for the worse? – It will be different, as it always is, when times change. I know that this will be better for the Russian economy.

The oligarchs were put equidistant from the authority, some people felt insulted – they shouldn't have. The economic prospects of the country would be destroyed if the economy would be further based on oligarchs, high oil prices, artificially bloated banks, and phony bankruptcies. They were not put equidistant from the authority, but rather put back to their native business environment, where one can become an exception only through fair competition.

I also don't believe in significant changes in the relationship between the government and the President's administration. The continuity principle is quite pronounced in the new appointments. Igor Shuvalov, who is rather new to the President's administration, is an expert in the functioning of the cabinet, where we worked together for many years. As for the administrative reform, let me remind you that Alexander Voloshin was also a supporter of its more radical option, whereas the current head of the President's administration Dmitri Medvedev was responsible for the reform of the government service. No one will allow us to "burke" anything.