UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD ALLEN, *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 05-cv-02077 (CKK) |
| Plaintiffs, | | |
| v. | | |
| RUSSIAN FEDERATION, *et al.* | | |
| Defendants. | | |

# EXHIBIT D

TO

STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION BY VIKTOR KHRISTENKO, ALEXEI KUDRIN,
DMITRY MEDVEDEV, IGOR SECHIN AND IGOR YUSUFOV TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT


Westlaw.                                                                NewsRoom

11/4/03 MSCWTMS (No Page)                                                        Page 1



11/4/03 Moscow Times (Pg. Unavail. Online)
2003 WLNR 4421533

                                    MOSCOW TIMES
           Copyright © 2004 Financial Times Information Limited. All rights reserved.

                                  November 4, 2003


                          Kudrin Trumpets Demise of Oligarchy


 If there were any doubts that President Vladimir Putin had the government's cashiers under control, Finance Minister Alexei Kudrin emphatically put them to rest on Monday with a clarion call to the nation to back the Kremlin in the new, oligarch-free Russia.

 "Byzantium is over!" Kudrin told Kommersant. "With all due respect to Alexander Voloshin, I want to stress that his departure coincides with the end of the Yeltsin epoch.

 "I've heard personally from (Putin) and clearly understand myself that this is not a redistribution of property and not a campaign against oligarchs," Kudrin said.

 Kudrin, who is also a deputy prime minister, appeared to applaud the legal attack on Yukos that has led to the imprisonment of Mikhail Khodorkovsky and Platon Lebedev and the resignation of Voloshin, Putin's former chief of staff.

 "Will it be better or worse? It will be different, as is always the way when epochs change. I know that for the Russian economy it will be better.

 "If the economy continues to depend on oligarchs, high oil prices, artificially flush banks and false bankruptcies this will have a destructive influence. (The oligarchs) have been returned to a business environment, in which you can only be successful if you play fair."

 In an interview with Kompaniya magazine also published Monday, Kudrin said that the Finance Ministry was considering the re-introduction of a so-called "added income tax" to raise more revenues from the oil sector, at a time when world oil prices are high.

 Economists said Monday that time would tell if a sea change in the Kremlin would be good or bad for the economy, while political analysts said Kudrin had made the remarks to distance himself from those who have challenged the Yukos clampdown.

                    © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

11/4/03 MSCWTMS (No Page)                                          Page 2

Others said that if a new era had dawned, it was not as bright as the one Kudrin was hoping for.

It would, in fact, be downright "bureaucratic."

"We are living in a different country, a new epoch," said Liliya Shevtsova of the Carnegie Moscow Center. "That does not mean we are now living under dictatorship. We are no longer in an oligarchic regime, but in a bureaucratic regime."

Independent political analyst Andrei Piontkovsky said that whatever the new era would be, it was clear its new masters were the siloviki, and by giving the interview Kudrin had showed where his loyalties lay.

Piontkovsky suggested that Kudrin had timed his comments to distance himself from United Energy Systems chief Anatoly Chubais, who is firmly out of favor after his harsh weekend rhetoric against the attack on Yukos.

In an interview on RenTV on Saturday, Chubais said the country was being led in "a dangerous new direction. I am not interested in who is going to be next," he said. "What really interests me is what I should do to make sure that there is no next one."

Piontkovsky said Kudrin's comments indicated he was afraid he might lose his job along with Chubais. "He wants to say, 'I'm not Chubais' man, I'm yours,'" he said.

Chubais is considered the unofficial leader of the so-called St. Petersburg liberals, the group that includes Kudrin and Economic Trade and Development Minister German Gref, and makes up the third Kremlin faction, after the siloviki and the Family.

Kudrin's reassurances appeared to be exactly what financial markets wanted to hear Monday, but contrasted sharply with comments by Prime Minister Mikhail Kasyanov, who on Friday called the arrest of shares in Yukos, a publicly traded company, a "new phenomenon" and said its consequences would be "hard to define."

But Kudrin defended the arrest of Yukos shares, saying the move was "a court decision, which -- thank God -- was governed not by economic expediency, but by the law."

But financial and political analysts found Kudrin's "rule of law" line hard to swallow. "If this were only about imposing the law, then the jails should be overflowing," said Stephen O'Sullivan, co-head of research at UFG. "Certainly there are negative indications that we are heading onto a path that can lead dramatically to a more statist intervention in the economy."

"Business confidence has been shaken for the next six months, almost irrespective of what the Kremlin does now," said Roland Nash, chief strategist at Renaissance Capital, adding that recent events had sent a strong signal to investors that those "in control were are not willing to share influence." While he agreed that the country was moving into a new stage of development, he said it was "not clear if that is going to be positive or negative."

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

11/4/03 MSCWTMS (No Page)                                                    Page 3


 While O'Sullivan saw a suggestion that Putin was reining in  prosecutors after
televised comments on Sunday delivered by his  chief of staff Dmitry Medvedev,
Piontkovsky said this was more  likely a sign that Putin was trying to mollify an
offended Kasyanov.

 "I interpret the interview with Medvedev as a performance by Putin,  who is
afraid of directly contradicting Kasyanov," he said.

 "For the first time in his career, Putin has stepped back. ... There  are a lot
of people in the elite who are unhappy with Putin at the  moment, and all that is
needed is a point of crystallization, a figure around which the disaffected can
unite as a real opposition."

 Yury Korgonyuk of the Indem think tank said it was premature to call  the end of
infighting between Kremlin clans.

 "Byzantium is far from over. This attack on Yukos is like a behind-the-scenes
fight that suddenly bursts out into the open?  That's as Byzantine as it gets."

 "It certainly is true that Voloshin was one of the columns of our modern-day
Byzantium. But his place will be filled quickly."

 Staff Writer Catherine Belton contributed to this report.

 ..TX-..*********************************************

 Copyright 2003 IM Independent Press Ltd.  Source: Financial Times Information
Limited.

                        ---- INDEX REFERENCES ----

COMPANY: YUKOS OIL CO

NEWS SUBJECT:   (Legal (1LE33); Government (1GO80); Major Corporations (1MA93))

INDUSTRY:   (Oil (1OI41); Oil & Gas (1OI76))

REGION:   (Europe (1EU83); Eastern Europe (1EA48); Russia (1RU33))

Language:   EN

OTHER INDEXING:   (FINANCE MINISTRY; IM INDEPENDENT PRESS LTD; INDEM; KREMLIN;
MIKHAIL KHODORKOVSKY; STAFF WRITER CATHERINE BELTON; UFG; UNITED ENERGY SYSTEMS;
YELTSIN; YUKOS)   (Alexander Voloshin; Alexei Kudrin; Anatoly Chubais; Andrei
Piontkovsky; Byzantium; Chubais; Dmitry Medvedev; Economists; Finance; German
Gref; Kasyanov; Kudrin; Kudrin Trumpets Demise; Liliya Shevtsova; Medvedev;
Mikhail Kasyanov; Piontkovsky; Platon Lebedev; Putin; Roland Nash; Stephen
O'Sullivan; Sullivan; Vladimir Putin; Voloshin; Yury Korgonyuk)

Word Count: 1156
11/4/03 MSCWTMS (No Page)


                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

11/4/03 MSCWTMS (No Page)                                                                                          Page 4

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.