UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.* | ) ) ) Civil Action No.: 05-cv-02077 (CKK) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| RUSSIAN FEDERATION, *et al.* | ) ) |
| Defendants. | ) |

# EXHIBIT F

TO

STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION BY VIKTOR KHRISTENKO, ALEXEI KUDRIN,
DMITRY MEDVEDEV, IGOR SECHIN AND IGOR YUSUFOV TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT

The New York Times Archive

| NYTimes | Go to a Section ▾ | Go |

Welcome, eorourke4 - Member Center - Log out

SEARCH
[    ] NYT Since 1981 ▾ [Search]    ▸ TimesSelect FREE 14-DAY TRIAL!

Tip for TimesSelect subscribers: Want to easily save this page? Use Times File by simply clicking on the Save Article icon in the Article Tools box below.

BUSINESS/FINANCIAL DESK

# Russia Seems Open to Deal With Yukos On Tax Bill

By ERIN E. ARVEDLUND (NYT) 807 words
Published: June 22, 2004

MOSCOW, June 21 - Russia's tax ministry and the Yukos Oil Company may try to negotiate a settlement of a $3.4 billion tax claim, a top Kremlin official said on Monday, while expressing confidence that Yukos had the ability to pay the bill.

"As far as I know, Yukos has offered to cooperate with the tax ministry on settling the claims that have been made," the finance minister, Aleksei L. Kudrin, told news agencies on Monday. "Cooperation on the possible settlement of the claims is under way. I think Yukos has enough funds to pay its liabilities."

Mr. Kudrin's comments came as the Moscow Arbitration Court adjourned until Tuesday after hearing arguments on the tax case.

His comments were the first official acknowledgement that the government was willing to negotiate with Yukos.

Under pressure from all sides, Yukos, one of Russia's largest crude oil producers, sent the government proposals to settle its tax bill last week. Days later, President Vladimir V. Putin said he opposed forcing Yukos into insolvency.

The tax charge against Yukos is seen as part of a wider Kremlin-backed campaign to diminish the influence of the company's founder, Mikhail B. Khodorkovsky, a 40-year-old billionaire and Russia's wealthiest man. Mr. Khodorkovsky was arrested in October on tax evasion and fraud charges. He has been in prison since then, and a separate criminal trial resumes on Wednesday.

Mr. Kudrin's comments seemed to confirm that the Russian government does not intend to bankrupt Yukos -- a possibility if the company were immediately forced to pay the tax ministry's claim of $3.4 billion in back taxes and penalties.

But any settlement talks could be long and protracted. For example, Mr. Kudrin said Yukos might have to sell some assets to pay its bill. But because of a civil suit, Yukos is barred from selling anything but crude oil.

Still, Mr. Kudrin is the first top official to echo Mr. Putin's remarks that Yukos not be forced into insolvency. After weeks of pressure from the tax authorities and prosecutors, Yukos's share price fell to a two-year low last week; it rebounded more than 30 percent on Friday, the day after the president's remarks.

Talks between Yukos and the government would be a promising development, Bruce Misamore, the chief financial officer of Yukos, said in an interview on Monday. He insisted, however, that the claim could not be met all at once. "We don't have $3.4 billion sitting around right now to pay the bill," he said.

Asked if bankruptcy was still a possibility, Mr. Misamore replied: "We hope we never get there. Mr. Kudrin indicated that we're already in talks, although no talks have actually occurred yet."

Boris Jordan, an American investor based in Moscow, has, meanwhile, said he will meet with Yukos's chief executive, Simon G. Kukes, this week to discuss the concerns of minority investors, including questions about financial statements and whether the company is using its cash to pay debts to Group Menatep, Mr. Khodorkovsky's investment company.

Mr. Jordan said that he represented Western and European mutual funds, and as well as his Sputnik fund, which owns shares of Yukos.

"Why is Yukos paying Group Menatep back, while a company called Yukos Moldova is giving the company another loan of $1.25 billion? Management can't answer what's happening with this," Mr. Jordan said in a telephone interview on Monday. He added that Yukos Moldova appears to be controlled by the same investors as Group Menatep.

"We want to find out why the cash flow is lower than expected, given current high oil prices," Mr. Jordan said. "It could be more taxes, it could be investments. The point is, we can't get an answer."

The company's future remains uncertain. Mr. Putin indicated last week that he did not want Yukos out of business, but gave no indications on the company's direction. "We still don't know what the Kremlin's aim is," said Alexander Kazbegi, Renaissance Capital's managing director of research.

Mr. Jordan said that a minority shareholder representative should be elected to the Yukos board, and "a change of the company's management should also be discussed."

Mr. Misamore said that Yukos remained concerned that it was being singled out. "I'd expect if there's a tax case against Yukos," he said, "there should be ones against other oil companies."

Photo: The finance minister, Aleksei L. Kudrin, said talks were possible. (Photo by Bloomberg News)

Copyright 2006  The New York Times Company | Privacy Policy | Home | Search | Corrections | Help | Back to Top