**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD ALLEN, *et al.* | ) ) ) | Civil Action No.: 05-cv-02077 (CKK) |
|  | ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| RUSSIAN FEDERATION, *et al.* | ) ) |  |
| Defendants. | ) ) |  |

# EXHIBIT G

## TO

**STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION BY VIKTOR KHRISTENKO, ALEXEI KUDRIN,
DMITRY MEDVEDEV, IGOR SECHIN AND IGOR YUSUFOV TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Westlaw.                                                           NewsRoom

9/13/04 FTI 7                                                           Page 1

9/13/04 Fin. Times 7
2004 WLNR 9787108

Financial Times UK
Copyright 2004 Financial Times Ltd.

September 13, 2004

Section: EUROPE

EUROPE: Finance minister pledges Yukos transparency
By CHRYSTIA FREELAND and ANDREW JACK

MOSCOW Russia's finance minister has pledged that asset sales being pushed through
by the authorities to pay off tax debts from Yukos, the embattled oil group,
should take place transparently and in accordance with market principles.

In an interview with the Financial Times, Alexei Kudrin said the company should
pay off its taxes, but dismissed as a "myth" the suggestion that Yukos, one of the
country's most profitable businesses, would be pushed into bankruptcy, in a
process its executives say is the result of a political vendetta.

"The state will do everything possible to ensure a deal takes place in accordance
with the law and in an absolutely transparent and market-oriented way," he said,
implicitly confirming that asset sales through auction were likely to be part of a
resolution to the company's stand-off with the authorities.

His comments came after the Ministry of Natural Resources last Friday said it was
considering swiftly removing Yukos' operating licences at Yuganskneftegaz, its key
oil production subsidiary in western Siberia, for non-payment of tax. Yukos said
it was unable to pay this debt because of court orders freezing its bank accounts,
despite its substantial earnings from oil sales.

Mr Kudrin conceded that the authorities needed to be more open in their
decision-making, which was not part of their traditional culture.

He acknowledged that concern by investors over the handling of the Yukos crisis
had contributed to capital flight from Russia in recent months. However, he argued
that it was only a minor factor and he believed that large investors would be
reassured so long as the Yukos process was handled transparently.

Mr Kudrin claimed the main explanation was instead the changes in international
interest rates and exchange rate policy, which had triggered first capital inflows
and then recent strong outflows from Russia.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/13/04 FTI 7                                                          Page 2

Mr Kudrin was one of the first Russian government officials to talk in the wake of the Beslan hostage crisis. It has led to speculation of a possible reshuffle by President Vladimir Putin, notably in the security and law enforcement sectors, as soon as this week.

The minister would not comment on details, stressing only that it was likely to lead to important changes designed to clamp down on corruption and improve regional stability and safety. "For Russia, (Beslan) was like 9/11," he said.

He stressed that there were likely to be substantial additional funds allocated for the reconstruction of Chechnya, and he conceded that the terror attacks could influence the level of foreign investment in the country.

Mr Kudrin said that Russia was close to agreement on conditions for its accession to the World Trade Organisation.

He believed support even from the US was "likely" by the end of this year. "Our positions are getting close," he said.

Full currency liberalisation was likely by 2006.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Major Corporations (1MA93); Economic Policy & Policymakers (1EC69); Economics & Trade (1EC26))

INDUSTRY:  (Oil (1OI41); Oil & Gas (1OI76))

REGION:  (Europe (1EU83); Eastern Europe (1EA48); Russia (1RU33))

Language:  EN

OTHER INDEXING:  (Kudrin, Alexei)  (BESLAN; MINISTRY OF NATURAL RESOURCES)  (Full; Kudrin; Vladimir Putin)  (Russia; Commonwealth of Independent States; Former USSR)

KEYWORDS:  (Government News);  (Law & Legal Issues);  (People);  (Taxation)

PRODUCT: Crude Petroleum & Natural Gas; unknown; unknown; unknown

SIC: 1311; 9311

NAICS CODE: 21111; 92113

EDITION: London Ed1

Word Count: 566
9/13/04 FTI 7


END OF DOCUMENT


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.