UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD ALLEN, *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 05-cv-02077 (CKK) |
| Plaintiffs, | | |
| v. | | |
| RUSSIAN FEDERATION, *et al.* | | |
| Defendants. | | |

# EXHIBIT H

TO

STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION BY VIKTOR KHRISTENKO, ALEXEI KUDRIN,
DMITRY MEDVEDEV, IGOR SECHIN AND IGOR YUSUFOV TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT

# TOP NEWS

## GAZPROM-ROSNEFT MERGER ON SCHEDULE – MEDVEDYEV

MOSCOW. Dec 30 (Interfax) - A merger between Gazprom and Rosneft will take place on schedule, in January next year, Gazprom Chairman of the Board Dmitry Medvedyev told Interfax.

He said that the assets contributed to Gazprom will not include Yuganskneftegaz, which has been acquired by Rosneft.

Rosneft and Gazprom are not commenting on the information for the time being.

The Russian Property Agency has no information on any alteration to the previously announced schedule and format of the merger.

Rosneft has bought Baikal Finance Group, which bought 76.79% of Yukos's core subsidiary Yuganskneftegaz at a December 19 auction despite an injunction on transactions with Yukos assets imposed by a court in Houston, Texas.

Gazprom's oil subsidiary Gazpromneft turned up for the auction but did not bid. However, the fact that it registered to bid made the auction valid.

In order to immunize itself against any possible legal risks, Gazprom sold Gazpromneft to a non-affiliated company before the auction took place.

Then, also with a view to mitigating any legal risk, Gazprombank bought stakes in two offshore hydrocarbons projects with Rosneft.

Morgan Stanley earlier valued the Rosneft Group's assets at $7 billion-$8.5 billion and Dresdner Kleinwort Wasserstein (DrKW) valued them at $6 billion. The sale of the stakes in the offshore projects in the Barents and Pechora seas was valued at $1.7 billion - as much as the deposit paid to bid at the Yuganskneftegaz auction.

The transaction to increase the state's direct interest in Gazprom to controlling in exchange for Gazprom's takeover of Rosneft is the first step towards the liberalization of Gazprom's share market.

## YUGANSKNEFTEGAZ ASSETS TO BE TRANSFERRED TO STATE COMPANY – KHRISTENKO

MOSCOW. Dec 30 (Interfax) - The assets of Yuganskneftegaz, the core production unit of Yukos sold at a December 19 auction, will be transferred to a separate, wholly state-owned company, the Russian Industry and Energy Ministry's Public Relations Center said in a statement, quoting Viktor Khristenko, the ministry's head.

Khristenko was quoted as saying that up to 20% of the new company may be offered to China National Petroleum Corporation (CNPC).

Agreements signed with CNPC allow Russia and CNPC to buy each other's assets, the Center said. They allow Russia, for example, to buy CNPC assets in third countries and in China itself. The agreements reflect strategic understandings reached by Russia and China on expanding energy cooperation.

The consolidation of Gazprom and Rosneft assets is going to plan and will be completed in January, in accordance with approved decisions, Khristenko said. "Yuganskneftegaz will not be among the assets to be consolidated, primarily because the state as Gazprom's main shareholder does not intend to increase its direct participation beyond a controlling interest," the statement reads.

The state-owned Rosneft has acquired Baikal Finance Group, which bought 76.79% of Yuganskneftegaz at the auction.

The transaction to increase the state's direct interest in Gazprom to controlling in exchange for Gazprom's takeover of Rosneft is the first step towards the liberalization of Gazprom's share market.

# INDUSTRY NEWS

## GEORGIA COULD TRIPLE OIL PRODUCTION IN 2005

TBILISI. Dec 30 (Interfax) - Georgia plans to triple oil production to 150,000-300,000 tonnes in 2005, against 100,000 tonnes in 2004, Guram Varshalomidze, general director of the state-run oil company AO Gruzneft, told the press on Thursday.

The forecast is based on the readiness of foreign oil companies that work in Georgia to significantly increase investments in exploring and producing hydrocarbons in the country, Varshalomidze said.

Canargo Energy, one of the founders of the Georgian-British company GBOC, plans to invest $57 million in drilling 15 horizontal wells at the Ninotsmind field in 2005. According to the business plan of U.S. oil company Frontera, it plans to invest $37 million in drilling new wells at the Taraban field in 2005.

Experts predict that new fields around Tbilisi, with reserves similar to the Samgori-Patardzeul field, will be opened in the next two or three years, Varshalomidze said. "Some 2 million-2.5 million tonnes of oil could be produced there annually over the next several years, according to preliminary data," he said.