**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD ALLEN, *et al.* | ) | |
| | ) | |
| | ) | Civil Action No.: 05-cv-02077 (CKK) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSIAN FEDERATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT K

**TO**

**STATEMENT OF POINTS AND AUTHORITIES**
**IN SUPPORT OF THE MOTION BY VIKTOR KHRISTENKO, ALEXEI KUDRIN,**
**DMITRY MEDVEDEV, IGOR SECHIN AND IGOR YUSUFOV TO DISMISS**
**PLAINTIFFS' AMENDED COMPLAINT**

**Text of bill (for the first reading)**

Introduced by the Government of the Russian Federation

Draft

### RUSSIAN FEDERATION
### FEDERAL LAW

### On the Jurisdictional Immunity of a Foreign
### State and its Property

This Federal Law establishes the parameters of jurisdictional immunity of foreign
states in the Russian Federation.

Article 1. **Basic Concepts**

For the purposes of this Federal Law, the following basic concepts are used:
1) legal immunity - immunity of arraignment of a state into proceedings of a court in
another state;
2) immunity from the adoption of security measures - immunity from the attachment of
property belonging to the foreign state, and from the adoption of other security measures
in another state in relation to said foreign state;
3) immunity from the execution of a judicial decision - immunity from lawsuit against
property belonging to a foreign state, and from adoption of other measures by way of
compulsory execution of a decision or arbitration (court of arbitration) in another state in
relation to said foreign state;
4) jurisdictional immunity - legal immunity, immunity from adoption of security
measures and immunity from execution of judicial decisions;
5) foreign state - state or public authority or constituent parts of a state, inasmuch as they
are authorized to undertake activities for the execution of sovereign power of the state
and act in this capacity, or institutions of the state and other forms inasmuch as they are
authorized to undertake activities for the execution of sovereign power of the state and
practically perform actions for the execution of sovereign power of the state, or
representatives of the state, acting in this capacity;
6) Russian court - court of general jurisdiction, court of arbitration, or other court,
executing justice in the Russian Federation.

Article 2. **Immunity of the foreign state**

The foreign state enjoys jurisdictional immunity in the Russian Federation from
attachments established by this Federal Law.

Article 3. **Legal immunity**

In correspondence with the provisions of this Federal Law, the foreign state does not enjoy legal immunity in the Russian Federation if the state has agreed to relinquish legal immunity, as well as if the state has conducted activity other than the execution of the sovereign power of the state, including in those cases indicated in Articles 9-15 of this Federal Law.

## Article 4. **Agreement of the foreign state to the jurisdiction of a Russian court**

1. It is recognized that the foreign state agrees to relinquish legal immunity if the state directly expressed its agreement to the execution of jurisdiction of a Russian court in relation to the corresponding issue or case, in particular:
1) in an international agreement;
2) in a letter of agreement that is not an international agreement;
3) by declaration in a Russian court or written notice in the context of a specific trial.
2. Agreement of the foreign state to relinquish legal immunity is not interpreted as its agreement to relinquish immunity from adoption of security measures and immunity from execution of judicial decisions.
3. Agreement of the foreign state to the application of Russian law is not interpreted as an agreement to relinquish legal immunity.

## Article 5. **Participation of the foreign state in judicial trial**

1. It is recognized that the foreign state agrees to relinquish legal immunity if the state is a party to a trial, brought by its own initiative in a Russian court, or entered into a trial of which the substance of the case is in a Russian court, or engaged in some other activity according to the substance of the case. However, if the state proves in court that it could not have been aware of the facts providing the basis for declaring immunity before it engaged in said activity, it can claim immunity on the basis of these facts without delay after these facts became known to the state.
2. The foreign state is not interpreted as having relinquished legal immunity if it enters into a trial in a Russian court or engages in some other activity with the purpose of claiming immunity or to bring evidence of its material right, which is the subject of the trial.
3. An appearance of a representative of the foreign state in a Russian court for testifying is not interpreted as an agreement of the state to relinquish legal immunity.
4. If the foreign state does not participate in the trial in a Russian court, this circumstance in itself cannot be interpreted as an agreement to relinquish legal immunity.

