**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------------------- x
                                                      )
RICHARD ALLEN, et al.,                                )
                                                      )
                                  Plaintiffs,         )
                                                      )
     v.                                               )    Case No: 1:05-cv-02077-CKK
                                                      )      Hon. Colleen Kollar-Kotelly
RUSSIAN FEDERATION, et al.                            )
                                                      )
                                  Defendants          )
                                                      )
                                                      )
------------------------------------------------------------------- x
```

**JOINT MOTION TO DISMISS OF DEFENDANTS OAO ROSNEFTEGAZ,**
**OAO ROSNEFT OIL COMPANY, SERGEY BOGDANCHIKOV, AND NIKOLAI BORISENKO**

Defendants OAO Rosneftegaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko respectfully move to dismiss the Amended Complaint filed on July 13, 2006 by certain holders of American Depository Receipts ("ADRs") of Yukos Oil Company pursuant to, among others, the Foreign Security Immunities Act ("FSIA"), Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6), 9(b), the Private Securities Litigation Reform Act ("PSLRA"), the Racketeering Influenced and Corrupt Organization Act ("RICO"), and the doctrine of *forum non conveniens*.

As detailed in the accompanying Memorandum and Statement of Points and Authorities, plaintiffs' claims must be dismissed because (1) Rosneftegaz is immune from suit as a sovereign under the FSIA, (2) the Court has no personal jurisdiction over Rosneftegaz, Rosneft, Bogdanchikov, or Borisenko and (3) because plaintiffs' claims would require the Court to scrutinize the acts of a foreign sovereign in violation of the act-of-state doctrine. The

1

Amended Complaint is also fundamentally flawed and must be dismissed because (1) plaintiff ADR holders plaintiffs lack standing to bring RICO, conversion, conspiracy, expropriation, and unjust enrichment claims because they were not directly injured; (2) under the doctrine of *forum non conveniens* this case should be heard in Russia because all of the defendants are Russian, all of the challenged acts were committed in Russia, and Russian law applies to the common-law claims asserted herein; (3) the Court has no jurisdiction to apply federal securities laws or RICO extraterritorially given that the conduct alleged by plaintiffs undisputedly occurred entirely outside the United States and was not directed at the United States; (4) plaintiffs have failed to state a valid claim of expropriation in violation of international law because plaintiffs do not allege that their property—the ADRs they either continue to hold or have already sold—was directly expropriated in violation of international law; (5) the federal securities law claim is fundamentally flawed because Plaintiffs have not alleged with particularity that any false or misleading statement was made by Rosneft or that any statement was made by Bogdanchikov, or Borisenko at all, and claims for secondary liability such as conspiracy and aiding and abetting are barred by the Supreme Court's decision in Central Bank of Denver v. First Interstate Bank of Denver, 511 U.S. 164 (1994); (6) the RICO claims are not properly pled and the PSLRA bars plaintiffs from making their RICO claims against Bogdanchikov and Borisenko; and (7) plaintiffs' common-law claims do not state a claim.

For all of these reasons, as well as those detailed in the accompanying memorandum, Rosneftegaz, Rosneft, Bogdanchikov, and Borisenko move to dismiss plaintiffs' Amended Complaint.

Dated:    September 8, 2006                     Respectfully submitted,


/s/ Adam. P. Strochak
Adam P. Strochak, Esq.
D.C. Bar No. 439308
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940


Richard W. Slack
(*pro hac vice*)
Gregory S. Coleman
(*pro hac vice*)
Meredith B. Parenti
Deborah A. Maher
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8004


**ATTORNEYS FOR OAO ROSNEFTEGAZ,
OAO ROSNEFT, BOGDANCHIKOV, BORISENKO**

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2006, this motion was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/
Adam P. Strochak