IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                 )
RICHARD ALLEN, *et al.*,                                         )
                                                                 )
                Plaintiffs, )
                                                                 )
                    v. )   Case No.: 1:05-cv-02077-CKK
                                                                 )   Hon. Colleen Kollar-Kotelly
RUSSIAN FEDERATION, *et al.*                                     )
                                                                 )
                Defendants )
                                                                 )
                                                                 )
---------------------------------------------------------------- x

### DECLARATION OF RICHARD W. SLACK IN SUPPORT OF AMENDED JOINT MOTION TO DISMISS BY OAO ROSNEFTEGAZ, OAO ROSNEFT, SERGEY BOGDANCHIKOV, AND NIKOLAI BORISENKO

       RICHARD W. SLACK, hereby declares:

       1.     I am a member of the firm of Weil, Gotshal & Manges LLP, counsel to Defendants OAO Rosneftgaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko. I am a partner in the firm's New York office. I submit this Declaration in support of the Amended Joint Motion to Dismiss and Memorandum of Points and Authorities submitted by the above defendants. I am over the age of 18 years and am competent to make this Declaration. Unless otherwise stated, the following is based on my personal knowledge.

       2.     Attached as Exhibit A is a true and correct copy of the press report of Russian Federation President Vladimir Putin's October 27, 2003 speech at a meeting with members of the Russian Federation's government.

2

3.	Attached as Exhibit B is a true and correct copy of <u>No Thanks: Rosneft May Not Be Interested In Yuganskneftegaz</u> published in Nefte Compass on July 22, 2004.

4.	Attached as Exhibit C are true and correct excerpts from Yukos's 2000 Annual Report.

5.	Attached as Exhibit D are true and correct excerpts from Yukos's 2001 Annual Report.

6.	Attached as Exhibit E are true and correct excerpts from Yukos's 2002 Annual Report.

7.	Attached as Exhibit F is a true and correct copy of the decision by the High Court of Justice, Queen's Bench Division, Administrative Court in <u>Yukos Oil Co.</u> v. <u>Financial Services Authority</u>, [2006] EWHC 2044 (admin.) (Q.B.) applying the act-of-state doctrine to dismiss claims challenging the alleged expropriation of Yukos' assets against Rosneft and others.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 8, 2006

       /s/ Richard W. Slack
      Richard W. Slack

2

**CERTIFICATE OF SERVICE**

    I certify that on September 8, 2006, this declaration was filed electronically with the clerk of the court, and that, in the same manner, an electronic copy was served on all counsel of record.

/s/
Adam P. Strochak