# Exhibit B

1 of 1 DOCUMENT

Copyright 2004 Energy Intelligence Group, Inc.
Nefte Compass

July 22, 2004

**SECTION:** RUSSIA

**LENGTH:** 380 words

**HEADLINE:** No Thanks: Rosneft May Not Be Interested In Yuganskneftegas

**BODY:**
State-owned Rosneft is often mentioned as the most likely candidate to get Yukos' assets, including its prized Yuganskneftegas producer, which may go up for tender as soon as a month from now. But the state company announced it is not interested in bidding for Yuganskneftegas.

"We will certainly acquire new assets, but mainly in the regions of our operations, including Sakhalin, the Russian north, the Yamal-Nenets autonomous district and the Taimyr peninsular. We will first of all look at those assets, the acquisition of which would generate a good synergy effect," Rosneft first vice president Sergei Alexeyev said.

Rosneft does not have operations in the Khanty-Mansiisk region, Yuganskneftegas' production base, although it was looking at the opportunity when it planned to bid in Slavneft's privatization.

Furthermore, Rosneft already has its plate full of projects with huge investment requirements, for which its main source of financing is loans. The company's debt stood at $2.25 billion at the end of June and is expected to rise to $2.8 billion by the end of the year. The ratio of Rosneft's long-term debt to capital currently amounts to 54.4%, one of the highest levels in Russia. According to Alexeyev, Rosneft is not going to change its debt level.

The company's investments are also going to stay largely unchanged at the level of $1.2 billion-$1.3 billion/yr over the next three years. The company's assets are expected to be worth $8 billion by the end of 2004, up from $6.8 billion last year.

Alexeyev complained, however, that Rosneft ended up with the worst assets as a result of Russia's privatizations, when the best pieces of the state company were carved off and sold. Rosneft was deprived of the opportunity to acquire property at a "preferential price," and even barred from bidding for Slavneft. As a result, a significant part of Rosneft's oil fields are mature and in the final stages of production.

But Yukos, on the other hand, has always been pointed at as one of the companies that has managed to grab the best reserves. Alexeyev doesn't expect, though, that the government will increase Rosneft's capital either by issuing new shares or by contributing new assets anytime in the foreseeable future.

**LOAD-DATE:** July 22, 2004