# Exhibit D

YUKOS ANNUAL REPORT ▲ 2001

Reliable Performance
Smart Growth

**OAO NK YUKOS. NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

(In constant Russian Rubles (tabular amounts in millions) of December 31, 2001 purchasing power)

### Note 21: Commitments and Contingent Liabilities

**Operating environment.** The economy of the Russian Federation continues to display characteristics of an emerging market. These characteristics include, but are not limited to, the existence of a currency that is not freely convertible outside of the country, extensive currency controls, a low level of liquidity in the public and private debt and equity markets, and continued inflation.

The prospects for future economic stability in the Russian Federation are largely dependent upon the effectiveness of economic measures undertaken by the government, together with legal, regulatory, and political developments.

**Guarantees.** The Company has issued guarantees to and on behalf of various organizations such as government entities and strategic customers or suppliers. At December 31, 2001, these guarantees totaled RR 4,272 million.

**Taxation.** Russian tax legislation is subject to varying interpretations and constant changes, which may be retroactive. Further, the interpretation of tax legislation by tax authorities as applied to the transactions and activities of the Company may not coincide with that of management. As a result, transactions may be challenged by tax authorities and the Company may be assessed additional taxes, penalties and interest. Consolidated tax returns are not required under existing Russian tax legislation. Tax audits are performed on an individual entity basis only. Tax periods remain open to review by the tax authorities for three years.

**Environmental liabilities.** The Company and its predecessor entities have operated in the Russian Federation for many years and certain environmental problems have developed. Environmental regulations and their enforcement are continually being considered by government authorities and the Company periodically evaluates its obligations related thereto. As obligations are determined, they are provided for over the estimated remaining lives of the related oil and gas reserves, or recognized immediately, depending on their nature. The outcome of environmental liabilities under proposed or any future legislation, or as a result of stricter enforcement of existing legislation, cannot reasonably be estimated. Under existing legislation, management believes there are no probable liabilities that are in excess of amounts accrued under the units-of-production method in the consolidated financial statements which would have a material adverse effect on the financial position, operating results or liquidity of the Company.

**Legal contingencies.** The Company is the named defendant in a number of lawsuits as well as a named party in numerous other proceedings arising in the ordinary course of business. While the outcomes of such contingencies, lawsuits or other proceedings cannot be determined at present, management believes that any resulting liabilities will not have a material adverse effect on the financial position, operating results or liquidity of the Company.

### Note 22: Segment Information

The Company's business activities are conducted predominantly through two major business segments: Exploration and Production, and Refining and Marketing. These segments were determined based on the way that management organizes the segments within the Company for making operating decisions and assessing performance, and how they are evident from the structure of the Company's internal organization.

Exploration and Production primarily explores for, develops and extracts liquid hydrocarbons, which are then processed to produce crude oil and natural gas, primarily through the Company's subsidiaries, Yuganskneftegas and Tomskneft in Western Siberia, and Samaraneftegas in the Samara region of the Russian Federation.