# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, *et al.*,

          Plaintiffs,

  v.

RUSSIAN FEDERATION, *et al.*

          Defendants

Case No: 1:05-cv-02077-CKK
Hon. Colleen Kollar-Kotelly

---

### FINAL JUDGMENT AND ORDER GRANTING
### AMENDED JOINT MOTION TO DISMISS FILED BY OAO ROSNEFTEGAZ,
### OAO ROSNEFT, AND SERGEY BOGDANCHIKOV, AND NIKOLAI BORISENKO

After considering the joint motion to dismiss filed by defendants OAO Rosneftegaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko, any responses filed by plaintiffs Richard Allen, *et al.*, and any replies thereto, and after a hearing held on _____, 200_, to consider the arguments of counsel, the Court FINDS and hereby ORDERS that the Amended Complaint shall be DISMISSED with prejudice as to defendants OAO Rosneftegaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko.

The Court further ORDERS that plaintiffs shall bear the costs incurred by OAO Rosneftegaz, OAO Rosneft Oil Company, Sergey Bogdanchikov, and Nikolai Borisenko pursuant to Federal Rule of Civil Procedure 54(d)(1).

Therefore, the Court ORDERS that this FINAL JUDGMENT be entered and this case DISMISSED with prejudice as to these defendants.

SIGNED on _____, 200_, in Washington, D.C.

_____
Honorable Colleen Kollar-Kotelly
United States District Judge