UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
            Plaintiffs,                )  Case No: 1:05-cv-02077-CKK
                                                         )  Hon. Colleen Kollar-Kotelly
    v.                                                 )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
            Defendants.                )
                                                         )
---------------------------------------------------------x

**UNOPPOSED MOTION BY PLAINTIFFS TO FILE
A CONSOLIDATED OPPOSITION MEMORANDUM**

       Plaintiffs Richard Allen *et al.*, by and through undersigned counsel, respectfully submit this unopposed motion to file a consolidated opposition memorandum.

       In support of this Motion, Plaintiffs state as follows:

    1.    Plaintiffs filed the above-captioned matter on October 24, 2005.

    2.    Pursuant to a series of motions and orders entered by this Court, Defendants the Russian Federation, Khristenko, Kudrin, Rosneftegaz, Rosneft, Bogdanchikov, and Gazprom timely filed motions to dismiss the Complaint on May 15, 2006.

    3.    Pursuant to a series of motions and orders entered by this Court, Defendants Medvedev, Miller, Yusufov, Sechin, and Borisenko timely filed motions to dismiss the complaint on June 20, 2006.

4. On July 13, 2006, Plaintiffs served an Amended Complaint.

5. On August 9, 2006, this Court entered an order establishing September 8, 2006, as the deadline for Defendants to respond to the Amended Complaint. The Court also ordered that Plaintiffs file oppositions to Defendants' motions to dismiss by October 13, 2006, and that Defendants file their replies by November 9, 2006.

6. On August 21, 2006, Defendants filed an Unopposed Joint Motion to Establish Page Limits for Their Respective Motions to Dismiss the Amended Complaint. This motion requested a limit of 60 pages for the Government Officials' motion, 70 pages for the Gazprom Defendants' motion, and 75 pages for the Rosneft Defendants' motion. Defendant Russian Federation did not request an increase in the page limitation. Counsel for Plaintiffs did not oppose the motion, and the Court granted the motion on August 29, 2006.

7. Defendants filed their Motions to Dismiss the Amended Complaint on September 8, 2006. Defendants filed four separate motions to dismiss, supported by four memoranda that together present 215 pages of argument.

8. Plaintiffs could respond with four separate 45-page opposition memoranda under the Court's rules. To expedite consideration of the issues and to save judicial resources, however, the Plaintiffs request to file one consolidated opposition memorandum that will not exceed 150 pages, and thus will be substantially shorter than the 180 pages that four separate 45-page opposition memoranda would entail.

9. Plaintiffs' filing of one consolidated opposition memorandum will not prejudice any party and will expedite, rather than delay, the Court's consideration of this case.

10.     In accordance with Local Rule 7(m), undersigned counsel has conferred with counsel for the Defendants.  Defendants do not oppose this motion.

For the foregoing reasons, undersigned counsel for Plaintiffs respectfully moves for an order establishing that Plaintiffs may file one consolidated opposition memorandum, as stated in paragraph 8 above.

October 5, 2006                                                      Respectfully Submitted,

\s\ Marney L. Cheek
O. Thomas Johnson, Jr.
James A. Goold
Marney L. Cheek (DC Bar No. 470596)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
*Counsel to Plaintiffs*