UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
            Plaintiffs,                                  )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
      v.                                                 )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
            Defendants.                                  )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 3



News

August 11 2006 16:10

# GAZPROM MARKETING & TRADING LTD. SETS UP SUBSIDIARIES IN USA AND FRANCE

Gazprom Marketing & Trading Ltd., which is part of the Gazprom Group of companies, has registered in June this year its Houston-based Gazprom Marketing & Trading USA, Inc. and Paris-based Gazprom Marketing & Trading France SAS subsidiaries.

Gazprom Marketing & Trading USA, Inc. will be engaged on behalf of OAO Gazprom in LNG and natural gas marketing operations in the USA as well contribute to expanding the Group's presence in the USA on a long-term basis.

Mr. John Hattenberger has been named as the Managing Director of Gazprom Marketing & Trading USA, Inc.

Gazprom Marketing & Trading France SAS has been founded to supply natural gas to French end consumers and solidify the Gazprom Group's standing in various sectors of the French energy industry. Mr. Yuri Virobian has been appointed as the President of Gazprom Marketing & Trading France SAS.

*Reference:*

*Entering the Gazprom Group of companies, Gazprom Marketing & Trading Ltd. was established in the UK in 1999. In August 2005, the company entered with Shell Western BV and BG Group into an agreement to supply LNG to the US market. The first LNG carrier arrived at the Cove Point regasification terminal (Maryland, USA) on September 2, 2005.*

*In November 2005, Gazprom Marketing & Trading Ltd. signed an LNG supply agreement with Gaz de France, MED LNG & GAS and Shell. An LNG carrier was sold to Shell Western LNG and supplied to the Cove Point regasification terminal in early December 2005.*

*In April 2006, Gazprom Marketing & Trading Ltd. effectuated the first LNG shipment to the UK-based Isle of Grain terminal. LNG was purchased from Gaz de France and sold to British Petroleum owning capacity at the reception terminal. The LNG supply volume averaged 140 thousand cubic meters (equivalent to some 85 million cubic meters of natural gas).*

*In order to promote direct sales to UK final customers, Gazprom Marketing & Trading Ltd. acquired in June 2006 the gas retail business of Pennine Natural Gas Limited.*

*Mr. John Hattenberger graduated from the University of Minnesota as the Bachelor of Science in Chemical Engineering. Mr. Hattenberger has been overseeing natural gas and LNG supply, gas exploration, production and marketing in Marathon Oil, El Paso Global LNG, TransCanada Pipelines Ltd., BP. Prior to his appointment as the Managing Director of Gazprom Marketing & Trading USA, Inc. Mr. Hattenberger has been promoting the Gazprom Group's LNG business in the USA.*

*Mr. Yuri Virobian graduated from the Moscow State Institute of Foreign Relations and has a 14-year business experience with Soyuzgazexport in France and Russia. Over a 12-year period Mr. Virobian has been the Commercial Director with Prodintern SA and Rokol SA. In 2004, Mr. Virobian was named as the Head of the*

*Gazexport representative office in France.*

INFORMATION DIVISION, OAO GAZPROM

© 2003–2006, JSC Gazprom
16 Nametkina St., 117997, Moscow, V-420, GSP-7