**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------x
                                          )
RICHARD ALLEN, et al.                     )
                                          )
                 Plaintiffs,              )        Case No: 1:05-cv-02077 (CKK)
                                          )        Hon. Colleen Kollar-Kotelly
         v.                               )
                                          )
RUSSIAN FEDERATION, et al.                )
                                          )
                 Defendants.              )
                                          )
------------------------------------------------------x
```

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 5

1 of 1 DOCUMENT

Copyright 2003 The New York Times Company
The New York Times

July 4, 2003 Friday
Late Edition - Final

**SECTION:** Section A; Column 4; Foreign Desk; Pg. 4

**LENGTH:** 492 words

**HEADLINE:** Russian Oil Man Arrested; Allies Blame Politics

**BYLINE:**  By SABRINA TAVERNISE

**DATELINE:** MOSCOW, July 3

**BODY:**

In a political wrangle of a kind not seen in Russia since the early days of Vladimir V. Putin's presidency, the authorities have arrested a top executive at the financial group that owns Russia's largest oil company.

The executive, Platon Lebedev, chairman of Menatep, the company that owns 61 percent of the Yukos Oil Company, was arrested on Wednesday. The general prosecutor's office suspects him of embezzling from a state company in 1994, a charge he denies. Mr. Lebedev was convalescing in a hospital when arrested and was led out in handcuffs, a Yukos executive said.

The arrest was the first of a major tycoon since Vladimir A. Gusinsky, an embattled media mogul, was detained in 2000. At that time Mr. Putin, recently elected president, had begun to push powerful tycoons like Mr. Gusinsky and Boris A. Berezovsky -- who faces fraud charges for which Russia is trying to extradite him from Britain -- out of the Kremlin, where they had been influencing policy under Boris N. Yeltsin.

Now there is another challenge to Mr. Putin's power, this one from a man who, like the two tycoons before him, is more statesman than chief executive.

Mikhail B. Khodorkovsky, 40, is the chief executive and a major owner of Yukos. He has been riding high for several years, forging ties with the West and building his company to compete internationally. He meets with American senators. He is described here as a self-styled spokesman for a market-oriented Russia.

With parliamentary elections approaching in December, Mr. Khodorkovsky began to donate money to pro-market opposition parties. His supporters began talking about giving more power to Parliament, implying a power shift away from the presidency. He even said he would leave business, possibly for politics, in several years' time.

That, according to Mr. Khodorkovsky's supporters, made him dangerous. The arrest of Mr. Lebedev, his close associate, was a blunt message from above to keep Mr. Khodorkovsky out of politics, said Grigory A. Yavlinsky, the head of Yabloko, one of the opposition parties.

Moscow today was abuzz with conspiracy theories. Few believed that the prosecutor's office wasacting on its own. Most of those interviewed said they thought a powerful enemy had bribed officers to investigate Mr. Lebedev, a

Russian Oil Man Arrested; Allies Blame Politics The New York Times Jul

common tactic in corporate battles here.

Mr. Putin's role in the arrest is unclear. A spokeswoman for the Kremlin refused to comment.

"It's a clash between the people who own Russia and the people who run Russia," said Yuliya Latynina, a columnist and novelist.

Mr. Khodorkovsky kept quiet today. A news conference was postponed and then canceled. Later this evening the prosecutor's office said he had been summoned for questioning on Friday.

Mr. Lebedev is being held in Lefortovo prison. Russian news agencies reported that his case was being handled by the same officer who led the investigation of Mr. Gusinsky. The prosecutor's office refused to comment on those reports.

**URL:** http://www.nytimes.com

**LOAD-DATE:** July 4, 2003