**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------x
)
RICHARD ALLEN, *et al.*                )
)
       Plaintiffs,         )    Case No: 1:05-cv-02077 (CKK)
)    Hon. Colleen Kollar-Kotelly
  v.                                        )
)
RUSSIAN FEDERATION, *et al.*     )
)
       Defendants.        )
)
---------------------------------------------------------x


**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**


# EXHIBIT 11



28 СЕНТЯБРЯ 21:32

http://www.gazeta.ru/print/2003/09/19/Prosecutorsp.shtml

## Prosecutors persevere with YUKOS murder case

Текст: Diana Igoshina, Irina Petrakova   Фото из архива Газеты.Ru

**Lawyers for Alexei Pichugin, a YUKOS employee facing charges of planning a murder and attempted murder, have announced new details in their client's case. Pichugin stands accused of masterminding an attempt on the life of the former chief spokesman of the Moscow mayor's office Olga Kostina in 1998 and of plotting the murder of a married couple by the name of Gorin.**

According to the lawyers, by the time the Gorins went missing in July 2002, the assassin, whom prosecutors allege Pichugin hired to murder them, had been serving a life sentence. Meanwhile, the prosecutors have not given up their efforts to remove Pichugin's lawyers from the case.

On Thursday the lawyers for Alexei Pichugin – Tatiana Akimtseva, Georgy Kaganer and Oleg Solovyov – revealed the latest details of the ongoing investigation into the case of their client, the head of the 4th economic security department of the oil giant YUKOS, whom the Prosecutor General's Office has accused of plotting the murder of Mr. and Mrs. Gorin in 2002.

According to Pichugin's defence, the bodies of the Gorins have never been found, and it is yet to be established whether they are among the living or not. A man named Korovnikov, who together with his accomplices is currently serving a life sentence for a series of murders and five rape cases, gave the evidence against Pichugin.

The lawyer Tatiana Akimtseva told a news conference in Moscow on Thursday that during questioning at the Prosecutor General's Office Korovnikov identified Alexei Pichugin as a man he had met twice. But during a subsequent cross-examination Korovnikov said he had seen Pichugin three times, and it was on the third time that Pichugin allegedly asked him to murder the Gorins. Korovnikov claimed that he rejected the offer.

However, the lawyers said, it has been established that the Gorins went missing in July 2002. When the lawyers inquired how it could have been possible for Korovnikov to be asked by Pichugin if by that time he had already been serving his life sentence, the convict failed to provide any plausible explanation.

"I cannot say what the investigator had promised a man who was sentenced to life, but he gave evidence against someone he had never seen before," Akimtseva concluded.

Pichugin's lawyers also told the press that the prosecutor's office, in violation of criminal procedural legislation, are continuing their efforts to thwart the lawyers in their activities. In particular, the head of the investigation team, Yuri Burtovoi, has rejected their request to have access to the results of tests their client underwent at the Moscow Serbsky Institute.

"The situation is absurd, but we still do not know what happened to our client during the psychiatric examination at the Serbsky Institute," the lawyers said.

In July this year Pichugin's lawyers filed a complaint against Burtovoi's actions and

challenged his impartiality. The lawyers said then that during questioning on July 14 their client was given shots of psychotropic substances. Even though Pichugin had needle marks on his arms afterwards, Burtovoi refused to order a medical examination, saying it was "inexpedient". Later Alexei Pichugin retracted all testimonies he had made on July 14, fearing he could have perjured himself while he was drugged.

Needless to say, the complaint was rejected. Furthermore, Yuri Burtovoi recently addressed the Moscow Regional Board of Legal Counsels, asking it to remove lawyers Georgy Kaganer, Tatiana Akimtseva and Oleg Solovyov as representatives in Pichugin's case.

In his letter the investigator cited Pichugin's statement made on September 2, whereby the YUKOS employee allegedly banned his defence from attending any investigative actions, thus, having, in effect, rejected their services. To ensure his defence, Burtovoi asked the Moscow Regional Board of Legal Counsels to appoint new lawyers for Pichugin.

However, as Gazeta.Ru has learned, the board of counsels is not going to satisfy Burtovoi's request. Moreover, as Tatiana Akimtseva told Gazeta.Ru, the board has sent an address to the members of the PGO investigation team, demanding them to observe legal provisions and not to write such requests on behalf of their clients in the future. The lawyers cited the provisions of the law enshrining the right of the accused to a legal defence, as well as the provisions of law governing cases when he has the right to refuse a lawyer's services.

In the nearest future the Moscow Regional Board of Legal Counsels plans to address the Prosecutor General Vladimir Ustinov with a request to remove Burtovoi himself as the top investigator in Pichugin's case.

According to Pichugin's lawyers, their client has rejected Burtovoi's proposal to hire new lawyers: "In truth his statement made on September 2 reads that he considers himself not guilty of the crimes he is charged with and, on the basis of Article 51 of the Russian constitution, refuses to take part in the unlawful investigative actions and expert examinations. The same request he forwarded to his lawyers, urging us not to yield to the provocation of the Prosecutor General's Office and not to agree to take part in those procedures."

By law, only a suspect himself can demand a change of lawyer – such a demand cannot be conveyed via an investigator, Tatiana Akimtseva said. At the same time, she did not rule out that the Prosecutor General's Office might still manage to banish the defence team from the proceedings anyway.

The PGO refused to comment on Pichugin's case on Thursday, as always, citing the secrecy of investigation.

To recap, Alexei Pichugin stands accused of masterminding an attempt on the life of the former chief spokeswoman of the Moscow mayor's office Olga Kostina in November 1998. According to the prosecutors, an explosive device was planted near the door to her parents' apartment. Nobody was hurt in the blast, but in early 1999 Kostina unexpectedly resigned. Investigators refuse to elaborate why they suspect Pichugin of being involved in the incident.

The prosecutors also believe Pichugin is guilty of organizing the murder of a married couple by the name of Gorin. Their son is Pichugin's godchild.

According to the prosecutors, in 1998 Pichugin allegedly asked Mr. Gorin to "intimidate" a mutual rival of theirs. Gorin then hired people who blew up a homemade explosive device in front of their rival's house. With their goal accomplished the matter was forgotten. But in 2002 Gorin allegedly remembered the incident and demanded

remuneration for his services – a large amount of money and a lucrative job for his wife. Pichugin was apparently unable to satisfy the request, and chose to kill his associates instead. According to some reports, however, those who perpetrated the Gorins' murder have already been convicted.

Pichugin's lawyers denounced the charges leveled against their client as "sheer nonsense" and do not rule out that they could be a part of the full-scale campaign unleashed against the oil company YUKOS.

19 СЕНТЯБРЯ 16:11

 Распечатать

 Не на чем распечатать? Выбери HP

Пишите нам: **info@gazeta.ru**
Размещение рекламы: **sales@gazeta.ru**