**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------x
                                                       )
RICHARD ALLEN, et al.                                  )
                                                       )
                Plaintiffs,                            )   Case No: 1:05-cv-02077 (CKK)
                                                       )   Hon. Colleen Kollar-Kotelly
        v.                                             )
                                                       )
RUSSIAN FEDERATION, et al.                             )
                                                       )
                Defendants.                            )
                                                       )
-------------------------------------------------------x
```

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 12



|  | **"Free Russia for Free People"**<br>Hundreds rally in Moscow |  | **Russia to Sell 100% of Rosneft**<br>Anonymous Kremlin source says the sale will take place within a year |  | **Latvian Leader Joins Race for Top UN Post**<br>Kofi Annan's mandate expires at the end of 2006 |



- HOME
- NEWS
- FEATURE
- COLUMN
- INTERVIEW
- COMMENTARY
- MONEY
- MN-FILES
- IMAGES
- WEATHER
- GUIDE TO RUSSIA
- ABOUT

**TIME**

06:58:33 Moscow, GMT+3

**ARCHIVE**

December ▼ 2004 ▼

| MO | TU | WE | TH | FR | SA | SU |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |



Photo from MN Archive

## Top Yukos Manager Detained as Officials Press Ahead With Yugansk Bid

Created: 18.12.2004 00:35 MSK (GMT +3), Updated: 17:23 MSK
MosNews

The clampdown on Yukos is showing no signs of abating as the firm's top human resources manager, Anton Zakharov, was detained by the Prosecutor General's Office for 48 hours, a source close to the company board has reported. Meanwhile, Russian authorities reiterated their intention to forge ahead with the sale of Yuganskneftegaz.

Zakharov, was detained by the Prosecutor General's Office for 48 hours, Interfax news agency cited a source close to the company board.

**MONEY**

MosNews

**U.S. Of...
Expres...
over Ru...
Investr...**



concern th...
disturbing...
economy a...
in Russia r...
country's e...
and investr...
Gutierrez v...
the meetir...
Business C...

**FEATUR...**

MosNews

**A Sobe...
of Polit...
Killing...**



| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|----|----|----|----|----|----|----|
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

**SEARCH**

FIND

**MONEY**

| DJ RusIndex | 4,248.29 | -0.06% |
|---|---|---|
| S&P/RUX Index | 458.09 | -0.89% |
| RUR/USD | 26.89 | -0.01% |
| RUR/EURO | 33.88 | +0.02% |
| Oil Brent | 58.93 | -1.67% |
| Oil Urals | 56.37 | -1.74% |
| Nickel | 32045.00 | +0.93% |
| Gold | 571.80 | -1.34% |
| Platinum | 1065.25 | -2.49% |
| Palladium | 298.50 | -2.93% |

**WEATHER**


Moscow
43 °F
6 °C
break in the clouds

"He was questioned till late into the night on Thursday evening in the absence of a defense lawyer," a source said. "On Friday the questioning continued in the presence of a lawyer. It still remains unclear, in connection with what case the manager of the company has been detained and what charges he may face."

Meanwhile, Russia said it would forge ahead with an auction on Sunday to sell the key asset of the stricken oil company despite an order from a U.S. bankruptcy court blocking the sale for 10 days, an official said on Friday.

"We are selling Yugansk by order of a bailiff and so far we haven't received any order to cancel the auction (on Sunday). Therefore, we are still planning to continue," a spokesman for the Federal Property Fund said.

It is not clear whether the court in Houston, where Yukos lodged a surprise bankruptcy protection filing on Tuesday, has any lasting jurisdiction over the sale.

Russian Foreign Minister Sergei Lavrov indicated that Russian courts would have the final say. "The Russian leadership has on several occasions commented on the situation around Yukos and it (the situation) will develop according to Russian laws," Interfax news agency quoted him as saying on Friday.

The government has ordered the auction of Yuganskneftegaz, Yukos' main production unit, to raise funds to pay some of the $27.5 billion it says the oil company owes in back taxes. Russia's state-controlled gas monopoly Gazprom, the favourite to win the auction which begins with a starting price at around $9 billion, said it would participate despite the U.S. court's restraining order which lasts for 10 days.

