**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------x
                                            )
RICHARD ALLEN, et al.                       )
                                            )
              Plaintiffs,                   )      Case No: 1:05-cv-02077 (CKK)
                                            )      Hon. Colleen Kollar-Kotelly
       v.                                   )
                                            )
RUSSIAN FEDERATION, et al.                  )
                                            )
              Defendants.                   )
                                            )
------------------------------------------------------x
```

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 14



Get $5 in FREE
when you sign up

CLICK HERE!



### Russian Oil Giant to Invest $100Bln

Lukoil reveals ambitious 10-year investment plan



### 9/11 Memorial by Russian Artist Unveiled in U.S.

Zurab Tsereteli presents his work in New Jersey



### Star's Star Mission

Russian MP offers Madonna a space mission



**MOSNEWS.COM // FEATURE**

HOME

NEWS

FEATURE

COLUMN

INTERVIEW

COMMENTARY

MONEY

MN-FILES

IMAGES

WEATHER

GUIDE TO RUSSIA

ABOUT

TIME

02:51:46 Moscow, GMT+3

ARCHIVE

September  ▼  2006  ▼

| MO | TU | WE | TH | FR | SA | SU |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |



Vasily Alexanyan / Photo from www.kommersant.ru

## Top Manager Jailed for Heading Wrong Company

Created: 12.04.2006 14:20 MSK (GMT +3), Updated: 10:01 MSK

MosNews

Becoming an executive vice president of a major Russian oil company may seem an attractive career move for any ambitious man, but in Russia the consequences of such appointment may prove harmful. Vasily Aleksanyan was arrested just week after becoming the top manager of the embattled oil company 📁 Yukos and, as the man himself said shortly before his detention, this was done after repeated warnings from law enforcers to stay away from the wrong company.

Aleksanyan's arrest was sanctioned by the Basmanny district court of Moscow (which deals with most cases connected with the embattled

| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**SEARCH**

FIND

**MONEY**

| DJ RusIndex | 4,004.07 | -2.21% |
| S&P/RUX Index | 419.24 | -3.22% |
| RUR/USD | 26.67 | -0.02% |
| RUR/EURO | 34.15 | -0.02% |
| Oil Brent | 60.04 | +1.62% |
| Oil Urals | 56.86 | +1.30% |
| Nickel | 30125.00 | +1.77% |
| Gold | 592.75 | +0.89% |
| Platinum | 1140.50 | +0.44% |
| Palladium | 316.00 | -0.32% |

**WEATHER**



**Moscow**
43 °F
6 °C

clear

Yukos company) on April 7, less than one week after being appointed executive vice president by Chief Executive Officer Steven Theede on April 1. The appointment was unanimously ratified by the Board of Directors on April 4.

The authorities reacted quickly. On April 5 Aleksanyan's apartment and country house were searched and he himself was questioned by prosecutors. On Thursday he was arrested after the move was approved by the court.

Prosecutors accuse Aleskanyan of embezzlement and money laundering. If found guilty he may face 10 to 15 years in jail.

Under Russian law a person may be detained pending trial only after a court of law sanctions the move.

This bought Aleksanyan some time during which he talked to journalists about the developments in his case. Several hours before he was detained, he told the Kommersant newspaper that he had been under surveillance and the agents engaged in it were not even disguising themselves, but acting quite openly, which could be seen as an act of intimidation.

He also said that law enforcers had warned him to "stay away" from Yukos. "In an interview on March 22, the investigator told me to stay away from this company and she said so quite openly, in the presence of my lawyer. After I said I was not going to leave Yukos, she smiled and said it was the first time she had seen a man who was voluntary asking to be put in jail," the newspaper quoted Aleksanyan as saying. "Before that, the investigators had said I should worry about my child and about my health. They said that my health was already not strong".

In an official statement released the day after Aleksanyan's detention, prosecutors said they feared he would flee the country, and that he had attempted to do so already. However, over the past two years Aleksanyan has headed the legal department in Yukos, and he always turned up for questioning at the same time as he was working in the defense team of former Yukos CEO and key shareholder 📁 Mikhail Khodorkovsky as well as Vasily Shakhnovsky, the head of the managing company Yukos-Moscow.

Aleksanyan denied any wrongdoing and went on a hunger strike in protest at his detention. "Starting today I am on a hunger strike, and will only drink water until I am released," he has been quoted as saying by his lawyer, Gevorg Dangyan. Dangyan has filed an appeal over his client's arrest, saying that it was illegal and unfounded. "None of the

Ads by Google

**Fear No Man**
Discover What Self
Defense Masters & The
Army Don't Want You To
Know
www.TopSecretTraining.com

**Krav Maga VA/MD/DC**
Try Krav Maga - 1st Week
Free Get Fit & Learn Self
Defense Now!
www.KravWorks.com

**self defense school**
Give us four days and we
will make you better than
who responds to 911
www.FrontSight.com

**Self Defense Videos**
Learn to defend yourself
from dozens of expert
instructors!
www.SafetyEssentials.com

**Self Defense**
Brazilian Jiu Jitsu
Haganah-Israeli Martial
Arts
www.afcva.com

Advertise on this site

documents showed that I had committed a crime and all the
accusations were absolutely unsubstantiated," he said.

Prison authorities reacted to Aleksanyan's hunger strike by putting him
in a punishment cell.

Gevorg Dangyan said that his client had been in the punishment cell
since April 8 for refusing to undergo a medical check-up to be carried
out by the detention centre doctors. The lawyer again said that
Aleksanyan had been refusing food and had only been drinking water.

Mikhail Khodorkovsky's lawyer Mr Amsterdam, who has been expelled
from Russia, said that Western nations must share the blame for what is
happening to the Yukos managers.

"I condemn the arrest in the strongest possible terms. Western nations
have no right to wring their hands over this latest assault on the rule of
law because it is they who have tacitly legitimized it. It is the Western
banks who made a pact with the devil to force Yukos into bankruptcy
and then be first in line for the spoils," Amsterdam told the Australian
edition Tax-News.com.



| SEE ALSO |
| --- |

25.08.2006 11:21 MSK, MOSNEWS.COM
Russian Court Cuts 7-Year Sentence for Yukos Lawyer by 6 Months

23.08.2006 15:30 MSK, MOSNEWS.COM
Court Rejects Yukos Appeal Against Bankruptcy Verdict

23.08.2006 11:15 MSK, MOSNEWS.COM
Yukos Ex-President Theede Accuses Russian Authorities of Political Vendetta

17.08.2006 19:24 MSK, MOSNEWS.COM
Top Yukos Officials Charged with Embezzlement, Money Laundering

17.08.2006 18:05 MSK, MOSNEWS.COM
Former Yukos Security Officer Found Guilty of Murders, Gets 24 Years in
Prison

17.08.2006 11:39 MSK, MOSNEWS.COM
Yukos Board Chairman's Offices Searched

04.08.2006 15:44 MSK, MOSNEWS.COM
Russian Investor Dismisses Report About Bid to Save Yukos

04.08.2006 10:48 MSK, MOSNEWS.COM
Russian Billionaire Claims Role of White Knight for Embattled Yukos — Report

02.08.2006 16:10 MSK, MOSNEWS.COM
President Putin Broke Promise to Rescue Yukos — Russian Press

01.08.2006 19:30 MSK, MOSNEWS.COM