UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD ALLEN, *et al.*

       Plaintiffs,

v.

RUSSIAN FEDERATION, *et al.*

       Defendants.

---

Case No: 1:05-cv-02077 (CKK)
Hon. Colleen Kollar-Kotelly

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 16





**Politicians Pay Tribute to Andrei Kozlov**

Top central bank official assassinated in Moscow



**Pyramids Unearthed in Ukraine**

Finds said to be older than Egyptian



**Missing U.S. Air Force Major Found Alive in Kyrgyzstan**

U.S. military thank Kyrgyz law enforcers

# MOSNEWS.COM / NEWS

- HOME
- NEWS
- FEATURE
- COLUMN
- INTERVIEW
- COMMENTARY
- MONEY
- MN-FILES
- IMAGES
- WEATHER
- GUIDE TO RUSSIA
- ABOUT

**TIME**

19:15:52 Moscow, GMT+3

**ARCHIVE**

February ▼  2005 ▼

| MO | TU | WE | TH | FR | SA | SU |
|----|----|----|----|----|----|----|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |



Mikhail Brudno / Photo from MN Archive

## Wanted Yukos Shareholders Meet Bush in White House

Created: 04.02.2005 14:00 MSK (GMT +3), Updated: 17:38 MSK
MosNews

U.S. President George Bush yesterday hosted at the White House two Israeli-Russian businessmen involved in the 📁 Yukos oil major who are wanted by Moscow for alleged tax offenses.

Mikhail Brudno and Vladimir Dubov, both shareholders in the giant Russian oil enterprise Yukos, were invited to a White House breakfast as guests of Congressmen Tom Lantos and Christopher Cox, Israel's *Haaretz* daily reported.

**MONEY**

MosNews

**Energy From 1 Countr Russia Policy Risks f**



have warne
political an
risks to Eur
markets as
Vladimir P
warning to
"unconscie
investors.

**FEATUR**

**LISA VRO**
MosNews

**Russia Childle Encoun Births**

| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | | | | | | |

**SEARCH**

[ FIND ]

**MONEY**

| DJ RusIndex | 3,953.71 | +2.76% |
|---|---|---|
| S&P/RUX Index | 438.44 | +1.66% |
| RUR/USD | 26.79 | +0.25% |
| RUR/EURO | 33.97 | -0.26% |
| Oil Brent | 61.14 | +3.75% |
| Oil Urals | 58.27 | +3.87% |
| Nickel | 30450.00 | +2.27% |
| Gold | 602.77 | +1.89% |
| Platinum | 1147.75 | +1.89% |
| Palladium | 321.00 | +1.26% |

**WEATHER**


Moscow
66 °F
19 °C
partly cloudy

But U.S. Ambassador to Russia Alexander Vershbow said that Brudno and Dubov are staying in the United States legally and cannot be arrested.

"They are both, as I understand it, dual citizens of Israel and Russia, and they have valid U.S. visas. That gives them the freedom to travel to the United States," Vershbow said in an interview with *Interfax* on Friday.

"There are no charges against either of these men in the U.S. legal system, so there is no basis for arresting them," he said.

The Ambassador pointed out that the U.S. does not have an extradition treaty with Russia.

The two men currently reside in Israel, along with business partner Leonid Nevzlin. Following a Russian request for their extradition, the two are wanted by Interpol.

Brudno, Dubov and Nevzelin claim that the arrest warrants against them were politically motivated and issued at the order of the Russian president as part of a crackdown on Yukos.

Yukos and its major stockholders have supported centrist, democratic Russian political parties, and donated large sums of money to them.



**SEE ALSO**

25.08.2006 11:21 MSK, MOSNEWS.COM
Russian Court Cuts 7-Year Sentence for Yukos Lawyer by 6 Months

23.08.2006 15:30 MSK, MOSNEWS.COM
Court Rejects Yukos Appeal Against Bankruptcy Verdict

23.08.2006 11:15 MSK, MOSNEWS.COM
Yukos Ex-President Theede Accuses Russian Authorities of Political Vendetta

17.08.2006 19:24 MSK, MOSNEWS.COM
Top Yukos Officials Charged with Embezzlement, Money Laundering

In a move at encoura births in t top govern has come to re-intro abandoned in Russia.

**ADVERT**

**INTERV**

**STEFAN W**
The Financ

**Putin o Oil Dep Foreign and Re**



at his cour residence Ogarevo o discuss Rus and foreig with China U.S., energ economic

**COLUM**

**KELLY MC**
NPR

**Beslan Siege: On Que Remain**

Ads by Goooooogle

**President Bush News**
Reports on President Bush with Zero Credibility. See Video Clips Here!
ComedyCentral.com/DailyShow

