UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
)
RICHARD ALLEN, *et al.*       )
                              )
        Plaintiffs,           )   Case No: 1:05-cv-02077 (CKK)
                              )   Hon. Colleen Kollar-Kotelly
    v.                        )
                              )
RUSSIAN FEDERATION, *et al.*  )
                              )
        Defendants.           )
                              )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 23

OFFICE OF PROSECUTOR GENERAL OF THE RUSSIAN FEDERATION

[17.08.2006]

## A further criminal case launched against the former heads of the YUKOS company

The Office of Prosecutor General of the Russian Federation has launched, under articles 160 and 174 of the RF Penal Code (appropriation and embezzlement of property in one's trust and legalising funds acquired by criminal means) and taken on a criminal case against the former president of the oil company YUKOS, Steven Theede, two other former top managers of the company (finance director Bruce Misamore and special adviser to the company's board of directors, David Godfrey), as well as against Timothy Osborne, a director of the company, Group Menatep Ltd.

As suggested by the inquiry, the said individuals, using their official position, entered into a conspiracy to appropriate the foreign assets of the oil company YUKOS. According to the inquiry they were reliably informed that one of the companies founded in Holland by the oil company YUKOS owned part of the shares in a series of foreign companies.

In order to acquire these shares, Theede registered a special fund in the Netherlands in April 2005 and appointed as its directors himself, Misamore, Godfrey and Osborne. Then the shares in the foreign companies were gratuitously transferred to the fund by the Dutch company.  As a result of this, the said individuals were able illegally to distribute the shares at their own discretion.

Under a similar scheme, the conspirators appropriated shares in a further 20 subsidiaries of a company which was a subsidiary of the oil company YUKOS. The named shares were gratuitously transferred to one of the foreign companies of which David Godfrey was a director.

As a result, it turned out that these individuals had acquired a total of more than 10 billion US dollars in the form of financial resources, eurobonds, bonds, enterprises, shares in industrial enterprises, portfolio investments in various foreign funds and financial resources held in trusts and in foreign banks.

Thereafter, in order to conceal the illegal origins of the stolen property, part of these shares was sold to other foreign companies.

Thus, Theede, Misamore, Godfrey and Osborne, using their official position, embezzled and legalised someone else's property entrusted to them and in so doing inflicted particulary great loss on the owner, the open joint stock Oil Company YUKOS, situated within the territory of the Russian Federation.