UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                        )
RICHARD ALLEN, *et al.*                                 )
                                                        )
         Plaintiffs,                                    )   Case No: 1:05-cv-02077 (CKK)
                                                        )   Hon. Colleen Kollar-Kotelly
      v.                                                )
                                                        )
RUSSIAN FEDERATION, *et al.*                            )
                                                        )
         Defendants.                                    )
                                                        )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 24

washingtonpost.com

# Ex-Yukos Executive Calls Russian Probe 'Retaliation'



Advertisement

By Peter Finn
Washington Post Foreign Service
Wednesday, August 23, 2006; D10

MOSCOW, Aug. 22 -- When Steven M. Theede joined the Yukos oil company in 2003 as chief operating officer, he was signing on with one of the shining stars of Russian industry, lauded for its Western-style corporate governance and potential as one of the most powerful stewards of Russia's vast energy resources.

Within months, Theede was thrust into a exhausting battle to save the company after its founder, Mikhail Khodorkovsky, was arrested and the Russian tax authorities saddled Yukos with billions in back taxes.

In late July, Theede, a former executive with ConocoPhillips, gave up the fight, resigning just before a Moscow bankruptcy court rejected a company plan to salvage Yukos and ordered it liquidated. Theede began to think about a few months' rest.

But last week, Russian prosecutors announced that they had opened a criminal investigation of Theede and three other Western executives -- two Americans and a British citizen -- targeting for the first time the company's expatriate managers in the politically charged investigation.

"We were just completely astonished at this announcement," Theede said in a phone interview Thursday from London, where he had been managing Yukos since late 2004. "This is a sort of retaliation for not caving in and handing over the keys and walking away."

Prosecutors allege that Theede and the other managers used a foundation based in the Netherlands to illegally gain control of $10 billion in company assets. Also under investigation are Bruce Misamore, a former manager of the Yukos Finance subsidiary; David Godfrey, Yukos' former managing adviser; and Tim Osborne, a director of Group Menatep, the largest shareholder in Yukos.

Theede asserted that the probe was an attempt to prevent Group Menatep, a company creditor recognized by the Dutch courts, from getting the $800 million it is owed by Yukos. That would leave Khodorkovsky and other shareholders with the kind of money the Russian government seems determined to prevent them from getting.

Khodorkovsky is serving an eight-year sentence in a Siberian prison camp for fraud and tax evasion. His supporters said the prosecution was ordered by the Kremlin because his political activity was seen as a threat to President Vladimir Putin's rule.

Yukos is essentially two companies now: Its Russian assets are under the control of a Moscow court, and its foreign assets are held by the Dutch foundation, which is planning to sell them to pay off creditors.

Earlier this year the foundation, whose work has been scrutinized by the Dutch courts, reached an agreement to sell its stake in the Lithuanian refinery AB Mazeikiu Nafta for close to $1.5 billion.

A Russian court-appointed receiver attempted to block the sale, first in the United States and then in the Netherlands. He failed.

The Dutch ruling put Yukos's foreign assets, including the refinery, a stake in a Slovak oil pipeline operator, and some other companies beyond the reach of courts and creditors in Russia and also ensured that their sale would benefit Group Menatep.

The criminal probe of the four Yukos managers was announced immediately after the Dutch verdict last Thursday.

"We have worked every day to do the right thing, but in Russia doing the right thing isn't what they're looking for," Theede said. "What they're looking for is doing what they want you to do. We're caught in this completely impossible situation where for us, doing the right thing is defending the company from the Russian authorities' attack on it. But if we fulfill our fiduciary responsibility, we are going to be on the wrong side of the fence from the Russian authorities."

The other claimant in the Dutch courts is Rosneft, Russia's state-owned oil company, which acquired Yukos's prime asset at an auction that Theede and others said was rigged. Theede and other Yukos executives unsuccessfully attempted to prevent Rosneft holding a public offering that raised billions of dollars in London earlier this year. Rosneft has pushed for Yukos's liquidation in Russia, and it is expected to snap up most of its remaining assets in the country when the bankruptcy is finalized.

"We felt that it was our responsibility to protect our international assets; I mean that's what management does when they are under unfriendly attack or facing a takeover," Theede said. "We established the foundation they referred to in order to provide protection for the assets and begin a sale process so that legitimate creditors could be paid."

And that includes Rosneft, but also Group Menatep, he said.

The Russian authorities are unlikely to succeed in prosecuting Theede and the others. Foreign courts, including those in London, have repeatedly refused to extradite Russian employees of Yukos to Moscow in earlier cases. But that is little consolation to Theede.

"Many, many people have told me, 'Consider the source; we know this can't be right,' but there are going to be people who don't fully understand, read these things and wonder," Theede said. "I've never had to face a situation like this in my life and I'm quite angry."

© 2006 The Washington Post Company

**Ads by Google**

**Internet Threat Report**
Assess internet security threats View the webcast report now.
www.symantec.com