UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
            Plaintiffs,                                  )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
      v.                                                 )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
            Defendants.                                  )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 25

1 of 1 DOCUMENT

Copyright 2006 The Financial Times Limited
Financial Times (London, England)

August 18, 2006 Friday
London Edition 1

**SECTION:** COMPANIES INTERNATIONAL; Pg. 20

**LENGTH:** 458 words

**HEADLINE:** Russia accuses former Yukos chiefs of asset theft OIL & GAS

**BYLINE:** By ARKADY OSTROVSKY

**DATELINE:** MOSCOW

**BODY:**

Russia's prosecutor-general yesterday launched a criminal case against Steven Theede, a former chief executive of Yukos and a US citizen, accusing him and three colleagues of stealing the company's foreign assets.

The criminal case also names Bruce Misamore, Yukos's former chief financial officer, and Tim Osborne, a director of GML, a holding company which controls 60 per cent of Yukos, and is part of a fierce scramble for control over Yukos assets.

Mr Osborne said: "This action by the Russian Federation demonstrates with great clarity the vindictive nature and pettiness of those who lead Russia today."

Yukos was declared bankrupt this month after three years of sustained attack by the Russian state, which resulted in the state taking control of a large portion of the country's oil industry.

While the case may have no practical ramifications - all targets of this investigation are foreign citizens and reside abroad - it is the first time Russia's prosecutors have levelled accusations at senior western executives.

The case relates to attempts by Yukos's management to ring-fence its overseas assets from bankruptcy proceedings brought by Russian authorities. The management had formed a Dutch-registered company into which it transferred several overseas assets, including the Mazeikiu refinery in Lithuania. Yukos said this was done with the full authority of a Dutch court.

Last year, a Dutch civil court ruled that the proceeds from the sale of these assets should go towards repayment of Yukos's foreign creditors, including GML group. This has put foreign assets out of reach of the liquidators.

But the prosecutor-general said Mr Theede and other former Yukos managers had taken "advantage of their official positions to steal and legalise property that had been trusted to them, which caused considerable damage to the owner . . . the Yukos oil company".

The announcement came shortly after Eduard Rebgun, the liquidator of Yukos appeared to have lost his claim to Yukos's foreign assets in a Dutch court. The Dutch ruled that bankruptcy proceedings should not stand in the way of the

sale of foreign assets by Yukos, the proceeds from which should go to creditors.

"(The prosecutions) appear to be a direct response to the recent refusal from Amsterdam court to recognise the Russian bankruptcy of Yukos," Mr Osborne said.

Yukos said the Dutch court's ruling was a blow to Mr Rebgun who tried to stop the sale of Yukos's overseas assets.

Yukos agreed in May to sell its stake in theLithuanian refinery for Dollars 1.5 billion to PKN Orlen of Poland.

Yukos said the management had always complied with legal requirements in every country it had operated.

Mr Theede resigned last month, saying he had exhausted every possibility to rescue Yukos.

**LOAD-DATE:** August 17, 2006