UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

```
---------------------------------------------------x
                                                   )
RICHARD ALLEN, et al.                              )
                                                   )
                Plaintiffs,                        )   Case No: 1:05-cv-02077 (CKK)
                                                   )   Hon. Colleen Kollar-Kotelly
        v.                                         )
                                                   )
RUSSIAN FEDERATION, et al.                         )
                                                   )
                Defendants.                        )
                                                   )
---------------------------------------------------x
```

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 26

1 of 36 DOCUMENTS

Copyright 2006 The New York Times Company
The New York Times

August 18, 2006 Friday
Late Edition - Final

**SECTION:** Section C; Column 4; Business/Financial Desk; Pg. 9

**LENGTH:** 574 words

**HEADLINE:** Yukos Managers Are Now Targets Of Prosecutors

**BYLINE:** By ANDREW E. KRAMER

**DATELINE:** MOSCOW, Aug. 17

**BODY:**

   The Russian prosecutor general's office said Thursday that it was pursuing a criminal investigation against Steven M. Theede and three other executives who managed the Yukos oil company from outside Russia before it was declared bankrupt.

   The announcement was posted on the office's Web site the same day a court in Amsterdam rejected a claim by a Russian bankruptcy receiver to manage the considerable overseas holdings of Yukos. The office said it was investigating the transfer of company assets into a Dutch foundation controlled by the executives.

   Mr. Theede, an experienced Houston oilman, worked for Yukos in London. The statement also named Bruce Misamore, a former chief financial officer; David Godfrey, a former adviser; and Tim Osborne, director of the holding company GML, formerly Menatep, which owns a majority of Yukos stock.

   Mr. Misamore released a statement denying the accusations. A spokeswoman for Yukos's former managers said the three others were consulting lawyers on Thursday.

   "These actions by the Russian Federation demonstrate with great clarity the vindictive nature and pettiness of those who lead Russia today," Mr. Misamore's statement said. "It shows without a doubt the unbelievable length to which the vendetta against Yukos and GML is being pursued."

   It is unlikely that the men, all of whom live outside Russia, would be prosecuted in Russian courts or that they would be extradited to this country. Mr. Theede has not visited Russia since autumn 2003, when the company's founder, Mikhail B. Khodorkovsky, was arrested on tax evasion and fraud charges. Mr. Khodorkovsky, who says that the charges were politically motivated, is serving an eight-year term in a Siberian penal colony.

   After a bankruptcy ruling early this month, Yukos's Russian oil fields and refineries are being managed by a Russian court-appointed receiver. But the future of the company's assets outside Russia is tied up in court in the Netherlands. Claire Davidson, a spokeswoman for the former management, said from London that the criminal charges stemmed from an attempt to influence the status of those assets.

   The Russian authorities accused Mr. Theede and the others of transferring $10 billion in assets into Dutch-registered companies without compensating Yukos International, an offshore subsidiary.

   "The investigation believes that these people abused their offices and conspired to acquire the foreign assets of Yukos," the prosecutor's statement said.

   "Theede registered a special fund in the Netherlands in April 2005 and appointed Misamore, Godfrey and Osborne and himself as directors of the fund. The criminals appropriated the shares of more than 20 affiliates of the corporation."

Ms. Davidson said overseas assets were placed in a foundation in accordance with Dutch law as a precaution to ensure that proceeds from their sale would be distributed only to creditors recognized in the Dutch courts.

She said the overseas holdings amounted to roughly $2 billion, not the $10 billion cited by Russian authorities. "I don't know where they got that figure," she said.

So far, Dutch courts have recognized a creditors' claim of $750 million by a subsidiary of GML and a claim of $482 million by the Russian state oil company Rosneft attached to the overseas assets of Yukos. By contrast, the Moscow Arbitration Court recognizes a combined $16.2 billion in claims from tax authorities and Rosneft.

**URL:** http://www.nytimes.com

**GRAPHIC:** Photo: It seemed unlikely that Steven M. Theede would have to return to Russia. (Photo by Earl Wilson/The New York Times)

**LOAD-DATE:** August 18, 2006