UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
                                                       )
RICHARD ALLEN, et al.                                  )
                                                       )
                Plaintiffs,                            )   Case No: 1:05-cv-02077 (CKK)
                                                       )   Hon. Colleen Kollar-Kotelly
        v.                                             )
                                                       )
RUSSIAN FEDERATION, et al.                             )
                                                       )
                Defendants.                            )
                                                       )
-------------------------------------------------------x
```

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 31

FOCUS - 11 of 21 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

November 19, 2004 Friday
Late Edition - Final

**SECTION:** Section W; Column 6; Business/Financial Desk; Pg. 1

**LENGTH:** 564 words

**HEADLINE:** Russia Seeks To Prosecute Two More At Yukos

**BYLINE:** By ERIN E. ARVEDLUND

**DATELINE:** MOSCOW, Nov. 18

**BODY:**

   The Russian government on Thursday issued an arrest warrant for the chief lawyer for Yukos, the country's No.1 oil producer, and arrested a midlevel executive at a company subsidiary.

   Russian authorities are seeking Dmitri Gololobov, Yukos's longtime lawyer, on embezzlement charges, and have put him on an international wanted list, a Yukos spokesman confirmed. The spokesman, who asked not to be named, also confirmed the arrest of Aleksei Kurtsin, an executive of Yukos-Moskva, on separate charges of embezzling from a corporate charity. Yukos-Moskva is the operating company that oversees Yukos's day-to-day business.

   Mr. Gololobov was on a business trip in Britain on Thursday, but issued a statement from London saying that the government's case -- involving a disputed transfer of shares of the Yukos oil subsidiary Tomskneft -- had been investigated for more than four years without finding anything amiss.

   Nonetheless, a Moscow court upheld an arrest warrant for Mr. Gololobov, prosecutors told Interfax news agency.

   "Gololobov has been placed on the international wanted list, and he will be taken into custody under a court sanction," an unnamed spokesman in the prosecutor general's office told the Interfax news agency. The lawyer is charged with appropriating shares worth 3 billion rubles, or about $100 million, that belong to Tomskneft, formerly the Eastern Oil Company, the spokesman said.

   Mr. Gololobov has represented Yukos since the 1990's. "I think that the case has been resumed against me personally for the simple reason that I am Yukos's lawyer and have been working hard to protect the company's interests both in courts and law enforcement agencies," Interfax quoted him as saying.

   In September, Mr. Gololobov's offices were searched and he was brought in for questioning by prosecutors and released. He declined to comment further on Thursday's warrant, saying that "the Tomskneft shares that I allegedly appropriated currently belong to Yukos. They were frozen by court bailiffs as part of the tax probe against this company."

   Mr. Gololobov has represented Yukos in many disputes, including some with foreign and other minority shareholders, who were fighting not to lose control of what was then the stand-alone oil company of Tomskneft.

Page 2

Russia Seeks To Prosecute Two More At Yukos The New York Times November

Tomskneft came under the Yukos umbrella in 1998 when Yukos's founder, Mikhail B. Khodorkovsky, won a privatization auction for a big stake in Eastern Oil, a holding company that owned 51 percent of Tomskneft. Yukos gained a controlling interest in Eastern Oil, and 36.82 percent belonged to the state.

Minority shareholders, including the American billionaire financier Kenneth Dart, did battle against Mr. Khodorkovsky when Yukos called shareholder meetings of its subsidiaries, put forth proposals to dilute minority shares -- and then blocked shareholders from entering the meeting room. Eventually the two sides settled.

Yukos is close to the edge of bankruptcy because of an $18.4 billion back tax claim for the years 2000 through 2002, part of a broader attack on the oil giant by the Kremlin. The company's prize asset, its biggest subsidiary, Yuganskneftegas, is expected to be auctioned off, possibly to a government-friendly bidder like Gazprom, the country's natural gas monopoly.

Mr. Khodorkovsky was arrested in October 2003 and faces separate criminal charges. His defense continues this week.

**URL:** http://www.nytimes.com

**GRAPHIC:** Photo: Dmitri Gololobov, Yukos's top lawyer, is the target of a warrant. (Photo by Agence France-Presse -- Getty Images)

**LOAD-DATE:** November 19, 2004