UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
                 Plaintiffs,                             )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
         v.                                              )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
                 Defendants.                             )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 32







$1 = 26.7944 RUR   Moscow   55º F / 13º C
€1 = 33.9726 RUR   St.Petersburg   59º F / 15º C

Search the Archives:

Today is Sep. 28, 2006 10:59 PM (GMT +0400) Moscow

Forum | Archive | Photo | Advertising | Subscribe | Search | PDA | RUS

## Documents



There is YUKOS headquarter

Photo: Dmitry Lekay, Kommerant

**Other Photos**

## Mar. 17, 2005

Print | E-mail | Home

# Eight Plus Three Equals Eleven

// London court tries to grasp Russian legal arithmetic

### Extradition

**Yesterday in the London magistrate's court where hearings on the extradition to Russia of former YUKOS employees Dmitry Maruev and Natalya Chernysheva are going on, the discussion of experts' reports ended and the hearing of the parties' arguments began. Nonna Dzibaeva reports.**

Yesterday's hearings began with the report of Lev Ponomarev, executive director of the social movement For Human Rights. Ponomarev presented the court with materials from public hearings on the YUKOS case. According to these materials, the prosecution of Mikhail Khodorkovsky, Platon Lebedev, and Aleksey Pichugin is politically motivated, and a large number of violations have been committed in the investigation and trial.

The prosecutor from the Crown Prosecution Service was interested to know how Ponomarev's organization observed such politically motivated proceedings.

"We either take part in them as defense attorneys or attend court sessions as observers," the human rights activist answered.

There were no further questions for Ponomarev. This seemed rather strange, since in the previous session [*Kommersant* reported on it yesterday], the experts were questioned at length and in detail about the main points of their reports.

Then defense lawyer Julian Knowles, representing the interests of Dmitry Maruev, announced he would like to present the position of the defense for Maruev to the court. He gave a long, detailed account of the offsets between Yuganskneftegaz and the administration of Volgograd Region, convincing the court that the charge of embezzling 76 billion rubles brought by the Russian prosecutor's office against his client was unfounded. In his words, all agreements concluded between Yuganskneftegaz and Volgograd Region were drawn up in accordance with Russian law.

The lawyer representing the interests of Natalya Chernysheva was supposed to speak next, but Maruev's lawyer called one more witness – Volgograd lawyer Viacheslav Patskov. He was the defense lawyer for Evgeny Reshetnikov, who was convicted of the attempted murder of Evgeny Rybin, head of the Austrian company East Petroleum Handelsgas mbH, which actively cooperated with

  

## Documents

**Deadbeat Companies Won't Pay the Government**
**Russia Caught in Web of Espionage**
**Gazprom Gets a Tariff Boost**
**The Taming of the UN**
**Adamov's Partner Plea Bargains with Taxes**

// Archives

## Readers' Opinions

You are welcome to share your opinion on the issue.

// Join the forum

Tomskneft. Rybin alleged that YUKOS's management had organized the attempt on his life. The defense lawyer asked Patskov to recount what happened when the accused Reshetnikov was brought to Moscow for questioning in 2003.

"In November 2003, Reshetnikov was brought to an investigative isolation ward at Lefortovo," Patskov said. "His relatives asked me to go to Moscow and take part in the investigative measures. I went, but could not participate in questioning my client, because I was subjected to questioning myself. Investigator Burtovoi in particular asked me whether I was acquainted with any of YUKOS's executives, Khodorkovsky and Nevzlin, for example. I refused to answer, since according to Russian law, a lawyer does not have the right to disclose information obtained from his clients. The investigator drew up a protocol of my refusal and asked me to sign it. But I refused again, since then I would become a witness and would no longer have the right to defend my client."

"Has this ever happened to you before?" Knowles wanted to know.

"No, this was the first time."

"What happened next?"

"They didn't let me leave the prosecutor's office and threatened to arrest me and lay criminal charges for refusing to testify. After several hours, Burtovoi wrote up a new protocol. I don't know the text of the protocol, since I didn't read it, much less sign it. At that point, my lawyer colleagues arrived; I had phoned them and told them they were trying to arrest me at the prosecutor's office. They let me go. The next day, I participated as a lawyer at Reshentnikov's interrogation. They asked him the same questions as they asked me. Now he's in Matrosskaia Tishina Prison, but they won't allow me to defend him, citing phony interrogation reports drawn up in 2003."

"But you could lodge a complaint in court," Knowles said to Patskov.

"Yes, I had a complaint drawn up and sent to the Basmanny Court, but I'm not confident of a positive decision."

Maruev's lawyer said he had no further questions. But there were questions from the prosecution.

"Can Reshetnikov now hire another lawyer?"

Yes, a colleague I recommended is allowed access to him. But Reshetnikov believes I will best be able to build a line of defense.

"When the investigator asked whether you knew Khodorkovsky, were you acquainted with him?"

"No."

"But you had heard of him."

"I learned about Khodorkovsky and other YUKOS executives when I studied the Reshetnikov case."

"What was wrong with the investigator's questions? You could simply have said you didn't know him, period."

"The point is that I told the investigator this in the hallway. But he asked me to sign still another protocol. I refused, since in this case I would have become a witness and would no longer have had the right to appear in court as my client's lawyer."

"I don't fully understand the fine points of Russian law. Help me by explaining everything in detail," the prosecutor asked.

And Patskov told once again why he did not sign the investigator's protocol.

"What is Reshetnikov's term?", the prosecutor asked next.

"Eleven years. Eight years for attempted murder, and they added on three, since Reshetnikov was previously put on probation."

"I don't understand why eleven years," the prosecutor repeated. Patskov was obliged to repeat what he had said and add to it.

"Well, eight plus three equals eleven."

At the end of the session, the defense for Chernysheva took the floor. He also said that all of Chernysheva's actions in 1997 when she was a department head at Rosprom were entirely legal and there were no grounds for accusing her of fraud and embezzlement.

**Nonna Dzibaeva**

All the Article in Russian as of Mar. 17, 2005

## See Also

**YUKOS Prefers Perishing at Home** // **News** (Mar. 23, 2005)

**YUKOS Subsidiaries Offered Injured ...** // **News** (Mar. 22, 2005)

**YUKOS Opens 2nd Theater of War** // **News** (Mar. 21, 2005)

**If a Group Has a Leader, It Must ...** // **Documents** (Mar. 16, 2005)

**YUKOS Broke Relations With the State** // **Documents** (Mar. 16, 2005)

Print  |  E-mail  |  Home

Forum  |  Archives  |  Photo  |  About Us  |  Editorial  |  E-Editorial  |  Advertising  |  Subscribe  |  Subscribe to Printed Editions  |  Contact Us  |  **RSS**

© 1991-2006 ZAO "Kommersant. Publishing House". All rights reserved.

