UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
)
RICHARD ALLEN, *et al.* )
)
       Plaintiffs, )   Case No: 1:05-cv-02077 (CKK)
)   Hon. Colleen Kollar-Kotelly
v. )
)
RUSSIAN FEDERATION, *et al.* )
)
       Defendants. )
)
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 37

1 of 1 DOCUMENT

Copyright 2006 Sunday Business Group
All Rights Reserved
The Business

June 18, 2006

**LENGTH:** 1867 words

**HEADLINE:** Rosneft still faces a long hard road to market;
The Kremlin's showcase IPO is beset with legal problems and concerns about value

**BYLINE:** Ben Aris in moscow and Ian Watson in LONDON

**BODY:**

DESPITE this month's rout of Russian stock markets, which suffered their worst falls since the 1998 financial meltdown, the Kremlin gave the go-ahead last week for the third biggest initial public offering (IPO) in history.

Russia's Rosneft is one of the world's largest oil producers, lifting 1.6m barrels a day. It claims to have the largest oil reserves in the world, enough to last 28 years at current production levels. The sale of about 10% in the state-owed company, planned for July, is expected to raise up to $14bn (£7.8bn, E11.3bn).

That's the good news; the bad news is that the IPO is currently dogged with legal problems and disagreenents about its true value. The Kremlin's showpiece IPO could still go disastrously wrong.

Economic development and trade minister German Gref confirmed last week that the IPO will take place sometime in July but probably not, as hoped, in time for the arrival of world leaders gathering in St Petersburg for the G8 summit on 15 July. The sale was intended to be the showstopper at the G8 conference that Russia is chairing for the first time and which is on the hot topic of energy security.

"July - yes, but we most likely do not have the time to do it before the summit," Gref admitted last Monday. He added that "1 August is the latest deadline. We will not be doing it after 1 August, but the final dates are not clear yet."

Rosneft's IPO is expected to raise more than Bank of China's $11bn debut this month but will be less than the $18bn Japan's NTT Mobile raised in October 1998. In November 1999 Italian energy group Enel raised $16.6bn through its IPO, according to the Thomson Financial agency.

Analysts are already questioning the wisdom of the Kremlin's decision. Russian stock markets have tumbled by almost a third and are still dogged by high volatility. Some think the sheer size of the IPO could give markets a "severe case of indigestion". And Russia's oil companies, including Rosneft, are being hit by a blitz of legal actions.

Gref confirmed that 70% of the stock to be sold would be offered through the London Stock Exchange with the rest offered on Russia's two domestic markets - Micex and the Russian Trading System. A stake may also be sold to a Kremlin-friendly oil company like Surgutneftegaz. "With these market conditions there is a not a hope in hell of bringing the IPO off," says Eric Kraus, head of the Nikitsky fund, "unless a stake is sold to a friendly company". With $11bn of cash in its war chest, Surgutneftegaz has the firepower and is a long-time partner of Rosneft. The companies joined forces, along with Gazprom two years ago, to develop the as yet untouched vast oil reserves in Eastern Siberia.

With lawyers and accountants scrambling all over the IPO, no guidance on the price of Rosneft's shares has been released yet, but the money raised will go to pay off a $7.5bn loan Rosneft took out last year on behalf of the Kremlin. This was used to boost the government's stake in gas monopolist Gazprom to more than 50%. In addition, Rosneft has been spending freely and currently has an estimated $11bn of debt.

The IPO is expected to give Rosneft a total value of more than $100bn, a sum which has raised eyebrows in the west. This is $34bn more than consultants estimated Rosneft's value in May and also a steep $40bn premium over the worth of Lukoil, Russia's biggest oil company in production terms. Only 18 months ago, Rosneft was said to be worth a mere $8bn.

The IPO will mark a closing of the circle for Rosneft. It started life as the Soviet oil monopoly, but by the time the oligarchs had picked it clean during the Yeltsin era it was an emaciated wreck ranked 9th in 1998 in terms of production. The choicest assets went to form companies like Sibneft and Yukos and what was left were unattractive fields scattered across the country.

But in 2003 Rosneft began to expand as the Kremlin prepared to retake control of the oil sector through backdoor renationalisation. In 18 months, Rosneft went on a shopping spree buying 89 oil production subsidiaries, including four oil refineries.

Today, Lukoil is still Russia's biggest oil company in production but it comes second to Rosneft in terms of reserves. Lukoil has 26 years of reserves at current production levels, high by western standards. In contrast, western oil major Conoco-Phillips has 15 years.

Rosneft moved out of the shadows last year after President Vladimir Putin appointed one of his closest lieutenants Igor Sechin as chairman. Sechin doubles as deputy head of the the presidential administration and adviser to Putin. The president also announced that Rosneft would be merged with Gazprom to create a global energy giant, nicknamed Gazneft (gasoil) by investors in Moscow.

But the planned merger quickly ran into trouble and, briefly, shed a little light on the shadowy inner workings of the Kremlin. When analysts at Renaissance Capital called contacts at Rosneft the day the Kremlin announced the merger plan deal, they found Rosneft's executives bemused. No one had told them about any merger plan.

The incumbent Rosneft chairman Vladimir Bogdanchikov immediately raised objections to becoming little more than a department head in the Gazneft behemoth. He found an ally in Sechin. Within a few months, despite Putin's personal endorsement, the Kremlin admitted defeat, and Putin's dream of a mega merger was dead.

