UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                          )
RICHARD ALLEN, *et al.*                                   )
                                                          )
        Plaintiffs,                                    )    Case No: 1:05-cv-02077 (CKK)
                                                          )    Hon. Colleen Kollar-Kotelly
  v.                                                      )
                                                          )
RUSSIAN FEDERATION, *et al.*                              )
                                                          )
        Defendants.                                    )
                                                          )
---------------------------------------------------------x


**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**


# EXHIBIT 41

8 of 27 DOCUMENTS

Copyright 2006 The New York Times Company
The New York Times

August 2, 2006 Wednesday
Late Edition - Final

**SECTION:** Section C; Column 1; Business/Financial Desk; INTERNATIONAL BUSINESS; Pg. 4

**LENGTH:** 888 words

**HEADLINE:** Yukos Ordered to Liquidate After Bankruptcy Decision

**BYLINE:** By ANDREW E. KRAMER

**DATELINE:** MOSCOW, Aug. 1

**BODY:**

One judge slumped on her arm throughout a hearing in the multibillion-dollar business dispute, droopy eyes closing at times as lawyers spoke and an air-conditioner hummed.

When it was over, she and two colleagues deliberated for less than half an hour before ordering that the Yukos oil company, once Russia's largest company, be declared bankrupt and its assets liquidated.

With the swift ruling Tuesday, over the objections of Yukos lawyers who complained that the court gave their arguments inadequate consideration, Russia's most famous business dispute drew closer to a conclusion.

The panel of three judges assigned Yukos assets in Russia to a court-appointed manager who has a year to auction them to pay creditors including the tax ministry and Rosneft, the state oil company. The ruling ends a three-year effort to salvage Yukos, which was saddled with huge tax bills after its founder, Mikhail B. Khodorkovsky, supported opposition political parties.

The remaining assets of Yukos are expected to be divided up by Gazprom and Rosneft, the Russian government's two largest energy operators. Rosneft has been hovering over Yukos for months already as the lead creditor in the bankruptcy process.

The judges dismissed arguments by the Yukos lawyer Drew P. Holiner that the company could recover as the value of its oil fields, refineries and filling stations rose along with high world oil prices. Mr. Holiner said he would appeal, but also called the ruling the "death" of Yukos.

"There are a number of decisions that the company feels are a violation of its right to a fair trial," Mr. Holiner said after the ruling.

The company still contends its overseas holdings -- a refinery in Lithuania, a pipeline in Slovakia and an oil services company in Switzerland -- are exempt from the ruling, based on a separate decision by a United States federal judge in New York last month.

As a result of the New York ruling, Yukos will operate its assets outside Russia independently of the

Yukos Ordered to Liquidate After Bankruptcy Decision The New York Times

court-appointed administrator and the Russian courts, essentially splitting the company in two -- one bankrupt, another operating from London and other European offices and controlling assets owned by a Dutch-registered subsidiary, Yukos International.

"You might know us as the old Yukos and new Yukos by tomorrow," a company spokeswoman, Claire Davidson, said in a telephone interview from London.

Yukos is in the process of selling the refinery and the pipeline. The overseas branch will press a legal case against the Russian government in the European Court of Human Rights in Strasbourg, France, according to the former chief executive, Steven M. Theede, who made the disclosure in a letter announcing his resignation last month.

At the hearing yesterday, the chief judge, Pavel Markov, approved Eduard Rebgun, who had been nominated by creditors, to serve as receiver and temporary manager in Mr. Theede's place and approved a salary of about $804,000 a year. Mr. Rebgun said Yukos had assets of $17.7 billion and liabilities of $18.3 billion.

The decision strips control from shareholders, including Mr. Khodorkovsky and foreign investors who lost millions during the crackdown on Yukos.

The court also dismissed arguments that Yukos was unable to pay its debts because assets were frozen by court order.

The tax authorities seized the company's largest pumping asset, the Yugansk unit in Siberia, in 2004, alleging Yukos used transfer payments among subsidiaries to avoid taxes, a common practice in Russia at the time. The Yugansk subsidiary, comprising about two-thirds of the value of Yukos, was sold in an auction to a shell company bought a few days later by Rosneft.

Still, Yukos operates two large production subsidiaries, five refineries, 1,300 filling stations and other property. The company pumps about 450,000 barrels a day.

During the hearing, a representative of Yukos shareholders read a caustic letter accusing the judges of bias as they looked on impassively.

"It is another facade intended to create the appearance of regularity," the shareholder, Tim Osborne, wrote about the legal process. "Rather it is the next step in the looting of Yukos."

"What in 2003 was the jewel of the Russian energy industry now is poised on the verge of extinction," he wrote.

Yukos, privatized in an auction for $300 million in 1996, has come full circle and is again state property. Energy analysts say the government's strategy is to leverage the monopoly power of oil and gas exports to reap profits for the state -- rather than for tycoons such as Mr. Khodorkovsky -- and regain power in foreign policy lost after the breakup of the Soviet Union.

"This is the last act of the oligarch drama," Caius Rapanu, an oil and gas analyst at the brokerage firm UralSib, said of the bankruptcy hearing. "The door has closed on the time when unelected oligarchs have so much sway over Russian economics and politics."

Detractors say that government insiders are skimming off the profits, and that the same will now happen with the Yukos property.

In the hearing, which lasted three and a half hours, Yukos lawyers unsuccessfully argued three motions, asking Judge Markov to stay the bankruptcy until other courts, including the European Court of Human Rights, have ruled on related issues.

**URL:** http://www.nytimes.com

**GRAPHIC:** Photo: Judge Pavel Markov, left, presided yesterday in Moscow over the bankruptcy hearing of the oil giant Yukos, once Russia's largest company. (Photo by Misha Japaridze/Associated Press)

**LOAD-DATE:** August 2, 2006