UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
        Plaintiffs,                                    )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
   v.                                                    )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
        Defendants.                                    )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 42

1 of 1 DOCUMENT

Copyright 2006 Agence France Presse
All Rights Reserved



Agence France Presse -- English

August 10, 2006 Thursday  10:01 AM GMT

**LENGTH:** 277 words

**HEADLINE:** Yukos liquidator says process will be legal

**DATELINE:** MOSCOW, Aug 10 2006

**BODY:**

The man appointed to liquidate the Yukos oil company insisted in an interview on Thursday that the process would happen in a transparent fashion.

"I will do everything strictly in accordance with the law," Eduard Rebgun said in an interview with the Vedomosti business paper, adding that he rejected calls for Yukos' financial state to be assessed by foreign experts.

"All my accounting is based on the figures that Yukos itself has provided," he said.

Rebgun also rejected criticism that the company should not have been declared bankrupt earlier this month.

"According to my calculations, if Yukos were to pay off its debts from its current earnings it would take 2,992 months or 249 years," he said.

Speculation has swirled around who will be the eventual beneficiaries of Yukos' assets, with state energy behemoths Gazprom and Rosneft mentioned as possible recipients.

Rebgun acknowledged his ties to the Russian security establishment known as the "Siloviki" (power people), which critics accuse of being behind Yukos' break-up.

"I had and still have many ... friends in the security structures and wherever fate has sent us we help each other, like normal, ordinary people," he said.

Yukos, once Russia's largest oil producer, was declared bankrupt on August 1 after Rebgun assessed its debts at 18.26 billion dollars and its assets at 17.72 billion dollars, despite protests by management that the company was worth at least 30 billion dollars.

Critics have accused Rebgun of spearheading the dismemberment of the company for political reasons, following the sentencing of its former boss Mikhail Khodorkovsky to eight years in prison for embezzlement and tax evasion.

**LOAD-DATE:** August 11, 2006