UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
                    Plaintiffs,                          )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
            v.                                           )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
                    Defendants.                          )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 44

1 of 1 DOCUMENT

Copyright 2006 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



(c) 2006 Reuters Limited



Reuters News

June 15, 2006 Thursday  4:22 PM GMT

**LENGTH:** 155 words

**HEADLINE:** YUKOS hails Russian judge's "speed-reading record"

**DATELINE:** June 15, 2006

**BODY:**

   MOSCOW, June 15 (Reuters) - A Russian judge considering the merits of adding billions of dollars of back tax claims against stricken oil firm YUKOS has set a new speed reading record, the firm said in a wry comment on Thursday.

   YUKOS said a judge in Moscow's arbitration court decided to to include $13 billion of back-tax claims in YUKOS's creditors' list after taking just 15 minutes to consider 127,000 pages of information submitted by Russian tax officials.

   "The judge came back after 15 minutes and said ... the 127,000 pages were useful in the argument for the case," YUKOS spokeswoman Claire Davidson told Reuters. "We'd like to congratulate the judge on a new world speed-reading record."

   YUKOS has said its tax troubles, with a total bill of about $33 billion, are a politically motivated attempt to destroy it, with courts that take their cue from the Kremlin.

   The judge could not be immediately reached for comment.

**NOTES:**
ODD-YUKOS-JUDGE|LANGEN|AFA|CSA|LBY|RWSA|RWS|REULB|GNS|G|RBN|RNA|RNP|PGE|SXNA;
PUBLISHER: Reuters Ltd.

**LOAD-DATE:** June 16, 2006