UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
       Plaintiffs,                               )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
  v.                                                     )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
       Defendants.                               )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 45

FOCUS - 9 of 15 DOCUMENTS

Copyright 2006 Interfax News Agency
All Rights Reserved
Russia & CIS Business Law Weekly

July 25, 2006

**LENGTH:** 9681 words

**HEADLINE:** PRESIDENT PUTIN SIGNS SEVERAL LAWS

**BODY:**

\*\*\* President Vladimir Putin on July 18 signed into law federal bill No.

109-FZ on the immigration registration of foreign nationals and persons without citizenship in the Russian Federation. The law comes into force as of 15.01.2007.

The law regulates relations arising in the process of registering the movements of foreign nationals and persons without citizenship related to their entry in the Russian Federation, transit through and movements around the territory of the Russian Federation for choosing or changing the place of stay or residence or departure from the Russian Federation.

The law defines the rights and duties of foreign nationals and persons without citizenship in the process of immigration registration, the grounds for immigration registration and removal from immigration registration, the list of information recorded in the process of immigration registration.

The law names the grounds for and procedure of registering foreign nationals and persons without citizenship in places of their residence and contains the list of documents required for registration.

The law defines the categories of foreign nationals and persons without citizenship subjected and not subjected to monitoring in places of their arrival, the grounds for monitoring in places of arrival, the procedure of monitoring in places of arrival and omission from monitoring.

Foreign nationals and persons without citizenship registered in the place of stay on the day of the enforcement of the law in compliance with the federal law dated 25.07.2002 No. 115-FZ on the legal status of foreign nationals in the Russian Federation shall be regarded as registered immigrants in the place of their stay until the expiration of the term of their temporary stay established by law or until the expiry date of their visas and are subject to immigration registration in the event of the change of the place of stay in the territory of the Russian Federation.

Foreign nationals and persons without citizenship having permits for temporary residence and registered in the place of their temporary residence in the Russian Federation on the day of the enforcement of the law have the right to be registered in the place of their residence during the duration of the permit for temporary residence in a procedure established by this law.

\*\*\* President Vladimir Putin on July 18 signed into law federal bill No.

110-FZ amending the federal law on the legal status of foreign nationals in the Russian Federation and invalidating individual provisions of the federal law amending certain legal acts of the Russian Federation. The law comes into force

PRESIDENT PUTIN SIGNS SEVERAL LAWS Russia & CIS Business Law Weekly

as of 15.01.2007.

The amendments made in the federal law dated 25.07.2002 No. 115-FZ on the legal status of foreign nationals in the Russian Federation offer legal preferences to citizens of foreign states with which Russia has agreements on mutual visa-free travels, simplified immigration procedures related to obtaining the status of a temporary resident of Russia and the mechanism of employment in the territory of the Russian Federation.

The law expands the notion of a migration card - a document containing information about a foreign national or a person without citizenship arriving in or departing from the Russian Federation, the duration of his/her temporary stay in the Russian Federation, confirming the right of the foreign national or person without citizenship arriving in the Russian Federation in a procedure not requiring a visa to temporarily stay in the Russian Federation. The card also serves to monitor the temporary stay of a foreign national or person without citizenship in the Russian Federation.

In this connection the federal law was supplemented by several new articles: Article 5.1 Changes in the duration of temporary stay , Article 6.1 Temporary residence of foreign nationals arriving in the Russian Federation in a procedure not requiring a visa, Article 13.1 The gainful employment of foreign nationals arriving in the Russian Federation in a procedure not requiring a visa, Article 18.1 The specifics of regulating the labor market of foreign employees, Article 29.1 The immigration monitoring of foreign citizens.

The Russian government has been allowed to prolong to 180 days or reduce the 90-day period of temporary stay in Russia of individual categories of foreign nationals. In cases when the duration of stay is reduced the government shall sets the time within which a foreign national must leave Russia.

The law allows a foreign national arriving in Russia without a visa to obtain a work permits within 10 days after application independently or through his/her employer.

Employers have been allowed to hire such foreign employees without a permit for the recruitment and use of foreign manpower on condition of mandatory notification of the local immigration authority and the authority in charge of employment about such recruitment and use.

The law introduces a mechanism of protesting a refusal to issue a permit for temporary residence and a decision to annul an earlier permit.

The law invalidated certain provisions of the federal law dated 11.11.2003 No. 141-FZ amending the federal law dated 25.07.2002 No. 115- FZ on the legal status of foreign nationals in the Russian Federation.

*** President Vladimir Putin on July 18 signed into law federal bill No.

116-FZ amending Article 45 of the federal law on insolvency (bankruptcy). It comes into force on the day of promulgation.

Article 45 of the federal law dated 26.10.2002 No. 127-FZ on insolvency (bankruptcy) establishing the procedure of appointing an administrator was supplemented by Item 7 below:

A meeting of creditors has the right to decide on applying to the arbitration court for the approval of a person who acted as an administrator during the bankruptcy procedure preceding the introduction of financial recovery or receivership as an administrator, outside manager or receiver. In this case the procedure of appointing an administrator stipulated by items 1-6 of this Article shall not apply and the arbitration court passes a ruling approving a candidate nominated by the meeting of creditors as an administrator or outside manager or receiver on condition that this person meets the requirements of Article 20 of this federal law.

This provision shall apply also with regard to bankruptcy cases launched before the enforcement date of this federal

law.

*** The Russian president on July 18 signed federal law No. 114-FZ On Changes to the Air Code of the Russian Federation.

The changes to the Air Code have been made to bring the code into compliance with the Civil Code of the Russian Federation.

For example, Article 7 of the Code now states that the property of civil and experimental aviation (aircraft, airfields, airports, technical facilities, and other facilities intended for ensuring the operation of aircraft can be owned by private individuals under the Russian legislation.

The law amends Article 8 of the Code (Compulsory certification and Attestation of Civil Aviation). Under the law, private individuals and legal entities carrying out and/or supporting commercial carriage by air and aviation operations are subject to compulsory certification.

*** The Russian president on July 18 signed federal law No. 115-FZ On Changes to Article 56 of the Air Code of the Russian Federation.

The changes to Article 56 of the Air Code affect crews of civil aircraft in the Russian Federation.

In particular, the new version of the law establishes that the crew of Russian commercial civil aircraft can consist of only Russian nationals.

The changes to the above-mentioned article of the Code allow the inclusion into the crew of an aircraft of a foreign citizen for training purposes only and on condition that foreign citizens cannot be captains on Russian aircraft.

**LOAD-DATE:** August 8, 2006