UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
        Plaintiffs,                                )     Case No: 1:05-cv-02077 (CKK)
                                                         )     Hon. Colleen Kollar-Kotelly
   v.                                                    )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
        Defendants.                                )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 46

2 of 8 DOCUMENTS

Copyright 2006 Sunday Business Group
All Rights Reserved
The Business

July 30, 2006

**LENGTH:** 632 words

**HEADLINE:** Yukos: final fall of Russian giant

**BYLINE:** Ben Aris in Moscow

**BODY:**

THE Yukos affair finally came to an end last week after state-owned oil company Rosneft voted to liquidate the company despite the fact Yukos' management said they could pay off its debts in 18 months.

Rosneft bought Yukos' debts from a group of international banks at the end of last year in a move clearly designed to kill off what was Russia's most valuable company only three years ago.

Rosneft paid off the $482m (£ 265m, E380m) debt Yukos still owed to a syndicate of international banks lead by French giant Société Générale after the banks started bankruptcy proceedings in March.

The vote still needs to be confirmed by the Moscow Arbitration Court at a meeting this week after which the company will be put under external management and its assets sold off over the next year.

Yukos' most valuable asset, the Yuganskneftegaz production subsidiary, has already been seized and sold to Rosneft in a controversial auction in December 2004.

Yukos' management was up in arms but had expected no other result. Yukos CEO Steven Theede resigned ahead of the creditor meeting calling the proceedings "a sham."

The vote brings an end to the two and half year long Yukos affair. Yukos was a pioneer in improving corporate governance and the crippling $33bn back-tax bill is widely seen as a politically motivated attack by the Kremlin. It has contributed to the souring of relations with Washington where the company has lots of friends and has rattled the nerves of many international investors.

Mikhail Khodorkovsky, Yukos' biggest shareholder and once Russia's richest man, spent his 1,000th day in jail last Saturday of an eight-year sentence for tax evasions and fraud.

Yukos management challenged the court-appointed receiver's valuation of the company. Eduard Rebgun, the Kremlin's point man in the campaign to destroy Yukos, submitted a 250-page report to the court estimating the value of Yukos' assets at $17.7bn, less than the company's outstanding debt of $18.2bn.

If the court approves the creditor's decision, then Rebgun will oversee the break and sale of Yukos which could take up to 18 months, drawing a $320,000 a month salary for himself.

Yukos' attorney Zack Clement, who attended the meeting by video link from the company's offices in London, said an independent assessment by US-based Alvarez and Marsal valued Yukos at $37.7bn and the company can pay off its debts in 18 months by selling non-core assets.

Rebgun admits that he did not use the market price to calculate his valuation and controversially assumed a discount of up to 40% would be necessary because of the breakneck speed of the sell-off.

Yukos still owns 20% of Roman Abramovich's oil company Sibneft. That company was recently sold to state-owned gas monopolist Gazprom (and is now called Gazprom Neft). Yukos also owns about 11% of Rosneft worth $10.4bn.

Yukos: final fall of Russian giant The Business July 30, 2006

Together these two stakes are worth just under $13bn and the rump production assets still under Yukos' control - Tomskneftegaz and Samaraneftegaz - are generating between $3bn and $3.5bn a year in profits, bringing the company within striking distance of covering its remaining debts. Yukos also owns 49% in Slovakia's Transpetrol, 100% of the Arctic Gas Company and 100% in Angarsk Petrochemical Company collectively worth $1.7bn.

But Rosneft has no interest in seeing Yukos survive and if the remaining Yukos assets fall into the hands of either Rosneft or Gazprom, the Kremlin will control more than 60% of Russia's energy output.

To cap the death of Yukos, Russian prosecutors also last week called for a life sentence for a former Yukos security official Alexei Pichugin. The Yukos affair opened with the arrest of Pichugin in the summer of 2003 and was condemned to 20 years in prison for murder in March 2005. He has since been charged with two more murders.

**LOAD-DATE:** August 2, 2006