UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |
|---|---|
| RICHARD ALLEN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No: 1:05-cv-02077 (CKK) |
| ) | Hon. Colleen Kollar-Kotelly |
| v. ) | |
| ) | |
| RUSSIAN FEDERATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

---

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 48

1 of 1 DOCUMENT

Copyright 2004 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



(Copyright (c) 2004, Dow Jones & Company, Inc.)

The Wall Street Journal

June 14, 2004 Monday

**SECTION:** Pg. A6

**LENGTH:** 418 words

**HEADLINE:** Yukos Tax Appeal Might Suffer Blow By Judge's Ouster

**BYLINE:** A Wall Street Journal News Roundup

**BODY:**

   MOSCOW -- A Russian court Friday removed the judge hearing OAO Yukos's appeal of a demand to pay 99 billion rubles ($3.41 billion) in back taxes and fines, in what could be a blow to Russia's beleaguered top oil company.

   Separately, a Swiss court dealt a victory to Yukos's main shareholders, releasing $1.6 billion in assets belonging to a unit of Menatep Holding that had been frozen at the request of Russian prosecutors. The freeze was ordered in the criminal-fraud and tax-evasion case against Yukos founder Mikhail Khodorkovsky, who controls the Russian oil company through Menatep. He denies the charges.

   The news did little to encourage investors, who have driven Yukos shares to two-year lows in recent weeks as the company has warned that the tax claims could drive it into bankruptcy. Yukos shares closed down 7.5% Friday at $7 each in the Russian Trading System.

   The probes into Yukos and Mr. Khodorkovsky are widely believed to be politically motivated, part of the Kremlin's efforts to crush the political ambitions of the executive, who has been in jail since his arrest in October.

   The Tax Ministry accuses Yukos of illegally using domestic tax havens to reduce its tax liability in 2000. Tax authorities also are investigating Yukos's tax payments in later years and have won a court order preventing Yukos from selling assets. Yukos has appealed the tax claim, saying the tax plans it used were legal and that many of the tax liabilities applied to companies unrelated to it.

   The decision to remove the judge was made at the demand of the Tax Ministry, which contended that Moscow Arbitration Court judge Natalia Cheburashkina had demonstrated bias by not rejecting Yukos's appeal outright. The ministry had said that the signature on Yukos's appeal didn't come from an appropriate person, the Interfax news agency said.

A separate court decision in the tax case is expected this Friday, after which tax authorities could demand payment of the total claim almost immediately, something Yukos has warned could cause the company severe financial problems.

Meanwhile, the Swiss Federal Tribunal said it upheld one of a series of appeals against the freezing of Yukos-connected bank accounts. The accounts were frozen in March at the request of Russian authorities.

The tribunal gave no details, but lawyers said the decision unblocks $1.6 billion of the $5 billion in assets frozen. The appeal frees the assets of Menatep subsidiary Pecunia but is unlikely to affect Yukos's fundamental financial position.

**NOTES:**
PUBLISHER: Dow Jones & Company Inc.

**LOAD-DATE:** December 5, 2004