UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
            Plaintiffs,                                  )   Case No: 1:05-cv-02077 (CKK)
                                                         )   Hon. Colleen Kollar-Kotelly
     v.                                                  )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
            Defendants.                                  )
                                                         )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 50




**First Female Space Tourist Arrives at ISS**


**Russian Journalist on Trial**
…for satirizing Vladimir Putin's baby boom plan


**Moscow Teens Celebrate**
Parting with high school

# MOSNEWS.COM / NEWS

- HOME
- **NEWS**
- FEATURE
- COLUMN
- INTERVIEW
- COMMENTARY
- MONEY
- MN-FILES
- IMAGES
- WEATHER
- GUIDE TO RUSSIA
- ABOUT

**TIME**

00:26:38 Moscow, GMT+3

**ARCHIVE**

July   2005

| MO | TU | WE | TH | FR | SA | SU |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |

## Russian Judge Fired for Pro-Yukos Rulings — Paper

Created: 25.07.2005 12:07 MSK (GMT +3), Updated: 12:07 MSK

MosNews

Arbitration court judge Vlada Bliznets was relieved of her duties at the request of the Russian Federal Tax Service, reportedly angered by her rulings passed in favor of Yukos, the oil company effectively dismantled in the course of a campaign seen by many as the Kremlin's attempt to stymie the political ambitions of its owners.

Judge Vlada Bliznets was relieved of her duties by the Higher Qualification Board of Judges, the Kommersant daily reports.

Last week the Supreme Court of Russia turned down Bliznets's request to reinstate her as a judge. The formal pretext for the decision was a technical error that resulted from a computer failure. The judge had released a resolution that contained several paragraphs relating to a different case.

Yukos's tax lawyer, Sergei Pepelyayev, however, is convinced that Bliznets's dismissal is, in effect, a reprisal.

Vlada Bliznets had been a judge at the Moscow Arbitration Court since 2000

**Add to Bookmarks**

**MONEY**

MosNews

### Russian Environmental Watchdog Probes Eni Unit for its Role as Sakhalin-2 Contractor



Russia's environmental watchdog Rosprirodnadzor said on Thursday, Oct. 5, it would probe a company controlled by Italian energy group Eni, which works as a contractor on the Sakhalin-2 oil and gas project led by Royal Dutch/Shell.

**FEATURE**

**LISA VRONSKAYA**
MosNews

### Sexual Games With Barbie Dolls as Evidence of Abuse



Italy ordered a 10-year-old orphan, who had been spending her

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**SEARCH**

[FIND]

**MONEY**

| DJ RusIndex | 4,051.52 | -0.10% |
| --- | --- | --- |
| S&P/RUX Index | 442.53 | +0.36% |
| RUR/USD | 26.77 | +0.13% |
| RUR/EURO | 34.07 | -0.08% |
| Oil Brent | 58.81 | +3.12% |
| Oil Urals | 55.59 | +1.37% |
| Nickel | 29925.00 | -1.98% |
| Gold | 569.60 | -1.30% |
| Platinum | 1093.50 | -1.35% |
| Palladium | 299.75 | +1.10% |

**WEATHER**


Moscow
54 °F
12 °C
partly cloudy

specializing in disputes between corporate entities and the tax authorities. She examined a number of high-profile cases involving Gazprom and Yukos.

In April, Russia's Federal Tax Service filed a complaint against Bliznets at the Higher Arbitration Court and the Qualification Board of Judges. The deputy head of the tax service, Boris Korol, accused the judge of incompetence and bias against the tax authorities.

In his complaint the tax official referred to three cases examined by the judge over the preceding months. Those involved companies linked to Yukos and in all the three cases Bliznets ruled in their favor.

In particular, he referred to the case of Fargoil that demanded a tax refund from the state and a huge fine for the authorities' failure to repay the debt on schedule. Korol claimed Fargoil was a dummy firm founded by Yukos for the purpose of evading taxes. Bliznets had satisfied Fargoil's complaint.

