UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                  )
RICHARD ALLEN, *et al.*           )
                                                  )
                Plaintiffs,       )   Case No: 1:05-cv-02077 (CKK)
                                                  )   Hon. Colleen Kollar-Kotelly
      v.                                             )
                                                 )
RUSSIAN FEDERATION, *et al.*  )
                                               )
                Defendants.    )
                                               )
---------------------------------------------------------x

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 56


**С 1 сентября! Аминь**
Православие - обязательная школьная дисциплина


**Менеджеров IKEA обвиняют в получении взяток**
Прокуратура расследует дело


**Авто, кото... ожидают...**
Прогноз на полугодие 2...



- среда, 27.09.2006
- Альфа-групп собирается расстаться с СТС
- Болгария и Румыния войдут в ЕС
- Акварели Гитлера по 10 тысяч фунтов

**ПЕРВАЯ ПОЛОСА** | **НОВОСТИ** | **ПОЛИТИКА** | **ПРОИСШЕСТВИЯ** | **В МИРЕ** | **БИЗНЕС** | **ОБЩЕСТВО** | **КУЛЬТУРА** | **СПОРТ**

АВТО | ДОМ | КОШЕЛЕК | ХАЙТЕК | ТУРИЗМ | ЗДОРОВЬЕ | ОБРАЗОВАНИЕ | СВЕТСКАЯ ЖИЗНЬ | НАУКА

## Последние темы


**На Сахалине возможна экологическая катастрофа**

Глава Минприроды не исключает масштабной экологической катастрофы в результате прокладки нефтепровода по проекту "Сахалин-2".

подробнее →


**Инкубатор лидеров**

Администрация президента, партия «Единая Россия» и бизнес-объединение «Деловая Россия» вчера приняли итоговый экзамен у выпускников «Школы молодых лидеров». Подведение итогов состоялось на Старой...

подробнее →


**Политиков не так "поправили"**

Вчера Независимый институт выборов организовал "круглый стол", посвященный «тенденциям и противоречиям в правоприменении федерального закона «О политических партиях». Тема звучала весьма...

подробнее →


**Чеченская милиция без административных границ**

## Политика



### Заказных дел мастера

**Генпрокурор Юрий Чайка сделал сенсационное признание**

Вчера Юрий Чайка впервые провел в своем ведомстве день открытых дверей. На часовой встрече с читателями правительственного издания "Российская газета", которые накануне выиграли конкурс на лучший вопрос генпрокурору, Чайка сделал ряд громких заявлений. В частности, он признал, что в органах прокуратуры существует практика так называемых "заказных дел". Предшественники Чайки, несмотря на всю очевидность факта, на подобные откровения не отваживались. Генпрокурор же в свойственной ему жесткой манере пообещал искоренить это явление.

"Мы намерены жестко проанализировать все возбужденные уголовные дела. Если они были прекращены незаконно, будем отменять данные решения, а если дело возбуждено без достаточных на то оснований, будем его прекращать", - заявил генеральный прокурор, пояснив, что "к сожалению, в прокуратуре имеют место заказные дела". По его словам, недавняя проверка выявила только в Центральном федеральном округе около 20 уголовных дел, возбужденных без достаточных оснований. "Работала машина, кто-то, видимо, имел какой-то интерес. Будем разбираться", - сказал






По...

АР

Чеченская милиция будет бороться с преступностью не только в Ингушетии и Чечне, но если понадобится, то и по всей России. С таким заявлением выступил вчера на экстренной встрече с полпредом...

подробнее →



### Без мигалок, но с пробками

Официальной целью вчерашнего визита Бориса Грызлова в Свердловскую область было обсуждение вопросов развития промышленного комплекса области и привлечение инвестиций в экономику УрФО. Несмотря на...

подробнее →



### Россия - поставщик топлива для АЭС в Бушере

Вице-президент Ирана, глава Иранской организации по атомной энергии Голам-Реза Агазаде заявил, что с Россией достигнута договоренность о конкретных сроках направления топлива для АЭС в Бушере. "Мы...

подробнее →



### "Наш отряд блокирован"

В связи с чем Рамзан Кадыров объявил вне закона Мовлади Байсарова? Бывший командир батальона "Горец" делится своей версией с обозревателем "Газеты" Мадиной Шавлоховой.

подробнее →

**Все Материалы »**

---

**НАИБОЛЕЕ ЧИТАЕМЫЕ ТЕМЫ**

- **Поножовщина в московской школе** / Происшествия /
- **Второго ЮКОСа на Сахалине не будет** / Бизнес /
- **Учите английский** / Туризм /
- **"Охотника за крокодилами" убил скат-шипохвост** / Происшествия /
- **Цари всея СССР** / В мире /

---

глава Генпрокуратуры.

