**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------x
                                                       )
RICHARD ALLEN, et al.                                  )
                                                       )
                    Plaintiffs,                        )    Case No: 1:05-cv-02077 (CKK)
                                                       )    Hon. Colleen Kollar-Kotelly
        v.                                             )
                                                       )
RUSSIAN FEDERATION, et al.                             )
                                                       )
                    Defendants.                        )
                                                       )
-------------------------------------------------------x
```

**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN**
**OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# EXHIBIT 63

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD ALLEN, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>RUSSIAN FEDERATION, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.: 05-cv-02077 (CKK)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF BRUCE K. MISAMORE

1.        My name is Bruce Kelvern Misamore.  I was formerly the Chief Financial Officer, a Member of the Management Board, and a Member of the Executive Committee of the Board of Directors of Yukos Oil Company, and a Member of the Management Board of Yukos-Moscow, the managing company of Yukos Oil Company, with such positions being held either throughout or for various periods from February 2001 to December 2005.

2.        I am a U.S. citizen, and I live at 13402 Pinnacle Place, Houston, Texas. The facts set forth herein are within my personal knowledge and are, in all things, true and correct.

3.        I have worked for 28 years in the oil and gas industry, in Houston, London, Findlay (Ohio), and Moscow.  From December 1998 to October 1999, I was Senior Vice President-Finance and Treasurer at PennzEnergy Company in Houston, and

before that I spent over five years at Pennzoil Company in Houston as, among other positions, Vice President and Treasurer. Prior to that I spent 17 years at USX Corporation/Marathon Oil Company in a host of different financial roles, including Director of Corporate Finance and Manager of Financial Planning. I have previously served as a Director of the U.S.-Russia Business Council in Washington, D.C. In 1972, I received a B.S.B.A. in Finance, Banking and Credit Management, and in 1973, I received an M.B.A., with concentration of finance, both degrees undertaken and awarded from Bowling Green State University, Bowling Green, Ohio.

4.      In January 2001, I accepted an offer to become Chief Financial Officer of Yukos Oil Company. In the spring of 2001, my wife and I established a residence in Moscow, Russian Federation.

5.      As former CFO of Yukos, I am intimately aware of Yukos's financial history, business operations, and future plans. I am well-acquainted with Yukos's competitive position in the U.S. and world markets.

6.      On August 17, 2006, the Russian government announced baseless, politically motivated criminal investigations against me, Steven Theede, and David Godfrey, which alleged embezzlement and money laundering. The investigation is harassment and an attempt at intimidation arising from my association with Yukos with the presumed goal of trying to stop me from continuing to protect the interests of Yukos-related constituents which have been and continue to be harmed as a result of a multitude of illegal Russian Federation actions.

7.     Russian authorities may arrest me if I travel to Russia or attempt to extradite me if I travel to countries with which the Russian Federation has extradition arrangements, so I am forced to limit my travel to the United States, the United Kingdom, and other countries from which I do not fear extradition to the Russian Federation.

Bruce K. Misamore

**SUBSCRIBED AND SWORN TO** before me on ᴌ⁷ᴑ ᴼᵇ .

Notary Public

Belinda Januszewski

Printed Name of Notary

My Commission Expires: 11-28-09



BELINDA JANUSZEWSKI
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 11-28-09