UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         )
RICHARD ALLEN, *et al.*                                  )
                                                         )
       Plaintiffs,                                       )    Case No: 1:05-cv-02077 (CKK)
                                                         )    Hon. Colleen Kollar-Kotelly
  v.                                                     )
                                                         )
RUSSIAN FEDERATION, *et al.*                             )
                                                         )
       Defendants.                                       )
                                                         )
---------------------------------------------------------x


**CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**


# EXHIBIT 64

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No.: 05-cv-02077 (CKK) |
| v. | )<br>) |
| RUSSIAN FEDERATION, *et al.* | )<br>) |
| Defendants. | )<br>) |

**AFFIDAVIT OF STEVEN M. THEEDE**

1. My name is Steven Michael Theede. I was President and Chief Executive Officer of Yukos Oil Company from June 2004 to August 2006. Prior to my service as CEO, I was Yukos's Chief Operating Officer from August 2003 to June 2004.

2. I am a U.S. citizen and currently reside in Houston, Texas, and also have a home in the United Kingdom. The facts set forth herein are within my personal knowledge and are, in all things, true and correct.

3. I have spent almost my entire life working in the oil and gas industry. Prior to my service with Yukos, I spent my career with Conoco in Houston, Texas, and London, United Kingdom. When Conoco merged to form ConocoPhillips in 2002, I was appointed President, Exploration & Production for Europe, Russia, and the Caspian. Prior to that, I served in such posts as Vice President, Human Resources; General Director, Exploration & Production, South and North America; CEO and General Director, Conoco Limited (UK); President, Conoco Pipeline Company; General Director, Planning and Administration, International Refining and

1

Marketing; and General Director, Assessment and Technical Development. I graduated from Kansas State University in 1974 with a B.S. in mechanical engineering.

4. As former CEO and COO of Yukos, I have knowledge of Yukos's operations and business activities since I arrived at the company in 2003, including Yukos's entry into the U.S. market and its competitors in the U.S. and world markets.

5. In August 2006, the Russian Prosecutor's Office announced on its Internet site that it was initiating a criminal investigation into me and two of my business associates: Bruce Misamore and David Godfrey. The investigation refers to embezzlement and money laundering.

6. This criminal investigation is politically motivated retaliation for the actions management has taken to defend Yukos Oil Company from illegal expropriation by the Russian authorities and also possibly due to statements I have made criticizing the Russian government's expropriation of Yukos Oil Company.

7. I will not travel to Russia because I do not feel my safety could be assured by anyone in any fashion. I will, for the foreseeable future, limit my travel to countries, such as the United States, from which I have no reason to fear extradition to Russia.

_____
Steven M. Theede

SUBSCRIBED AND SWORN TO before me on 10/12/06.

_____
Notary Public

Joyce Neal
Printed Name of Notary

My Commission Expires: 1-8-10

[Notary seal: JOYCE NEAL, MY COMMISSION EXPIRES JANUARY 8, 2010]

2