IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD ALLEN *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. Action No.: 05-cv-02077 (CKK) |
| v. | ) | |
| | ) | |
| RUSSIAN FEDERATION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**UNOPPOSED JOINT MOTION BY DEFENDANTS VIKTOR KHRISTENKO, ALEXEI KUDRIN, DMITRY MEDVEDEV, IGOR SECHIN, IGOR YUSUFOV, OAO GAZPROM, ALEXEI MILLER, OAO ROSNEFT OIL COMPANY, OAO ROSNEFTEGAZ, SERGEY BOGDANCHIKOV, AND NIKOLAI BORISENKO TO ESTABLISH PAGE LIMITS FOR THEIR RESPECTIVE REPLY BRIEFS IN SUPPORT OF THE MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Defendants Viktor Khristenko, Alexei Kudrin, Dmitry Medvedev, Igor Sechin, and Igor Yusufov (the "Government Officials"), OAO Gazprom and Alexei Miller (the "Gazprom Defendants"), and OAO Rosneft Oil Company, OAO Rosneftegaz, Sergey Bogdanchikov, and Nikolai Borisenko (the "Rosneft Defendants") (collectively, the "Moving Defendants"), by and through their respective undersigned counsels, respectfully submit this Unopposed Joint Motion to Establish Page Limits for Their Respective Reply Briefs in Support of the Motions to Dismiss the Amended Complaint. In accordance with Local Civil Rule 7(m), undersigned counsel has conferred with counsel for the Plaintiffs. Counsel for the Plaintiffs does not oppose this motion.

In support of this Motion, the Moving Defendants state as follows:

1. Plaintiffs filed the above-captioned matter on October 24, 2005.

2. Defendants the Russian Federation, Minister Khristenko, Minister Kudrin, OAO Rosneftegaz, OAO Rosneft Oil Company, OAO Gazprom, and Sergey Bogdanchikov timely filed motions to dismiss the complaint on May 15, 2006. The Court granted defendants OAO Rosneft Oil Company, OAO Rosneftegaz and Bogdanchikov leave to file a 65-page consolidated motion to dismiss the complaint.

3. Pursuant to a series of motions and orders entered by this Court, defendants Medvedev, Miller, Yusufov, Sechin, and Borisenko timely filed motions to dismiss the complaint on June 20, 2006.

4. According to the schedule established in the Order granting the Fourth Consent Motion to Extend and Establish Deadlines for Responding to the Complaint, which was granted *nunc pro tunc* on June 20, 2006, the plaintiffs had until July 31, 2006, to submit briefs in opposition to all pending motions to dismiss.

5. On July 13, 2006, plaintiffs served an Amended Complaint (the "Amended Complaint").

6. On August 29, 2006, the Court granted defendants' Unopposed Joint Motion to Establish Page Limits for Their Respective Motions to Dismiss the Amended Complaint allowing the Government Officials up to 60 pages, Gazprom Defendants up to 70 pages, Rosneft Defendants up to 75 pages and thus reducing the potential number of briefs from 12 to four.

7. Pursuant to the schedule established in the Order granting the Joint Motion for Extension of Time to respond to Amended Complaint, granted on August 9, 2006, the Government Officials, the Gazprom Defendants, the Rosneft Defendants, and the Russian

Federation each filed a timely consolidated motion to dismiss the Amended Complaint on September 8, 2006.

8. On October 5, 2006, the Court granted plaintiffs' Unopposed Motion to File a Consolidated Opposition Memorandum up to 150 pages.

9. On October 13, 2006, Plaintiffs' filed a 150-page Consolidated Opposition Memorandum addressing defendants' motions to dismiss and attaching 65 exhibits totaling over 600 pages. The opposition memorandum contains 16 separate sections of argument, with each of those sections broken down in additional sub-parts.

10. Given the scope of the allegations in the Amended Complaint and the length and breadth of plaintiffs' opposition memorandum, the Moving Defendants respectfully seek 45 pages for each of the reply briefs of the Government Officials, the Gazprom Defendants, and the Rosneft Defendants.

11. This modest increase in the page limits is necessary to enable the movants' respective reply briefs to address plaintiffs' opposition.

12. Counsel for Plaintiffs has been advised of the Moving Defendants' request for the establishment of page limits as stated in paragraph 10 above. Counsel for the Plaintiffs does not oppose this motion.

13. For the foregoing reasons, and without waiver of any defense that may be available to any defendant (including sovereign immunity, the act of state doctrine, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction and improper venue), undersigned counsel respectfully move for an order established the page limits stated in paragraph 10 above.

| | |
|---|---|
| October 26, 2006 | Respectfully Submitted, |
| \s\ Adam P. Strochak_____ | \s\ Ryan E. Bull_____ |
| Adam P. Strochak | Jay L. Alexander |
| (DC Bar No. 439308) | (DC Bar No. 412905) |
| WEIL, GOTSHAL & MANGES LLP | Ryan E. Bull |
| 1300 Eye Street NW, | (DC Bar No. 481743) |
| Suite 900 | Baker Botts L.L.P. |
| Washington, D.C. 20005 | 1299 Pennsylvania Avenue, N.W. |
| Telephone: (202) 682-7000 | Washington, D.C. 20004 |
| | Telephone: (202) 639-7700 |
| OF COUNSEL: | Facsimile: (202) 585-1057 |
| Richard W. Slack | |
| WEIL, GOTSHAL & MANGES LLP | OF COUNSEL: |
| 767 5th Avenue | Michael S. Goldberg |
| New York, NY 10153 | Baker Botts L.L.P. |
| | One Shell Plaza |
| Gregory S. Coleman | 910 Louisiana |
| WEIL, GOTSHAL & MANGES LLP | Houston, Texas 77002-4995 |
| 8911 Capital of Texas Highway | |
| Suite 1350 | *Counsel to Defendants, Viktor Khristenko,* |
| Austin, TX 78759 | *Alexei Kudrin, Dmitry Medvedev, Igor* |
| | *Sechin, and Igor Yusufov* |
| *Counsel to Defendants OAO Rosneftegaz,* | |
| *OAO Rosneft Oil Company, Sergey* | |
| *Bogdanchikov, and Nikolai Borisenko* | \s\ William M. Sullivan, Jr._____ |
| | William M. Sullivan, Jr. |
| | (DC Bar No. 467269) |
| | WINSTON & STRAWN LLP |
| | 1700 K Street, N.W |
| | Washington, D.C. 20006-3817 |
| | Telephone: (202) 282-5000 |
| | |
| | OF COUNSEL: |
| | W. Gordon Dobie |
| | Greg Vamos |
| | WINSTON & STRAWN LLP |
| | 35 W. Wacker Drive |
| | Chicago, Illinois 60601 |
| | |
| | *Counsel to Defendant OAO Gazprom* |
| | *and Alexei Miller* |