UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ALLEN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUSSIAN FEDERATION, *et al.*,<br><br>    Defendants. | Civil Action No. 05–2077 (CKK) |

**ORDER**
(November 26, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 26th day of November, 2007, hereby

**ORDERED** that Defendants' [52, 53, 54, 55] Motions to Dismiss are GRANTED; and it is further

**ORDERED** that the Russian Federation, OAO Rosneftegaz, Viktor B. Khristenko, Alexei L. Kudrin, Dmitry A. Medvedev, Igor Sechin, Igor K. Yusufov, OAO Gazprom, Alexei B. Miller, OAO Rosneft Oil Company, Nikolai Borisenko, and Sergey Bogdanchikov shall be dismissed from this action.

**SO ORDERED.**

              /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge