# EXHIBIT A



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

AFFIDAVIT OF ACCURACY

I, Carrie Russ, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying documents [Corporate Registry Record for Gazpromneft] from Russian into English.

Carrie Russ
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 370 South
Washington, DC 20005

Sworn to before me this
3rd day of December 2007

Signature, Notary Public

Lisa Sherfinski
Notary Public, District of Columbia
My Commission Expires 01-01-2008

Stamp, Notary Public

Washington, DC

Russian Federation Government
Ministry of Finance of Russia

Page 1 of 2

[logo: Federal Tax Service] FEDERAL

**Information about Legal Entities**

**Go back**

INFORMATION ENTERED INTO THE UNIFORM STATE REGISTER OF LEGAL ENTITIES AS OF 11/20/2007

**New Search**
Entries Found: **51**
← ⇒ 1 2 3 4 5 6

| Legal Entity Name | Address (location) of Legal Entity | Tax ID | KPP code | Primary State Registration Number (PSRN) | PSRN issued on | State Registration Number Of The Record (SRN) | Record entered on | Name of the registration agency that entered the record | Address of the registration agency | Region |
|---|---|---|---|---|---|---|---|---|---|---|
| **1.1 Information on the State Registration of Legal Entities at the time of their Foundation** | | | | | | | | | | |
| Gazprombank, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | | | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 | St. Petersburg |
| **2.1 Information on the State Registration of Changes entered into foundation documents of Legal Entities** | | | | | | | | | | |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2047833070877 | 12/31/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| **2.2 Information on the Changes to the Information About Legal Entities containing in the Uniform State Register of Legal Entities** | | | | | | | | | | |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2057806808673 | 02/16/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2057806808684 | 02/16/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |

11/21/2007

| Company | Address | Number | Date | Number | Date | Tax Authority | Tax Address | Location |
|---|---|---|---|---|---|---|---|---|
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2057806808695 | 02/16/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2057806808717 | 02/16/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2057806808728 | 02/16/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2057806876807 | 05/05/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2057806876818 | 05/05/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2057806876829 | 05/05/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | | | | | St. Petersburg |

**Go back**

Copyright © 2006 Federal Tax Service of Russia

[logo: Federal Tax Service] FEDERAL

## Information about Legal Entities

**Go back**

INFORMATION ENTERED INTO THE UNIFORM STATE REGISTER OF LEGAL ENTITIES AS OF 11/20/2007

**New Search**
Entities Found: **51**
← → 1 2 3 4 5 6

| Legal Entity Name | Address (location) of Legal Entity | Tax ID | KPP code | Primary State Registration Number (PSRN) | PSRN issued on | State Registration Number Of The Record (SRN) | Record entered on | Name of the registration agency that entered the record | Address of the registration agency | Region |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.2 Information on the Changes to the Information About Legal Entities containing in the Uniform State Register of Legal Entities | | | | | | | | | | |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2057806876840 | 05/05/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2057806876851 | 05/05/2005 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazprommeft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2047833056841 | 11/22/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazprommeft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2047833064629 | 10/12/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazprommeft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2047833064630 | 10/12/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazprommeft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gazpromneft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2047833064640 | 10/12/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazpromneft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2047833064651 | 10/12/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazpromneft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2047833064662 | 10/12/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazpromneft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2047833067533 | 12/21/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |
| Gazpromneft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 1047855126670 | 11/02/2004 | 2047833067544 | 12/21/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 | St. Petersburg |

