# EXHIBIT B

# CIVIL CODE OF THE RUSSIAN FEDERATION

Parts One, Two, and Three

Edited, Compiled, and
Translated from the Russian,
with an Introduction by

WILLIAM E. BUTLER

*Professor of Comparative Law in the University of London*
*Foreign Member, Russian Academy of Natural Sciences and*
*National Academy of Sciences of Ukraine*
*Director, The Vinogradoff Institute, University College London*
*M. M. Speranskii Professor of International and Comparative Law,*
*Moscow Higher School of Social and Economic Sciences*

**OXFORD**
UNIVERSITY PRESS

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford   New York

Auckland  Bangkok  Buenos Aires  Cape Town  Chennai
Dar es Salaam  Delhi  Hong Kong  Istanbul  Karachi  Kolkata
Kuala Lumpur  Madrid  Melbourne  Mexico City  Mumbai  Nairobi
São Paulo  Shanghai  Taipei  Tokyo  Toronto

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

English translation Copyright © 2002 William Elliott Butler (1939–)

Introduction Copyright © 2002 William Elliott Butler (1939–)

Russian Civil Legislation

The moral rights of the author have been asserted

Database right Oxford University Press (maker)

First published 2002

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

Status juris: 20 January 2003

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 0–19–926153–9

1 3 5 7 9 10 8 6 4 2

Typeset by Hope Services (Abingdon) Ltd.
Printed in Great Britain
on acid-free paper by
Biddles Ltd., Guildford and King's Lynn

liable for its obligations with such property and may in its own name acquire and effectuate property and personal nonproperty rights, bear duties, and be a plaintiff or defendant in court.

Juridical persons must have an autonomous balance sheet or estimate.

2. In connection with participation in the formation of the property of a juridical person its founders (or participants) may have rights of obligations with respect to this juridical person or rights to a thing with respect to its property.

To juridical persons with respect to which the participants thereof have rights of obligations shall be relegated: economic partnerships and societies; production and consumer cooperatives.

To juridical persons with respect to whose property the founders thereof have the right of ownership or other right to a thing shall be relegated: State and municipal unitary enterprises, and also institutions financed by the owner [as amended by Law of 14 November 2002. СЗ РФ (2002), no. 48, item 4746].

3. To juridical persons with respect to which the founders (or participants) thereof do not have property rights shall be relegated: social and religious organisations (or associations); philanthropic and other foundations; associations of juridical persons (associations and unions).

### Article 49. Legal Capacity of Juridical Person

1. A juridical person may have civil rights corresponding to the purposes of the activity provided for in its constitutive documents and shall bear the duties connected with such activity.

Commercial organisations may, except for unitary enterprises and other types of organisations provided for by a law, have civil rights and bear civil duties necessary for the effectuation of any types of activity not prohibited by a law.

A juridical person may engage in individual types of activity, a List of which is determined by a law, only on the basis of a special authorisation (or license).

2. A juridical person may be limited in rights only in the instances and in the procedure provided for by a law. A decision concerning limitation of rights may be appealed by a juridical person to a court.

3. The legal capacity of a juridical person shall arise at the moment of its creation (Article 51[2]) and shall terminate at the moment of the completion of its liquidation (Article 63[8]).

The right of a juridical person to effectuate activity to engage in which it is necessary to obtain a license shall arise from the moment of the receipt of such license or within the period specified therein and shall terminate upon the expiry of the period of its operation, unless established otherwise by a law or other legal acts.

juridical persons which newly arose or the making of changes in the constitutive documents of existing juridical persons.

The failure to submit with the constitutive documents the act of transfer or division balance sheet respectively, and also the absence therein of provisions concerning legal succession with regard to the obligations of the reorganised juridical person, shall entail a refusal of State registration of the juridical persons which newly arose.

### Article 60.  Guarantees of Rights of Creditors of Juridical Person in Event of its Reorganisation

1. The founders (or participants) of the juridical person or agency which adopted the decision concerning the reorganisation of a juridical person shall be obliged in writing to inform the creditors of the juridical person being reorganised thereof.

2. The creditor of the juridical person being reorganised shall have the right to demand the termination or the performance before time of the obligation, the debtor with regard to which this juridical person is, and compensation of losses.

3. If the division balance sheet does not make it possible to determine the legal successor of the reorganised juridical person, the juridical persons which newly arose shall bear joint and several responsibility for the obligations of the reorganised juridical person to its creditors.

### Article 61.  Liquidation of Juridical Person

1. The liquidation of a juridical person shall entail the termination thereof without the transfer of rights and duties by way of legal succession to other persons.

