UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                         )
RICHARD V. ALLEN, *et al.*           )
                                         )
             Plaintiffs,         )    Case No: 1:05-cv-02077 (CKK)
                                         )    Hon. Colleen Kollar-Kotelly
    v.                                     )
                                         )
RUSSIAN FEDERATION, *et al.*     )
                                         )
             Defendants.     )
                                         )
---------------------------------------------------------x

**PLAINTIFFS' REPLY TO ROSNEFTEGAZ'S OPPOSITION TO PLAINTIFFS' MOTION TO SERVE DEFENDANT GAZPROMNEFT BY PUBLICATION, AND PLAINTIFFS' WITHDRAWAL OF SAID MOTION**

       Rosneftegaz, which has been dismissed from this case, opposes Plaintiffs' motion to serve Defendant Gazpromneft by publication on the grounds that Gazpromneft has been liquidated. The facts presented by Rosneftegaz, however, do not support this claim. Rosneftegaz fails to demonstrate that Defendant Gazpromneft has been liquidated; indeed, based on Rosneftegaz's own submissions, it appears that Defendant Gazpromneft continues to exist. Notwithstanding that Rosneftegaz's factual assertions are unsubstantiated, in light of the Court's Memorandum Opinion and Order of November 26, 2007, dismissing this lawsuit against the Russian Federation, Rosneftegaz, and several other defendants in this case, Plaintiffs respectfully withdraw their motion to serve Defendant Gazpromneft by publication.

I. **Rosneftegaz Misrepresents the Facts and Fails To Demonstrate that Gazpromneft Has Been Liquidated.**

Rosneftegaz suggests in its opposition brief that Defendant Gazpromneft has been liquidated. We do not see how Rosneftegaz reaches this conclusion based on the printout from the Ministry of Finance of Russia website that Rosneftegaz has submitted to the Court. The final page of the English version of Exhibit A (at 13), has an entry dated September 5, 2005, related to "Information on the State Registration of Legal Entities related [to] their Liquidation." At most, this implies that some type of liquidation proceedings commenced in 2005. However, there are 17 dated entries from 2006 and 2007 under the heading "Information on Licenses, Registration as Funds Policy Holders, Information related to Registration." (*See* Ex. A, at 9-12.) There is no additional specific information provided; however, these entries appear to show that Defendant Gazpromneft existed in 2006 and 2007 and raise serious doubts about whether Defendant Gazpromneft was ever liquidated. We do note that, usefully, Rosneftegaz's submission does provide an address for Defendant Gazpromneft that Plaintiffs, to date, have been unable to obtain.[1]

---

[1] While Rosneftegaz did inform Plaintiffs of this Ministry of Finance website prior to filing its opposition brief, Plaintiffs' counsel was unable to duplicate the search that produced Rosneftegaz's Exhibit A. Instead, Plaintiffs' counsel repeatedly received an error message stating that no information was available for Gazpromneft. Rosneftegaz did provide a .pdf copy of Exhibit A to Plaintiffs an hour before filing its opposition. However, as described above, Plaintiffs did not find this information conclusive as to the legal status of Gazpromneft.

- 3 -

**II.     Plaintiffs Withdraw Their Motion To Serve Defendant Gazpromneft by Publication.**

Notwithstanding the unsubstantiated assertions in Rosneftegaz's opposition brief, in light of this Court's Memorandum Opinion and Order of November 26, 2007, Plaintiffs hereby respectfully withdraw their Motion to Serve Defendant Gazpromneft by Publication.

December 7, 2007                                             Respectfully Submitted,

                                                           /s/ O. Thomas Johnson, Jr.
O. Thomas Johnson, Jr. (DC Bar No. 218527)
Marney L. Cheek
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
*Counsel to Plaintiffs*