UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                      )
RICHARD V. ALLEN, *et al.*       )
                                      )
        Plaintiffs,       )      Case No: 1:05-cv-02077 (CKK)
                                      )      Hon. Colleen Kollar-Kotelly
    v.                              )
                                      )
RUSSIAN FEDERATION, *et al.*  )
                                      )
        Defendants.     )
                                      )
---------------------------------------------------------x

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO DEFENDANTS GAZPROMNEFT AND BAIKALFINANSGROUP**

        Plaintiffs hereby notify the Court of their voluntary dismissal, without prejudice, of Defendants Gazpromneft and BaikalFinansGroup from the above-captioned case.  This notice is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), as neither Defendant Gazpromneft nor Defendant BaikalFinansGroup has responded to the Amended Complaint.

December 7, 2007                                    Respectfully Submitted,

                                                                      /s/ O. Thomas Johnson, Jr.
                                                               O. Thomas Johnson, Jr. (DC Bar No. 218527)
                                                               Marney L. Cheek
                                                               Covington & Burling LLP
                                                               1201 Pennsylvania Avenue, N.W.
                                                               Washington, D.C. 20004
                                                               Telephone: (202) 662-6000
                                                               Facsimile: (202) 662-6291
                                                               *Counsel to Plaintiffs*