## Article 6. **Relinquishing immunity in relation to a counter-suit**

1. The foreign state bringing a lawsuit in a Russian court is recognized as agreeing to relinquish legal immunity in relation to any counter-suit based on these same legal relations or facts as well as the original lawsuit of said state.
2. The foreign state bringing a counter-suit in a Russian court is recognized as agreeing to relinquish legal immunity in relation to the original lawsuit.

Article 7. **Relinquishing immunity in relation to arbitration**

If the foreign state expressed its agreement in written form to consideration of disputes to which it is party in arbitration (arbitration court), which emerged or could emerge in the future, it is recognized that, in conformity with these disputes, it has voluntarily agreed to relinquish legal immunity according to issues related to the execution of the function of a Russian court in relation to arbitration.

Article 8. **Retraction of agreement to relinquish immunity**

1. An agreement of the foreign state to relinquish legal immunity, immunity from the adoption of security measures, and immunity from execution of judicial decisions cannot be retracted, with the exception of cases in which permission of the retraction of its agreement is directly provided for by an agreement with the other participating party to the dispute.
2. An agreement of the foreign state to relinquish legal immunity applies to all stages of the judicial trial.

Article 9. **Non-application of immunity according to disputes connected with commercial activities**

1. The foreign state does not enjoy legal immunity in the Russian Federation according to disputes arising under the realization of commercial activities by said state.
2. The foreign state does not enjoy legal immunity according to disputes arising from civil-legal transactions outside of commercial activity, which this state performed or with which it is connected in another way, except under the execution of the sovereign power of the state.
3. For the resolution of the question about what constitutes a transaction performed by a foreign state or with which it is connected, activities connected with the execution of its sovereign power, a Russian court takes into account the character and purpose of such a transaction.

Article 10. **Non-application of immunity according to disputes connected with the participation in organizations**

The foreign state does not enjoy legal immunity in the Russian Federation according to disputes connected with its participation in economic partnerships and companies, as well as other commercial and non-commercial organizations or institutions having a principal place of activity on the territory of the Russian Federation.

Article 11. **Non-application of immunity according to disputes connected with property rights**

The foreign state does not enjoy legal immunity according to disputes connected with:
1) its rights to real estate located on the territory of the Russian Federation, as well as its obligations connected with this property;

3

2) its rights to property which arise from grounds not connected with the execution of the sovereign power of the state.

Article 12. **Non-application of immunity according to disputes about indemnification**

The foreign state does not enjoy legal immunity in the Russian Federation according to disputes about indemnification for damages by said state, incurred to life or health, and damages incurred to property, if the demand arose from the infliction of damages to property by activity or other circumstances taking place completely or partially on the territory of the Russian Federation.

Article 13. **Non-application of immunity according to disputes connected with intellectual property**

1. The foreign state does not enjoy immunity in the Russian Federation according to disputes connected with the establishment and realization of its rights to the results of intellectual activities (creation of literature, science and art, inventions, etc.) and equivalent assets of identification of the legal entity and identification of the products, execution of work, or services (firm-names, trademarks, service designations, etc.).
2. The foreign state does not enjoy legal immunity in the Russian Federation according to disputes connected with the alleged violation by said state of the rights of other entities to the results of intellectual activities and equivalent assets of identification of products, execution of work, or services.

Article 14. **Non-application of immunity according to labor disputes**

1. The foreign state does not enjoy legal immunity in the Russian Federation according to disputes arising from labor contracts between said state and workers, in relation to work which was, or should have been, executed completely or partially on the territory of the Russian Federation.
2. The rule of part 1 of this Article does not apply in the following cases:
1) the employee is a citizen of a state employing him at the moment of the institution of a trial, with the exception of when the employee has a permanent residence in the Russian Federation;
2) the employee was hired for the execution of duties for the execution of the sovereign power of the state;
3) the subject of the dispute is the conclusion or renewal of a labor contract.