Analysts said the Russian government would not flinch. "It now seems to be a matter of principle for the Russian government to make the sale on Sunday," Oleg Maximov, an analyst at Troika Dialog in Moscow, told Reuters.

But Western banks were highly unlikely to flout the U.S. court order which might force Gazprom to seek alternative sources of financing to fund its bid, analysts said. "The







journalists keep their continued Putin regir sobering e

**ADVERT**

**INTERV**

**STEFAN W**
The Financ

**Putin o Oil Dep Foreign Religio**



countrysid Novo Ogar discuss Ru foreign pol China, Iran energy and

**COLUM**

**DELIYA M**
MosNews

**Gorbac Gandhi**



people sh suffering a which Gorb responsible

Ads by Google

**Russian Oil Industry**
Insider Insight into the Russian Oil & Gas Industry
www.wtexecutive.com

**Russian Art Auctions**
19C - 20C Russian Art Specialists Paintings and Works of Art
www.MacDougallAuction.com

**Russian Life magazine**
Free Russia Wall Map for new subscribers!
www.russianlife.net

**Russian Visa support**
Get Invitation for a Visa to Russia In 5 minutes on your Fax or e-mail
www.maestro-travel.ru

**Russiana River Cruises**
Moscow to St.Petersburg cruises by the UK's leading Russia experts
www.russiana.co.uk

Advertise on this site

commercial banks providing financing to Gazprom are in a difficult position and it is unlikely that any will now feel able to lend," said Stephen O'Sullivan, chief strategist at UFG, a Moscow-based investment bank.

Russian banks would be unlikely to provide the necessary funding without breaching regulations that limit the amount a bank can lend to one borrower, said O'Sullivan. Gazprom's only option may be to mount a joint bid with another Russian oil company such as Surgutneftegaz, which is flush with cash. "With its estimated $8.3 billion of net cash and its interest in some of the Yugansk assets … Surgut is a logical choice as a partner for Gazprom," O'Sullivan added.

A government official, who spoke on condition of anonymity, said it might be unwise to press ahead with the sale under the circumstances and urged caution. "It looks like Gazprom will not be able to ignore the court's decision. We already have precedents where foreign courts' decisions provided headaches not only for Russian companies but the government as well," the source told reporters.

"I would be careful about this decision. Gazprom must carefully assess the actions and decisions of the Texas court," said the source, who was not directly involved in any decisions relating to the case.

### SEE ALSO

17.12.2004 21:06 MSK, MOSNEWS.COM
**Russia's Gazpromneft to Bid for Yuganskneftegaz Despite U.S. Court Order**

17.12.2004 19:25 MSK, MOSNEWS.COM
**U.S. Court Orders Halt to Yukos Auction, Russia to Go Ahead With Sale**

16.12.2004 17:58 MSK, MOSNEWS.COM
**Khodorkovsky Regrets U.S. Court Move by Yukos Managers**

10.12.2004 15:05 MSK, MOSNEWS.COM
**Yukos Compares Prosecution of Its Managers to Stalinist Terror**

25.08.2006 11:21 MSK, MOSNEWS.COM
**Russian Court Cuts 7-Year Sentence for Yukos Lawyer by 6 Months**

23.08.2006 15:30 MSK, MOSNEWS.COM
**Court Rejects Yukos Appeal Against Bankruptcy Verdict**

23.08.2006 11:15 MSK, MOSNEWS.COM
**Yukos Ex-President Theede Accuses Russian Authorities of Political Vendetta**

17.08.2006 19:24 MSK, MOSNEWS.COM
**Top Yukos Officials Charged with Embezzlement, Money Laundering**

In spite of softness, i the direct previous S in fact, pr

COMMER

**SERGEI K**
Rossiyskay

### West H Learn F Russia



West has f lessons of Russian pu Karaganov

IMAGES

### "Hug M Flashm Moscov



happy your embracing the amaze the hippy-s flashmob t Participant were told beginning certain tim of paper sa The aim of brighten u autumn, o