**Arrest Warrant**
Instant nationwide criminal records search. Over 165 million records!
www.CriminalSearches.com

**Criminal of Yukos**
Campaign against Russian oligarchs Is "Yukos" a perpetual case?
www.prigovor.com/

**George W. Bush**
Should He Step Down As President? Vote Now To See Survey Results!
www.popularq.com

**Free Case Consultation**
Criminal Defense Attorneys All Courts - All Crimes
www.criminalattorney.com

Advertise on this site

17.08.2006 18:05 MSK, MOSNEWS.COM
Former Yukos Security Officer Found Guilty of Murders, Gets 24 Years in Prison

17.08.2006 11:39 MSK, MOSNEWS.COM
Yukos Board Chairman's Offices Searched

04.08.2006 15:44 MSK, MOSNEWS.COM
Russian Investor Dismisses Report About Bid to Save Yukos

04.08.2006 10:48 MSK, MOSNEWS.COM
Russian Billionaire Claims Role of White Knight for Embattled Yukos — Report

02.08.2006 16:10 MSK, MOSNEWS.COM
President Putin Broke Promise to Rescue Yukos — Russian Press

01.08.2006 19:30 MSK, MOSNEWS.COM
Moscow Court Declares Yukos Oil Company Bankrupt

01.08.2006 17:50 MSK, MOSNEWS.COM
Yukos Files Suit Against Creditors in Bid to Avoid Bankruptcy

27.07.2006 17:06 MSK, MOSNEWS.COM
Mystery Investor Offers to Cover All Yukos Debts — Board Chairman

25.07.2006 16:48 MSK, MOSNEWS.COM
Yukos Creditors Offer $320,000 Monthly Salary to Bankruptcy Commissioner

25.07.2006 15:42 MSK, MOSNEWS.COM
94% of Yukos Creditors Vote for Company's Bankruptcy

25.07.2006 14:00 MSK, MOSNEWS.COM
Yukos Should Declare Bankruptcy — State Administrator

19.07.2006 10:56 MSK, MOSNEWS.COM
Yukos Fails to Block Rosneft Share Trading in UK

15.07.2006 11:38 MSK, MOSNEWS.COM
Top Executive in Russia's Yukos Faces News Charges

23.06.2006 11:40 MSK, MOSNEWS.COM
Yukos Asks Britain's Financial Regulator to Block Rosneft's London IPO

05.06.2006 15:58 MSK, MOSNEWS.COM
Yukos Sets Forth Bankruptcy Survival Plan

02.06.2006 13:44 MSK, MOSNEWS.COM
UK Policeman Suspected of Selling Secret Information to Exiled Russian Oligarchs

27.05.2006 23:44 MSK, MOSNEWS.COM
Poland's PKN Orlen Signs Deal to Buy Stake in Mazeikiu Nafta From Yukos

16.05.2006 21:12 MSK, MOSNEWS.COM
Russia Asks Extradition of Former Yukos Executive Held in Italy

day of clas
militants t
1,200 host
in Beslan,
nearly thre
explosions
ripped thro
school, lea
300 hostag
years later
remain abo
happened

COMMEN

**ALISON E**
CNSNews.c
**Russia'**
**Faces C**
**Chorus**
**Criticis**



in describi
relationshi
President V
is now stac
growing cri
Putin's alle
to revert R
"police sta

IMAGES

**Radica**
**Christia**
**Agains**
**Concer**
**Moscow**



forces have
Pushkin Sq
downtown
demonstra
Madonna's

Ads by Google

14.05.2006 11:07 MSK, MOSNEWS.COM
British Lawyer's Suspicious Death Linked to Putin Smears by "Oligarchs"

12.05.2006 11:14 MSK, MOSNEWS.COM
Former Yukos Executive Held in Italy at Russia's Request

19.04.2006 17:48 MSK, MOSNEWS.COM
Moscow Court Finds Yukos Lawyer Guilty of Embezzlement

17.04.2006 11:31 MSK, MOSNEWS.COM
Jailed Yukos Founder Khodorkovsky Will Not Charge Attacker

### North Cyprus Property

15.04.2006 12:32 MSK, MOSNEWS.COM
U.S. Court Orders Halt on Sale of Yukos Assets

14.04.2006 15:03 MSK, MOSNEWS.COM
Russia's Oil Giant Yukos Seeks U.S. Bankruptcy Protection

New Gated Luxury Residences w/ Sea View, Pool, Gym & Golf. £36.000

12.04.2006 14:20 MSK, MOSNEWS.COM
Top Manager Jailed for Heading Wrong Company

06.04.2006 13:49 MSK, MOSNEWS.COM
New Yukos Top Manager Charged with Money Laundering, Embezzlement

www.Cyprus-SeaTerra.com

Moscow sh
speeches v
huge poste
Madonna's
triumphan
pieces. The
community
everything
prevent Ma
concert fro
place," ac

Get
Google
bette

Advertise on this site



NEWS | INTERVIEW | FEATURE | COLUMN | COMMENTARY | MONEY | MN-FILES | IMAGES | WEATHER |
GUIDE TO RUSSIA | ABOUT

Write us: info@mosnews.com
Copyright © 2004 MOSNEWS.COM
Designed by  motka



About | Legal Notice | RSS Feeds
Partners | Advertise with us