Analysts have since speculated that Sechin, widely seen as the leading member of the Siloviki, the shadowy security fraction that controls the Kremlin, rebelled because he wanted to build his own energy empire. In this instance, Rosneft benefited from being taken over by Putin's inner circle and is the big winner from the Kremlin's drive to recapture control of the oil sector.

For instance, Rosneft's acquisition of Yukos's main production subsidiary Yuganskneftegaz in the controversial bankruptcy auction in late 2004, thrust Rosneft into oil's big league. The deal tripled Rosneft's production and transformed it from small player to Russia's third largest oil producer. Yuganskneftegaz remains by far Rosneft's largest production unit, accounting for three-quarters of the company's assets in terms of value.

Mikhail Khodorkovsky, former owner of Yukos and its former subsidiary Yugansk-neftegaz, is now in jail in Russia's Far East serving an eight-year sentence for tax evasion and Rosneft's Sechin is widely seen as the mastermind behind the Kremlin-sponsored attacks on Yukos in Khodorkovsky's time.

But from his distant jail Khodorkovsky has shown he is still capable of giving potential investors in Rosneft the jitters. He recently vowed a "lifetime of litigation" to get Yugansk back.

Khodorkovsky's claims of "expropriation" are partly borne out by the dramatic changes in Rosneft's valuation after its acquisition of Yugansk.

At the end of May, Alexander Temerko, former Yukos vice president, said: "Market capitalisation of Lukoil amounts to $55bn. What about Rosneft? Its advisers try to make investors believe that the accurate figure approaches $60bn before the IPO," he said. "Two years ago, before the acquisition of Yugansk, Rosneft was estimated at $8.6bn. After the acquisition of Yugansk for $9.3bn [in December 2004] its value was approximately $17.95bn. What happened since then, because the value of the company grew $34bn more exceeding the value of Lukoil?"

What has happened, of course, is that oil prices have roared up.

Another concern for investors is that Rosneft will remain under state control after the IPO. The Siloviki prefer state control of strategic industries and run the companies they control more like ministries than businesses. Temerko claims that since Rosneft took control of Yugansk the costs of pulling a barrel of oil out of the ground have more than doubled, rising from $1.70 per barrel to $3.50 in a year.

From his cell in Yakutiya, Khodorkovsky continues to do battle with Sechin. Yukos still owns 23% of Yugansk. Rosneft admits it has concerns about the Yugansk asset and that the flurry of legal action could cast a shadow over the IPO. In anticipation, Rosneft has hired top advisers, including Rothschild, ABN Amro, Dresdner Kleinwort Wasserstein, JP Morgan and Morgan Stanley.

There is much to concern them. In March a group of international banks lead by Société Général began bankruptcy proceedings against Yukos to recover part of an unpaid syndicated loan. According to documents seen by The Business, Rosneft secretly bought the $482m debt for $455m in December last year, but wouldn't pay out unless the banks put Yukos into bankruptcy before the start of April this year.

Société Général filed with the Arbitration Court of Moscow to have Yukos declared bankrupt on 16 March last year. Next day, the president of Yukos, Steven Theede, tried to contact the bank's headquarters to say that Yukos was on the cusp of closing a $1bn deal to sell its Lithuanian refinery and would be able to repay the debt in a few days. Nobody, he claims, answered the phone call.

Later, when Theede got through, representatives of the bank told him the matter was out of its hands. Rosneft was named as the only plaintiff in the case. Khodorkovsky has countered by serving writs this year on many of Russia's most senior officials. In another action, a group of US-based Yukos shareholders last week announced that legal papers have been delivered to Rosneft's Sechin, Gazprom's chairman Dmitry Medvedev, Gazprom chief executive Alexei Miller and other leading Gazprom board officials accusing them of expropriation.

Rosneft chief executive Sergei Bogdanchikov was also served with a writ in London as he was about to walk on stage to give a company presentation to a packed hall as part of the International Oil Week in February. And, most embarrassingly, industry and energy minister Viktor Khristenko got his papers during a dinner thrown in his honour during an official visit to Washington.

The ferocity of the legal war could increase after Rosneft's IPO in London. Tim Osbourne, chairman of GML, an investment company controlled by Khodorkovsky, says he welcomes the float: "It gives us assets in the UK to go after." Yukos spokesperson Claire Davidson told The Business: "We are waiting to see the Rosneft prospectus and then we will use the appropriate legal means to address the IPO. We think that Yugansk was stolen and there are various legal routes open to us to get it back."

The threat of endless litigation could spook investors. Warren Buffet said this month he wouldn't buy Rosneft shares or any Russian assets because he believes the country is a huge kleptocracy. Likewise Hungarian-born George Soros and F&C Asset Management, one of Britain's five biggest pension managers, have threatened to boycott the London flotation because of legal risks. Karina Litvack, head of corporate governance and socially responsible

investment at F&C, said in April that the IPO raised "serious questions of governance and legal risk".

But in London most analysts believe that, barring disasters, potential investors will concentrate on the fundamentals of the business and less on uncertainties about corporate governance, political interference and legal action. We shall find out soon.

**LOAD-DATE:** June 19, 2006