Two other complaints were filed by the


HOSTING JAVA! - ATLANTIC.NET - THE HOSTING LEADER
Atlantic.Net, The Hosting Leader, has built its reputation on...

holidays with an Italian couple, to return home. The girl was brought back to the orphanage near Minsk, leaving her Italian foster parents desperate. Much in Vika-Maria's story remains unclear.

**ADVERTISMENT**

**INTERVIEW**

**STEFAN WAGSTYL**
The Financial Times
**Putin on Russia's Oil Dependence, Foreign Affairs and Religion**


Vladimir Putin met foreign academics and journalists at his countryside residence at Novo Ogarevo on Sept. 9 to discuss Russia's domestic and foreign policy, ties with China, Iran and the U.S., energy and economic issues.

**COLUMN**

**KELLY MCEVERS**
NPR
**Beslan School Siege: Two Years On Questions Remain**


In September 2004, on the first day of class, Chechen militants took more than 1,200 hostages in a school in Beslan, Russia. After nearly

Ads by Goooooogle

**Supreme Pilates-Official**
Speed sculpt your way to a longer, leaner & lighter body.
www.supremepilates.com

**Moscow Real Estate**
Thousands homes online with photos Leading Moscow property agent
www.evans.ru

**Coffee Exposed**
A shocking secret coffee co's don't want you to know
www.coffeefool.com

**Utah Case Law**
Free training and phone support! 50 states & federal cases and codes
www.CaseClerk.com

**Nationwide Court Records**
Direct Access to Court Records! Gov. & Law Enforcement Databases.
www.Webstigate.com

Advertise on this site

firms Institute of Legal Information and Meridian Plus, both linked to Yukos.

Lawyer Sergei Pepelyayev told Kommersant he had known Judge Bliznets for years as a person of authority and competence. "She always treats the parties properly, always delves into the essence of the problem. I am least inclined to think that by judging on the Yukos-related cases and those mentioned in the letter by the deputy head of the tax service, Korol, she was guided by motives other than legal. I am 100 percent certain, if there is anyone who cannot be accused of corruption it's her.

"The Federal Tax Service is igniting the atmosphere of psychosis in the courts. A judge erring in favor of the federal budget goes unpunished. But if a judge lawfully rules in the taxpayer's favor he or she may face trouble. At any rate, I know no precedents where a judge was fired for a technical error," the lawyer said.

### SEE ALSO

25.08.2006 11:21 MSK, MOSNEWS.COM
**Russian Court Cuts 7-Year Sentence for Yukos Lawyer by 6 Months**

23.08.2006 15:30 MSK, MOSNEWS.COM
**Court Rejects Yukos Appeal Against Bankruptcy Verdict**

23.08.2006 11:15 MSK, MOSNEWS.COM
**Yukos Ex-President Theede Accuses Russian Authorities of Political Vendetta**

17.08.2006 19:24 MSK, MOSNEWS.COM
**Top Yukos Officials Charged with Embezzlement, Money Laundering**

17.08.2006 18:05 MSK, MOSNEWS.COM
**Former Yukos Security Officer Found Guilty of Murders, Gets 24 Years in Prison**

17.08.2006 11:39 MSK, MOSNEWS.COM
**Yukos Board Chairman's Offices Searched**

04.08.2006 15:44 MSK, MOSNEWS.COM
**Russian Investor Dismisses Report About Bid to Save Yukos**

three days, explosions and gunfire ripped through the school, leaving more than 300 hostages dead. Two years later, questions remain about what happened and why.

### COMMENTARY

**ALISON ESPACH**
CNSNews.com

### Russia's Putin Faces Growing Chorus of Criticism in U.S.



The "solid friendship" that President Bush cited last month in describing his relationship with Russian President Vladimir Putin is now stacked against growing criticism for Putin's alleged attempts to revert Russia to a "police state."

### IMAGES

### "Hug Me!" Flashmob in Moscow Downtown



Moscow's most famous Arbat street was Sunday flooded with hundreds of happy young people embracing each other and the amazed passers-by as the the hippy-style "Hug Me!" flashmob took place. Participants of the flashmob were told to arrive at the beginning of the street at a certain time carrying a sheet of paper saying "Hug Me!" The aim of the action was to brighten up rainy Russian autumn, organizers said.