### Непобедимое зло

В этой связи вспоминается громкое дело "Трех китов", недавно реанимированное ведомством Юрия Чайки. Дело о контрабанде мебели, возбужденное в 2000 году и, казалось бы, благополучно списанное в архив, получило новый импульс сразу после отставки прежнего генпрокурора Владимира Устинова. Эксперты объясняли, что изначально следствие по "Трем китам" тормозилось из-за наличия у фигурантов влиятельных покровителей в силовых структурах, в том числе в руководстве Генпрокуратуры.

Юрий Чайка в очередной раз дал понять, что искоренение коррупции станет чуть ли не первоочередной задачей его ведомства, в недрах которого уже зреет оригинальная концепция борьбы с этим непобедимым злом. "В настоящее время по поручению администрации президента создана совместная рабочая группа, в которую входят представители Генпрокуратуры и которая должна разработать и внести в Госдуму законодательные изменения, направленные на усиление борьбы с коррупцией", - пояснил Чайка.

### Ротация

По словам генпрокурора, выявление фактов неправомерных действий сотрудников прокуратуры коснется прежде всего руководящих работников. "Мы уже произвели ротацию ряда руководителей региональных прокуратур. В частности, уволен прокурор Краснодарского края. Там мы провели масштабную проверку и выявили много чего. Именно о результатах этой проверки мы будем говорить на ближайшей коллегии Генпрокуратуры", - сообщил Юрий Чайка. (Речь идет об отставке прокурора Сергея Еремина, которого подвергли резкой критике за сомнительную статистику преступлений и сложную криминогенную обстановку на Кубани.)

Помимо прочего в ближайшее время на интернет-сайте ведомства будет открыта "жалобная книга" - специальная страничка, куда граждане могут обращаться с заявлениями о злоупотреблениях со стороны работников прокуратуры и других правоохранительных органов. "Мы думаем, что все эти меры должны принести определенный результат", - резюмировал Чайка.






**Популярная статья**

"Заказные дела органы прокуратуры возбуждают довольно часто, - прокомментировал заявление Юрия Чайки адвокат Руслан Закалюжный. - Яркий пример - дело в отношении нотариуса Фаиля Садретдинова, связанное с делом об убийстве главного редактора русской версии журнала "Форбс" Пола Хлебникова. У Садретдинова был давний недоброжелатель - черный риелтор Алексей Пичугин (в организации покушения на него и обвинялся Садретдинов. - "Газета"), который и "заказал" его, используя свои связи в прокуратуре. Присяжные оправдали Садретдинова, однако через несколько дней он был арестован по новому обвинению в мошенничестве". По мнению Закалюжного, именно по статье "мошенничество" предприниматели чаще всего "заказывают" своих конкурентов. Иногда в роли заказчика выступают и властные структуры. "Три года назад я защищал предпринимателя - владельца швейной фабрики, - привел еще один пример адвокат. - Он повздорил из-за помещения с администрацией Электростали. Рабочие по указанию властей замуровали вход в помещения фабрики, а мой клиент его разобрал. После этого он был арестован за "самоуправство" и просидел год, прежде чем в городе сменилась власть и суд дело прекратил".

**Заказывают все**

"Если об этом во всеуслышание заявил генпрокурор, значит, явление приобрело широкий размах, - сказала "Газете" бывшая судья Мосгорсуда Ольга Кудешкина, принципиальная позиция которой по делу "Трех китов" в свое время стоила ей судейского кресла. - Достаточно заплатить определенную сумму, и возбуждается дело без признаков состава преступления. Причем деньги берут с обеих сторон: с одной - чтобы возбудить, с другой - чтобы прекратить. Если жертва принципиально не желает платить, дело, шитое белыми нитками, поступает в суд. И не у каждого судьи хватает духу вынести оправдательный приговор, поскольку ему предоставляются доказательства, пусть и сфабрикованные".

По мнению Ольги Кудешкиной, органам прокуратуры стоило бы внимательно проанализировать жалобы из мест предварительного заключения и лишения свободы, в которых подследственные и осужденные называют конкретных заказчиков. "Иначе все это останется лишь словами", - полагает экс-судья.