**Go back**

Copyright © Federal Tax Service of Russia

[logo: Federal Tax Service] FEDERAL

Russian Federation Government
Ministry of Finance of Russia

Information about Legal Entities

Go back

INFORMATION ENTERED INTO THE UNIFORM STATE REGISTER OF LEGAL ENTITIES AS OF 11/20/2007

New Search
Entries Found: 51
← → 1 2 3 4 5 6

| Legal Entity Name | Address (location) of Legal Entity | Tax ID | KPP code | Primary State Registration Number (PSRN) | PSRN issued on | State Registration Number Of The Record (SRN) | Record entered on | Name of the registration agency that entered the record | Address of the registration agency |
|---|---|---|---|---|---|---|---|---|---|
| Gazprommeft, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2047833067566 | 12/21/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 |
| **2.2 Information about Legal Entity** | | | | | | | | | |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2047833070888 | 12/31/2004 | Interdistrict Inspectorate of the Federal Tax Service # 7 in St. Petersburg | Sadovaya ul., 55/57, St. Petersburg 190068 |
| **2.3 Information on the Changes to the Information on the Legal Entity** | | | | | | | | | |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812146863 | 09/02/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| **2.4 Information on Licenses, Registration as Funds Policy Holders, Information related to Registration** | | | | | | | | | |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812146874 | 09/02/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeisky b-r, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812146885 | 09/02/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |

http://www.valaam-info.ru/fns/fns.php?p=3

| Company | Address | | | | | | | Inspectorate | Inspectorate Address |
|---|---|---|---|---|---|---|---|---|---|
| Invest Union, Limited Liability Company | Konnogvardeiskiy br-t, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812147127 | 09/02/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy br-t, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812147138 | 09/02/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy br-t, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812249592 | 09/05/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy br-t, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812378919 | 09/15/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy br-t, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057812555634 | 10/07/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |

**Go back**

Copyright © 200[number cut off]

11/21/2007

[logo: Federal Tax Service] FEDERAL
**Information about Legal Entities**

Russian Federation Government
Ministry of Finance of Russia

**Go back**

INFORMATION ENTERED INTO THE UNIFORM STATE REGISTER OF LEGAL ENTITIES AS OF 11/20/2007

**New Search**
Entries Found: 51
← → 1 2 3 4 5 6

2.3 Information on Licenses, Registration as Funds Policy Holders, Information related to Registration

| Legal Entity Name | Address (location) of Legal Entity | Tax ID | KPP code | Primary State Registration Number (PSRN) | PSRN issued on | State Registration Number Of The Record (SRN) | Record entered on | Name of the registration agency that entered the record | Address of the registration agency |
|---|---|---|---|---|---|---|---|---|---|
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 7067847254908 | 05/30/2006 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847888591 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847888602 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847888613 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847888624 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |

| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847888635 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847889163 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847889174 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847889185 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847889207 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |

Copyright © 200[number cut off]

**Go back**

[logo: Federal Tax Service] FEDERAL
**Information about Legal Entities**

**Go back**

Russian Federation Government
Ministry of Finance of Russia

INFORMATION ENTERED INTO THE UNIFORM STATE REGISTER OF LEGAL ENTITIES AS OF 11/20/2007

**New Search**
Entries Found: 51
← → 1 2 3 4 5 6

2.3 Information on Licenses, Registration as Funds Policy Holders, Information related to Registration

| Legal Entity Name | Address (location) of Legal Entity | Tax ID | KPP code | Primary State Registration Number (PSRN) | PSRN issued on | State Registration Number Of The Record (SRN) | Record entered on record | Name of the registration agency that entered the record | Address of the registration agency |
|---|---|---|---|---|---|---|---|---|---|
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847892218 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847890054 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847890065 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a St. Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847890076 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a, Petersburg, 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847890241 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a St. Petersburg, 197022 |

11/21/2007

### 3.1 Information on the beginning of the Liquidation Process of Legal Entities

| Name | Address | INN | KPP | OGRN | Date | GRN | Date | Tax authority | Tax authority address |
|---|---|---|---|---|---|---|---|---|---|
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847890252 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a St. Petersburg. 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2079847890263 | 01/18/2007 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39a St. Petersburg. 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2057810389052 | 05/24/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg. 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | | | 1047855126670 | 11/02/2004 | 2057810389096 | 05/24/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg. 197022 |
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | 2057811770443 | 07/27/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg. 197022 |