2. A juridical person may be liquidated by:

decision of its founders (or participants) or the organ of the juridical person empowered by the constitutive documents, including in connection with the expiry of the period for which the juridical person was created, achievement of the purpose for which it was created [as amended 21 March 2002. СЗ РФ (2002), no. 12, item 1093];

decision of a court in the event of flagrant violations of a law permitted in the creation thereof if these violations are of an ineradicable character, or of the effectuation of activity without proper authorisation (or license), or activity prohibited by a law, or with other repeated or flagrant violations of a law or other legal acts, or in the event of the systematic effectuation by a social or religious organisation (or association) or by a philanthropic or other foundation of activity which is contrary to its charter purposes, and also in the other instances provided for by the present Code [as amended 21 March 2002. СЗ РФ (2002), no. 12, item 1093].

26

3. A demand concerning liquidation of a juridical person on the grounds specified in point 2 of the present Article may be presented to a court by a State agency or agency of local self-government to which the right to present such demand has been granted by a law.

Duties relating to the effectuation of the liquidation of a juridical person may be placed by decision of a court concerning the liquidation of a juridical person on its founders (or participants), or organ empowered to liquidate the juridical person by its constitutive documents.

4. A juridical person which is a commercial organisation or operating in the form of a consumer cooperative, philanthropic or other foundation shall also be liquidated in accordance with Article 65 of the present Code as a consequence of its being deemed to be insolvent (or bankrupt).

If the value of the property of such a juridical person is insufficient to satisfy the demands of creditors, it may be liquidated only in the procedure provided for by Article 65 of the present Code.

The provisions on the liquidation of juridical persons as a consequence of insolvency (or bankruptcy) shall not extend to treasury enterprises.

### Article 62. Duties of Person Which Adopted Decision Concerning Liquidation of Juridical Person

1. The founders (or participants) of a juridical person or agency which adopted the decision concerning liquidation of the juridical person shall be obliged immediately in writing to notify the empowered State agency thereof to place in the unified State register of juridical persons information concerning the fact that the juridical person is in the process of liquidation [as amended 21 March 2002. СЗ РФ (2002), no. 12, item 1093].

2. The founders (or participants) of a juridical person or agency which has adopted the decision concerning the liquidation of a juridical person shall appoint a liquidation commission (or liquidator) and establish in accordance with the present Code and other laws the procedure and periods of liquidation [as amended 21 March 2002. СЗ РФ (2002), no. 12, item 1093].

3. From the moment of the appointment of the liquidation commission the powers relating to the management of the affairs of the juridical person shall pass to it. The liquidation commission shall act in court in the name of the juridical person being liquidated.

### Article 63. Procedure for Liquidation of Juridical Person

1. The liquidation commission shall place in press organs in which data concerning the State registration of a juridical person is published a publication concerning its liquidation and the procedure and periods for declaring demands

*Russian Civil Code*

by its creditors. This period may not be less than two months from the moment of the publication concerning liquidation.

The liquidation commission shall take measures to elicit creditors and receive debtor indebtedness, and also inform creditors in writing concerning the liquidation of a juridical person.

2. After the period ends for the presentation of demands by creditors, the liquidation commission shall draw up the interim liquidation balance sheet, which shall contain information concerning the composition of the property of the juridical person being liquidated, a list of demands presented by creditors, and also the results of their consideration.

The interim liquidation balance sheet shall be confirmed by the founders (or participants) of the juridical person or agency which adopted the decision concerning the liquidation of the juridical person. In instances established by a law the interim liquidation balance sheet shall be confirmed by agreement with the empowered State agency [as amended 21 March 2002. СЗ РФ (2002), no. 12, item 1093].

3. If a juridical person being liquidated (except institutions) has monetary means which are insufficient to satisfy the demands of creditors, the liquidation commission shall effectuate the sale of the property of the juridical person at public sales in the procedure established for the execution of judicial decisions.

4. The payment of monetary amounts to creditors of a juridical person being liquidated shall be by the liquidation commission in the order of priority established by Article 64 of the present Code and in accordance with the interim liquidation balance sheet, commencing from the date of its confirmation, except for creditors of the fifth priority, payment to whom shall be made upon the expiry of a month from the date of confirmation of the interim liquidation balance sheet.

5. After the completion of the settlement of accounts with creditors, the liquidation commission shall draw up the liquidation balance sheet, which shall be confirmed by the founders (or participants) of the juridical person or by the agency which adopted the decision concerning the liquidation of the juridical person. In instances established by a law the interim liquidation balance sheet shall be confirmed by agreement with the empowered State agency [as amended 21 March 2002. СЗ РФ (2002), no. 12, item 1093].