Article 15. **Immunity from disputes connected with the exploitation of sea vessels and inland-navigation vessels**

1. The foreign state owning the sea vessel or inland navigation vessel or exploiting such a vessel does not enjoy legal immunity in the Russian Federation according to disputes connected with the exploitation of said vessel or the transport of cargo by said vessel, if at the moment of the emergence of the fact providing the basis for a lawsuit, the vessel was used for other purposes than state commercial purposes;

4

2. The rule of part 1 of this Article does not apply in relation to:
1) warships and auxiliary warships, as well as cargo transported on such ships and vessels;
2) cargo belonging to the state and used or designated for use exclusively for state non-commercial purposes, independent of the vessel upon which this cargo is transported.
3. For the purposes of application of this Article for disputes connected with the exploitation of a vessel, it is understood, in particular, disputes in relation to:
1) collision of vessels, damage to port or hydro-technical equipment or other navigation accident;
2) provision of assistance, rescue work and general accidents;
3) delivery, repair and other work, provision of services, connected to the vessel;
4) consequences of water pollution;
5) retrieval of sunken property.

## Article 16. **Immunities from the adoption of security measures and from the execution of judicial decisions**

The foreign state enjoys immunity from the adoption of security measures and immunity from the execution of judicial decisions, with the exception of the following cases:
1) the foreign state directly expresses agreement to relinquish types of jurisdictional immunity indicated in this Article by one of the methods provided for in part 1 of Article 4 of this Federal Law;
2) the foreign state reserved or by other means designated the property for the satisfaction of demands being the subject of the court trial;
3) property of the foreign state located on the territory of the Russian Federation is used and/or intended for use by the foreign state for purposes other than the execution of the sovereign power of the state.

## Article 17. **Property used for the purpose of executing sovereign power**

The following property of the foreign state is not interpreted as property, used and/or intended for use by the foreign state for purposes other than the execution of sovereign power of the state (point 3 Article 16 of this Federal law):
1) property (including monetary funds held in a bank account), used or intended for use for the realization of the function of diplomatic representatives of the foreign state or its consulate institutions special missions, representatives with international organizations, delegations of the foreign state in agencies of international operations recognized by the Russian Federation;
3) cultural valuables or archives, not presented for sale or not intended for sale;
4) property that is a part of a display of an exposition, representing scientific, cultural, or historical interest, and not presented for sale or intended for sale.

## Article 18. **Legal proceedings according to cases with the participation of the foreign state**

5

Cases with the participation of the foreign state are examined by Russian courts according to the rules of legal proceedings of the Russian Federation, including the rules of jurisdiction operative in relation to legal entities, in particular of foreign legal entities, if otherwise not provided for in this Federal Law or other federal laws.

Article 19. **Order of resolution of questions of legal immunity of the foreign state**

The question of whether the foreign state enjoys or does not enjoy immunity is decided by a Russian court in a courtroom with subpoenas of the parties.

Article 20. **Decision of the court of questions of the adoption of security measures and of the execution of judicial decisions according to disputes with the participation of the foreign state**

1. A Russian court decides questions about the adoption of security measures and of the execution of decisions rendered against the foreign state depending on the presence or absence of corresponding immunity of the foreign state from the adoption of security measures and immunity from execution of judicial decisions.
2. In cases when the failure to adopt urgent measures can complicate or make impossible the execution of a judicial decision, in particular, in connection with the high likelihood of destruction, damage, or displacement of the property, or other disposition of the property, with the purpose of not permitting the execution of the judicial decision, a Russian court without adequate basis to determine that the foreign state enjoys a corresponding immunity has the right, with the request of the party, to adopt a decision about security measures or ensuring execution. The adoption of such a decision does not deprive the foreign state of the right to contest the decision with a claim to the availability of a corresponding immunity.
3. The execution of judicial decisions rendered against the foreign state is realized on the basis of the laws of the Russian Federation on the execution docket, including rules operative in relation to legal entities, if otherwise not provided for by federal law.