**А вы сталкивались с заказными делами?**

**Генрих Падва / адвокат:**

«А как же! Думаю, большинство дел, с которыми я сталкивался в последнее время, были заказными. Например, в деле Фрэнка Элькапоне была масса подтасовок, оно явно заказано: были подкинуты наркотики. Но, к счастью, его оправдали, хотя суд вынес частное определение. Думаю также, что давно завершившееся дело Быкова было заказным. Неслучайно оно кончилось таким приговором, который показал, что все было блефом, а не делом! Сначала ему дали девять лет условно, а потом после суда в Красноярске по делу, связанному с убийством, он был практически оправдан. Что касается сегодняшних заявлений Юрия Чайки, то полагаю, что какие-то дела действительно прекратят. Ведь новая метла всегда метет по-новому. Кроме того, наверное, неслучайно все-таки Устинова сняли, хотя и говорили, что к нему претензий нет. Думается, что при нем какие-то дела были возбуждены без достаточных оснований - в этом мы и не сомневались. Кстати, я полагаю, что к таким же делам относится то, которое сейчас ведется в отношении Линшица по банку «Нефтяной»; может быть, там что-то и было, но то обвинение, которое ему предъявлено, на мой взгляд, абсолютно абсурдно. По делу Ходорковского могу сказать, что там тоже не все чисто, поскольку было немало и политически, и экономически заинтересованных лиц, которые вполне могли участвовать в разрешении вопроса о возбуждении этого дела».

**Юрий Скуратов / генеральный прокурор России в 1995-2000 годах:**

«Как генпрокурор, конечно, сталкивался, да и сейчас кое-какая информация доходит. Чтобы специально возбуждать дело - этим я не занимался, а просьбы о прекращении были, и давление оказывалось практически со всех сторон. Допустим, мы вели дело по Национальному резервному банку. Давил сам банк, используя свои связи в Центральном банке. По «делу «Мабетекса» давила администрация президента, и, как известно, это кончилось для меня не лучшим образом. По "делу о коробке из-под ксерокса" давил и сам президент, и его дочка Татьяна. Она просила прекратить дело и говорила, что "папа очень волнуется и у него здоровье становится хуже от того, что не прекращено "дело о коробке". Причем она не звонила, а неоднократно говорила это во время личных встреч. Говорила, что папа

нервничает и что этим пользуется оппозиция. Раза три она обращалась ко мне. Наверное, ни к кому больше столько раз не обращалась, потому что все ее просьбы выполнялись с первого раза, а я выполнять не собирался и расследовал дальше. Я ж не дурак, понимал, чем это грозит, и ожидания меня не обманули. То есть я сталкивался со всеми видами давления! Конечно, угроз не было. Вы представляете - генпрокурору угрожать! Это ж себе дороже!

Бесспорно, и дело в отношении меня было незаконно возбуждено и бесславно закончилось. А сейчас в основном дела заказывают коммерсанты-конкуренты, и в этом смысле Чайка прав, хотя я не все его шаги поддерживаю. Это порочная практика, и ее надо выжигать каленым железом!»

**Дмитрий Якубовский / адвокат:**

«Сталкивался, и много раз! Например, дело, по которому посадили меня, безусловно, было заказным. Вообще заказные дела не всегда исходят от конкретных граждан - конкурентов по бизнесу или конкурентов по жизни. Очень часто такие дела бывают и в интересах определенной группы людей, представляющих, по их мнению, государство на том или ином участке развития».

**Григорий Пасько / журналист:**

«Первым заказным делом, с которым я столкнулся, было мое собственное дело, которое завело УФСБ по Тихоокеанскому флоту. Оно было однозначно заказным! Когда уже после всяческих отсидок я приехал во Владивосток, меня к себе пригласили местные чекисты. Помню, за чашкой чая зашел разговор о том, «а кому это было надо?» Они мне и сказали, что это заказное дело - «для профилактики». Позже я читал много уголовных дел и довольно часто сталкивался с очередным заказом. Нередко это было связано, например, с какими-то экономическими преступлениями в Приморском крае. Это было, есть и до какого-то периода еще будет продолжаться, потому что прокуратура согласно Конституции РФ не может находиться в разделе «Судебная власть». Так быть не должно. У нее четко не определено место - ни законодательно, ни конституционно. Поэтому она может надзирать хорошо, а может плохо. И может так представлять интересы государства, как ей заблагорассудится!»

15.08.2006 / Ярослав Зорин, Мария Локотецкая, Александр Саргин

Материал опубликован в "Газете" №145 от 16.08.2006г.