**Go back**

Copyright © 200[number cut off]

Page 1 of 1

Russian Federation Government
Ministry of Finance of Russia

[logo: Federal Tax Service] FEDERAL
**Information about Legal Entities**

**Go back**

**New Search**
Entries Found: **51**
⇐ → 1 2 3 4 5 6

INFORMATION ENTERED INTO THE UNIFORM STATE REGISTER OF LEGAL ENTITIES AS OF 11/20/2007

| Legal Entity Name | Address (location) of Legal Entity | Tax ID | KPP code | Primary State Registration Number (PSRN) | PSRN issued on | State Registration Number Of The Record (SRN) | Record entered on | Name of the registration agency that entered the record | Address of the registration agency |
|---|---|---|---|---|---|---|---|---|---|
| Invest Union, Limited Liability Company | Konnogvardeiskiy b-r, 17a, St. Petersburg 190000 | 7838308660 | 783801001 | 1047855126670 | 11/02/2004 | | | | |
| | | **3.2 Information on the State Registration of Legal Entities related their Liquidation** | | | | | | | |
| | | | | | | 2057812249581 | 09/05/2005 | Interdistrict Inspectorate of the Ministry for Taxes and Levies of the RF # 15 in St. Petersburg | Professora Popova, 39, St. Petersburg, 197022 |

**Go back**

Copyright © 200[number cut off]

Сведения о юридических лицах

Вернуться назад

>> Правительство РФ
>> Минфин России

ФЕДЕРАЛЬНАЯ

СВЕДЕНИЯ, ВНЕСЕННЫЕ В ЕДИНЫЙ
ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ НА 20.11.2007

## Новый запрос

Найдено записей: 51
← 1 2 3 4 5 6

| Наименование юридического лица | Адрес (местонахождение) юридического лица | ИНН | КПП | Основной государственный регистрационный номер (ОГРН) | Дата присвоения ОГРН | Государственный регистрационный номер записи (ГРН) | Дата внесения записи | Наименование регистрирующего органа, внесшего запись | Адрес регистрирующего органа | Регион |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1. Сведения о государственной регистрации юридических лиц при их создании. | | | | | | | | | | |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | | | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.,Профессора Попова ул.,39 | Санкт-Петербург |
| 2.1. Сведения о государственной регистрации изменений, вносимых в учредительные документы юридического лица | | | | | | | | | | |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2047833070877 | 31.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул.,55/57 | Санкт-Петербург |
| 2.2. Сведения о внесении изменений в сведения о юридических лицах, содержащиеся в Едином государственном реестре юридических лиц, не связанных с внесением изменений в учредительные документы юридических лиц. | | | | | | | | | | |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2057806808673 | 16.02.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул.,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2057806808684 | 16.02.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул.,55/57 | Санкт-Петербург |
| | 190000,Санкт- | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | 1047855126670 | 02.11.2004 | 2057806808695 | 16.02.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | 1047855126670 | 02.11.2004 | 2057806808717 | 16.02.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | 1047855126670 | 02.11.2004 | 2057806808728 | 16.02.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | 1047855126670 | 02.11.2004 | 2057806876807 | 05.05.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | 1047855126670 | 02.11.2004 | 2057806876818 | 05.05.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | 1047855126670 | 02.11.2004 | 2057806876829 | 05.05.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |

**Вернуться назад**

Copyright © 2006 ФНС Рос



Сведения о юридических лицах

Вернуться назад

СВЕДЕНИЯ, ВНЕСЕННЫЕ В ЕДИНЫЙ
ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ НА 20.11.2007

**Новый запрос**
Найдено записей: 51
← → 1 2 3 4 5 6

### 2.2. Сведения о внесении изменений в сведения о юридических лицах, содержащихся в Едином государственном реестре юридических лиц.