6. In the event that the property of a treasury enterprise being liquidated is insufficient, and the institution being liquidated has monetary means to satisfy the demands of creditors, the last shall have the right to bring suit in a court to satisfy the remaining part of the demands at the expense of the owner of the property of this enterprise or institution.

Case 1:05-cv-02077-CKK    Document 75-3    Filed 12/03/2007    Page 8 of 9

7. The property of a juridical person remaining after the satisfaction of the demands of creditors shall be transferred to the founders (or participants) thereof having rights to a thing in this property or rights of obligations with respect to this juridical person, unless provided otherwise by a law, other legal acts or the constitutive documents of the juridical person.

8. The liquidation of a juridical person shall be considered to be completed and the juridical person to have terminated existence after the making of entries thereof in the unified State register of juridical persons.

### Article 64. Satisfaction of Demands of Creditors

1. When liquidating a juridical person the demands of its creditors shall be satisfied in the following priority:

in first priority the demands of citizens to whom the juridical person being liquidated bears responsibility for the causing of harm to life or health by means of capitalising the respective time payments shall be satisfied;

in second priority accounts shall be settled with regard to the payment of severance benefits and the payment for labour with persons who work under a labour contract [*договор*], including a *kontrakt* [*контрак*] and with regard to the payment of remuneration under authors' contracts;

in third priority the demands of creditors relating to obligations secured by the pledge of property of the juridical person being liquidated shall be satisfied;

in fourth priority the indebtedness relating to obligatory payments to the budget and extrabudgetary funds shall be paid;

in fifth priority accounts shall be settled with other creditors in accordance with a law.

In the event of the liquidation of banks or other credit institutions which attract the means of citizens, in first priority shall be satisfied the demands of citizens who are the creditors of the banks or other credit institutions which attract the means of citizens [added 20 February 1996. СЗ РФ (1996), no. 9, item 773].

2. The demands of each priority shall be satisfied after the full satisfaction of demands of the preceding priority.

3. In the event the property of a juridical person being liquidated is insufficient, it shall be distributed among the creditors of the respective priority in proportion to the amounts of demands subject to satisfaction, unless established otherwise by a law.

4. In the event of the refusal of the liquidation commission to satisfy the demands of a creditor or the evasion of the consideration thereof, a creditor shall have the right before confirmation of the liquidation balance sheet of the juridical person to bring suit against the liquidation commission in court. By decision of the court the demands of the creditor may be satisfied at the expense of the residual property of the juridical person being liquidated.

5. Demands of a creditor declared after the expiry of the period established by the liquidation commission for the presentation thereof shall be satisfied from the property of the juridical person being liquidated remaining after the satisfaction of the demands of creditors declared within the period.

6. Demands of creditors not satisfied because of the insufficiency of the property of the juridical person being liquidated shall be considered to be paid. Demands of creditors not recognised by the liquidation commission, if the creditor has not brought suit in court, and also demands whose satisfaction has been refused to a creditor by decision of a court, also shall be considered to be paid.

### Article 65. Insolvency (or Bankruptcy) of Juridical Person

1. A juridical person which is a commercial organisation, except for a treasury enterprise, and also a juridical person operating in the form of a consumer cooperative or philanthropic or other foundation, may, by decision of a court, be deemed to be insolvent (or bankrupt) if it is not in a state to satisfy the demands of creditors.

The deeming of a juridical person to be bankrupt by a court shall entail its liquidation.

2. A juridical person which is a commercial organisation, and also a juridical person operating in the form of a consumer cooperative or a philanthropic or other foundation, may adopt, jointly with creditors, a decision concerning the declaration of its bankruptcy and voluntary liquidation.

3. The grounds for deeming a juridical person to be bankrupt by a court, or declaring its own bankruptcy, and also the procedure for the liquidation of such juridical person, shall be established by a law on insolvency (or bankruptcy). Demands of creditors shall be satisfied in the priority provided for by Article 64(1) of the present Code.

## §2. Economic Partnerships and Societies

### 1. General Provisions

### Article 66. Basic Provisions on Economic Partnerships and Societies

1. Commercial organisations with a charter (or contributed) capital divided into participatory shares (or contributions) of the founders (or participants) shall be deemed to be economic partnerships and societies. The property created at the expense of contributions of the founders (or participants), and also produced and acquired by the economic partnership or society in the process of its activity, shall belong to it by right of ownership.

In the instances provided for by the present Code an economic society may be created by one person, who shall become its sole participant.