Article 21. **Application of principle of reciprocity**

1. With the examination of a lawsuit brought against a foreign state in a Russian court, the court applies principles of reciprocity according to motion by the plaintiff or other entity participating in the case.
2. According to disputes connected with commercial activities, as well as according to disputes arising from civil-legal transactions outside of commercial activities, establishment of the degree of jurisdictional immunity extended to the Russian Federation in the corresponding foreign state can be conferred to the entity making a motion for the application of the principal of reciprocity.
3. If it is proven that, in relation to an issue that arose about jurisdictional immunity, that the Russian Federation is extended jurisdictional immunity in the foreign state in a more restricted sense than that which is extended to the foreign state in this Federal Law, then the Russian court, on the basis of reciprocity, has the right to proceed from this degree of

jurisdictional immunity for the resolution of the indicated question, which the Russian Federation enjoys in the corresponding foreign state.

Article 22. **Cooperation of the court according to questions of the application of this Federal Law**

The federal executive agency managing questions of foreign relations, by request of a Russian court or by its own initiative, provides resolutions to questions connected with the application of this Federal Law in relation to the foreign state, in particular, whether a party in relation to which a question of jurisdictional immunity arises is a foreign state, whether the activity was the execution of the sovereign power of state, and to what degree jurisdictional immunity is extended to the Russian Federation in a foreign state. A Russian court can, in accordance with established procedure, turn to other organs and organizations in the Russian Federation and overseas, or call upon experts for cooperation to address questions that are the subject of the regulation of this Federal Law. The received conclusions and explanations are to be evaluated by a Russian court taking into account the aggregate evidence of the case.

Article 23. **The direction and service of procedural documents on the foreign state**

1. The direction of a summons to a foreign state concerning the initiation of a suit against it in a Russian court and other legal documents is executed through diplomatic channels. The date of the service of these documents is the date of their receipt by the executive agency managing foreign relations of the corresponding state.
2. The commission of Russian courts of the service of documents on a foreign state and of the fulfillment of other procedural activities in connection with the initiation of a suit against it in a Russian court is processed in the order established by the normative legal acts of the Russian Federation and international agreements of the Russian Federation, regulating the provision of legal assistance.

Article 24. **Default judgment**

A decision against the foreign state not participating in the proceedings of a Russian court can be rendered if the court establishes that:
1) the requirements of parts 1 and 2 of Article 23 of this Federal Law were observed;
2) more than six months have passed from the date of direction of service of documents concerning the initiation of a suit on the foreign state;
3) in correspondence with the provisions of this Federal Law, the state does not enjoy legal immunity.

Article 25. **International agreements of the Russian Federation**

If rules are established by an international agreement of the Russian Federation other than those that are provided for in this Federal Law, the rules of the international agreement are applied.

Article 26. **Order of the entering into force of this Federal Law**

1. This Federal Law enters into force on January 1, 2005.
2. Cases received into Russian courts and not examined by the date of the entering into force of this Federal Law are subject to examination in correspondence with this Federal Law.

President
Russian Federation

Document assigned 01/12/2005 at 9:24 AM, Moscow time
Automatic system of maintaining legislative activities

**Текст законопроекта (к 1 чтению)**

Вносится Правительством Российской Федерации

Проект

# РОССИЙСКАЯ ФЕДЕРАЦИЯ
# ФЕДЕРАЛЬНЫЙ ЗАКОН

## О юрисдикционном иммунитете иностранного государства и его собственности

Настоящий Федеральный закон устанавливает пределы юрисдикционного иммунитета иностранных государств в Российской Федерации.