 **обсудить материал**　　 **версия для печати**

 **внести материал в закладки**　　 **послать по почте**

**ССЫЛКИ ПО ТЕМЕ**

- **Чайка прекратит работать на "заказ"** / Политика /

**НАИБОЛЕЕ ОБСУЖДАЕМЫЕ ТЕМЫ**

**Управленцы пораженцев**
albor.ru / 27.09.2006 13:17

**Глобальное спонсирование терроризма**
men / 23.09.2006 22:48

**Кремль не велит**
Anonymous / 21.09.2006 12:05

**Электоральный банкомат**
Anonymous / 20.09.2006 00:53

**Правая консолидация**
Anonymous / 19.09.2006 22:54

## Последние темы

 **Газу нашли зимние квартиры**
**Виктор Янукович в Сочи прилетал не зря**

Единственным осязаемым результатом российско-украинских газовых переговоров в Сочи стало...

 **Книги вместо адвокатов**
**Российским гражданам за рубежом окажут культурную помощь**

"Единая Россия" намерена поддерживать те НКО за рубежом, деятельность которых совпадает с...

 **В Москву прилетел тбилисский "ястреб"**
**Переговоры по урегулированию грузино-осетинского конфликта под угрозой срыва**

Сегодня начнется 52-е заседание Смешанной контрольной комиссии (СКК) по урегулированию...

 **"Согласны только на равноправный союз"**



**The master of ordered cases**
Gazeta
August 16, 2006
By Yaroslav Zorin, Maria Lokotetskaya, and Alexander Sargin

**Yesterday Yuri Chaika ordered to hold for the first time in his office an open day. During a one hour meeting with those readers of the governmental publication Rossiiskaya gazeta who had won the competition for the best question to the General Prosecutor, Mr Chaika made a number of strong statements. In particular he recognised that the procuracy had the practice of the so-called ordered cases. Chaika's forerunners did not dare to talk about those although the fact that they existed was obvious. The [new] prosecutor has promised to eliminate the practice, in his usual strict manner.**

"We are going to thoroughly examine all criminal cases that have been launched. If those were dropped illegally we will cancel those decisions and if the cases were launched without enough grounds we will drop them", the General Prosecutor said adding that "unfortunately, the procuracy launches ordered cases". According to him, a recent check-up showed that only in the Central Federal District around 20 criminal cases have been launched without enough grounds. "It was put on track, apparently there were people interested in it. We are going to sort this out", the head of the General Procuracy said.

**Unbeatable evil**

The high-profile case of the "Three Whales" [company] comes to mind. The office of Yuri Chaika has recently reanimated it. This case is about illegal trade of furniture. It was launched in 2000 and then was allegedly put in the archive. However after the General Prosecutor Vladimir Ustinov had been dismissed they started looking into the case again. Experts said that initial investigation into the "Three Whales" had been dragged on because the suspects had influential friends in the law-enforcement structures, including the management of the General Procuracy.

Yuri Chaika once again made it clear that elimination of corruption will be almost the priority task of his office. The office is developing a unique concept to fight this unbeatable evil. "A working group has been created at the request of the Presidential administration; it includes representatives of the General Procuracy and will work to introduce amendments of the legislation to State Duma aimed to strengthen the fight with corruption", Mr Chaika said.

**Rotation**

According to the General Prosecutor the management of the procuracy will be the most affected by the investigation of illegal actions. "We have already made a

reshuffle of the management in regional prosecutors offices. In particular the Prosecutor of the Krasnodar area was dismissed. We held a large-scale investigation there and found many [violations]. We will be talking about the results of this investigation at the nearest board of the prosecutors", Mr Chaika added. (He is referring to the dismissal of prosecutor Sergey Eremin who came under severe criticism for providing disputable statistics of the crimes and also for the deterioration of the criminal situation in the Kuban region.) A book of complaints will become available soon on the website of the General Procuracy. This will be a special web page where people can report [and appeal] violations committed by employees of the procuracy and other law-enforcement authorities. "We believe these measure will be effective", Mr Chaika said.

**A popular article**

"The procuracy initiates ordered cases quite often", said lawyer Ruslan Zakaliuzhnyi commenting on the statement by Yuri Chaika. One of the best examples is the case of notary officer Fail Sadretdinov related to the case of the murder of Paul Khlebnikov, the head of the Russian version of Forbes Magazine. An old enemy Ruslan, the black realtor Alexey Pichugin "ordered" a case against him using his connections with the procuracy; Sadretdinov is accused of an attempted murder of Mr Pichugin.