| Наименование юридического лица | Адрес (местонахождение) юридического лица | ИНН | КПП | Основной государственный регистрационный номер (ОГРН) | Дата присвоения ОГРН | Государственный регистрационный номер записи (ГРН) | Дата внесения записи | Наименование регистрирующего органа, внесшего запись | Адрес регистрирующего органа | Регион |
|---|---|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест союз" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2057806676940 | 05.05.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Инвест союз" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2057806676851 | 05.05.2005 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2047833056941 | 22.11.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2047833064629 | 10.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2047833064630 | 10.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 | Санкт-Петербург |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г.,/Конногвардейский б-р,17а | 1047855126670 | 02.11.2004 | 2047833064640 | 10.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г.,/Конногвардейский б-р,17а | 1047855126670 | 02.11.2004 | 2047833064651 | 10.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г.,/Конногвардейский б-р,17а | 1047855126670 | 02.11.2004 | 2047833064662 | 10.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г.,/Конногвардейский б-р,17а | 1047855126670 | 02.11.2004 | 2047833067533 | 21.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.Садовая ул,55/57 | Санкт-Петербург |
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г.,/Конногвардейский б-р,17а | 1047855126670 | 02.11.2004 | 2047833067544 | 21.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.Садовая ул,55/57 | Санкт-Петербург |

**Вернуться наза**

Copyright © 2006 ФНС Рос

>> Правительство РФ
>> Минфин России

Сведения о юридических лицах

# СВЕДЕНИЯ, ВНЕСЕННЫЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ НА 20.11.2007

Вернутьс

Новый запрос
Найдено записей: 51
← → 1 2 3 4 5 6

| Наименование юридического лица | Адрес (местонахождение) юридического лица | ИНН | КПП | Основной государственный регистрационный номер (ОГРН) | Дата присвоения ОГРН | Государственный регистрационный номер записи (ГРН) | Дата внесения записи | Наименование регистрирующего органа, внесшего запись | Адрес регистрирующего органа |
|---|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Газпромнефть" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2047833067556 | 21.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 |
| | | | | | **2.2. Сведения о внесении изменений в сведения о юридических лицах, содержащиеся в Едином государственном реестре юридических лиц.** | | | | |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | | | 1047855126670 | 02.11.2004 | 2047833070888 | 31.12.2004 | Межрайонная инспекция Федеральной налоговой службы №7 по Санкт-Петербургу | 190068,Санкт-Петербург г.,Садовая ул,55/57 |
| | | | | | **2.3. Сведения о лицензиях, о регистрации в качестве страхователей в фондах, сведения о постановке на учет.** | | | | |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812146874 | 02.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812146863 | 02.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812146885 | 02.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |

http://www.valaam-info.ru/fns/fns.php?p=3

| | р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | | | | Попова ул,39 |
|---|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812147127 | 02.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812147138 | 02.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812495592 | 05.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812378919 | 15.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 2057812555634 | 07.10.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |

**Вернуть**

Copyright © 200t

Сведения о юридических лицах

**>> Правительство РФ**
**>> Минфин России**

Вернуться

# СВЕДЕНИЯ, ВНЕСЕННЫЕ В ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ НА 20.11.2007

**2.3. Сведения о лицензиях, о регистрации в качестве страхователей в фондах, сведения о постановке на учет.**

| Наименование юридического лица | Адрес (местонахождение) юридического лица | ИНН | КПП | Основной государственный регистрационный номер (ОГРН) | Дата присвоения ОГРН | Государственный регистрационный номер записи (ГРН) | Дата внесения записи | Наименование регистрирующего органа, внесшего запись | Адрес регистрирующего органа |
|---|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,,Конногвардейский б-р,17а, | 7838308660 | 783801001 | 1047855126670 | 02.11.2004 | 7057847254908 | 30.05.2006 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,,Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847888591 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,,Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847888602 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,,Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847888613 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,,Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847888624 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |

**Новый запрос**

Найдено записей: 51

← → 1 2 3 4 5 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г,,,Конногвардейский б-р,17а, | | 1047855126670 | 02.11.2004 | 20798478888635 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г,Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г,,,Конногвардейский б-р,17а, | | 1047855126670 | 02.11.2004 | 20798478889163 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г,Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г,,,Конногвардейский б-р,17а, | | 1047855126670 | 02.11.2004 | 20798478889174 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г,Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г,,,Конногвардейский б-р,17а, | | 1047855126670 | 02.11.2004 | 20798478889185 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г,Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г,,,Конногвардейский б-р,17а, | | 1047855126670 | 02.11.2004 | 20798478889207 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г,Профессора Попова ул,39а |

Вернуть

Copyright © 200



» Правительство РФ
» Минфин России

**СВЕДЕНИЯ, ВНЕСЕННЫЕ В ЕДИНЫЙ**
**ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ НА 20.11.2007**

Сведения о юридических лицах

Вернутс

**Новый запрос**

Найдено записей: **51**

← ← 1 2 3 4 5 6

2.3. Сведения о лицензиях, о регистрации в качестве страхователей в фондах, сведения о постановке на учет.

| Наименование юридического лица | Адрес (местонахождение) юридического лица | ИНН | КПП | Основной государственный регистрационный номер (ОГРН) | Дата присвоения ОГРН | Государственный регистрационный номер записи (ГРН) | Дата внесения записи | Наименование регистрирующего органа, внесшего запись | Адрес регистрирующего органа |
|---|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,, Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847889218 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул.,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,, Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847890054 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул.,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,, Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847890065 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул.,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,, Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847890076 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул.,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г.,, Конногвардейский б-р,17а, | | | 1047855126670 | 02.11.2004 | 2079847890241 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул.,39а |

http://www.valaam-info.ru/fns/fns.php?p=5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., , Конногвардейский б-р,17а | | 1047855126570 | 02.11.2004 | 2079847890252 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., , Конногвардейский б-р,17а | | 1047855126570 | 02.11.2004 | 2079847890263 | 18.01.2007 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39а |

### 3.1. Сведения о начале процесса ликвидации юридических лиц.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., , Конногвардейский б-р,17а | | 1047855126570 | 02.11.2004 | 2057810389052 | 24.05.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., , Конногвардейский б-р,17а | 783801001 | 1047855126570 | 02.11.2004 | 2057810389096 | 24.05.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |
| Общество с ограниченной ответственностью "Инвест юнион" | 190000,Санкт-Петербург г., , Конногвардейский б-р,17а | 783830660 | 1047855126570 | 02.11.2004 | 2057811770443 | 27.07.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.Профессора Попова ул,39 |

Вернуть

Copyright © 200(

# СВЕДЕНИЯ, ВНЕСЕННЫЕ В ЕДИНЫЙ
# ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ НА 20.11.2007

Сведения о юридических лицах    Вернуться

**Новый запрос**

Найдено записей: **51**

← → 1 2 3 4 5 6

| Наименование юридического лица | Адрес (местонахождение) юридического лица | ИНН | КПП | Основной государственный регистрационный номер (ОГРН) | Дата присвоения ОГРН | Государственный регистрационный номер записи (ГРН) | Дата внесения записи | Наименование регистрирующего органа, внесшего запись | Адрес регистрирующего органа |
|---|---|---|---|---|---|---|---|---|---|
| Общество с ограниченной ответственностью "Инвест синдикат" | 190000,Санкт-Петербург г., Конногвардейский б-р,17а | 7838306650 | 783801001 | 1047855126570 | 02.11.2004 | 2057812249581 | 05.09.2005 | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу | 197022,Санкт-Петербург г.,Профессора Попова ул,39 |

3.2. Сведения о государственной регистрации юридических лиц в связи с их ликвидацией.

Copyright © 200    Вернуть