## Статья 1. **Основные понятия**

Для целей настоящего Федерального закона используются следующие основные понятия:

1) судебный иммунитет - иммунитет от привлечения государства к участию в производстве в суде другого государства;

2) иммунитет от принятия обеспечительных мер - иммунитет от наложения ареста на имущество, являющееся собственностью иностранного государства, и от принятия в отношении этого государства в другом государстве иных обеспечительных мер;

3) иммунитет от исполнения судебного решения - иммунитет от обращения взыскания на имущество, являющееся собственностью иностранного государства, и от принятия в отношении этого государства в другом государстве иных мер в порядке принудительного исполнения решения суда или арбитража (третейского суда);

4) юрисдикционный иммунитет - судебный иммунитет,

1

иммунитет от принятия обеспечительных мер и иммунитет от исполнения судебного решения;

5) иностранное государство - государство и органы государственной власти, или составные части государства в той мере, в которой они правомочны предпринимать действия по осуществлению суверенной власти государства и действуют в этом качестве, или учреждения государства и другие образования в той мере, в которой они правомочны предпринимать действия по осуществлению суверенной власти государства и фактически совершают действия по осуществлению суверенной власти государства, или представители государства, действующие в этом качестве;

6) российский суд - суд общей юрисдикции, арбитражный суд или иной суд, осуществляющий правосудие в Российской Федерации.

## Статья 2. **Иммунитет иностранного государства**

Иностранное государство пользуется в Российской Федерации юрисдикционным иммунитетом за изъятиями, установленными настоящим федеральным законом.

## Статья 3. **Судебный иммунитет**

В соответствии с положениями настоящего Федерального закона иностранное государство не пользуется в Российской Федерации судебным иммунитетом, если оно согласилось на отказ от судебного иммунитета, а также если оно осуществило деятельность, иную чем осуществление суверенной власти государства, в том числе в случаях, указанных в статьях 9 - 15 настоящего Федерального закона.

### Статья 4. **Согласие иностранного государства на юрисдикцию российского суда**

2

1. Признается, что иностранное государство согласилось на отказ от судебного иммунитета, если оно прямо выразило согласие на осуществление юрисдикции российским судом в отношении соответствующего вопроса или дела, в частности:
1) в международном договоре;
2) в письменном соглашении, не являющемся международным договором;
3) путем заявления в российском суде или письменного уведомления в рамках конкретного разбирательства.
2. Согласие иностранного государства на отказ от судебного иммунитета не рассматривается как его согласие на отказ от иммунитета от принятия обеспечительных мер и иммунитета от исполнения судебного решения.
3. Согласие иностранного государства на применение российского права не рассматривается как согласие на отказ от судебного иммунитета.

Статья 5. **Участие иностранного государства в судебном разбирательстве**

1. Признается, что иностранное государство согласилось на отказ от судебного иммунитета, если это государство явилось стороной разбирательства, возбужденного по его инициативе в российском суде, или вступило в разбирательство существа дела в российском суде, или предприняло какое-либо иное действие по существу дела. Однако если государство докажет в суде, что до того, как оно предприняло такие действия, ему не могли быть известны факты, дающие основание заявить об иммунитете, оно может ссылаться на иммунитет на основании этих фактов незамедлительно после того, как они стали ему известны.
2. Иностранное государство не рассматривается как отказавшееся от судебного иммунитета, если оно вступает в разбирательство в российском суде или предпринимает какое-

3

либо другое действие с целью сослаться на иммунитет или привести доказательства своего права в отношении имущества, которое является предметом разбирательства.

3. Явка представителя иностранного государства в российский суд для дачи свидетельских показаний не рассматривается как согласие этого государства на отказ от судебного иммунитета.

4. Если иностранное государство не участвует в разбирательстве в российском суде, это обстоятельство само по себе не может быть истолковано как его согласие на отказ от судебного иммунитета.

Статья 6. **Отказ от иммунитета в отношении встречного иска**

1. Иностранное государство, предъявившее иск в российский суд, признается согласившимся на отказ от судебного иммунитета в отношении любого встречного иска, основанного на тех же правоотношениях или фактах, что и первоначальный иск этого государства.

2. Иностранное государство, предъявившее встречный иск в российский суд, признается согласившимся на отказ от судебного иммунитета в отношении первоначального иска.

Статья 7. **Отказ от иммунитета в отношении третейского разбирательства**

Если иностранное государство выразило в письменной форме согласие на рассмотрение в арбитраже (третейском суде) споров с его участием, которые возникли или могут возникнуть в будущем, признается, что применительно к этим спорам оно добровольно согласилось на отказ от судебного иммунитета по вопросам, касающимся осуществления российским судом функций в отношении арбитража.