The jury acquitted Mr Sadretdinov however few days later he was arrested under accusations of embezzlement. Mr Zakaliuzhny believes the "embezzlement" article [of the Russian Criminal Code] is the one businessmen use most often to initiate "ordered" cases against their rivals. Sometimes the authorities are those who order cases to be initiated. The lawyer went on providing another example. "Three years ago I defended a businessman who was the owner of a sewing factory. He has a row with the administration of Electrostal [city] because of the venue. He was arrested for arbitrary behaviour and was held in detention for a year before the authorities in the city changed and the court dropped the case".

**Feel free to order**

"If the General Procuracy talks publicly about this, it means the practice is large-scale indeed", an ex-justice at the Moscow city court Olga Kudeshkina told Gazeta. She was dismissed for having a principal position in the case of the "Three Whales". "If you pay money a case can be launched without any grounds. They take money from both parties, to initiate the case and then to close it. If the victim definitely does not want to pay, the case launched with no grounds goes to the court. Not every judge dares to acquit [the accused] because the evidence, although fake, is provided".

Olga Kudeshkina believes that the procuracy should analyse more thoroughly the complaints from detention and colonies, in which the suspects and the convicted indicate those who ordered the cases. "Otherwise it's all just a bla-bla-bla", the ex-judge said.

**Have you ever came across with "ordered cases"?**

**Lawyer Genrikh Padva:** "Of course! I think the majority of the cases I come across with are ordered cases. For example, there was a lot falsification in the case of Frank

Elkapone. It was definitely ordered because the drugs were put into his belongings. Fortunately, he was acquitted, although the court's ruling was partial. I also believe the case of Mr Bykov was ordered, it was a long time ago. It is not surprising that at the end the verdict showed that [the case] was fake. First he got a nine-year suspended sentence and after the court hearing in Krasnoyarsk of the case related on a murder he was almost acquitted. As for today's statements by Yuri Chaika, I believe some cases will be dropped because the new management always means new rules. Moreover, I don't think Mr Ustinov was dismissed without any reason although they said there were no complaints about him. It looks like when he headed the Procuracy some cases were initiated without substantial grounds. We have no doubt about it. Moreover, I believe that the case against Mr Linshits with regards to the Neftyanoi bank that is on now, falls into this category. May be he committed a violation but the accusation that he was presented with is absolutely absurd. On the Khodorkovsky case I can say that it is not that simple either, because there were enough people with political and economic interests who could easily participate in the initiation of this case".

**Yuri Skuratov, ex General Prosecutor of Russia in 1995-2000:** « Of course, when I worked as the General Prosecutor, I dealt with such cases and now I still receive some information [on this subject]. I was not involved in initiation of [an ordered] case but I was pressed to drop the case by almost every party involved. For instance, in the case of the National Reserve Bank that we lead, the bank itself put pressure [on us] using its connections with the Central Bank. In "Mabetex case" the presidential administration was putting pressure, which ended not so well for me, as we know. In the case of "box for the photocopier" those who pressed were the President and his daughter Tatiana. She asked to dropped the case and said her father "was very worried and his health was getting worse because the "case about the box" was still on. She did not call me but mentioned it several times during private meetings. She said that her father was getting nervous and the opposition uses it. She came to me three times, probably because I did not fulfil her requests from the first time, unlike everyone else did. I did not intend to fulfil her orders and was going to continue the investigation. I was not stupid and I understood where the danger was, and I was right. All in all I faced all types of pressure except threats. Can you imagine anyone threatening the General Prosecutor? It is more cost than benefit!

There is no doubt the case against me was launched illegally and it had a disgraceful ending. Mr Chaika is right to say that now mainly businessmen order cases against their rivals, although I do not support all of his actions. There is a solid practice that needs to be eliminated!"

**Lawyer Dmitry Yakubovsky:** "Yes, I came across those many times! For instance, the case under which I was imprisoned had been ordered. It is not always that an ordered case is initiated by particular people, business rivals or just rivals. It is very often it is of interest to a group of people who as they believe represent the government at this or that stage of its development".

**Journalist Grigory Pasko:** "The first ordered case I came across was my own case launched by the Pacific Ocean Fleet branch of the Federal Security Services. It was definitely ordered! When I came back to Vladivostok city after serving my sentence, the local security services invited me for a chat. Over tea we discussed who could have been potentially interested [in launching the case]. They said the case was a part

of preventive practice. Later I read many criminal cases and quite often came across ordered cases. In many instances those were connected to economic crimes in Primorsky krai. We had it before, we have it now and we will still have it for some time in future because according to the Russian Constitution the procuracy cannot be a part of "judicial power". It should not be this way. It does not have its own place neither in the legislation nor in the Constitution. That is why it can observe either well or badly and represent the interests of the government the way it wants!"