4

**Статья 8. Отзыв согласия на отказ от иммунитета**

1. Согласие иностранного государства на отказ от судебного иммунитета, иммунитета от принятия обеспечительных мер и иммунитета от исполнения судебного решения не может быть отозвано, за исключением случаев, когда допустимость отзыва такого согласия прямо предусмотрена соглашением с другой участвующей в споре стороной.

2. Согласие иностранного государства на отказ от судебного иммунитета распространяется на все стадии судебного разбирательства.

**Статья 9. Неприменение иммунитета по спорам, связанным с предпринимательской деятельностью**

1. Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, возникшим при осуществлении этим государством предпринимательской деятельности.

2. Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, возникшим из гражданско-правовых сделок вне предпринимательской деятельности, которые это государство совершило или с которыми оно связано иным образом, чем при осуществлении суверенной власти государства.

3. При решении вопроса о том, является ли сделка, совершенная иностранным государством или с которой оно связано, деятельностью, связанной с осуществлением его суверенной власти, российский суд принимает во внимание характер и цель такой сделки.

**Статья 10. Неприменение иммунитета по спорам, связанным с участием в организациях**

5

Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, касающимся его участия в хозяйственных товариществах и обществах, а также иных коммерческих и некоммерческих организациях, учрежденных или имеющих основное место деятельности на территории Российской Федерации.

### Статья 11. **Непримение иммунитета по спорам, касающимся прав на имущество**

Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, касающимся:
1) его прав на недвижимое имущество, которое находится на территории Российской Федерации, а также его обязательств, связанных с таким имуществом;
2) его прав на имущество, которые возникают по основаниям, не связанным с осуществлением этим государством суверенной власти.

### Статья 12. **Непримение иммунитета по спорам о возмещении вреда**

Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам о возмещении этим государством вреда, причиненного жизни или здоровью, и вреда, причиненного имуществу, если требование возникло из причинения вреда имуществу действием или иным обстоятельством, имевшим место полностью или частично на территории Российской Федерации.

### Статья 13. **Непримение иммунитета по спорам, касающимся интеллектуальной собственности**

1. Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, касающимся установления и осуществления его прав на результаты

6

интеллектуальной деятельности (произведения литературы, науки и искусства, изобретения и т.п.) и приравненные к ним средства индивидуализации юридического лица и индивидуализации продукции, выполняемых работ или услуг (фирменные наименования, товарные знаки, знаки обслуживания и т.п.).

2. Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, касающимся предполагаемого нарушения этим государством прав других лиц на результаты интеллектуальной деятельности и приравненные к ним средства индивидуализации юридического лица и индивидуализации продукции, выполняемых работ или услуг.

## Статья 14. **Неприменение иммунитета по трудовым спорам**

1. Иностранное государство не пользуется в Российской Федерации судебным иммунитетом по спорам, возникшим из трудового договора между этим государством и работником, относительно работы, которая была или должна быть выполнена полностью или частично на территории Российской Федерации.

2. Правило части 1 настоящей статьи не применяется в случаях, когда:

1) работник является гражданином государства, принявшего его на работу, в момент возбуждения разбирательства, за исключением случая, когда работник имеет постоянное место жительства в Российской Федерации;

2) работник был нанят для выполнения обязанностей по осуществлению суверенной власти государства;

3) предметом спора является заключение или возобновление трудового договора.

7

### Статья 15. **Иммунитет по спорам, связанным с эксплуатацией морских судов и судов внутреннего плавания**

1. Иностранное государство, являющееся собственником морского судна или судна внутреннего плавания либо эксплуатирующее такое судно, не пользуется в Российской Федерации судебным иммунитетом по спорам, касающимся эксплуатации этого судна или перевозки груза этим судном, если в момент возникновения факта, послужившего основанием иска, судно использовалось в иных целях, нежели государственные некоммерческие цели.

2. Правило части 1 настоящей статьи не применяется в отношении:

1) военных кораблей и военно-вспомогательных судов, а также груза, перевозимого на борту таких кораблей и судов;

2) груза, принадлежащего государству и используемого или предназначенного для использования исключительно в государственных некоммерческих целях, независимо от того, на каком судне этот груз перевозится.

3. Для целей применения настоящей статьи под спорами, касающимися эксплуатации судна, понимаются, в частности, споры в отношении:

1) столкновения судов, повреждения портовых и гидротехнических сооружений или другой судоходной аварии;

2) оказания помощи, спасательных работ и общей аварии;

3) поставок, ремонтных и других работ, оказания услуг, касающихся судна;

4) последствий загрязнения морской среды;

5) подъема затонувшего имущества.

Статья 16. **Иммунитеты от принятия обеспечительных мер и от исполнения судебного решения**

Иностранное государство пользуется иммунитетом от принятия обеспечительных мер и иммунитетом от исполнения судебного решения, за исключением случаев, когда:

1) иностранное государство прямо выразило согласие на отказ от указанных в настоящей статье видов юрисдикционного иммунитета одним из способов, предусмотренных частью 1 статьи 4 настоящего Федерального закона;

2) иностранное государство зарезервировало или иным образом обозначило имущество на случай удовлетворения требования, являющегося предметом разбирательства в суде;

3) находящееся на территории Российской Федерации имущество иностранного государства используется и (или) предназначено для использования иностранным государством в целях, иных чем осуществление суверенной власти государства.

Статья 17. **Имущество, используемое в целях осуществления суверенной власти**

Не рассматривается как имущество, используемое и (или) предназначенное для использования иностранным государством в целях, иных чем осуществление суверенной власти государства (пункт 3 статьи 16 настоящего Федерального закона), в частности, следующее имущество иностранного государства:

1) имущество (в том числе денежные средства, находящиеся на банковском счете), используемое или предназначенное для осуществления функций дипломатических представительств иностранного государства или его консульских учреждений, специальных миссий, представительств при международных

9

организациях, делегаций иностранного государства в органах международных организаций либо на международных конференциях;

2) имущество военного характера или имущество, используемое либо предназначенное для использования в военных целях или в миротворческих операциях, признаваемых Российской Федерацией;

3) культурные ценности или архивы, не выставленные на продажу либо не предназначенные для продажи;

4) имущество, являющееся частью экспозиций выставок, представляющее научный, культурный или исторический интерес и не выставленное на продажу либо не предназначенное для продажи.

### Статья 18. Судопроизводство по делам с участием иностранного государства

Дела с участием иностранного государства рассматриваются российскими судами по правилам судопроизводства Российской Федерации, включая правила о подсудности, действующие в отношении юридических лиц, в частности иностранных юридических лиц, если иное не предусмотрено настоящим Федеральным законом или другими федеральными законами.

### Статья 19. Порядок решения вопроса о судебном иммунитете иностранного государства

Вопрос о том, пользуется или не пользуется иностранное государство судебным иммунитетом, решается российским судом в судебном заседании с вызовом сторон.

### Статья 20. Решение судом вопросов о принятии обеспечительных мер и об исполнении судебного

**решения по спорам с участием иностранного государства**

1. Вопросы о принятии обеспечительных мер и об исполнении решения, вынесенного против иностранного государства, российский суд решает в зависимости от наличия или отсутствия у иностранного государства соответственно иммунитета от принятия обеспечительных мер и иммунитета от исполнения судебного решения.

2. В случаях когда непринятие безотлагательных мер может затруднить или сделать невозможным исполнение судебного решения, в частности, в связи с большой степенью вероятности уничтожения, повреждения, перемещения имущества или иного распоряжения им с целью недопущения исполнения судебного решения, российский суд при отсутствии у него достаточных оснований полагать, что иностранное государство пользуется соответствующим иммунитетом, вправе принять по просьбе стороны решение об обеспечительных мерах или об обеспечении исполнения. Принятие такого решения не лишает иностранное государство права на его оспаривание со ссылкой на наличие соответствующего иммунитета.

3. Исполнение судебных решений, вынесенных против иностранных государств, осуществляется на основании законодательства Российской Федерации об исполнительном производстве, включая правила, действующие в отношении юридических лиц, если иное не предусмотрено федеральным законом.

## Статья 21. Применение принципа взаимности

1. При рассмотрении в российском суде иска, предъявленного к иностранному государству, суд применяет принцип

11

взаимности по ходатайству истца или другого участвующего в деле лица.

2. По спорам, связанным с предпринимательской деятельностью, а также по спорам, возникшим из гражданско-правовых сделок вне предпринимательской деятельности, доказывание объема юрисдикционного иммунитета, который в соответствующем иностранном государстве предоставляется Российской Федерации, может быть возложено на лицо, заявившее ходатайство о применении принципа взаимности.

3. Если будет доказано, что в иностранном государстве, в отношении которого возник вопрос о юрисдикционном иммунитете, Российской Федерации предоставляется юрисдикционный иммунитет в более ограниченном объеме, чем тот, который предоставляется иностранному государству в силу настоящего Федерального закона, то российский суд на основе взаимности при решении указанного вопроса вправе исходить из того же объема юрисдикционного иммунитета, каким Российская Федерация пользуется в соответствующем иностранном государстве.

Статья 22. **Содействие суду по вопросам применения настоящего Федерального закона**

Федеральный орган исполнительной власти, ведающий вопросами иностранных дел, по запросу российского суда или по своей инициативе дает заключение по вопросам, связанным с применением настоящего Федерального закона в отношении иностранного государства, в частности, является ли сторона, в отношении которой возникает вопрос о юрисдикционном иммунитете, иностранным государством, имела ли место деятельность по осуществлению суверенной власти государства, в каком объеме предоставляется юрисдикционный иммунитет Российской Федерации в иностранном государстве.

Российский суд может в установленном порядке обратиться по вопросам, являющимся предметом регулирования настоящего Федерального закона, за содействием и разъяснением также к иным органам и организациям в Российской Федерации и за границей или привлечь экспертов. Полученные заключения и разъяснения подлежат оценке российским судом с учетом совокупности имеющихся в деле доказательств.

Статья 23. **Направление и вручение иностранному государству процессуальных документов**

1. Направление иностранному государству извещения о возбуждении против него дела в российском суде и иных судебных документов осуществляется по дипломатическим каналам.
Датой вручения этих документов считается дата получения их органом исполнительной власти, ведающим иностранными делами соответствующего государства.
2. Поручения российских судов о вручении иностранному государству документов и о совершении в связи с возбужденным против него в российском суде делом иных процессуальных действий оформляются в порядке, предусмотренном нормативными правовыми актами Российской Федерации и международными договорами Российской Федерации, регламентирующими оказание правовой помощи.

Статья 24. **Заочное решение**

Решение против иностранного государства, не принявшего участия в разбирательстве в российском суде, может быть вынесено при условии, если суд установит, что:
1) соблюдены требования частей 1 и 2 статьи 23 настоящего Федерального закона;

13

2) с даты направления поручения о вручении иностранному государству документов о возбуждении против него дела прошло не менее шести месяцев;

3) в соответствии с положениями настоящего Федерального закона государство не пользуется судебным иммунитетом.

## Статья 25. Международные договоры Российской Федерации

Если международным договором Российской Федерации установлены иные правила, чем те, которые предусмотрены настоящим Федеральным законом, применяются правила международного договора.

## Статья 26. Порядок вступления в силу настоящего Федерального закона

1. Настоящий Федеральный закон вступает в силу с 1 января 2005 года.

2. Дела, поступившие в российские суды и не рассмотренные до даты вступления в силу настоящего Федерального закона, подлежат рассмотрению в соответствии с настоящим Федеральным законом.

Президент
Российской Федерации

Документ размещен 01/12/2005 в 09:24 AM, время Московское
Автоматизированная система обеспечения законодательной деятельности

14